

INVOICE

# TRIDENT SEAFOODS CORPORATION

5303 SHILSHOLE AVE NW
SEATTLE WA 98107
Office: ( 206 ) 783-3818
www.TridentSeafoods.com

Invoice No: 339448
Order No: 331233
Date: 15-JUL-08

Shipped To: 534871
COI FOODSERVICE DISTRIBUTION
C/O NASHVILLE DISTRIBUTION CENTER
2629 EUGENIA AVENUE
NASHVILLE TN 37211

Billed To: 534869
COI FOODSERVICE DISTRIBUTION
ATTN: ACCOUNTS PAYABLE
2629 EUGENIA AVE
NASHVILLE TN 37211 -2118

Broker:
680925 NO BROKER (DOM)
Warehouse:
Motley Warehouse/DC
13202
Shipped Via:
LAKE STATE TRANSPORT
Terms:
NET 30 DAYS

PO#:
181150
Date Shipped:
11-JUL-08
Release:

Due Date:
14-AUG-08

Comments:

| Product | Ctns Cases | Description | Pounds | Price Allow | Net Price | Amount |
|---|---|---|---|---|---|---|
| 1088706604 | 600 | REF-RYAN CRAB FLAKE | 18,000.00 | 43.500 | 43.5000 | 26,100.00 |

IF PAYING BY CHECK, PLEASE REMIT TO:
TRIDENT SEAFOODS CORP.
P O BOX 952517
ST. LOUIS MO 63195-2517

Total Quantity: 600

Total Pounds: 18,000.00

Total
26,100.00
U.S. Dollars

See next page for Terms & Conditions

Customer Invoice



# Load Tender Worksheet
Wednesday July 9,2008

Assigned Carrier: Lakestate Transportation

Ship to address: COI Foodservice Distribution C/O Nashville Distribution Center
2629 Eugenia Avenue Nashville,TN 37211

Ship Date: 7/11/2008

Expected Delivery: 7/15/2008

Purchase Order #: 181150 Order # 331233

Call for Appointment 615-231-4303

Temperature Setting: plus 32 degrees

Load Details: Cases 600

Gross Weight 19,200 Pallets 11

Any issues with above listed load, please contact:
Al VanRoekel Office: (218) 352-2316 Cell: (218) 330-7345
Curtis McIlravy Office: (218) 352-2325 Cell: (218) 330-7371

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - Not Negotiable
RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, when shipment consists of Regulated Commodities, Received, subject to agreements in effect on the date of the issue of this document when shipment is unregulated or moving under contract.

# TRIDENT SEAFOODS CORPORATION

Page: 1

Trident Seafoods

Corporate Office
5303 Shilshole Ave. N.W.
Seattle, WA 98107 USA
(206) 783-3818

1340 HWY 10 SOUTH
MOTLEY MN 56466
(218) 352-6600

SHIP DATE: 07/11/08

SHIP TO: CO? FOODSERVICE DISTRIBUTION
C/O NASHVILLE DISTRIBUTION CENTER
2629 EUGENIA AVENUE
NASHVILLE TN 37211

CARRIER: LAKE STATE TRANSPORT
ROUTING: PPD FOB Dest-Freight Prepd, Allow

P.O. NUMBER: 183180
RELEASE NO: 331233
VEHICLE NO: 402
SEAL NO(S): 00013642

Freight charges: PPD FOB Dest-Freight Prepd, Allow

Received $ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier. (The signature here acknowledges only the amount prepaid.) Charges Advanced.

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor

| QUANTITY | ITEM CODE | LOT NUMBER | DESCRIPTION | FARMED/ WILD | PRODUCT ORIGIN | NET WEIGHT | GROSS WEIGHT |
|---|---|---|---|---|---|---|---|
| 203 | 1088706604 | M817945 | REF-RYAN CRAB FLAKE | | United States | 6,090.00 | 6,496.02 |
| 397 | 1088706604 | M819111 | REF-RYAN CRAB FLAKE | | United States | 11,910.00 | 12,704.04 |
| 600 | | | <<PACKAGES TOTAL | WEIGHT>> | | 18,000.00 | 19,200.06 |

**REFRIGERATED PRODUCT!**
...TRANSPORT AT 35° FAHRENHEIT

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

- [X] CHILLED MERCHANDISE-MAINTAIN CONSTANT TEMPERATURE OF +32 DEG F
- [ ] FROZEN MERCHANDISE-MAINTAIN CONSTANT TEMPERATURE OF ____ DEG F

TEMPERATURE OF PRODUCT AT TIME OF LOADING 35 DEG F
PALLETS IN: 0 PALLETS OUT: 11

ACKNOWLEDGEMENT OF RECEIPT IN GOOD CONDITION
PIECES:
DATE:
AGENT FOR:
BY:

Agent or Cashier
*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of property. The agreed or declared value of the property is hereby stated specifically by the shipper to be not exceeding

$ PER
AGENT
By Shipper