

# INVOICE
## TRIDENT SEAFOODS CORPORATION
5303 SHILSHOLE AVE NW
SEATTLE WA 98107
Office: (206) 783-3818
www.TridentSeafoods.com

Invoice No: 339443
Order No: 326984
Date: 17-JUL-08

Shipped To: 534871
COI FOODSERVICE DISTRIBUTION
C/O NASHVILLE DISTRIBUTION CENTER
2629 EUGENIA AVENUE
NASHVILLE TN 37211

Billed To: 534869
COI FOODSERVICE DISTRIBUTION
ATTN: ACCOUNTS PAYABLE
2629 EUGENIA AVE
NASHVILLE TN 37211 -2118

Broker: 680925 NO BROKER (DOM)
Warehouse:
Atlas Cold Storage\McDonough
81840
Shipped Via:
CUSTOMER DISPATCHED PICK UP
Terms:
NET 30 DAYS

PO#: 181429
Date Shipped: 17-JUL-08
Release:
Due Date: 16-AUG-08

Comments:

| Product | Ctns Cases | Description | Pounds | Price | Allow | Net Price | Amount |
|---|---|---|---|---|---|---|---|
| 413135 | 899 | UL PLK FLT U/Z TW/FZ N/P | 22,475.00 | 37.500 | | 37.5000 | 33,712.50 |

IF PAYING BY CHECK, PLEASE REMIT TO:
TRIDENT SEAFOODS CORP.
P O BOX 952517
ST. LOUIS MO 63195-2517

Total Quantity: 899    Total Pounds: 22,475.00    Total 33,712.50 U.S. Dollars

See next page for Terms & Conditions    Customer Invoice