EXHIBIT C

# TRIDENT SEAFOODS CORPORATION
## INVOICE

5303 SHILSHOLE AVE NW
SEATTLE WA 98107
Office: ( 206 ) 783-3818
www.TridentSeafoods.com

Invoice No: 340131
Order No: 331234
Date: 22-JUL-08

Shipped To: 5348655
C01 FOODSERVICE DISTRIBUTION
C/O RIPLEY DISTRIBUTION CENTER
RT 6 BOX 77A
RIPLEY WV 25271

Billed To: 534659
C01 FOODSERVICE DISTRIBUTION
ATTN: ACCOUNTS PAYABLE
2629 EUGENIA AVE
NASHVILLE TN 37211-2218

PO#: 252897
Date Shipped: 18-JUL-08
Release:
Due Date: 21-AUG-08

Broker: 580925 NO BROKER (DC)
Warehouse: Worley Warehouse/DC 13202

Shipped Via: TONY'S TRANSFER

Terms: NET 30 DAYS

Comments:

| Product | Ctns Cases | Description | Pounds | Price | Allow | Net Price | Amount |
|---|---|---|---|---|---|---|---|
| 1088708504 | 300 | REF-RYAN CRAB FLAKE | 9,000.00 | 43.500 | | 43.5000 | 13,050.00 |

IF PAYING BY CHECK, PLEASE REMIT TO:
TRIDENT SEAFOODS CORP.
P O BOX 9525.7
ST. LOUIS MO 63195-2517

Total Quantity: 300        Total Pounds: 9,000.00        Total 13,050.00
                                                         U.S. Dollars

See next page for Terms & Conditions

Customer Invoice

6/531



# Load Tender Worksheet
## Monday July 14, 2008

| | |
|---|---|
| Assigned Carrier: | Tony's Transfer |
| Ship to address: | COI Foodservice Distribution C/O Ripley Distribution Center<br>HC 88 Box 129 Ripley, WV 25271 |
| Ship Date: | 7/18/2008 — 10Am — *Tender* |
| Expected Delivery: | 7/22/2008 — 6Am — Wed |
| Purchase Order #: | 252897    Order # 331234 |
| Call for Appointment | 304-372-2111 |
| Temperature Setting: | Plus 32 degrees |
| Load Details: | 300 |
| Gross Weight | 9,600 Pallets    6 |

Any issues with above listed load, please contact:
Al VanRoekel Office: (218) 352-2316   Cell: (218) 330-7345
Curtis McIlravy Office: (218) 352-2325   Cell: (218) 330-7371

1st Drop

# TRIDENT SEAFOODS CORPORATION

Trident Seafoods
Corporate Office
5303 Shilshole Ave NW
Seattle, WA 98107 USA
(206) 783-3818

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

Page: 1

SHIP DATE: 06/18/08

SHIP TO: TONY'S FINER FOODS
625 BAILEY RD
BOX 139
BAILEY IA 26231

B/O NUMBER: 5061167
RELEASE NO: BR1214
VEHICLE NO:
SEAL NO(S): 014146

If charges are to be prepaid, write or stamp here: "To be Prepaid".
Received $ _____ to apply in prepayment of the charges on the property described hereon.
Agent or Cashier _____
(The signature acknowledges only the amount prepaid.)
Charges Advanced: $ _____
"Shipper's imprint in lieu of stamp is not part of bill of lading approved by the Interstate Commerce Commission."
Signature of Cashier _____

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
_____
Signature of Consignor

CARRIER: TONY'S TRANSFER
ROUTING (FOB): FOB PLANT - PASILLOLA Prepaid Freight

| QUANTITY | ITEM CODE | LOT NUMBER | <<PACKAGES TOTAL>> DESCRIPTION WEIGHT | FARMED/WILD | PRODUCT ORIGIN | NET WEIGHT | GROSS WEIGHT |
|---|---|---|---|---|---|---|---|
| 300 | MUSHROOMS | ND10101 | DRY PACK CRAB FLAKE | | United States | 9,000.00 | 9,000.00 |

**REFRIGERATED PRODUCT**
TRANSPORT AT 35°
FAHRENHEIT

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

☒ CHILLED MERCHANDISE - MAINTAIN CONSTANT TEMPERATURE OF 34 DEG F.
☐ FROZEN MERCHANDISE - MAINTAIN CONSTANT TEMPERATURE OF ___ DEGF.
TEMPERATURE OF PRODUCT AT TIME OF LOADING: 32 DEGF.
PALLETS IN: 0      PALLETS OUT: 6

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.*
*NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby stated by the shipper to be not exceeding _____ per _____*

Agent or Cashier

ACKNOWLEDGEMENT OF RECEIPT IN GOOD CONDITION

BY: [signature]    DATE: 7-18-08    PIECES: 300    AGENT FOR TONY'S    [signature]
BY: [signature]    AGENT for Shipper