

# INVOICE

| | |
|---|---|
| SCA Tissue North America LLC | SCA Invoice No : 93642149 |
| NEENAH, WI | SCA Invoice Date : 07/03/2008 |
| Telephone (866) 722-6659 | Discount Due Date : 07/18/2008 |

| Customer P.O No | SCA Order | Order Date | Sale/Broker | Ship From | Date Shipped |
|---|---|---|---|---|---|
| 368276 | 1228397 | 06/25/2008 | MORRIS PAINE | Neenah WI Mill | 07/03/2008 |
| **Ship Via** | **Freight Terms & Agreements** | | **Inv.Type** | **Cash Terms** | |
| TRK-Truckload | Prepaid | | F2 | 2% 15, net 30 from date of inv | |
| **Carrier** | **Bill of Lading** | | | **Trailer** | |
| DEBOER INC | 70601603M | | | 53120 | |

| Paying account : 300442 | Ship-To : 2053963 |
|---|---|
| COMMISSARY OPERATIONS (COI) | COI TIFTON |
| 2629 EUGENIA AVE | 7833 MAGNOLIA INDUSTRIAL |
| NASHVILLE TN 37211 | TIFTON GA 31794 |
| USA | USA |

| Material | Description | Quantity | Weight | Price | Extension |
|---|---|---|---|---|---|
| 1TBS | DISP N8 BETSY TBL BSTEEL 12/CS | 180 EA | 212 LBS | 7.00 | 1,260.00 |
| 68T | DISP T21 SR JBT RSV RL SMK 1/CS | 30 EA | 222 LBS | 25.00 | 750.00 |
| D820 | ADVC LRG DISP NAP WHT 12/500 | 378 CS | 10,701 LBS | 32.70 | 12,360.60 |
| RK800E | UNIV HARDROLL TWL NAT 6/800 | 180 CS | 4,829 LBS | 20.95 | 3,771.00 |
| N7141A | UNIV DNR NAP 1/4F 1PLY 12/334 | 100 CS | 3,498 LBS | 41.15 | 4,115.00 |
| 491AB1 | APPLEBEE'S 1C BEV NAPK 1P WHT 5M | 432 CS | 6,645 LBS | 17.15 | 7,408.80 |
| 5240AB | APPLEBEE'S NACT DNR NAP PLN15X17WHT | 180 CS | 6,126 LBS | 27.50 | 4,950.00 |
| PALLETS | STANDARD 40x48 WOOD PALLET | 29 PAL | 1,450 LBS | 7.50 | 217.50 |
| ZPAL | Pallet Allowance | | | 7.50- | 217.50- |

|  |  |
|---|---|
| TOTAL QUANTITY | 1480 |
| TOTAL WEIGHT | 32,231 |
| TOTAL CUBE | 3,262 |

**Other Surcharges/Discounts**

| | | |
|---|---|---|
| Freight | | 2,253.17 |
| Freight Allowed | | 2,253.17- |
| Cash Discount % | 2.00- | 647.24- |
| Amount Due If Received by 07/18/2008 (USD) | | 33,968.16 |
| Amount Due If Received after 07/18/2008 (USD) | | 34,615.40 |

Comments : All claims must be received by SCA no later than 6 months from date of this invoice.

---

TITLE TO PRODUCTS SOLD PASS TO BUYER ON SELLER'S DELIVERY TO CARRIER

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6,7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

Mail Remittance To:

21127 NETWORK PLACE
CHICAGO IL 60673-1211

Page : 1 of 1      07/28/2008

**EXHIBIT B**

Case 3:08-bk-06279   Doc 653-3   Filed 10/07/08   Entered 10/07/08 17:43:
Exhibit B (Invoices)   Page 1 of 20

**SCA TISSUE NORTH AMERICA LLC** 

# STRAIGHT BILL OF LADING - SHORT FORM
## ORIGINAL - NOT NEGOTIABLE

The property described below has been received by Carrier in apparent good order except as noted below and is marked, consigned, and destined as indicated below. Carrier agrees to carry the property to destination if on its route, otherwise to deliver to another carrier on the route to said destination. Each carrier of said any party at any time interested in all or any of said property over all or any portion of said route to destination agrees to perform every service required hereby in accordance with the applicable contracts, if any, between SCA Tissue NA LLC and Carrier and otherwise subject to the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) If this is a rail or rail water shipment in the Uniform Freight Classification and (2) if this is a motor carrier shipment in the National Motor Freight Classification.

DATE: 7/03/2008  TIME: 9:41:26
BILL OF LADING: 70601603M
PRO NUMBER:

CONSIGNOR: SCA Tissue North America LLC
ASRS WAREHOUSE
525 EHLERS ROAD
NEENAH  WI 54956-1413

CARRIER: DE BOER INC.
VEHICLE NO.: 53120
SEAL NO.: 539379
FREIGHT TERMS: TO BE PREPAID

For Delivery to:
COI TIFTON
7833 MAGNOLIA INDUSTRIAL
TIFTON   GA  31794

| QUANTITY | CODE | DESCRIPTION | WEIGHT(LBS) |
|---|---|---|---|
| 1090 | 05 | PAPER NAPKINS | 26,970 |
|  |  | NMFC 1-153020 SUB 2 CLASS 85 |  |
| 180 | 22 | PAPER TOWELS | 4,829 |
|  |  | NMFC 1-154415 SUB 2 CLASS 70 |  |
| 15 | 65 | DISPENSERS, METAL | 210 |
|  |  | NMFC 1-39480  CLASS 92 1/2 |  |
| 30 | 67 | DISPENSERS, PLASTIC | 222 |
|  |  | NMFC I-156600 SUB 6 CLASS 100 |  |
| 29 | 85 | WOODEN PALLETS | 1,450 |
|  |  | NMFC I 150390 SUB 4 CLASS 37.5 |  |
| 1344 *** |  | TOTALS FOR BOL# 70601603M | 33,681 *** |

ONLY STOP TO COMPLETE UNLOAD: COI TIFTON
7833 MAGNOLIA INDUSTRIAL
TIFTON                    GA

1344 ***                                                                    33,681 ***

| CUBES | DELIVERY# | CUSTOMER P.O.# | Sales Order No. |
|---|---|---|---|
| 3,261.40 | 008156038 | (368276) | 0001228397 |

1-888-478-4778 For CSR: ANGELA FREIER
$140 LUMPER CHARGE APPROVED
CONSIGNEE MUST UNLOAD SHIPMENT
Rec. Info: 800-622-6691-   CMA/CARLA WASHINGTON
SEAL NUMBERS: 539379

*Shirley Mc Biha* (signature)

SHIPPER: SCA Tissue North America LLC     CARRIER: DE BOER INC.

SIGNATURE: J.M. CHESLOCK                   SIGNATURE: _____

SHIPPER LOAD AND COUNT                      DATE: _____

SEND FREIGHT BILL TO:
*Per Carrier Product delivered on July 7, 2008*

SCA Tissue North America LLC
c/o Trans International
N93 W16288 Megal Drive
Menomonee Falls, WI 53051-1503

**Customer Signature**

Signature ___  Date ___

All transportation provided hereunder is subject to the terms of Section 7 of the respective Bill of Lading identified above so if SCA Tissue NA LLC initialed the Section 7 provision on the face of that Bill of Lading with respect to each shipment described below.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
SCA Tissue North America LLC
(signature of Consignee)

Certified Original by TripPak Online 22, 3 at 07:43:09 07-17-2008 at 4 for DEBE 402828498

Case 3:08-bk-06279    Doc 653-3    Filed 10/07/08    Entered 10/07/08 17:43:30    Desc
Exhibit B (Invoices)    Page 2 of 20

 

# INVOICE

SCA Tissue North America LLC  
NEENAH, WI  
Telephone (866) 722-6659

SCA Invoice No     : 93642135  
SCA Invoice Date   : 07/04/2008  
Discount Due Date  : 07/19/2008

| Customer P.O No | SCA Order | Order Date | Sale/Broker | Ship From | Date Shipped |
|---|---|---|---|---|---|
| 181101 | 1228398 | 06/25/2008 | MORRIS PAINE | Neenah WI Mill | 07/04/2008 |

| Ship Via | Freight Terms & Agreements | Inv.Type | Cash Terms |
|---|---|---|---|
| TRK-Truckload | Prepaid | F2 | 2% 15, net 30 from date of inv |

| Carrier | Bill of Lading | Trailer |
|---|---|---|
| WINDY HILL FOLIAGE INC | 70601913M | 53114 |

Paying account : 300442  
COMMISSARY OPERATIONS (COI)  
2629 EUGENIA AVE  
NASHVILLE TN  37211  
USA

Ship-To : 2046899  
NASHVILLE DIST CENTER  
2621 EUGENIA AVE  
NASHVILLE TN  37211  
USA

| Material | Description | Quantity | Weight | Price | Extension |
|---|---|---|---|---|---|
| 290088 | UNIV HARD ROLL TOWEL NAT 6/700 | 20 CS | 541 LBS | 34.00 | 680.00 |
| TJ1222A | UNIV JUMBO BATH  SR 2-PLY 6/2000 | 162 CS | 3,639 LBS | 27.35 | 4,430.70 |
| 84TR | DISP H21 HWRT LEVER SMK 1/CS | 15 EA | 120 LBS | 28.90 | 433.50 |
| 1TBS | DISP N8 BETSY TBL BSTEEL 12/CS | 36 EA | 42 LBS | 7.00 | 252.00 |
| 787ASSC | SCHLOTZSKY'S NACT DISP SLV 1C | 140 CS | 4,704 LBS | 27.96 | 3,914.40 |
| D820 | ADVC LRG DISP NAP WHT 12/500 | 378 CS | 10,701 LBS | 33.30 | 12,587.40 |
| RK800E | UNIV HARDROLL TWL NAT 6/800 | 240 CS | 6,438 LBS | 21.30 | 5,112.00 |
| N7141A | UNIV DNR NAP 1/4F 1PLY 12/334 | 275 CS | 9,619 LBS | 56.50 | 15,537.50 |

```
                TOTAL QUANTITY     1266
                TOTAL WEIGHT     35,804
                TOTAL CUBE        3,493
```

Other Surcharges/Discounts

```
                                     Freight                       1,444.05
                            Freight Allowed                        1,444.05-
                           Cash Discount %            2.00-          830.07-
        Amount Due If Received by 07/19/2008 (USD)                 42,117.43
        Amount Due If Received after 07/19/2008 (USD)              42,947.50
```

Comments : All claims must be received by SCA no later than 6 months from date of this invoice.

TITLE TO PRODUCTS SOLD PASS TO BUYER ON SELLER'S DELIVERY TO CARRIER  
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6,7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

Mail Remittance To:

21127 NETWORK PLACE  
CHICAGO IL 60673-1211

Page : 1 of 1        07/28/2008

Case 3:08-bk-06279    Doc 653-3    Filed 10/07/08    Entered 10/07/08 17:43:30    Desc
Exhibit B (Invoices)    Page 3 of 20

## SCA TISSUE NORTH AMERICA LLC                    STRAIGHT BILL OF LADING - SHORT FORM
### ORIGINAL - NOT NEGOTIABLE

The property described below has been received by Carrier in apparent good order except as noted below and is marked, consigned, and destined as indicated below. Carrier agrees to carry the property to destination if on its route, otherwise to deliver to another carrier on the route to said destination. Each carrier of and any party at any time interested in all or any of said property over all or any portion of said route to destination agrees to perform every service required hereby in accordance with the applicable contract(s) if any, between SCA Tissue NA LLC and Carrier and otherwise subject to the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) if this is a rail or rail water shipment in the Uniform Freight Classification and (2) if this is a motor carrier shipment in the National Motor Freight Classification.

DATE: 7/03/2008   TIME: 16:06:29
BILL OF LADING: 70601913M
PRO NUMBER:
CARRIER: WINDY HILL
VEHICLE NO.: 53114
SEAL NO.: 539389
FREIGHT TERMS: TO BE PREPAID

CONSIGNOR: SCA Tissue North America LLC
ASRS WAREHOUSE
825 EHLERS ROAD
NEENAH   WI 54956-1413

For Delivery to:
NASHVILLE DIST CENTER
2621 EUGENIA AVE
NASHVILLE     TN   37211

| QUANTITY | CODE | DESCRIPTION | WEIGHT(LBS) |
|---|---|---|---|
| 793 | 05 | PAPER NAPKINS<br>NMFC 1-153020 SUB 2 CLASS 85 | 25,024 |
| 260 | 22 | PAPER TOWELS<br>NMFC 1-154415 SUB 2 CLASS 70 | 6,979 |
| 162 | 36 | TOILET PAPER<br>NMFC 1-154412 SUB2 CLASS77 1/2 | 3,639 |
| 3 | 65 | DISPENSERS, METAL<br>NMFC 1-39480 CLASS 92 1/2 | 42 |
| 15 | 67 | DISPENSERS, PLASTIC<br>NMFC 1-156600 SUB 6 CLASS 100 | 120 |
| 1233 | *** | TOTALS FOR BOL# 70601913M | 35,804 *** |

ONLY STOP TO COMPLETE UNLOAD: NASHVILLE DIST CENTER
                               2621 EUGENIA AVE
1233  ***                      NASHVILLE      TN              35,804 ***

CUBES       DELIVERY#     CUSTOMER P.O.#    Sales Order No.
3,493.12    0081560595    181101            0001228398

1-888-478-4778 For CSR: ANGELA FREIER
DRIVER MUST UNLOAD SHIPMENT FOR CUSTOMER
Rec. Info: 615-231-4300 CMA
              SEAL NUMBERS:    539389

SHIPPER: SCA Tissue North America LLC         CARRIER: WINDY HILL
SIGNATURE: J.M. CHESLOCK                      SIGNATURE: [signed]
         SHIPPER LOAD AND COUNT               DATE: 7/7/08

Customer Signature
_____
Signature          Date

All transportation provided hereunder is subject to the terms of Section 7 of the respective Bill of Lading identified above so if SCA Tissue NA LLC initialed the Section 7 provision on the face of that Bill of Lading with respect to each shipment described below.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
SCA Tissue North America LLC
(signature of Consignee)

SEND FREIGHT BILL TO:
SCA Tissue North America LLC
c/o Trans International
N93 W16288 Megal Drive
Menomonee Falls, WI 53051-1503

 

# INVOICE

| | |
|---|---|
| SCA Tissue North America LLC | SCA Invoice No : 93642454 |
| NEENAH, WI | SCA Invoice Date : 07/07/2008 |
| Telephone (866) 722-6659 | Discount Due Date : 07/22/2008 |

| Customer P.O No | SCA Order | Order Date | Sale/Broker | Ship From | Date Shipped |
|---|---|---|---|---|---|
| 252871 | 1228396 | 06/25/2008 | MORRIS PAINE | Neenah WI Mill | 07/07/2008 |
| **Ship Via** | **Freight Terms & Agreements** | | **Inv.Type** | **Cash Terms** | |
| TRK-Truckload | Prepaid | | F2 | 2% 15, net 30 from date of inv | |
| **Carrier** | | **Bill of Lading** | | **Trailer** | |
| DEBOER INC | | 70602491M | | 54604 | |

| | |
|---|---|
| **Paying account** : 300442 | **Ship-To** : 2062861 |
| COMMISSARY OPERATIONS (COI) | COI RIPLEY DC |
| 2629 EUGENIA AVE | HC88 CEDAR LAKES RD |
| NASHVILLE TN 37211 | RIPLEY WV 25271 |
| USA | USA |

| Material | Description | Quantity | Weight | Price | Extension |
|---|---|---|---|---|---|
| TJ1222A | UNIV JUMBO BATH SR 2-PLY 6/2000 | 54 CS | 1,213 LBS | 26.80 | 1,447.20 |
| 68T | DISP T21 SR JBT RSV RL SMK 1/CS | 10 EA | 74 LBS | 25.00 | 250.00 |
| D820 | ADVC LRG DISP NAP WHT 12/500 | 420 CS | 11,890 LBS | 32.70 | 13,734.00 |
| RK800E | UNIV HARDROLL TWL NAT 6/800 | 240 CS | 6,438 LBS | 21.85 | 5,244.00 |
| N7141A | UNIV DNR NAP 1/4F 1PLY 12/334 | 150 CS | 5,247 LBS | 41.40 | 6,210.00 |
| | TOTAL QUANTITY | 874 | | | |
| | TOTAL WEIGHT | | 24,862 | | |
| | TOTAL CUBE | | 2,329 | | |

**Other Surcharges/Discounts**

| | | |
|---|---|---|
| Freight | | 1,697.18 |
| Freight Allowed | | 1,697.18- |
| Add'l Freight Charge | 200.00 | 200.00 |
| Cash Discount % | 2.00- | 503.76- |
| Amount Due If Received by 07/22/2008 (USD) | | 26,581.44 |
| Amount Due If Received after 07/22/2008 (USD) | | 27,085.20 |

Comments : All claims must be received by SCA no later than 6 months from date of this invoice.

---

TITLE TO PRODUCTS SOLD PASS TO BUYER ON SELLER'S DELIVERY TO CARRIER

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTION 6,7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND
ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

Mail Remittance To:

21127 NETWORK PLACE
CHICAGO IL 60673-1211

**SCA TISSUE NORTH AMERICA LLC** 

**STRAIGHT BILL OF LADING** - *SHORT FORM*
ORIGINAL - NOT NEGOTIABLE

The property described below has been received by Carrier in apparent good order except as noted below and is marked, consigned, and destined as indicated below. Carrier agrees to carry the property to destination if on its route, otherwise to deliver to another carrier on the route to said destination. Each carrier of said any party at any time interested in all or any of said property over all or any portion of said route to destination agrees to perform every service required hereby in accordance with the applicable contracts, if any, between SCA Tissue NA LLC and Carrier and otherwise subject to the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) if this is a rail or rail-water shipment in the Uniform Freight Classification and (2) if this is a motor carrier shipment in the National Motor Freight Classification.

DATE: 7/07/08    TIME: 7:25:43
BILL OF LADING: 70602491M
PRO NUMBER:

CONSIGNOR: SCA Tissue North America LLC
ASRS WAREHOUSE
825 EHLERS ROAD
NEENAH    WI 54956-1413

For Delivery to:
COI RIPLEY DC
HC88 CEDAR LAKES RD
RIPLEY    WV    25271

CARRIER: DE BOER INC.
VEHICLE NO.: 54604
SEAL NO.: 5397104
FREIGHT TERMS: TO BE PREPAID

| QUANTITY | CODE | DESCRIPTION | WEIGHT(LBS) |
|---|---|---|---|
| 570 | 05 | PAPER NAPKINS<br>NMFC 1-153020 SUB 2 CLASS 85 | 17,137 |
| 240 | 22 | PAPER TOWELS<br>NMFC 1-154415 SUB 2 CLASS 70 | 6,438 |
| 54 | 36 | TOILET PAPER<br>NMFC 1-154412 SUB2 CLASS77 1/2 | 1,213 |
| 10 | 67 | DISPENSERS, PLASTIC<br>NMFC 1-156600 SUB 6 CLASS 100 | 74 |
| 874 *** | | CUSTOMER TOTALS FOR BOL# 70602491M | 24,862 *** |

| CUBES | Delivery# | CUSTOMER P.O.# | Sales Order No. |
|---|---|---|---|
| 2,328.79 | 0081560991 | 252871 | 0001228396 |

1-888-478-4778 For CSR: ANGELA FREIER
DRIVER MUST UNLOAD SHIPMENT FOR CUSTOMER
Rec. Info: 304-372-2111 CMA

*Seal Intact  Cot fw Johnson*
*Reseal # 1735954*

*COI fw Johnson*

CUSTOMER BILL OF LADING

SHIPPER: SCA Tissue North America LLC
SIGNATURE: J.M. CHESLOCK
SHIPPER LOAD AND COUNT

CARRIER: DE BOER INC.
SIGNATURE: _____
DATE: _____

Customer Signature
Signature    Date

All transportation provided hereunder is subject to the terms of Section 7 of the respective Bill of Lading identified above so if SCA Tissue NA LLC initialized the Section 7 provision on the face of that Bill of Lading with respect to each shipment described below.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
SCA Tissue North America LLC
(signature of Consignee)

SEND FREIGHT BILL TO:
*Per Carrier*
*Product delivered*
*on July 9, 2008*

SCA Tissue North America LLC
c/o Trans International
N93 W16288 Megal Drive
Menomonee Falls, WI 53051-1503

Certified Original by TripPak Online 17. 7 at 10:25:04 07-15-2008 at 25 for DEBE 2500765026

 

# INVOICE

**SCA Tissue North America LLC**
NEENAH, WI
Telephone (866) 722-6659

SCA Invoice No : 93643380
SCA Invoice Date : 07/11/2008
Discount Due Date : 07/26/2008

| Customer P.O No | SCA Order | Order Date | Sale/Broker | Ship From | Date Shipped |
|---|---|---|---|---|---|
| 181461 | 1229684 | 07/01/2008 | MORRIS PAINE | Neenah WI Mill | 07/11/2008 |
| **Ship Via** | **Freight Terms & Agreements** | | **Inv.Type** | **Cash Terms** | |
| TRK-Truckload | Prepaid | | F2 | 2% 15, net 30 from date of inv | |
| **Carrier** | | **Bill of Lading** | | | **Trailer** |
| WINDY HILL FOLIAGE INC | | 70602749M | | | 53152 |

Paying account : 300442
COMMISSARY OPERATIONS (COI)
2629 EUGENIA AVE
NASHVILLE TN 37211
USA

Ship-To : 2046899
NASHVILLE DIST CENTER
2621 EUGENIA AVE
NASHVILLE TN 37211
USA

| Material | Description | Quantity | Weight | Price | Extension |
|---|---|---|---|---|---|
| 290088 | UNIV HARD ROLL TOWEL NAT 6/700 | 20 CS | 541 LBS | 34.70 | 694.00 |
| TM1616S | UNIV BATH TIS 2-PLY WHT 96/500 | 25 CS | 827 LBS | 44.75 | 1,118.75 |
| TJ1222A | UNIV JUMBO BATH SR 2-PLY 6/2000 | 108 CS | 2,426 LBS | 28.60 | 3,088.80 |
| 84TR | DISP H21 HWRT LEVER SMK 1/CS | 10 EA | 80 LBS | 28.90 | 289.00 |
| 787ASSC | SCHLOTZSKY'S NACT DISP SLV 1C | 105 CS | 3,528 LBS | 27.96 | 2,935.80 |
| D820 | ADVC LRG DISP NAP WHT 12/500 | 462 CS | 13,079 LBS | 34.80 | 16,077.60 |
| RK800E | UNIV HARDROLL TWL NAT 6/800 | 360 CS | 9,657 LBS | 21.95 | 7,902.00 |
| N7141A | UNIV DNR NAP 1/4F 1PLY 12/334 | 175 CS | 6,121 LBS | 59.05 | 10,333.75 |

TOTAL QUANTITY 1265
TOTAL WEIGHT 36,259
TOTAL CUBE 3,358

**Other Surcharges/Discounts**

| | | | |
|---|---|---|---|
| Freight | | | 1,450.32 |
| Freight Allowed | | | 1,450.32- |
| Cash Discount % | | 2.00- | 819.79- |
| Amount Due If Received by 07/26/2008 (USD) | | | 41,619.91 |
| Amount Due If Received after 07/26/2008 (USD) | | | 42,439.70 |

Comments : All claims must be received by SCA no later than 6 months from date of this invoice.

TITLE TO PRODUCTS SOLD PASS TO BUYER ON SELLER'S DELIVERY TO CARRIER
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTION 6,7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND
ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

Mail Remittance To:

21127 NETWORK PLACE
CHICAGO IL 60673-1211

Page : 1 of 1         07/28/2008

**SCA TISSUE NORTH AMERICA LLC** 

## STRAIGHT BILL OF LADING - SHORT FORM
### ORIGINAL - NOT NEGOTIABLE

The property described below has been received by Carrier in apparent good order except as noted below and is marked, consigned, and destined as indicated below. Carrier agrees to carry the property to destination if on its route, otherwise to deliver to another carrier on the route to said destination. Each carrier of said any party at any time interested in all or any of said property over all or any portion of said route to destination agrees to perform every service required hereby in accordance with the applicable contract(s), if any, between SCA Tissue NA LLC and Carrier and otherwise subject to the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) if this is a rail or rail water shipment or the Uniform Freight Classification and (2) if this is a motor carrier shipment in the National Motor Freight Classification.

DATE: 7/11/2008    TIME: 11:14:08
BILL OF LADING: 70602749M
PRO NUMBER:
CARRIER: WINDY HILL
VEHICLE NO.: 53152
SEAL NO.: 539795
FREIGHT TERMS: TO BE PREPAID

CONSIGNOR: SCA Tissue North America LLC
ASRS WAREHOUSE
825 EHLERS ROAD
NEENAH    WI 54956-1413

For Delivery to:
NASHVILLE DIST CENTER
2621 EUGENIA AVE
NASHVILLE    TN    37211

| QUANTITY | CODE | DESCRIPTION | WEIGHT(LBS) |
|---|---|---|---|
| 742 | 05 | PAPER NAPKINS<br>NMFC 1-153020 SUB 2 CLASS 85 | 22,728 |
| 380 | 22 | PAPER TOWELS<br>NMFC 1-154415 SUB 2 CLASS 70 | 10,198 |
| 133 | 36 | TOILET PAPER<br>NMFC 1-154412 SUB2 CLASS77 1/2 | 3,253 |
| 10 | 67 | DISPENSERS, PLASTIC<br>NMFC I-156600 SUB 6 CLASS 100 | 80 |
| 1265 | *** | TOTALS FOR BOL# 70602749M | 36,259 *** |

ONLY STOP TO COMPLETE UNLOAD:  NASHVILLE DIST CENTER
                                2621 EUGENIA AVE
1265 ***                        NASHVILLE        TN        36,259 ***

| CUBES | DELIVERY# | CUSTOMER P.O.# | Sales Order No. |
|---|---|---|---|
| 3,358.74 | 0081561660 | 181461 | 0001229684 |

1-888-478-4778 For CSR: ANGELA FREIER
DRIVER MUST UNLOAD SHIPMENT FOR CUSTOMER
Rec. Info: 615-231-4300 CMA
                    SEAL NUMBERS:   539795

SHIPPER: SCA Tissue North America LLC    CARRIER: WINDY HILL
SIGNATURE: J.M. CHESLOCK                 SIGNATURE: _____
           SHIPPER LOAD AND COUNT        DATE: _____

SEND FREIGHT BILL TO:
SCA Tissue North America LLC
c/o Trans International
N93 W16288 Megal Drive
Menomonee Falls, WI 53051-1503

Customer Signature: [signed] 7/14/08

All transportation provided hereunder is subject to the terms of Section 7 of the respective Bill of Lading identified above so if SCA Tissue NA LLC initialized the Section 7 provision on the face of that Bill of Lading with respect to each shipment described below.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
SCA Tissue North America LLC
(signature of Consignee)

 

# INVOICE

SCA Tissue North America LLC      SCA Invoice No : 93643513
NEENAH, WI      SCA Invoice Date : 07/12/2008
Telephone (866) 722-6659      Discount Due Date : 07/27/2008

| Customer P.O No | SCA Order | Order Date | Sale/Broker | Ship From | Date Shipped |
|---|---|---|---|---|---|
| 368557 | 1229685 | 07/01/2008 | MORRIS PAINE | Neenah WI Mill | 07/12/2008 |
| **Ship Via** | **Freight Terms & Agreements** | | **Inv.Type** | **Cash Terms** | |
| TRK-Truckload | Prepaid | | F2 | 2% 15, net 30 from date of inv | |
| **Carrier** | | **Bill of Lading** | | | **Trailer** |
| DEBOER INC | | 70602744M | | | 54567 |

Paying account : 300442      Ship-To : 2053963
COMMISSARY OPERATIONS (COI)      COI TIFTON
2629 EUGENIA AVE      7833 MAGNOLIA INDUSTRIAL
NASHVILLE TN 37211      TIFTON GA 31794
USA      USA

| Material | Description | Quantity | Weight | Price | Extension |
|---|---|---|---|---|---|
| TJ1222A | UNIV JUMBO BATH SR 2-PLY 6/2000 | 108 CS | 2,426 LBS | 28.05 | 3,029.40 |
| 84TR | DISP H21 HWRT LEVER SMK 1/CS | 50 EA | 400 LBS | 28.90 | 1,445.00 |
| 1TBS | DISP N8 BETSY TBL BSTEEL 12/CS | 180 EA | 212 LBS | 7.00 | 1,260.00 |
| D820 | ADVC LRG DISP NAP WHT 12/500 | 294 CS | 8,323 LBS | 34.20 | 10,054.80 |
| RK800E | UNIV HARDROLL TWL NAT 6/800 | 120 CS | 3,219 LBS | 21.60 | 2,592.00 |
| 491AB1 | APPLEBEE'S 1C BEV NAPK 1P WHT 5M | 360 CS | 5,537 LBS | 17.15 | 6,174.00 |
| 5240AB | APPLEBEE'S NACT DNR NAP PLN15X17WHT | 390 CS | 13,273 LBS | 27.50 | 10,725.00 |
| PALLETS | STANDARD 40x48 WOOD PALLET | 30 PAL | 1,500 LBS | 7.50 | 225.00 |
| ZPAL | Pallet Allowance | | | 7.50- | 225.00- |

TOTAL QUANTITY      1502
TOTAL WEIGHT      33,390
TOTAL CUBE      3,294

**Other Surcharges/Discounts**

| | | |
|---|---|---|
| Freight | | 2,263.68 |
| Freight Allowed | | 2,263.68- |
| Cash Discount % | 2.00- | 660.33- |
| Amount Due If Received by 07/27/2008 (USD) | | 34,619.87 |
| Amount Due If Received after 07/27/2008 (USD) | | 35,280.20 |

Comments : All claims must be received by SCA no later than 6 months from date of this invoice.

TITLE TO PRODUCTS SOLD PASS TO BUYER ON SELLER'S DELIVERY TO CARRIER      Mail Remittance To:
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTION 6,7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND      21127 NETWORK PLACE
ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.      CHICAGO IL 60673-1211

Page : 1 of 1      07/28/2008

**SCA TISSUE NORTH AMERICA LLC** 

# STRAIGHT BILL OF LADING - SHORT FORM
## ORIGINAL - NOT NEGOTIABLE

The property described below has been received by Carrier in apparent good order except as noted below and is marked, consigned, and destined as indicated below. Carrier agrees to carry the property to destination if on its route, otherwise to deliver to another carrier on the route to said destination. Each carrier of said any party at any time interested in all or any of said property over all or any portion of said route to destination agrees to perform every service required hereby in accordance with the applicable contract(s), if any, between SCA Tissue NA LLC and Carrier and otherwise subject to the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) if this is a rail or rail water shipment in the Uniform Freight Classification and (2) if this is a motor carrier shipment in the National Motor Freight Classification.

| | |
|---|---|
| DATE: | 7/12/2008  TIME: 13:48:45 |
| BILL OF LADING: | 70602744M |
| PRO NUMBER: | |
| CARRIER: | DE BOER INC. |
| VEHICLE NO.: | 54567 |
| SEAL NO.: | 923498 |
| FREIGHT TERMS: | TO BE PREPAID |

**CONSIGNOR:** SCA Tissue North America LLC
ASRS WAREHOUSE
825 EHLERS ROAD
NEENAH   WI 54956-1413

**For Delivery to:**
COI TIFTON
7833 MAGNOLIA INDUSTRIAL
TIFTON       GA   31794

| QUANTITY | CODE | DESCRIPTION | WEIGHT(LBS) |
|---|---|---|---|
| 1044 | 05 | PAPER NAPKINS<br>NMFC 1-153020 SUB 2 CLASS 85 | 27,133 |
| 120 | 22 | PAPER TOWELS<br>NMFC 1-154415 SUB 2 CLASS 70 | 3,219 |
| 108 | 36 | TOILET PAPER<br>NMFC 1-154412 SUB2 CLASS77 1/2 | 2,426 |
| 15 | 65 | DISPENSERS, METAL<br>NMFC 1-39480 CLASS 92 1/2 | 210 |
| 50 | 67 | DISPENSERS, PLASTIC<br>NMFC I-156600 SUB 6 CLASS 100 | 400 |
| 30 | 85 | WOODEN PALLETS<br>NMFC I 150390 SUB 4 CLASS 37.5 | 1,500 |
| 1367 *** | | TOTALS FOR BOL# 70602744M | 34,888 *** |

ONLY STOP TO COMPLETE UNLOAD:  COI TIFTON
                                7833 MAGNOLIA INDUSTRIAL
1367 ***                        TIFTON            GA              34,888 ***

| CUBES | DELIVERY# | CUSTOMER P.O.# | Sales Order No. |
|---|---|---|---|
| 3,295.01 | 0081561664 | (368557) | 0001229685 |

1-888-478-4778 For CSR: ANGELA FREIER
$140 LUMPER CHARGE APPROVED
CONSIGNEE MUST UNLOAD SHIPMENT
Rec. Info: 800-622-6691-... CMA/CARLA WASHINGTON
          SEAL NUMBERS:  923498

*[signature: Shirly Mc Baha]*

| | | |
|---|---|---|
| **SHIPPER:** SCA Tissue North America LLC | **CARRIER:** DE BOER INC. | **Customer Signature** |
| **SIGNATURE:** J.M. CHESLOCK | **SIGNATURE:** _____ | Signature _____ Date _____ |
| SHIPPER LOAD AND COUNT | DATE: _____ | All transportation provided hereunder is subject to the terms of Section 7 of the respective Bill of Lading identified above so if SCA Tissue NA LLC initialed the Section 7 provision on the face of that Bill of Lading with respect to each shipment described below. |

**SEND FREIGHT BILL TO:**
*Per Carrier*
*Product delivered*
*on July 14, 2008*

SCA Tissue North America LLC
c/o Trans International
N93 W16288 Megal Drive
Menomonee Falls, WI  53051-1503

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
**SCA Tissue North America LLC**
(signature of Consignee)

---
Certified Original by TripPak Online 21, 4 at 12:35:33 07-15-2008 at 4 for DEBE 402824459

 

# INVOICE

SCA Tissue North America LLC  
NEENAH, WI  
Telephone (866) 722-6659

SCA Invoice No : 93644369  
SCA Invoice Date : 07/16/2008  
Discount Due Date : 07/31/2008

| Customer P.O No | SCA Order | Order Date | Sale/Broker | Ship From | Date Shipped |
|---|---|---|---|---|---|
| 368559 | 1229686 | 07/01/2008 | MORRIS PAINE | Neenah WI Mill | 07/16/2008 |
| **Ship Via** | **Freight Terms & Agreements** | | **Inv.Type** | **Cash Terms** | |
| TRK-Truckload | Prepaid | | F2 | 2% 15, net 30 from date of inv | |
| **Carrier** | | **Bill of Lading** | | | **Trailer** |
| MILLIS TRANSFER INC | | 70603996M | | | 537272 |

Paying account : 300442  
COMMISSARY OPERATIONS (COI)  
2629 EUGENIA AVE  
NASHVILLE TN 37211  
USA

Ship-To : 2053963  
COI TIFTON  
7833 MAGNOLIA INDUSTRIAL  
TIFTON GA 31794  
USA

| Material | Description | Quantity | Weight | Price | Extension |
|---|---|---|---|---|---|
| 491AB1 | APPLEBEE'S 1C BEV NAPK 1P WHT 5M | 432 CS | 6,645 LBS | 17.15 | 7,408.80 |
| 5240AB | APPLEBEE'S NACT DNR NAP PLN15X17WHT | 720 CS | 24,504 LBS | 27.50 | 19,800.00 |
| PALLETS | STANDARD 40x48 WOOD PALLET | 30 PAL | 1,500 LBS | 7.50 | 225.00 |
| ZPAL | Pallet Allowance | | | 7.50- | 225.00- |

```
                  TOTAL QUANTITY        1152
                  TOTAL WEIGHT        31,149
                  TOTAL CUBE           3,239
```

**Other Surcharges/Discounts**

| | | |
|---|---|---|
| Freight | | 2,359.36 |
| Freight Allowed | | 2,359.36- |
| Cash Discount % | 2.00- | 496.99- |
| Amount Due If Received by 07/31/2008 (USD) | | 26,711.81 |
| Amount Due If Received after 07/31/2008 (USD) | | 27,208.80 |

Comments : All claims must be received by SCA no later than 6 months from date of this invoice.

---

TITLE TO PRODUCTS SOLD PASS TO BUYER ON SELLER'S DELIVERY TO CARRIER  
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS  
OF SECTION 6,7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND  
ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

Mail Remittance To:

21127 NETWORK PLACE  
CHICAGO IL 60673-1211

Page : 1 of 1                 07/28/2008



**SCA TISSUE NORTH AMERICA LLC**

# STRAIGHT BILL OF LADING - *SHORT FORM*
## ORIGINAL - NOT NEGOTIABLE

The property described below has been received by Carrier in apparent good order except as noted below and is marked, consigned, and destined as indicated below. Carrier agrees to carry the property to destination if on its route, otherwise to deliver to another carrier on the route to said destination. Each carrier of and any party at any time interested in all or any of said property over all or any portion of said route to destination agrees to perform every service required hereby in accordance with the applicable contract(s), if any, between SCA Tissue NA LLC and Carrier and otherwise subject to the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) if this is a rail or rail water shipment in the Uniform Freight Classification and (2) if this is a motor carrier shipment in the National Motor Freight Classification.

| | |
|---|---|
| DATE: 7/16/2008 | TIME: 11:57:37 |
| BILL OF LADING: | 70603996M |
| PRO NUMBER: | |
| CARRIER: | MILLIS |
| VEHICLE NO.: | 537272 |
| SEAL NO.: | 923255 |
| FREIGHT TERMS: | TO BE PREPAID |

**CONSIGNOR:** SCA Tissue North America LLC
ASRS WAREHOUSE
825 EHLERS ROAD
NEENAH   WI 54956-1413

**For Delivery to:**
COI TIFTON
7833 MAGNOLIA INDUSTRIAL
TIFTON           GA   31794

| QUANTITY | CODE | DESCRIPTION | WEIGHT(LBS) |
|---|---|---|---|
| 1152 | 05 | PAPER NAPKINS<br>NMFC 1-153020 SUB 2 CLASS 85 | 31,149 |
| 30 | 85 | WOODEN PALLETS<br>NMFC I 150390 SUB 4 CLASS 37.5 | 1,500 |
| 1182 | *** | TOTALS FOR BOL#   70603996M | 32,649 *** |

ONLY STOP TO COMPLETE UNLOAD:  COI TIFTON
                                7833 MAGNOLIA INDUSTRIAL
1182  ***                       TIFTON          GA              32,649 ***

| CUBES | DELIVERY# | CUSTOMER P.O.# | Sales Order No. |
|---|---|---|---|
| 3,238.55 | 0081562945 | 368559 | 0001229686 |

1-888-478-4778 For CSR:  ANGELA FREIER
$140 LUMPER CHARGE APPROVED
CONSIGNEE MUST UNLOAD SHIPMENT
Rec. Info: 800-622-6691-... CMA/CARLA WASHINGTON
               SEAL NUMBERS:  923255

*Shirley McGahan* (signature)

| | |
|---|---|
| SHIPPER: SCA Tissue North America LLC | CARRIER: MILLIS |
| SIGNATURE: J.M. CHESLOCK | SIGNATURE: |
| SHIPPER LOAD AND COUNT | DATE: |

**Customer Signature**

_____
Signature        Date

All transportation provided hereunder is subject to the terms of Section 7 of the respective Bill of Lading identified above so if SCA Tissue NA LLC initialized the Section 7 provision on the face of that Bill of Lading with respect to each shipment described below.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
SCA Tissue North America LLC
(signature of Consignee)

**SEND FREIGHT BILL TO:**
*Per Carrier*
*Product delivered on July 18, 2008*

SCA Tissue North America LLC
c/o Trans International
N93 W16288 Megal Drive
Menomonee Falls, WI  53051-1503

# PACKING SLIP

Bill of Lading No.: **70603996M**

For Delivery To:

COI TIFTON
7833 MAGNOLIA INDUSTRIAL
TIFTON     GA    31794

| Date/Time Loaded | |
|---|---|
| 7/16/2008 | 11:57:39 |
| Carrier | Vehicle No. |
| MILLIS | 537272 |

| PRODUCT | DESCRIPTION | ORDERED | SHIPPED | WEIGHT(lbs) |
|---|---|---|---|---|
| DELIVERY NO. | 0081562945   CUSTOMER PO.    368559 | | | |
| PALLETS | STANDARD 40x48 WOOD PALLET | 30 | 30 | 1500 |
| 491AB1 | APPLEBEE'S 1C BEV NAPK 1P WHT | 432 | 432 | 6645 |
| | APPLEBEE'S NACT BEVNAP 1P 1C W | | | |
| 5240AB | APPLEBEE'S NACT DNR NAP PLN15X | 720 | 720 | 24504 |

SCA TISSUE
NORTH AMERICA LLC      SCA

STOP# 01  TOTALS:

| 1,182 | 32,649 |
|---|---|
| Cases Shipped | Total Weight |

  # INVOICE

SCA Tissue North America LLC  SCA Invoice No : 93644829
NEENAH, WI  SCA Invoice Date : 07/18/2008
Telephone (866) 722-6659  Discount Due Date : 08/02/2008

| Customer P.O No | SCA Order | Order Date | Sale/Broker | Ship From | Date Shipped |
|---|---|---|---|---|---|
| 181874 | 1230666 | 07/08/2008 | MORRIS PAINE | Neenah WI Mill | 07/18/2008 |
| Ship Via | Freight Terms & Agreements | | Inv.Type | Cash Terms | |
| TRK-Truckload | Prepaid | | F2 | 2% 15, net 30 from date of inv | |
| Carrier | | Bill of Lading | | Trailer | |
| WINDY HILL FOLIAGE INC | | 70604910M | | 53143 | |

Paying account : 300442  Ship-To : 2046899
COMMISSARY OPERATIONS (COI)  NASHVILLE DIST CENTER
2629 EUGENIA AVE  2621 EUGENIA AVE
NASHVILLE TN 37211  NASHVILLE TN 37211
USA  USA

| Material | Description | Quantity | Weight | Price | Extension |
|---|---|---|---|---|---|
| 290088 | UNIV HARD ROLL TOWEL NAT 6/700 | 20 CS | 541 LBS | 34.70 | 694.00 |
| TM1616S | UNIV BATH TIS 2-PLY WHT 96/500 | 10 CS | 331 LBS | 44.75 | 447.50 |
| TJ1222A | UNIV JUMBO BATH SR 2-PLY 6/2000 | 270 CS | 6,064 LBS | 28.60 | 7,722.00 |
| 84TR | DISP H21 HWRT LEVER SMK 1/CS | 20 EA | 160 LBS | 28.90 | 578.00 |
| 1TBS | DISP N8 BETSY TBL BSTEEL 12/CS | 60 EA | 71 LBS | 7.00 | 420.00 |
| 787ASSC | SCHLOTZSKY'S NACT DISP SLV 1C | 140 CS | 4,704 LBS | 27.96 | 3,914.40 |
| D820 | ADVC LRG DISP NAP WHT 12/500 | 420 CS | 11,890 LBS | 34.80 | 14,616.00 |
| RK800E | UNIV HARDROLL TWL NAT 6/800 | 180 CS | 4,829 LBS | 21.95 | 3,951.00 |
| N7141A | UNIV DNR NAP 1/4F 1PLY 12/334 | 100 CS | 3,498 LBS | 59.05 | 5,905.00 |

TOTAL QUANTITY 1220
TOTAL WEIGHT 32,087
TOTAL CUBE 2,957

**Other Surcharges/Discounts**

Freight 1,457.22
Freight Allowed 1,457.22-
Cash Discount % 2.00- 735.81-
Amount Due If Received by 08/02/2008 (USD) 37,512.09
Amount Due If Received after 08/02/2008 (USD) 38,247.90

Comments : All claims must be received by SCA no later than 6 months from date of this invoice.

---

TITLE TO PRODUCTS SOLD PASS TO BUYER ON SELLER'S DELIVERY TO CARRIER  Mail Remittance To:
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTION 6,7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND  21127 NETWORK PLACE
ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.  CHICAGO IL 60673-1211

Page : 1 of 1  07/28/2008

<mark>07/28/2008 16:11 FAX 715 387 4753     WINDY HILL     ☒ 005/005</mark>

**SCA TISSUE NORTH AMERICA LLC** 

# STRAIGHT BILL OF LADING - *SHORT FORM*
### ORIGINAL - NOT NEGOTIABLE

The property described below has been received by Carrier in apparent good order except as noted below and is marked, consigned, and destined as indicated below. Carrier agrees to carry the property to destination if on its route, otherwise to deliver to another carrier on the route to said destination. Each carrier of said any party at any time interested in all or any of said property ever all or any portion of said route to destination agrees to perform every service required hereby in accordance with the applicable contract(s), if any, between SCA Tissue NA LLC and Carrier and otherwise subject to the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) if this is a rail or rail-water shipment in the Uniform Freight Classification and (2) if this is a motor carrier shipment in the National Motor Freight Classification.

| | |
|---|---|
| DATE: | 7/18/2008  TIME: 11:40:17 |
| BILL OF LADING: | 70604910M |
| PRO NUMBER: | |
| CARRIER: | WINDY HILL |
| VEHICLE NO.: | 53143 |
| SEAL NO.: | 923107 |
| FREIGHT TERMS: | TO BE PREPAID |

**CONSIGNOR:** SCA Tissue North America LLC
ASRS WAREHOUSE
825 EHLERS ROAD
NEENAH    WI 54956-1413

**For Delivery to:**
NASHVILLE DIST CENTER
2621 EUGENIA AVE
NASHVILLE    TN  37211

| QUANTITY | CODE | DESCRIPTION | WEIGHT(LBS) |
|---|---|---|---|
| 660 | 05 | PAPER NAPKINS NMFC 1-153020 SUB 2 CLASS 85 | 20,092 |
| 200 | 22 | PAPER TOWELS NMFC 1-154415 SUB 2 CLASS 70 | 5,370 |
| 280 | 36 | TOILET PAPER NMFC 1-154412 SUB2 CLASS77 1/2 | 6,395 |
| 5 | 65 | DISPENSERS, METAL NMFC 1-39480 CLASS 92 1/2 | 70 |
| 20 | 67 | DISPENSERS, PLASTIC NMFC I-156600 SUB 6 CLASS 100 | 160 |
| 1165 *** | | TOTALS FOR BOL# 70604910M | 32,087 *** |

ONLY STOP TO COMPLETE UNLOAD:  NASHVILLE DIST CENTER
                               2621 EUGENIA AVE
1165 ***                       NASHVILLE    TN        32,087 ***

| CUBES | DELIVERY# | CUSTOMER P.O.# | Sales Order No. |
|---|---|---|---|
| 2,958.04 | 0081563987 | 181874 | 0001230666 |

1-888-478-4778 For CSR: ANGELA FREIER
DRIVER MUST UNLOAD SHIPMENT FOR CUSTOMER
Rec. Info: 615-231-4300 CMA
         SEAL NUMBERS:   923107

Seal intact

**SHIPPER:** SCA Tissue North America LLC
**SIGNATURE:** J.M. CHESLOCK
SHIPPER LOAD AND COUNT

**CARRIER:** WINDY HILL
**SIGNATURE:** [signature]
**DATE:** 7-21-08

**Customer Signature**
Signature    Date

All transportation provided hereunder is subject to the terms of Section 7 of the respective Bill of Lading identified above, so if SCA Tissue NA LLC initialized the Section 7 provision on the face of that Bill of Lading with respect to each shipment described below.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
**SCA Tissue North America LLC**
(signature of Consignee)

**TO:** SCA Tissue North America LLC
c/o Trans International
N93 W16288 Megal Drive
Menomonee Falls, WI 53051-1503

<mark>Case 3:08-bk-06279    Doc 653-3    Filed 10/07/08    Entered 10/07/08 17:43:30    Desc
              Exhibit B (Invoices)    Page 15 of 20</mark>

 

# INVOICE

SCA Tissue North America LLC  
NEENAH, WI  
Telephone (866) 722-6659

SCA Invoice No : 93644997  
SCA Invoice Date : 07/19/2008  
Discount Due Date : 08/03/2008

| Customer P.O No | SCA Order | Order Date | Sale/Broker | Ship From | Date Shipped |
|---|---|---|---|---|---|
| 368885 | 1230664 | 07/08/2008 | MORRIS PAINE | Neenah WI Mill | 07/19/2008 |
| Ship Via | Freight Terms & Agreements | | Inv.Type | Cash Terms | |
| TRK-Truckload | Prepaid | | F2 | 2% 15, net 30 from date of inv | |
| Carrier | | Bill of Lading | | | Trailer |
| MILLIS TRANSFER INC | | 70604914M | | | 40075 |

Paying account : 300442  
COMMISSARY OPERATIONS (COI)  
2629 EUGENIA AVE  
NASHVILLE TN 37211  
USA

Ship-To : 2053963  
COI TIFTON  
7833 MAGNOLIA INDUSTRIAL  
TIFTON GA 31794  
USA

| Material | Description | Quantity | Weight | Price | Extension |
|---|---|---|---|---|---|
| D820 | ADVC LRG DISP NAP WHT 12/500 | 336 CS | 9,512 LBS | 34.20 | 11,491.20 |
| RK800E | UNIV HARDROLL TWL NAT 6/800 | 240 CS | 6,438 LBS | 21.60 | 5,184.00 |
| N7141A | UNIV DNR NAP 1/4F 1PLY 12/334 | 150 CS | 5,247 LBS | 43.05 | 6,457.50 |
| 5240AB | APPLEBEE'S NACT DNR NAP PLN15X17WHT | 360 CS | 12,252 LBS | 27.50 | 9,900.00 |
| PALLETS | STANDARD 40x48 WOOD PALLET | 30 PAL | 1,500 LBS | 7.50 | 225.00 |
| ZPAL | Pallet Allowance | | | 7.50- | 225.00- |

TOTAL QUANTITY 1086  
TOTAL WEIGHT 33,449  
TOTAL CUBE 3,372

**Other Surcharges/Discounts**

| | | |
|---|---|---|
| Freight | | 2,359.36 |
| Freight Allowed | | 2,359.36- |
| Cash Discount % | 2.00- | 613.47- |
| Amount Due If Received by 08/03/2008 (USD) | | 32,419.23 |
| Amount Due If Received after 08/03/2008 (USD) | | 33,032.70 |

Comments : All claims must be received by SCA no later than 6 months from date of this invoice.

TITLE TO PRODUCTS SOLD PASS TO BUYER ON SELLER'S DELIVERY TO CARRIER  
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS  
OF SECTION 6,7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND  
ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

Mail Remittance To:  
21127 NETWORK PLACE  
CHICAGO IL 60673-1211

Page : 1 of 1        07/28/2008



# STRAIGHT BILL OF LADING - *SHORT FORM*
## ORIGINAL - NOT NEGOTIABLE

**SCA TISSUE NORTH AMERICA LLC**

The property described below has been received by Carrier in apparent good order except as noted below and is marked, consigned, and destined as indicated below. Carrier agrees to carry the property to destination if on its route, otherwise to deliver to another carrier on the route to said destination. Each carrier of and any party at any time interested in all or any of said property over all or any portion of said route to destination agrees to perform every service required hereby in accordance with the applicable contract(s) if any, between SCA Tissue NA LLC and Carrier and otherwise subject to the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) if this is a rail or rail water shipment in the Uniform Freight Classification and (2) if this is a motor carrier shipment in the National Motor Freight Classification.

| | |
|---|---|
| DATE: 7/19/2008 | TIME: 39:23 |
| BILL OF LADING: | 70604914M |
| PRO NUMBER: | |
| CARRIER: | MILLIS |
| VEHICLE NO.: | 40075 |
| SEAL NO.: | 923923 |
| FREIGHT TERMS: | TO BE PREPAID |

**CONSIGNOR:** SCA Tissue North America LLC
ASRS WAREHOUSE
825 EHLERS ROAD
NEENAH   WI 54956-1413

**For Delivery to:** COI TIFTON
7833 MAGNOLIA INDUSTRIAL
TIFTON   GA 31794

| QUANTITY | CODE | DESCRIPTION | WEIGHT(LBS) |
|---|---|---|---|
| 846 | 05 | PAPER NAPKINS<br>NMFC 1-153020 SUB 2 CLASS 85 | 27,011 |
| 240 | 22 | PAPER TOWELS<br>NMFC 1-154415 SUB 2 CLASS 70 | 6,438 |
| 30 | 85 | WOODEN PALLETS<br>NMFC I 150390 SUB 4 CLASS 37.5 | 1,500 |
| 1116 *** | | TOTALS FOR BOL#  70604914M | 34,949 *** |

ONLY STOP TO COMPLETE UNLOAD:   COI TIFTON
                                7833 MAGNOLIA INDUSTRIAL
1116 ***                        TIFTON         GA              34,949 ***

| CUBES | DELIVERY# | CUSTOMER P.O.# | Sales Order No. |
|---|---|---|---|
| 3,371.90 | 0081563985 | 368885 | 0001230664 |

1-888-478-4778 For CSR: ANGELA FREIER
$140 LUMPER CHARGE APPROVED
CONSIGNEE MUST UNLOAD SHIPMENT
Rec. Info: 800-622-6691-... CMA/CARLA WASHINGTON
         SEAL NUMBERS: 923923

(1086)   *Shirley McBeha* (signature)

---

**SHIPPER:** SCA Tissue North America LLC   **CARRIER:** MILLIS

**SIGNATURE:** J.M. CHESLOCK          **SIGNATURE:** _____

SHIPPER LOAD AND COUNT                **DATE:** _____

**Customer Signature**
_____
Signature           Date

All transportation provided hereunder is subject to the terms of Section 7 of the respective Bill of Lading identified above so if SCA Tissue NA LLC initialized the Section 7 provision on the face of that Bill of Lading with respect to each shipment described below.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
**SCA Tissue North America LLC**
(signature of Consignee)

**SEND FREIGHT BILL TO:**
*Per Carrier*
*Product delivered*
*on July 21, 2008*

SCA Tissue North America LLC
c/o Trans International
N93 W16288 Megal Drive
Menomonee Falls, WI 53051-1503

# PACKING SLIP

Bill of Lading No.: **70604914M**

For Delivery To:

COI TIFTON
7833 MAGNOLIA INDUSTRIAL
TIFTON        GA   31794

| Date/Time Loaded | |
|---|---|
| 7/19/2008 | 39:28 |
| Carrier | Vehicle No. |
| MILLIS | 40075 |

| PRODUCT | DESCRIPTION | ORDERED | SHIPPED | WEIGHT(lbs) |
|---|---|---|---|---|
| DELIVERY NO. | 0081563985   CUSTOMER PO.   368885 | | | |
| D820 | ADVC LRG DISP NAP WHT 12/500 | 336 | 336 | 9512 |
| N7141A | UNIV DNR NAP 1/4F 1PLY 12/334 | 150 | 150 | 5247 |
| PALLETS | STANDARD 40x48 WOOD PALLET | 30 | 30 | 1500 |
| RK800E | UNIV HARDROLL TWL NAT 6/800 | 240 | 240 | 6438 |
| 5240AB | APPLEBEE'S NACT DNR NAP PLN15X | 360 | 360 | 12252 |

*Shirley McDaha* (signature)

**SCA TISSUE**
**NORTH AMERICA LLC**   SCA

STOP#  01  TOTALS:

| 1,116 | 34,949 |
|---|---|
| Cases Shipped | Total Weight |

 

# INVOICE

SCA Tissue North America LLC    SCA Invoice No    : 93645315
NEENAH, WI                       SCA Invoice Date  : 07/21/2008
Telephone (866) 722-6659         Discount Due Date : 08/05/2008

| Customer P.O No | SCA Order | Order Date | Sale/Broker | Ship From | Date Shipped |
|---|---|---|---|---|---|
| 253269 | 1230665 | 07/08/2008 | MORRIS PAINE | Neenah WI Mill | 07/21/2008 |

| Ship Via | Freight Terms & Agreements | Inv.Type | Cash Terms | |
|---|---|---|---|---|
| TRK-Truckload | Prepaid | F2 | 2% 15, net 30 from date of inv | |

| Carrier | Bill of Lading | | Trailer |
|---|---|---|---|
| WINDY HILL FOLIAGE INC | 70605039M | | 5348 |

Paying account : 300442              Ship-To : 2062861
COMMISSARY OPERATIONS (COI)          COI RIPLEY DC
2629 EUGENIA AVE                     HC88 CEDAR LAKES RD
NASHVILLE TN  37211                  RIPLEY WV  25271
USA                                  USA

| Material | Description | Quantity | Weight | Price | Extension |
|---|---|---|---|---|---|
| TJ1222A | UNIV JUMBO BATH  SR 2-PLY 6/2000 | 216 CS | 4,852 LBS | 28.05 | 6,058.80 |
| RK800E | UNIV HARDROLL TWL NAT 6/800 | 180 CS | 4,829 LBS | 22.30 | 4,014.00 |
| N7141A | UNIV DNR NAP 1/4F 1PLY 12/334 | 200 CS | 6,996 LBS | 43.30 | 8,660.00 |
| | TOTAL QUANTITY | 596 | | | |
| | TOTAL WEIGHT | | 16,676 | | |
| | TOTAL CUBE | | 1,660 | | |

**Other Surcharges/Discounts**

| | | | |
|---|---|---|---|
| Freight | | | 1,220.11 |
| Freight Allowed | | | 1,220.11- |
| Add'l Freight Charge | | 200.00 | 200.00 |
| Cash Discount % | | 2.00- | 350.25- |
| Amount Due If Received by 08/05/2008 (USD) | | | 18,582.55 |
| Amount Due If Received after 08/05/2008 (USD) | | | 18,932.80 |

Comments : All claims must be received by SCA no later than 6 months from date of this invoice.

TITLE TO PRODUCTS SOLD PASS TO BUYER ON SELLER'S DELIVERY TO CARRIER    Mail Remittance To:
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTION 6,7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND         21127 NETWORK PLACE
ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.                 CHICAGO IL 60673-1211

Page : 1 of 1                    07/28/2008

**SCA TISSUE** 
**NORTH AMERICA LLC**

# STRAIGHT BILL OF LADING - *SHORT FORM*
## ORIGINAL - NOT NEGOTIABLE

The property described below has been received by Carrier in apparent good order except as noted below and is marked, consigned, and destined as indicated below. Carrier agrees to carry the property to destination if on its route, otherwise to deliver to another carrier on the route to said destination. Each carrier of and any party at any time interested in all or any of said property over all or any portion of said route to destination agrees to perform every service required hereby in accordance with the applicable contract(s). If any, between SCA Tissue NA LLC and Carrier and otherwise subject to the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) if this is a rail or rail water shipment in the Uniform Freight Classification and (2) if this is a motor carrier shipment in the National Motor Freight Classification.

DATE:      7/19/2008    TIME:     22:41:47

BILL OF LADING:    70605039M

PRO NUMBER:

**CONSIGNOR:**   SCA Tissue North America LLC
ASRS WAREHOUSE
825 EHLERS ROAD
NEENAH      WI 54956-1413

For Delivery to:
COI RIPLEY DC
HC88 CEDAR LAKES RD
RIPLEY              WV   25271

CARRIER:        WINDY HILL
VEHICLE NO.:    5348
SEAL NO.:       923933
FREIGHT TERMS:  TO BE PREPAID

| QUANTITY | CODE | DESCRIPTION | WEIGHT(LBS) |
|---|---|---|---|
| 560 | 05 | PAPER NAPKINS NMFC 1-153020 SUB 2 CLASS 85 | 18,144 |
| 180 | 22 | PAPER TOWELS NMFC 1-154415 SUB 2 CLASS 70 | 4,829 |
| 216 | 36 | TOILET PAPER NMFC 1-154412 SUB2 CLASS77 1/2 | 4,852 |
| 956 *** | | TOTALS FOR BOL#   70605039M | 27,825 *** |
| | | 1ST STOP TO PARTIALLY UNLOAD: MICHAEL LEWIS WOODDALE 201 MITTLE DRIVE WOODDALE  IL | |
| 150 *** | | | 4,502 *** |
| | | 2ND STOP TO PARTIALLY UNLOAD: U S FDSVC WEST VIRGINIA 2575 VIRGINIA AVE HURRICANE  WV | |
| 210 *** | | | 6,646 *** |
| | | FINAL STOP TO COMPLETE UNLOAD: COI RIPLEY DC HC88 CEDAR LAKES RD RIPLEY  WV | |
| ~~596~~ *** | | | 16,677 *** |

595- 1 Case damaged Refused

CUBES      DELIVERY#      CUSTOMER P.O.#      Sales Order No.
417.15     0081563216     01 98833            0001228966

1-888-478-4778 For CSR:  ANGELA FREIER
DRIVER MUST UNLOAD SHIPMENT FOR CUSTOMER
Rec. Info: 630-350-1060 CMA

682.92     0081563212     0819302L            0001225653

1-888-478-4778 For CSR:  CAROL ZUNIGA
DRIVER MUST UNLOAD SHIPMENT FOR CUSTOMER
CARRIER MUST CALL 48 HOURS PRIOR TO DELIVERY FOR APPOINTMENT
Rec. Info: 304-562-9925 CMA

**RECEIVED**
JUL 24 2008

SHIPPER:  SCA Tissue North America LLC      CARRIER:

SIGNATURE: _____                  SIGNATURE: _____
                                            DATE: _____

Customer Signature
_____
Signature    Date

All transportation provided hereunder is subject to the terms of Section 7 of the respective Bill of Lading identified above so if SCA Tissue NA LLC initialized the Section 7 provision on the face of that Bill of Lading with respect to each shipment described below.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
SCA Tissue North America LLC
(signature of Consignee)

SEND FREIGHT BILL TO: