

Remit To:

**ORVAL KENT FOOD COMPANY, INC.**
36792 Eagle Way
Chicago, IL 60678-1367

**INVOICE**

| | |
|---|---|
| Invoice Date | 07/03/2008 |
| PAYMENT DUE DATE | 07/18/2008 |
| Payment Terms | Net 15 |
| Invoice Number | 90775274 |
| Order Create Date | 06/24/2008 |
| Customer P.O.# | 252820 |

| Order Number | Bill of Lading |
|---|---|
| 305086 | 80315446 |

| Bill to No.: 300697 | 187525 | Ship to No.: 100756 | GEE |
|---|---|---|---|
| COMMISSARY OPERATIONS, INC<br>dba COI FOOD<br>2629 EUGENIA AVENUE<br>NASHVILLE, TN 37211 | | COI / RIPLEY DISTRIBUTION CTR<br>HC 88 BOX 129 CEDAR LAKES ROAD<br>RIPLEY, WV 25271<br><br>Ship Method: Carrier Prepaid | |

**EXHIBIT A**

| Sales Rep | Broker | Terms | Shipped From | Shipped Date |
|---|---|---|---|---|
| Russell Luke | NON BROKERED | FOB-DESTINATION | Baxter Springs, KS | 07/03/2008 |

| Product Code | Product Description/<br>Discount Description | Cs Quantity | Price per Case | Discounts | Extended Amt |
|---|---|---|---|---|---|
| 64783 | OKFCL ELBOW MACARONI 3/10 P | 64 | 31.20 USD | | 1,996.80 |
| | LongTermPriceAdjstmt | | | 15.30- USD | 979.20- |
| | Invoice Price | | 15.90 USD | | 1,017.60 |
| | Net Price | | | | 1,017.60 |
| 42883 | OKFCL DICED POTATO SALAD 3/ | 80 | 28.80 USD | | 2,304.00 |
| | LongTermPriceAdjstmt | | | 15.60- USD | 1,248.00- |
| | Invoice Price | | 13.20 USD | | 1,056.00 |
| | Net Price | | | | 1,056.00 |
| 60550 | OKFCL POTATO SALAD AMERICAN | 8 | 15.30 USD | | 122.40 |
| | Net Price | | | | 122.40 |

Total Quantity : 152.000
Total Net weight : 4,560.000

| Payer No.: 300697 | Total Invoice Amount Due | |
|---|---|---|
| COMMISSARY OPERATIONS, INC<br>2629 EUGENIA AVENUE<br>NASHVILLE, TN 37211 | 07/18/2008 | $ 2,196.00 |
| | Invoice Number | 90775274 |

Page 1 of 1

Case 3:08-bk-06279  Doc 659-2  Filed 10/08/08  Entered 10/08/08 11:38:48  Desc
Exhibit A (Invoice No. 90775274)  Page 1 of 2

# Original Bill Of Lading

**Orval Kent**

| | |
|---|---|
| BOL Print Date: | 07/03/2008 |
| Bill Of Lading Number: | 80315446 |
| Master Bill of Lading #: | 0000187525 |
| Scheduled Ship Date: | 07/03/2008 |
| Requested Delivery Date: | 07/09/2008 |
| Requested Delivery Time: | |
| Customer Order Number: | 305086 |
| Customer P.O #: | 252820 |
| Line Haul Carrier: | FFE KANSAS CITY |
| Delivering Carrier: | FFE KANSAS CITY |

VA/PA
C
4992
SA/PA
(11)

**Ship From:**
Orval Kent – Baxter Springs
100 N Youngman Rd.
Baxter Springs, KS 66713
SAP Shipping Point - ZBS1

**Bill 3rd Party Freight charges to:**
Orval Kent
c/o Cass
P. O. Box 182038
Columbus, OH 43218

**Ship To: (CID #) 100756**
COI / RIPLEY DISTRIBUTION CTR
HC 88 BOX 129 CEDAR LAKES ROAD
RIPLEY, WV 25271
615-231-4426

| Product Description | Code Date | Quantity | Gross Lbs |
|---|---|---|---|
| 64783 / OKFCL ELBOW MACARONI 3/10 P | AUG0708BS | 50 | 1,650.000 |
| | AUG0708BS | 14 | 462.000 |
| 42883 / OKFCL DICED POTATO SALAD 3/ | AUG1108BS | 15 | 495.000 |
| | AUG1408BS | 7 | 231.000 |
| | AUG1108BS | 13 | 429.000 |
| | AUG1108BS | 14 | 462.000 |
| | AUG1108BS | 31 | 1,023.000 |
| 60550/ 60550 / OKFCL POTATO SALAD AMERICAN | AUG0508BS | 7 | 231.000 |
| | AUG0508BS | 1 | 33.000 |
| **GRAND TOTALS:** | | **152** | **5,016.000** |

**SHIPPING INSTRUCTIONS** 70/80

**2440238**

Driver Identification Verified _____ Initials

Trailer Number : _____   Seal Numbers: _____
Carrier Pro Number : _____
Number of Pallets IN : _____   OUT: _____

**COD Information**
C.O.D. Amount: $ 0.00
Fee Terms: Collect_____ prepaid_____
Customer Check Acceptable: _____

**Freight Charge Terms: FOB DESTINATION**
Frt chgs are prepaid unless otherwise marked: Collect_____ 3rdParty_____
**Additional Shipper Information (LTL Only)**
FRT Class: _____   NMFC # _____

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C 14706º(1)(A) and (B)

SUBJECT TO SECTION 7... [illegible boilerplate]

RECEIVED: subject to individually determined rates... [illegible boilerplate] PACKAGES ARE RECEIVED IN GOOD ORDER EXCEPT AS NOTED.

**Consignee / Customer Signature:** _____

Maintain Product at 33 Degrees Fahrenheit and Run Reefer in Continous Mode

**Shipper Signature:** _____   **Carrier SCAC/ Customer Signature:** _____
Date: _____

Trailer loaded by Shipper _____ Frt counted by Shipper _____ ✓ Frt counted by Driver/Pieces _____ Frt counted by Driver/Pallets said to contain

Page 1 of 1

16117

---

Handwritten notes on left margin:
LOAD# M803362
DRIVER ED RANSOM
TRUCK# 87006
TRAILER# 776080
DRIVER/LUMPER UNLO:
✓ YES
SORT AND SEGREGATE
✓ YES ___ NO
CASE COUNT 152
PALLETS IN 2 OUT 2
SEAL# 200 1612
RECEIVER'S SIGNATURE
M.H. Mitchell (M.H. Mitchell)
DATE REC'D 7-8-08

Case 3:08-bk-06279  Doc 659-2  Filed 10/08/08  Entered 10/08/08 11:38:48  Desc
Exhibit A (Invoice No. 90775274)  Page 2 of 2