

**Orval Kent**

Remit To:

**ORVAL KENT FOOD COMPANY, INC.**
36792 Eagle Way
Chicago, IL 60678-1367

## INVOICE

| | |
|---|---|
| **Invoice Date** | 07/07/2008 |
| **PAYMENT DUE DATE** | 07/22/2008 |
| **Payment Terms** | Net 15 |
| **Invoice Number** | 90775524 |
| **Order Create Date** | 06/24/2008 |
| **Customer P.O.#** | 180997 |

| Order Number | Bill of Lading |
|---|---|
| 305087 | 80315447 |

| Bill to No.:300697 | Ship to No.:100998 |
|---|---|
| COMMISSARY OPERATIONS,INC<br>dba COI FOOD<br>2629 EUGENIA AVENUE<br>NASHVILLE, TN 37211 | COI / NASHVILLE DISTRIBUTION CTR<br>2621 EUGENIA AVENUE<br>NASHVILLE, TN 37211<br><br>Ship Method:Carrier Prepaid |

**EXHIBIT**

**B**

| Sales Rep | Broker | Terms | Shipped From | Shipped Date |
|---|---|---|---|---|
| Russell Luke | NON BROKERED | FOB-DESTINATION | Baxter Springs, KS | 07/07/2008 |

| Product Code | Product Description/<br>Discount Description | Cs Quantity | Price per Case | Discounts | Extended Amt |
|---|---|---|---|---|---|
| 64783 | OKFCL ELBOW MACARONI 3/10 P | 96 | 31.20 USD | | 2,995.20 |
| | LongTermPriceAdjstmt | | 15.30- USD | | 1,468.80- |
| | **Invoice Price** | | **15.90 USD** | | **1,526.40** |
| | **Net Price** | | | | 1,526.40 |
| 42883 | OKFCL DICED POTATO SALAD 3/ | 128 | 28.80 USD | | 3,686.40 |
| | LongTermPriceAdjstmt | | 15.60- USD | | 1,996.80- |
| | **Invoice Price** | | **13.20 USD** | | **1,689.60** |
| | **Net Price** | | | | 1,689.60 |
| 19300 | SHONY MACARONI SALAD 3/10 P | 24 | 16.50 USD | | 396.00 |
| | **Net Price** | | | | 396.00 |
| 60550 | OKFCL POTATO SALAD AMERICAN | 32 | 15.30 USD | | 489.60 |
| | **Net Price** | | | | 489.60 |

**Total Quantity :**      **280.000**
**Total Net weight :**    **8,400.000**

| Payer No.:300697 | Total Invoice Amount Due | |
|---|---|---|
| COMMISSARY OPERATIONS,INC<br>2629 EUGENIA AVENUE<br>NASHVILLE, TN 37211 | | |
| | 07/22/2008 | **$ 4,101.60** |
| | **Invoice Number** | 90775524 |

CHR Inv Num: 1082788071

## Original Bill Of Lading

| | | |
|---|---|---|
| **Orval Kent** | **BOL Print Date:** 07/07/2008 | **Bill Of Lading Number:** 80315447 |

(1)

Master Bill of Lading #: 0000187454
Scheduled Ship Date: 07/07/2008
Requested Delivery Date: 07/08/2008
Requested Delivery Time:
Customer Order Number: 305087
Customer P.O #: 180997
Line Haul Carrier: C H ROBINSON WORLDWIDE INC
Delivering Carrier: C H ROBINSON WORLDWIDE

**Ship From:**
Orval Kent - Baxter Springs
100 N Youngman Rd.
Baxter Springs, KS 66713
SAP Shipping Point - ZBS1

**Bill 3rd Party Freight charges to:**
Orval Kent
c/o Cass
P. O. Box 182038
Columbus, OH 43218

**Ship To (CID #)** #100998
COI / NASHVILLE DISTRIBUTION CTR
2621 EUGENIA AVENUE
NASHVILLE, TN 37211
615-231-4426

| Product Description | Code Date | Quantity | Gross Lbs. |
|---|---|---|---|
| 64783 / OKFCL ELBOW MACARONI 3/10 P | AUG1108BS | 35 | 1,155.000 |
| | AUG1108BS | 61 | 2,013.000 |
| 42883 / OKFCL DICED POTATO SALAD 3/ | AUG1408BS | 64 | 2,112.000 |
| | AUG1408BS | 40 | 1,320.000 |
| | AUG1408BS | 22 | 726.000 |
| | AUG1508BS | 2 | 66.000 |
| 19300/ 19300 / SHONY MACARONI SALAD 3/10 P | AUG1708BS | 24 | 792.000 |
| 60550/ 60550 / OKFCL POTATO SALAD AMERICAN | AUG1908BS | 30 | 990.000 |
| | AUG0508BS | 2 | 66.000 |
| **GRAND TOTALS:** | | 280 | 9,240.000 |

LOAD #53965858

**SHIPPING INSTRUCTIONS**

Driver Identification Verified _____ Initials

Trailer Number : _____ Seal Numbers: _____
Carrier Pro Number : _____
Number of Pallets IN : _____ OUT: _____

**COD Information** | **Freight Charge Terms: FOB DESTINATION**
C.O.D. Amount: $ 0.00
Fee Terms: Collect____ prepaid
Customer Check Acceptable:____

Frt chgs are prepaid unless otherwise marked: Collect____ 3rdParty____
Additional Shipper Information (LTL Only):
FRT Class: ____ NMFC # ____

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C 14706°(1)(A) and (B)

Consignee/Customer Signature:

Maintain Product at 33 Degrees Fahrenheit and Run Reefer in Continous Mode

**Shipper Signature:** | **Carrier SCAC/Customer Signature:**
| Date:

Trailer loaded by Shipper____ Frt counted by Shipper____ | Frt counted by Driver/Pieces____ Frt counted by Driver/Pallets said to contain____

*Page 1 of 1*

Case 3:08-bk-06279   Doc 659-3   Filed 10/08/08   Entered 10/08/08 11:38:48   Desc
Exhibit B (Invoice No.90775524)   Page 2 of 2