

| Remit To: | | | INVOICE | |
|---|---|---|---|---|
| ORVAL KENT FOOD COMPANY, INC. | | | | |
| 36792 Eagle Way | | | | |
| Chicago, IL 60678-1367 | | Invoice Date | 07/07/2008 | |
| | | PAYMENT DUE DATE | 07/22/2008 | |
| | | Payment Terms | Net 15 | |
| | | Invoice Number | 90775552 | |
| *Order Number* | *Bill of Lading* | Order Create Date | 06/24/2008 | |
| 305088 | 80316078 | Customer P.O.# | 368161 | |

| Bill to No.:300697 | *187454* | Ship to No.:101721 | *S H Bob* |
|---|---|---|---|
| COMMISSARY OPERATIONS,INC - D.I.P. | | COI / TIFTON DISTRIBUTION CTR | |
| dba COI FOOD | | 7833 MAGNOLIA IND BLVD | |
| 2629 EUGENIA AVENUE | | TIFTON, GA 31794 | |
| NASHVILLE, TN 37211 | | | |
| | | Ship Method: Carrier Prepaid | |

**EXHIBIT C**

| Sales Rep | Broker | Terms | Shipped From | Shipped Date |
|---|---|---|---|---|
| Russell Luke | NON BROKERED | FOB-DESTINATION | Baxter Springs, KS | 07/07/2008 |

| Product Code | Product Description/ Discount Description | Cs Quantity | Price per Case | Discounts | Extended Amt |
|---|---|---|---|---|---|
| 42883 | OKFCL DICED POTATO SALAD 3/ | 64 | 28.80 USD | | 1,843.20 |
| | LongTermPriceAdjstmt | | | 15.60- USD | 998.40- |
| | Invoice Price | | | 13.20 USD | 844.80 |
| | Net Price | | | | 844.80 |
| 19300 | SHONY MACARONI SALAD 3/10 P | 24 | 16.50 USD | | 396.00 |
| | Net Price | | | | 396.00 |
| 60550 | OKFCL POTATO SALAD AMERICAN | 32 | 15.30 USD | | 489.60 |
| | Net Price | | | | 489.60 |

Total Quantity : 120.000
Total Net weight : 3,600.000

| Payer No.:300697 | Total Invoice Amount Due | |
|---|---|---|
| COMMISSARY OPERATIONS,INC - D.I.P. | | |
| 2629 EUGENIA AVENUE | | |
| NASHVILLE, TN 37211 | 07/22/2008 | $ 1,730.40 |
| | Invoice Number | 90775552 |

Page 1 of 1

Case 3:08-bk-06279    Doc 659-4    Filed 10/08/08    Entered 10/08/08 11:38:48    Desc
Exhibit C (Invoice No.90775552)    Page 1 of 2

CHR Inv Num: 1082786071

| | | Original Bill Of Lading | |
|---|---|---|---|
| Orval Kent | BOL Print Date: 07/07/2008 | Bill Of Lading Number: | 80316078 |
| | | Master Bill of Lading #: | 0000187454 |
| | | Scheduled Ship Date: | 07/07/2008 |
| | | Requested Delivery Date: | 07/09/2008 |
| Ship From: | | Requested Delivery Time: | |
| Orval Kent - Baxter Springs | | Customer Order Number: | 305088 |
| 100 N Youngman Rd. | | Customer P.O #: | 368161 |
| Baxter Springs, KS 66713 | | Line Haul Carrier: | C H ROBINSON WORLDWIDE INC |
| SAP Shipping Point - ZBS1 | | Delivering Carrier: | C H ROBINSON WORLDWIDE |
| Bill 3rd Party Freight charges to: | | Ship To: (CID #): 101721 | |
| Orval Kent | | COI / TIFTON DISTRIBUTION CTR | |
| c/o Cass | | 7833 MAGNOLIA IND BLVD | |
| P. O. Box 182038 | | TIFTON, GA 31794 | |
| Columbus, OH 43218 | | 615-231-4426 | |

| Product Description | Code Date | Quantity | Gross Lbs |
|---|---|---|---|
| 42883 / OKFCL DICED POTATO SALAD 3/ | AUG1408BS | 24 | 792.000 |
| | AUG1408BS | 40 | 1,320.000 |
| 19300/ 19300 / SHONY MACARONI SALAD 3/10 P | AUG1708BS | 24 | 792.000 |
| 60550/ 60550 / OKFCL POTATO SALAD AMERICAN | AUG1908BS | 29 | 957.000 |
| | AUG1908BS | 3 | 99.000 |
| | GRAND TOTALS: | 120 | 3,960.000 |

SHIPPING INSTRUCTIONS

Driver Identification Verified _____ Initials

LOAD # 5396585    Shirley McAaha

Trailer Number :
Carrier Pro Number :                    Seal Numbers: _____
Number of Pallets IN : _____   OUT: _____

| COD Information | Freight Charge Terms: FOB DESTINATION |
|---|---|
| C.O.D. Amount: $ 0.00 | Frt chgs are prepaid unless otherwise marked: Collect___ 3rdParty___ |
| Fee Terms: Collect___ prepaid___ | Additional Shipper Information (LTL Only): |
| Customer Check Acceptable: ___ | FRT Class: ___ NMFC # ___ |

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C 14706°(1)(A) and (B)

SUBJECT TO SECTION 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and the shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier, and are available to the shipper on request, and to all applicable state and federal regulations. Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
PACKAGES ARE RECEIVED IN GOOD ORDER EXCEPT AS NOTED.

Per: _____ (signature of Consignor)

Consignee / Customer Signature: _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, packaged, marked & labeled & are in proper condition for transportation.

Maintain Product at 33 Degrees Fahrenheit and Run Reefer in Continuous Mode

Shipper Signature: _____   Carrier SCAC/ Customer Signature: _____
                                      Date:

Trailer loaded by Shipper ___  Frt counted by Shipper ___  Frt counted by Driver/Pieces ___  Frt counted by Driver/Pallets said to contain

Page 1 of 1