

Remit To:
ORVAL KENT FOOD COMPANY, INC.
36792 Eagle Way
Chicago, IL 60678-1367

**INVOICE**

| | |
|---|---|
| Invoice Date | 07/10/2008 |
| PAYMENT DUE DATE | 07/25/2008 |
| Payment Terms | Net 15 |
| Invoice Number | 90776223 |
| Order Create Date | 07/01/2008 |
| Customer P.O.# | 253034 |

Order Number 305820    Bill of Lading 80316009

| Bill to No.: 300697 | Ship to No.: 100756 |
|---|---|
| COMMISSARY OPERATIONS, INC - D.I.P.<br>dba COI FOOD<br>2629 EUGENIA AVENUE<br>NASHVILLE, TN 37211 | COI / RIPLEY DISTRIBUTION CTR<br>HC 88 BOX 129 CEDAR LAKES ROAD<br>RIPLEY, WV 25271<br><br>Ship Method: Carrier Prepaid |

**EXHIBIT D**

| Sales Rep | Broker | Terms | Shipped From | Shipped Date |
|---|---|---|---|---|
| Russell Luke | NON BROKERED | FOB-DESTINATION | Baxter Springs, KS | 07/10/2008 |

| Product Code | Product Description/<br>Discount Description | Cs Quantity | Price per Case | Discounts | Extended Amt |
|---|---|---|---|---|---|
| 64783 | OKFCL ELBOW MACARONI 3/10 P | 48 | 31.20 USD | | 1,497.60 |
| | LongTermPriceAdjstmt | | | 15.30- USD | 734.40- |
| | **Invoice Price** | | | **15.90 USD** | **763.20** |
| | Net Price | | | | 763.20 |
| 42883 | OKFCL DICED POTATO SALAD 3/ | 80 | 28.80 USD | | 2,304.00 |
| | LongTermPriceAdjstmt | | | 15.60- USD | 1,248.00- |
| | **Invoice Price** | | | **13.20 USD** | **1,056.00** |
| | Net Price | | | | 1,056.00 |
| 19300 | SHONY MACARONI SALAD 3/10 P | 24 | 16.50 USD | | 396.00 |
| | Net Price | | | | 396.00 |
| 60550 | OKFCL POTATO SALAD AMERICAN | 16 | 15.30 USD | | 244.80 |
| | Net Price | | | | 244.80 |

Total Quantity : 168.000
Total Net weight : 5,040.000

| Payer No.: 300697 | Total Invoice Amount Due | |
|---|---|---|
| COMMISSARY OPERATIONS, INC - D.I.P.<br>2629 EUGENIA AVENUE<br>NASHVILLE, TN 37211 | 07/25/2008 | $ 2,460.00 |
| | Invoice Number | 90776223 |

Page 1 of 1



| | Master BOL Print Date: 07/01/2008 | Master Bill of Lading | |
|---|---|---|---|
| | | Master Bill Of Lading Number: | 187931 |
| | | Scheduled Ship Date: | 07/10/2008 |
| | | Scheduled Carrier: | FFE KANSAS CITY |

| Ship From: | Bill 3rd Party Frt. chgs to: |
|---|---|
| Orval Kent - Baxter Springs<br>100 N Youngman Rd.<br>Baxter Springs, KS 66713<br>SID # ZBS1 | Orval Kent<br>c/o Cass<br>P. O. Box 182038<br>Columbus, OH 43218    *our copy* |

**Stop 1 : COI / RIPLEY DISTRIBUTION CTR / HC 88 BOX 129 CEDAR LAKES ROAD RIPLEY, WV 25271  615-231-4426**

| Delivery # / P.O. # | Sch Delivery Date | Quantity | Gross Lbs |
|---|---|---|---|
| 80316009 / 253034 | 07/16/2008 | 168 | 5,544.000 |
| | Subtotal: | 168 | 5,544.000 |
| | GRAND TOTALS: | 168 | 5,544.000 |

Shipping instructions for Pool Stops:
Stop 0001
Stop 0001 Instructions: _____
Stop 0001 Scheduled Delivery Date: _____
Stop 0001 Scheduled Delivery Time: _____

Driver Identification Verified _____ Initials

Trailer Number: 775028
Carrier Pro Number:
Seal Numbers: 1537

Freight Charge Terms: FOB Warehouse
Frt chgs are prepaid unless otherwise marked: Collect ___ 3rdParty ___
Additional Shipper Information (LTL Only):
FRT Class: _____    NMFC# _____

NOTE: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

X _____signature_____ FFE    7/10/08

Trailer loaded by Shipper ___ Frt counted by Shipper ___ | Frt counted by Driver/Pieces ___ Frt counted by Driver/Pallets said to contain ___

Page 1 of 1

## Original Bill Of Lading

**Orval Kent**
BOL Print Date: 07/10/2008

| Field | Value |
|---|---|
| Bill Of Lading Number: | 80316009 |
| Master Bill of Lading #: | 0000187931 |
| Scheduled Ship Date: | 07/10/2008 |
| Requested Delivery Date: | 07/16/2008 |
| Requested Delivery Time: | |
| Customer Order Number: | 305820 |
| Customer P.O #: | 253034 |
| Line Haul Carrier: | FFE KANSAS CITY |
| Delivering Carrier: | FFE KANSAS CITY |

**Ship From:**
Orval Kent - Baxter Springs
100 N Youngman Rd.
Baxter Springs, KS 66713
SAP Shipping Point - ZBS1

**Bill 3rd Party Freight charges to:**
Orval Kent
c/o Cass
P. O. Box 182038
Columbus, OH 43218

C4950

**Ship To: (CID #): 100756**
COI / RIPLEY DISTRIBUTION CTR
129 CEDAR LAKES ROAD
RIPLEY, WV 25271

| Product Description | Code/Date | Quantity | Gross Lbs |
|---|---|---|---|
| 64783 / OKFCL ELBOW MACARONI 3/1CP | AUG2108BS | 48 | 1,584.000 |
| 42883 / OKFCL DICED POTATO SALAD 3/ | AUG2108BS | 60 | 1,980.000 |
| | AUG2108BS | 19 | 627.000 |
| | AUG2108BS | 1 | 33.000 |
| 19300/ 19300 / SHONY MACARONI SALAD 3/10# P | AUG2208BS | 24 | 792.000 |
| 60550/ 60550 / OKFCL POTATO SALAD AMERICAN | AUG2608BS | 16 | 528.000 |
| **GRAND TOTALS:** | | **168** | **5,544.000** |

# Pallets in: 3
Case Count: 16
Inbound Seal #:
Outbound Seal #:

**SHIPPING INSTRUCTIONS**

Driver Identification Verified
TIME IN ___ TIME OUT ___
RECD BY ___
PALLET EXCHANGE REQUIRED

Receiver Signature: 2448922

Trailer Number:
Carrier Pro Number:
Number of Pallets IN: ___ OUT: ___
Seal Numbers:

**COD Information**
C.O.D. Amount: $ 0.00
Fee Terms: Collect ___ prepaid ___
Customer Check Acceptable:

**Freight Charge Terms: FOB DESTINATION**
Frt chgs are prepaid unless otherwise marked: Collect ___ 3rdParty ___
Additional Shipper Information (LTL Only):
FRT Class: ___ NMFC # ___

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C 14706(f)(1)(A) and (B)

SUBJECT TO SECTION 7 of conditions of applicable bill of lading...

RECEIVED subject to individually determined rates or contracts...
PACKAGES ARE RECEIVED IN GOOD ORDER EXCEPT AS NOTED.

**Consignee / Customer Signature:**

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, packaged, marked & labeled & are in proper condition for...

Maintain Product at 33 Degrees Fahrenheit and Run Reefer in Continuous Mode

**Shipper Signature:**

**Carrier SCAC/ Customer Signature:**
Date:

Trailer loaded by Shipper ___ Frt counted by Shipper ___ Frt counted by Driver/Pieces ___ Frt counted by Driver/Pallets said to contain ___

Page 1 of 1

16117
19416

RECEIVED
FFE Transportation Services
LTL Warehouse
Lithonia, GA