

**Remit To:**
ORVAL KENT FOOD COMPANY, INC.
36792 Eagle Way
Chicago, IL 60678-1367

**INVOICE**

| | |
|---|---|
| Invoice Date | 07/10/2008 |
| PAYMENT DUE DATE | 07/25/2008 |
| Payment Terms | Net 15 |
| Invoice Number | 90776071 |
| Order Create Date | 07/01/2008 |
| Customer P.O.# | 181385 |

Order Number: 305819
Bill of Lading: 80316010

| Bill to No.:300697 | Ship to No.:100998 |
|---|---|
| COMMISSARY OPERATIONS, INC - D.I.P. | COI / NASHVILLE DISTRIBUTION CTR |
| dba COI FOOD | 2621 EUGENIA AVENUE |
| 2629 EUGENIA AVENUE | NASHVILLE, TN 37211 |
| NASHVILLE, TN 37211 | Ship Method: Carrier Prepaid |

EXHIBIT E

| Sales Rep | Broker | Terms | Shipped From | Shipped Date |
|---|---|---|---|---|
| Russell Luke | NON BROKERED | FOB-DESTINATION | Baxter Springs, KS | 07/10/2008 |

| Product Code | Product Description/Discount Description | Cs Quantity | Price per Case | Discounts | Extended Amt |
|---|---|---|---|---|---|
| 64783 | OKFCL ELBOW MACARONI 3/10 P | 128 | 31.20 USD | | 3,993.60 |
| | LongTermPriceAdjstmt | | | 15.30- USD | 1,958.40- |
| | Invoice Price | | | 15.90 USD | 2,035.20 |
| | Net Price | | | | 2,035.20 |
| 42883 | OKFCL DICED POTATO SALAD 3/ | 160 | 28.80 USD | | 4,608.00 |
| | LongTermPriceAdjstmt | | | 15.60- USD | 2,496.00- |
| | Invoice Price | | | 13.20 USD | 2,112.00 |
| | Net Price | | | | 2,112.00 |
| 19300 | SHONY MACARONI SALAD 3/10 P | 24 | 16.50 USD | | 396.00 |
| | Net Price | | | | 396.00 |
| 60550 | OKFCL POTATO SALAD AMERICAN | 32 | 15.30 USD | | 489.60 |
| | Net Price | | | | 489.60 |

Total Quantity : 344.000
Total Net weight : 10,320.000

| Payer No.:300697 | Total Invoice Amount Due | |
|---|---|---|
| COMMISSARY OPERATIONS,INC - D.I.P. | | |
| 2629 EUGENIA AVENUE | 07/25/2008 | $ 5,032.80 |
| NASHVILLE, TN 37211 | | |
| | Invoice Number | 90776071 |

Page 1 of 1

# Original Bill Of Lading

| | |
|---|---|
| BOL Print Date: 07/10/2008 | **Bill Of Lading Number:** 80316010 |
| | Master Bill of Lading #: 0000187927 |
| | Scheduled Ship Date: 07/10/2008 |
| | Requested Delivery Date: 07/11/2008 |
| | Requested Delivery Time: |

**Ship From:**
Orval Kent - Baxter Springs
100 N Youngman Rd.
Baxter Springs, KS 66713
SAP Shipping Point - ZBS1

Customer Order Number: 305819
Customer P.O #: 181385
Line Haul Carrier: C H ROBINSON WORLDWIDE INC
Delivering Carrier: C H ROBINSON WORLDWIDE

**Bill 3rd Party Freight charges to:**
Orval Kent
c/o Cass
P. O. Box 182038
Columbus, OH 43218

**Ship To (CID #) 100998**
COI / NASHVILLE DISTRIBUTION CTR
2621 EUGENIA AVENUE
NASHVILLE, TN 37211
615-231-4426

| Product Description | Code Date | Quantity | Gross Lbs |
|---|---|---|---|
| 64783 / OKFCL ELBOW MACARONI 3/10 P | AUG1508BS | 62 | 2,046.000 |
| | AUG2108BS | 41 | 1,353.000 |
| | AUG1508BS | 25 | 825.000 |
| 42883 / OKFCL DICED POTATO SALAD 3/ | AUG2108BS | 64 | 2,112.000 |
| | AUG2108BS | 64 | 2,112.000 |
| | AUG1608BS | 18 | 594.000 |
| | AUG2108BS | 5 | 165.000 |
| | AUG2108BS | 3 | 99.000 |
| | AUG1608BS | 6 | 198.000 |
| 19300/ 19300 / SHONY MACARONI SALAD 3/10 P | AUG1708BS | 16 | 528.000 |
| | AUG1708BS | 7 | 231.000 |
| | AUG2208BS | 1 | 33.000 |
| 60550/ 60550 / OKFCL POTATO SALAD AMERICAN | AUG2608BS | 27 | 891.000 |
| | AUG1908BS | 5 | 165.000 |
| **GRAND TOTALS:** | | **344** | **11,352.000** |

Trailer Number :
Carrier Pro Number :
Number of Pallets IN :                       OUT:
Seal Numbers:

**COD Information**
C.O.D. Amount: $ 0.00
Fee Terms: Collect_____ prepaid_____
Customer Check Acceptable:____

**Freight Charge Terms: FOB DESTINATION**
Frt chgs are prepaid unless otherwise marked: Collect____ 3rdParty____

**Additional Shipper Information (LTL Only):**
FRT Class:____    NMFC #____

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C 14706°(1)(A) and (B)

SUBJECT TO SECTION 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____ (signature of Consignor)

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, packaged, marked & labeled & are in proper condition for [transportation]

RECEIVED: Subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. PACKAGES ARE RECEIVED IN GOOD ORDER EXCEPT AS NOTED.

Consignee / Customer Signature: _Hazel Carter_

Maintain Product at 33 Degrees Fahrenheit and Run Reefer in Continous Mode

**Shipper Signature:** _____    **Carrier SCAC / Customer Signature:** _____
Date:

Trailer loaded by Shipper ____  Frt counted by Shipper ____  Frt counted by Driver/Pieces ____  Frt counted by Driver/Pallets said to contain ____

Page 1 of 2

CHR Inv Num: 1082843917

| | | Original Bill Of Lading | |
|---|---|---|---|
| Orval Kent | BOL Print Date: 07/10/2008 | Bill Of Lading Number: | 80316010 |
| | | Master Bill of Lading #: | 0000187927 |
| | | Scheduled Ship Date: | 07/10/2008 |
| | | Requested Delivery Date: | 07/11/2008 |

**Ship From:**
Orval Kent - Baxter Springs
100 N Youngman Rd.
Baxter Springs, KS 66713
SAP Shipping Point - ZBS1

Requested Delivery Time:
Customer Order Number: 305819
Customer P.O #: 181385
Line Haul Carrier: C H ROBINSON WORLDWIDE INC
Delivering Carrier: C H ROBINSON WORLDWIDE

**Bill 3rd Party Freight charges to:**
Orval Kent
c/o Cass
P. O. Box 182038
Columbus, OH 43218

**Ship To (CID #): 100998**
COI / NASHVILLE DISTRIBUTION CTR
2621 EUGENIA AVENUE
NASHVILLE, TN 37211
615-231-4426

| Product Description | Code Date | Quantity | Gross Lbs |
|---|---|---|---|

**SHIPPING INSTRUCTIONS**

Driver Identification Verified _____ Initials

*[signature]*

Trailer Number : _____     Seal Numbers: _____
Carrier Pro Number : _____
Number of Pallets IN : _____     OUT: _____

**COD Information**                **Freight Charge Terms: FOB DESTINATION**

C.O.D. Amount: $ 0.00
Fee Terms: Collect_____ prepaid_____
Customer Check Acceptable: _____

Frt chgs are prepaid unless otherwise marked: Collect____ 3rdParty____

**Additional Shipper Information (LTL Only):**
FRT Class: _____   NMFC # _____

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C 14706°(1)(A) and (B)

SUBJECT TO SECTION 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

RECEIVED: Subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and the shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations. Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
PACKAGES ARE RECEIVED IN GOOD ORDER EXCEPT AS NOTED.

Per _____ (Signature of Consignor)

**Consignee / Customer Signature:**

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, packaged, marked & labeled & are in proper condition for...

Maintain Product at 33 Degrees Fahrenheit and Run Reefer in Continuous Mode

**Shipper Signature:**              **Carrier SCAC / Customer Signature:**
                                    Date:

Trailer loaded by Shipper ____   Frt counted by Shipper ____   Frt counted by Driver/Pieces ____   Frt counted by Driver/Pallets said to contain

*Page 2 of 2*

Case 3:08-bk-06279   Doc 659-6   Filed 10/08/08   Entered 10/08/08 11:38:48   Desc
Exhibit E ((Invoice No.90776071)   Page 3 of 3