

**Orval Kent**

Remit To:

**ORVAL KENT FOOD COMPANY, INC.**
36792 Eagle Way
Chicago, IL 60678-1367

**INVOICE**

| | |
|---|---|
| Invoice Date | 07/10/2008 |
| PAYMENT DUE DATE | 07/25/2008 |
| Payment Terms | Net 15 |
| Invoice Number | 90776101 |
| Order Create Date | 07/01/2008 |
| Customer P.O.# | 368481 |

**Order Number**
305818

**Bill of Lading**
80316011

Bill to No.:300697
*189227*

**COMMISSARY OPERATIONS,INC - D.I.P.**
dba COI FOOD
2629 EUGENIA AVENUE
NASHVILLE, TN 37211

Ship to No.:101721
*SHRnB*

**COI / TIFTON DISTRIBUTION CTR**
7833 MAGNOLIA IND BLVD
TIFTON, GA 31794

Ship Method:Carrier Prepaid

**EXHIBIT**

**F**

| Sales Rep | Broker | Terms | Shipped From | Shipped Date |
|---|---|---|---|---|
| Russell Luke | NON BROKERED | FOB-DESTINATION | Baxter Springs, KS | 07/10/2008 |

| Product Code | Product Description/ Discount Description | Cs Quantity | Price per Case | Discounts | Extended Amt |
|---|---|---|---|---|---|
| 88716 | OKFSG RED ONION MARMALADE 1 | 63 | 43.20 USD | | 2,721.60 |
| | Net Price | | | | 2,721.60 |

**Total Quantity :** 63.000
**Total Net weight :** 1,512.000

| Payer No.:300697 | Total Invoice Amount Due | |
|---|---|---|
| **COMMISSARY OPERATIONS,INC - D.I.P.** 2629 EUGENIA AVENUE NASHVILLE, TN 37211 | | |
| | 07/25/2008 | **$ 2,721.60** |
| | Invoice Number | 90776101 |

Page 1 of 1

## Original Bill Of Lading

| | BOL Print Date:<br>07/10/2008 | Bill Of Lading Number: | 8031601E |
|---|---|---|---|
| | | Master Bill of Lading #: | 0000187927 |
| | | Scheduled Ship Date: | 07/10/2008 |
| | | Requested Delivery Date: | 07/14/2008 |

**Orval Kent**

**Ship From:**
Orval Kent - Baxter Springs
100 N Youngman Rd.
Baxter Springs, KS 66713
SAP Shipping Point - ZBS1

Requested Delivery Time:
Customer Order Number: 305818
Customer P.O #: 368481
Line Haul Carrier: C H ROBINSON WORLDWIDE, INC
Delivering Carrier: C H ROBINSON WORLDWIDE

**Bill 3rd Party Freight charges to:**
Orval Kent
c/o Cass
P. O. Box 182038
Columbus, OH 43218

**Ship To: (CID #) 101721**
COI / TIFTON DISTRIBUTION CTR
7833 MAGNOLIA IND BLVD
TIFTON, GA 31794
615-231-4426

| Product Description | Code Date | Quantity | Gross Lbs |
|---|---|---|---|
| 88716/ 88716 / OKFSG RED ONION MARMALADE 1 | AUG2708DE | 57 | 1,504.800 |
| | OCT0808DE | 6 | 158.400 |
| | **GRAND TOTALS:** | **63** | **1,663.200** |

### SHIPPING INSTRUCTIONS

Driver Identification Verified _____ Initials

Trailer Number : _____   Seal Numbers: _____
Carrier Pro Number : _____
Number of Pallets IN : _____   OUT: _____

**COD Information**

C.O.D: Amount: $      0.00
Fee Terms: Collect_____ prepaid_____
Customer Check Acceptable:_____

**Freight Charge Terms: FOB DESTINATION**

Frt chgs are prepaid unless otherwise marked: Collect_____ 3rdParty_____

**Additional Shipper Information (LTL Only):**
FRT Class: _____   NMFC # _____

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706°(1)(A) and (B)

Consignee / Customer Signature: *Robert Clark*

Maintain Product at 33 Degrees Fahrenheit and Run Reefer in Continuous Mode

**Shipper Signature:** | **Carrier SCAC Customer Signature:**
| **Date:**

Trailer loaded by Shipper ____   Frt counted by Shipper ____ | Frt counted by Driver/Pieces ____   Frt counted by Driver/Pallets said to contain ____

*Page 1 of 1*