

**Remit To:**
ORVAL KENT FOOD COMPANY, INC.
36792 Eagle Way
Chicago, IL 60678-1367

**INVOICE**

| | |
|---|---|
| Invoice Date | 07/17/2008 |
| PAYMENT DUE DATE | 08/01/2008 |
| Payment Terms | Net 15 |
| Invoice Number | 90777123 |
| Order Create Date | 07/08/2008 |
| Customer P.O.# | 253211 |

Order Number: 306400
Bill of Lading: 80316612

| Bill to No.: 300697 | 188457 | Ship to No.: 100756 | FEF |
|---|---|---|---|
| COMMISSARY OPERATIONS, INC - D.I.P. dba COI FOOD 2629 EUGENIA AVENUE NASHVILLE, TN 37211 | | COI / RIPLEY DISTRIBUTION CTR HC 88 BOX 129 CEDAR LAKES ROAD RIPLEY, WV 25271  Ship Method: Carrier Prepaid | EXHIBIT H |

| Sales Rep | Broker | Terms | Shipped From | Shipped Date |
|---|---|---|---|---|
| Russell Luke | NON BROKERED | FOB-DESTINATION | Baxter Springs, KS | 07/17/2008 |

| Product Code | Product Description / Discount Description | Cs Quantity | Price per Case | Discounts | Extended Amt |
|---|---|---|---|---|---|
| 64783 | OKFCL ELBOW MACARONI 3/10 P | 32 | 31.20 USD | | 998.40 |
| | LongTermPriceAdjstmt | | | 15.30- USD | 489.60- |
| | Invoice Price | | | 15.90 USD | **508.80** |
| | Net Price | | | | 508.80 |
| 42883 | OKFCL DICED POTATO SALAD 3/ | 64 | 28.80 USD | | 1,843.20 |
| | LongTermPriceAdjstmt | | | 15.60- USD | 998.40- |
| | Invoice Price | | | 13.20 USD | **844.80** |
| | Net Price | | | | 844.80 |
| 19300 | SHONY MACARONI SALAD 3/10 P | 16 | 16.50 USD | | 264.00 |
| | Net Price | | | | 264.00 |
| 60550 | OKFCL POTATO SALAD AMERICAN | 16 | 15.30 USD | | 244.80 |
| | Net Price | | | | 244.80 |

Total Quantity : 128.000
Total Net weight : 3,840.000

| Payer No.: 300697 | Total Invoice Amount Due | |
|---|---|---|
| COMMISSARY OPERATIONS, INC - D.I.P. 2629 EUGENIA AVENUE NASHVILLE, TN 37211 | 08/01/2008 | $ 1,862.40 |
| | Invoice Number | 90777123 |

Page 1 of 1

## Original Bill Of Lading

**Orval Kent**

| BOL Print Date: | 07/17/2008 |
|---|---|

| Bill Of Lading Number: | 80316612 |
|---|---|
| Master Bill of Lading #: | 0000188257 |
| Scheduled Ship Date: | 07/17/2008 |
| Requested Delivery Date: | 07/22/2008 |
| Requested Delivery Time: | |
| Customer Order Number: | 306400 |
| Customer P.O #: | 253211 |
| Line Haul Carrier: | FFE KANSAS CITY |
| Delivering Carrier: | FFE KANSAS CITY |

**Ship From:**
Orval Kent - Baxter Springs
100 N Youngman Rd.
Baxter Springs, KS 66713
SAP Shipping Point - ZBS1

**Bill 3rd Party Freight charges to:**
Orval Kent
c/o Cass
P. O. Box 182038
Columbus, OH 43218

**Ship To (CID #): 100756**
COT / RIPLEY DISTRIBUTION CTR
HC 88 BOX 129 CEDAR LAKES ROAD
RIPLEY, WV 25271
615-231-4426

| Product Description | Code Date | Quantity | Gross Lbs |
|---|---|---|---|
| 64787 / OKPGL ELBOW MACARONI 3/10 P | AUG3008BS | 32 | 1,056.000 |
| 62883 / OKPGL DICED POTATO SALAD 3/ | AUG2908BS | 4 | 132.000 |
| | AUG2908BS | 60 | 1,980.000 |
| 19300 / 19300 / MSHONY MACARONI SALAD 3/10 P | AUG3008BS | 16 | 528.000 |
| 60550 / 60550 / OKPGL POTATO SALAD AMERICAN | SEP0308BS | 16 | 528.000 |
| **GRAND TOTALS:** | | **128** | **4,224.000** |

# Pallets In: 2
# Pallets Out: 2

**SHIPPING INSTRUCTIONS –** 1 case Potato Salad Damaged Refused

Inbound Seal #: _____
Outbound Seal #: _____
Driver Identification Verified _____ Initials _____
Case Count _____
Receiver Signature _____
Pallet Exchange Required _____
Date Rec'd: 07-22-08

2456337

Trailer Number _____
Carrier Pro Number _____
Number of Pallets IN : _____ OUT: _____  6087 4

Seal Numbers: _____

| COD Information | Freight Charge Terms: FOB DESTINATION |
|---|---|
| C.O.D. Amount: $ 0.00 | Frt chgs are prepaid unless otherwise marked: Collect ___ 3rdParty ___ |
| Fee Terms: Collect ___ prepaid ___ | Additional Shipper Information (LTL Only): |
| Customer Check Acceptable: ___ | FRT Class: ___ NMFC # ___ |

**NOTE:** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C 14706°(1)(A) and (B)

SUBJECT TO SECTION 7 of conditions of applicable bill of lading, if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

RECEIVED: Subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and the shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations. Carrier acknowledges receipt of package(s) and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. PACKAGES ARE RECEIVED IN GOOD ORDER EXCEPT AS NOTED.

Per _____ (signature of Consignor)

**Consignee / Customer Signature:** _[signature]_

SHIPPER'S CERTIFICATION: This is to certify that the above named materials are properly classified, packaged, marked & labeled & are in proper condition for transportation according to the applicable regulations of the DOT.

Maintain Product at 33 Degrees Fahrenheit and Run Reefer in Continuos Mode

**Shipper Signature:** _____
**Carrier SCAC / Customer Signature:** _____
Date: _____

Trailer loaded by Shipper ___ Frt counted by Shipper ___ Frt counted by Driver/Pieces ___ Frt counted by Driver/Pallets said to contain ___

Page 1 of 1