



**RIZZO FINE FOODS**
7111 NORTH MAPLE
COLOMA, MI 49038
PH. (269) 468-3281
FAX (269) 468-4912

Harlan 22415

EXHIBIT A

## INVOICE

**SOLD TO**
COMMISSARY OPERATIONS, INC
2629 EUGENIA AVE.
NASHVILLE TN 37211

**SHIP TO**

| DATE | NUMBER | PAGE | DUE DATE |
|---|---|---|---|
| 07/09/08 | 17286 | 1 | 08/08/08 |

| SHIP VIA | F.O.B. | TERMS | YOUR NUMBER | OUR NUMBER |
|---|---|---|---|---|
| COMM CARRIER | TIFTON, GA | 2/10/ N30 | 367909 | |

| DESCRIPTION | ORDERED | SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| CAKE, CHOC SHEET 12 CT | 350.0 | 350.0 | 18.1200 | 6342.00 |
| CAKE, YELLOW SHEET 12 CT | 350.0 | 350.0 | 18.1200 | 6342.00 |
| 8" BANANA NUT SUGAR FREE | 180.0 | 180.0 | 20.8900 | 3760.20 |
| MUFFIN, ENGLISH 72 CT | 36.0 | 36.0 | 8.8200 | 317.52 |

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(E)(C). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENTS RECEIVED.

CLAIMS FOR DAMAGE OR SHORTAGE MUST BE DOCUMENTED AND PRESENTED WITHIN 30 DAYS AFTER RECEIPT OF GOODS.

| | |
|---|---|
| SUB-TOTAL | 16761.72 |
| TAX | 0.00 |
| TOTAL | 16761.72 |
| NET TO PAY | |

```
*) DELIVERY (*                Ship To:                        ***********************************
                              COI TIFTON D.C.                 ** PURCHASE ORDER NUMBER    367909 **
                              7833 MAGNOLIA INDUSTRIAL        ***********************************
                              APPOINTMENTS 229 388 8240
                              TIFTON, GA  31794
                              PHONE- 229-388-8240             --SHIP FROM WAREHOUSE--   PAGE-   1 OF   1
VENDOR #:  410312             ***********************                                   P.O. DATE 6/17/2008
NAME   : RIZZO FINE FOODS     Bill to:
         7111 N MAPLE         COMMISSARY OPERATIONS,INC                                 BUYER - VICKIE BEAS
         COLOMA     MI49038   2629 EUGENIA AVENUE
                              NASHVILLE, TN  37211                                      FAX-   269-468-4912
                                                                                        PHONE- 269-468-3281
                              PHONE-  615-231-4300                                      EXPECTED DATE- 7/02/2008
CONTACT:
***************************************************************************************************************

LINE VND ITEM         ITEM DESCRIPTION        PACK SIZE  |    ITEM #        ORDER              PRICE

  1           CAKE, CHOC SHEET 12/21OZ RYANS    12 21OZ  |    140100         350               18.1200
       8000 ITMWT-   15.00 TAREWT-      .00              |                  FREIGHT-
  2           CAKE,YELLOW SHEET 12/21OZ         12 21OZ  |    140101         350               18.1200
      80001 ITMWT-   20.00 TAREWT-      .00              |                  FREIGHT-
  3           CAKE,SUGAR FREE VARIOUS 8/8"       8 8"    |    140102         180               20.8900
      30210 ITMWT-   15.00 TAREWT-     1.00              |                  FREIGHT-
  4           MUFFIN,ENGLISH 6/12 CT             6 12CT  |    510108          36                7.9500
       6103 ITMWT-   17.00 TAREWT-      .00              |                  FREIGHT-

---------------------------------------------------------|--------------------------------------------------

CUBE-   530.36   WEIGHT- 15742.00   CAW-     .00  QUANTITY-  916  FREIGHT-   .00  EXT-    16730.40

TERMS- .0200 10 N/ 30  LEAD- 20 DAYS  FRT-       /CS      /CW      /LB      /BK      /CB
   ))SPECIAL INSTRUCTIONS(( * DELIVERY *
```

THIS ORDER IS PLACED WITH YOU ON THE EXPRESS CONDITION THAT DELIVERY OF GOODS WILL BE MADE ACCORDING TO THE FOLLOWING TERMS:
IF SHIPMENT IS DELAYED IN TRANSIT BEYOND DISCOUNT PERIOD, OUR RIGHT TO CASH DISCOUNT WILL NOT BE WAIVED AND WILL START
AT THE TIME OF RECEIPT OF THE GOODS.  SEE SEPARATE ATTACHMENT FOR ADDITIONAL TERMS AND CONDITIONS.

&&& END