## RIZZO FINE FOODS
7111 NORTH MAPLE
COLOMA, MI 49038
PH. (269) 468-3281
FAX (269) 468-4912

Kugar 22003 *(handwritten)*

EXHIBIT B

### INVOICE

**SOLD TO**
COMMISSARY OPERATIONS, INC
2629 EUGENIA AVE.
NASHVILLE TN 37211

**SHIP TO**

| DATE | NUMBER | PAGE | DUE DATE |
|---|---|---|---|
| 07/09/08 | 17288 | 1 | 08/08/08 |

| SHIP VIA | F.O.B. | TERMS | YOUR NUMBER | OUR NUMBER |
|---|---|---|---|---|
| COMM CARRIER | NASHVILLE, TN | 2/ 10/ N30 | 180436 | |

| DESCRIPTION | ORDERED | SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| CAKE, CHOC SHEET 12 CT | 700.0 | 700.0 | 18.1200 | 12684.00 |
| CAKE, YELLOW SHEET 12 CT | 630.0 | 630.0 | 18.1200 | 11415.60 |
| 8" BANANA NUT SUGAR FREE | 120.0 | 120.0 | 20.8900 | 2506.80 |
| BAGEL, SLICED 72 CT | 72.0 | 72.0 | 10.8900 | 784.08 |
| MUFFIN, ENGLISH 72 CT | 72.0 | 72.0 | 8.8200 | 635.04 |

| | |
|---|---|
| SUB-TOTAL | 28025.52 |
| SUB-TOTAL | 28025.52 |
| TAX | 0.00 |
| TOTAL | 28025.52 |

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(E)(C). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENTS RECEIVED.

```
                                Ship To:                              **************************************
         *) DELIVERY (*         CDI NASHVILLE D.C.                    ** PURCHASE ORDER NUMBER    180436 **
                                2621 EUGENIA AVE                      **************************************
                                APPOINTMENTS 615 231 4336
                                NASHVILLE, TN  37211
                                PHONE- 615-231-4300                   --SHIP FROM WAREHOUSE--    PAGE-   1 OF   1
VENDOR #:   410312              **************************            RIZZO                      P.O. DATE 6/13/2008
NAME    :   RIZZO FINE FOODS    Bill to:                              3825 STATE ROAD 38 EAST
            7111 N MAPLE        COMMISSARY OPERATIONS,INC             LAFAYETTE    IN47905       BUYER - VICKIE BEAS
            COLOMA    MI49038   2629 EUGENIA AVENUE
                                NASHVILLE, TN  37211                                             FAX-   269-468-4912
                                                                                                 PHONE- 269-468-3281
                                PHONE- 615-231-4300                                              EXPECTED DATE- 7/02/2008
CONTACT:
************************************************************************************************************************

  LINE  UND ITEM           ITEM DESCRIPTION         PACK  SIZE      | ITEM #         ORDER            PRICE

    1              CAKE, CHOC SHEET 12/21OZ RYANS    12  21OZ       | 140100          700           18.1200
          8000 ITMWT-   15.00  TAREWT-       .00                    |                              FREIGHT-
    2              CAKE,YELLOW SHEET 12/21OZ         12  21OZ       | 140101          630           18.1200
         80001 ITMWT-   20.00  TAREWT-       .00                    |                              FREIGHT-
    3              CAKE,SUGAR FREE VARIOUS 8/8"       8  8"         | 140102          120           20.8900
         30210 ITMWT-   15.00  TAREWT-      1.00                    |                              FREIGHT-
    4              BAGEL, PLAIN FZN 3OZ 12/6CT       12  6CT        | 510107           72            9.8000
         00100 ITMWT-   14.00  TAREWT-      1.00                    |                              FREIGHT-
    5              MUFFIN,ENGLISH 6/12 CT             6  12CT       | 510108           72            8.8200
          6103 ITMWT-   17.00  TAREWT-       .00                    |                              FREIGHT-
-------------------------------------------------------------------------------------------------------------

  CUBE-   922.91      WEIGHT- 27324.00     CAW-         .00   QUANTITY- 1594   FREIGHT-      .00  EXT-    27947.04

  TERMS- .0200 10 N/ 30  LEAD-    DAYS  FRT-       /CS       /CW       /LB       /BK       /CB
  >>SPECIAL INSTRUCTIONS<<  * DELIVERY *

THIS ORDER IS PLACED WITH YOU ON THE EXPRESS CONDITION THAT DELIVERY OF GOODS WILL BE MADE ACCORDING TO THE FOLLOWING TERMS:
IF SHIPMENT IS DELAYED IN TRANSIT BEYOND DISCOUNT PERIOD, OUR RIGHT TO CASH DISCOUNT WILL NOT BE WAIVED AND WILL START
AT THE TIME OF RECEIPT OF THE GOODS.  SEE SEPARATE ATTACHMENT FOR ADDITIONAL TERMS AND CONDITIONS.

&&& END
```

*Handwritten note:* Vickie. Received 6-30-08 Thanks Deb.