

**RIZZO FINE FOODS**
7111 NORTH MAPLE
COLOMA, MI 49038
PH. (269) 468-3281
FAX (269) 468-4912





## INVOICE

**SOLD TO**
COMMISSARY OPERATIONS, INC
2629 EUGENIA AVE.
NASHVILLE TN 37211

**SHIP TO**

| DATE | NUMBER | PAGE | DUE DATE |
|---|---|---|---|
| 07/09/08 | 17290 | 1 | 08/08/08 |

| SHIP VIA | F.O.B. | TERMS | YOUR NUMBER | OUR NUMBER |
|---|---|---|---|---|
| COMM CARRIER | TIFTON, GA | 2/ 10/ N30 | 368067 | |

| DESCRIPTION | ORDERED | SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| TOMATO, STEWED 6/10 | 384.0 | 384.0 | 15.3300 | 5886.72 |
| KRAUT, SOUR 6./10 | 112.0 | 112.0 | 14.7800 | 1655.36 |

| | |
|---|---|
| SUB-TOTAL | 7542.08 |
| TAX | 0.00 |
| TOTAL | 7542.08 |
| NET TO PAY | |

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION SC OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(E)(C). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENTS RECEIVED.

CLAIMS FOR DAMAGE OR SHORTAGE MUST BE DOCUMENTED AND PRESENTED WITHIN 30 DAYS AFTER RECEIPT OF GOODS.

```
                              Ship To:                              ***********************************
              *) DELIVERY (*   CDI TIFTON D.C.                      ** PURCHASE ORDER NUMBER    368067 **
                              7833 MAGNOLIA INDUSTRIAL              ***********************************
                              APPOINTMENTS 229 388 8240
                              TIFTON, GA  31794
                              PHONE- 229-388-8240         —SHIP FROM WAREHOUSE—     PAGE-   1 OF  1
VENDOR #:    410311           ***********************                               P.O. DATE 6/19/2008
NAME    :  RIZZO FINE FOODS
           7111 N MAPLE       Bill to:                                              BUYER - VICKIE BEAS
           COLOMA    MI49038  COMMISSARY OPERATIONS,INC
                              2629 EUGENIA AVENUE                                   FAX-  269-468-4912
                              NASHVILLE, TN  37211                                  PHONE- 269-468-3281
                                                                                    EXPECTED DATE- 7/08/2008
                              PHONE- 615-231-4300
CONTRACT:
***********************************************************************************************************

 LINE  UND ITEM        ITEM DESCRIPTION       PACK  SIZE    |   ITEM #        ORDER            PRICE

  1              TOMATOES, STEWED 6/#10 #10323-1   6 #10    |   104608         384            15.3300
         10323-1 ITMWT-   44.00  TAREWT-    1.00             |                  FREIGHT-
  2              SAUERKRAUT,SHRED 6/#10            6 #10    |   140339         112            14.7800
         40127-6 ITMWT-   48.00  TAREWT-     .00             |                  FREIGHT-


 CUBE-   334.33    WEIGHT- 22656.00    CAW-    .00   QUANTITY-  496   FREIGHT-    .00   EXT-    7542.08

 TERMS- .0200 10 N/ 30  LEAD- 19 DAYS  FRT-       /CS      /CW      /LB     /BK      /CB
        ))SPECIAL INSTRUCTIONS(( * DELIVERY *

THIS ORDER IS PLACED WITH YOU ON THE EXPRESS CONDITION THAT DELIVERY OF GOODS WILL BE MADE ACCORDING TO THE FOLLOWING TERMS:
IF SHIPMENT IS DELAYED IN TRANSIT BEYOND DISCOUNT PERIOD, OUR RIGHT TO CASH DISCOUNT WILL NOT BE WAIVED AND WILL START
AT THE TIME OF RECEIPT OF THE GOODS.  SEE SEPARATE ATTACHMENT FOR ADDITIONAL TERMS AND CONDITIONS.

&&& END
```

*Handwritten note:* Vickie, Received 6-30-08 Thanks, Don