

**RIZZO FINE FOODS**
7111 NORTH MAPLE
COLOMA, MI 49038
PH. (269) 468-3281
FAX (269) 468-4912

Apple 13428



EXHIBIT D

| SOLD TO | SHIP TO |
|---|---|
| COMMISSARY OPERATIONS, INC<br>2629 EUGENIA AVE.<br>NASHVILLE TN 37211 | |

## INVOICE

| DATE | NUMBER | PAGE | DUE DATE |
|---|---|---|---|
| 07/21/08 | 17291 | 1 | 08/20/08 |

| SHIP VIA | F.O.B. | TERMS | YOUR NUMBER | OUR NUMBER |
|---|---|---|---|---|
| COMM CARRIER | NASHVILLE, TN | 2/ 10/ N30 | 181352 | |

| DESCRIPTION | ORDERED | SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| APPLE PIE, NSA 6-49 | 1008.0 | 1008.0 | 20.1000 | 20260.80 |
| CHERRY PIE, NSA - 6-44 | 1008.0 | 1008.0 | 22.7000 | 22881.60 |

| | |
|---|---|
| SUB-TOTAL | 43142.40 |
| TAX | 0.00 |
| TOTAL | 43142.40 |
| NET TO PAY | |

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION SC OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(E)(C). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENTS RECEIVED.

CLAIMS FOR DAMAGE OR SHORTAGE MUST BE DOCUMENTED AND PRESENTED WITHIN 30 DAYS AFTER RECEIPT OF GOODS.

```
               *) DELIVERY (*        Ship To:                        ************************************
                                     COI NASHVILLE D.C.              ** PURCHASE ORDER NUMBER    181352 **
                                     2621 EUGENIA AVE                ************************************
                                     APPOINTMENTS 615 231 4336
                                     NASHVILLE, TN  37211
                                     PHONE- 615-231-4300             --SHIP FROM WAREHOUSE--   PAGE-   1 OF  1
VENDOR #:   410310                   ***********************         KENTVILLE                 P.O. DATE 6/30/2008
NAME    :   RIZZO FINE FOODS         Bill to:
            7111 N MAPLE             COMMISSARY OPERATIONS,INC       NOVA SCOTIA    CANADA     BUYER - VICKIE BEAS
            COLOMA       MI49038     2629 EUGENIA AVENUE
                                     NASHVILLE, TN  37211                                      FAX-   269-468-4912
                                                                                               PHONE- 269-468-3281
                                     PHONE- 615-231-4300                                       EXPECTED DATE- 7/14/2008
CONTRACT:
*****************************************************************************************************************

LINE UND ITEM        ITEM DESCRIPTION        PACK SIZE  |   ITEM #        ORDER         PRICE

  1          PIE, APPLE NO SUGAR 6/49OZ      6  49OZ    |   140103        1008          20.1000
       40301 ITMWT-    19.00  TAREWT-    1.00           |                 FREIGHT-
  2          PIE, CHERRY NO SUGAR #40305     6  44OZ    |   140104        1008          22.7000
       40305 ITMWT-    17.00  TAREWT-    1.00           |                 FREIGHT-

CUBE-  1166.25     WEIGHT- 38304.00    CAW-     .00   QUANTITY-  2016   FREIGHT-    .00  EXT-   43142.40

TERMS- .0200 10 N/ 30   LEAD- 21 DAYS  FRT-       /CS      /CW      /LB      /BK      /CB
      >>SPECIAL INSTRUCTIONS<<  * DELIVERY *

THIS ORDER IS PLACED WITH YOU ON THE EXPRESS CONDITION THAT DELIVERY OF GOODS WILL BE MADE ACCORDING TO THE FOLLOWING TERMS:
IF SHIPMENT IS DELAYED IN TRANSIT BEYOND DISCOUNT PERIOD, OUR RIGHT TO CASH DISCOUNT WILL NOT BE WAIVED AND WILL START
AT THE TIME OF RECEIPT OF THE GOODS.  SEE SEPARATE ATTACHMENT FOR ADDITIONAL TERMS AND CONDITIONS.

&&& END
```

*Handwritten note:* Vickie, Received 7-1-08 Thanks Deb