

**RIZZO FINE FOODS**
7111 NORTH MAPLE
COLOMA, MI 49038
PH. (269) 468-3281
FAX (269) 468-4912

#Hizel 12033C



EXHIBIT E

## INVOICE

**SOLD TO**
COMMISSARY OPERATIONS, INC
2629 EUGENIA AVE.
NASHVILLE TN 37211

**SHIP TO**

| DATE | NUMBER | PAGE | DUE DATE |
|---|---|---|---|
| 07/21/08 | 17293 | 1 | 08/20/08 |

| SHIP VIA | F.O.B. | TERMS | YOUR NUMBER | OUR NUMBER |
|---|---|---|---|---|
| COMM CARRIER | NASHVILLE, TN | 2/ 10/ N30 | 181307 | |

| DESCRIPTION | ORDERED | SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| TOMATO, STEWED 6/10 | 240.0 | 240.0 | 14.4900 | 3477.60 |
| KRAUT, SOUR 6./10 | 224.0 | 224.0 | 13.9400 | 3122.56 |

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION SC OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(E)(C). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENTS RECEIVED.

CLAIMS FOR DAMAGE OR SHORTAGE MUST BE DOCUMENTED AND PRESENTED WITHIN 30 DAYS AFTER RECEIPT OF GOODS.

| | |
|---|---|
| SUB-TOTAL | 6600.16 |
| TAX | 0.00 |
| TOTAL | 6600.16 |
| NET TO PAY | 6600.16 |

```
                        Ship To:                              ************************************
      *) DELIVERY (*    COI NASHVILLE D.C.                    ** PURCHASE ORDER NUMBER    181307 **
                        2621 EUGENIA AVE                      ************************************
                        APPOINTMENTS 615 231 4336
                        NASHVILLE, TN 37211
                        PHONE- 615-231-4300       --SHIP FROM WAREHOUSE--   PAGE-   1 OF   1
                        ************************  HIRZEL CANNING            P.O. DATE 6/30/2008
VENDOR #:  410311       Bill to:                  411 LEMOYNE ROAD
NAME    :  RIZZO FINE FOODS                       TOLEDO       OH           BUYER - VICKIE BEAS
           7111 N MAPLE          COMMISSARY OPERATIONS,INC
           COLOMA    MI49038     2629 EUGENIA AVENUE                        FAX-   269-468-4912
                                 NASHVILLE, TN  37211                       PHONE- 269-468-3281
                                                                            EXPECTED DATE- 7/15/2008
                                 PHONE-  615-231-4300
CONTRACT:
***********************************************************************************************

 LINE  VND ITEM          ITEM DESCRIPTION      PACK  SIZE   |   ITEM #     ORDER         PRICE

   1              TOMATOES, STEWED 6/#10 #10323-1    6 #10  |   104608      240          14.4900
         10323-1  ITMWT-    44.00  TAREWT-     1.00                        FREIGHT-
   2              SAUERKRAUT,SHRED 6/#10             6 #10  |   140339      224          13.9400
         40127-6  ITMWT-    48.00  TAREWT-      .00                        FREIGHT-


 CUBE-  362.96      WEIGHT- 21552.00     CAW-      .00  QUANTITY-  464  FREIGHT-    .00  EXT-    6600.16

 TERMS- .0200 10 N/ 30   LEAD- 21 DAYS  FRT-      /CS    /CW    /LB    /BK    /CB
      >>SPECIAL INSTRUCTIONS<<  * DELIVERY *

THIS ORDER IS PLACED WITH YOU ON THE EXPRESS CONDITION THAT DELIVERY OF GOODS WILL BE MADE ACCORDING TO THE FOLLOWING TERMS:
IF SHIPMENT IS DELAYED IN TRANSIT BEYOND DISCOUNT PERIOD, OUR RIGHT TO CASH DISCOUNT WILL NOT BE WAIVED AND WILL START
AT THE TIME OF RECEIPT OF THE GOODS. SEE SEPARATE ATTACHMENT FOR ADDITIONAL TERMS AND CONDITIONS.

&&& END
```

*Vickie,*
*Received 7-1-08*
*Thanks,*
*Deb*

6600.16
224.90



**RIZZO FINE FOODS**
7111 NORTH MAPLE
COLOMA, MI 49038
PH. (269) 468-3281
FAX (269) 468-4912

Hirzel 12033C

**EXHIBIT E**

## INVOICE

**SOLD TO**
COMMISSARY OPERATIONS, INC
2629 EUGENIA AVE.
NASHVILLE TN 37211

**SHIP TO**

| DATE | NUMBER | PAGE | DUE DATE |
|---|---|---|---|
| 07/21/08 | 17293 | 1 | 08/20/08 |

| SHIP VIA | F.O.B. | TERMS | YOUR NUMBER | OUR NUMBER |
|---|---|---|---|---|
| COMM CARRIER | NASHVILLE, TN | 2/10/ N30 | 181307 | |

| DESCRIPTION | ORDERED | SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| TOMATO, STEWED 6/10 | 240.0 | 240.0 | 14.4900 | 3477.60 |
| KRAUT, SOUR 6./10 | 224.0 | 224.0 | 13.9400 | 3122.56 |

| | |
|---|---|
| SUB-TOTAL | 6600.16 |
| TAX | 0.00 |
| TOTAL | 6600.16 |
| NET TO PAY | 6600.16 |

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION SC OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(E)(C). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENTS RECEIVED.

CLAIMS FOR DAMAGE OR SHORTAGE MUST BE DOCUMENTED AND PRESENTED WITHIN 30 DAYS AFTER RECEIPT OF GOODS.

|  |  | Ship To: |  | ******************************* |
|---|---|---|---|---|
|  | *) DELIVERY (* | COI NASHVILLE D.C. |  | ** PURCHASE ORDER NUMBER 181307 ** |
|  |  | 2621 EUGENIA AVE |  | ******************************* |
|  |  | APPOINTMENTS 615 231 4336 |  |  |
|  |  | NASHVILLE, TN 37211 | --SHIP FROM WAREHOUSE-- | PAGE- 1 OF 1 |
| VENDOR #: | 410311 | PHONE- 615-231-4300 | HIRZEL CANNING | P.O. DATE 6/30/2008 |
| NAME : | RIZZO FINE FOODS | ************************ | 411 LEMOYNE ROAD |  |
|  | 7111 N MAPLE | Bill to: | TOLEDO OH | BUYER - VICKIE BEAS |
|  | COLOMA MI49038 | COMMISSARY OPERATIONS,INC |  |  |
|  |  | 2629 EUGENIA AVENUE |  | FAX- 269-468-4912 |
|  |  | NASHVILLE, TN 37211 |  | PHONE- 269-468-3281 |
|  |  |  |  | EXPECTED DATE- 7/15/2008 |
|  |  | PHONE- 615-231-4300 |  |  |

CONTACT:
*******************************************************************************

| LINE | VND ITEM | ITEM DESCRIPTION | PACK SIZE | ITEM # | ORDER | PRICE |
|---|---|---|---|---|---|---|
| 1 |  | TOMATOES, STEWED 6/#10 #10323-1 | 6 #10 | 104608 | 240 | 14.4900 |
|  | 10323-1 ITMWT- 44.00 TAREWT- 1.00 |  |  |  |  | FREIGHT- |
| 2 |  | SAUERKRAUT,SHRED 6/#10 | 6 #10 | 140339 | 224 | 13.9400 |
|  | 40127-6 ITMWT- 48.00 TAREWT- .00 |  |  |  |  | FREIGHT- |

CUBE- 362.96    WEIGHT- 21552.00    CAU-    .00    QUANTITY- 464    FREIGHT-    .00    EXT-    6600.16

TERMS- .0200 10 N/ 30  LEAD- 21 DAYS  FRT-         /CS      /CW      /LB      /BK      /CB
>>SPECIAL INSTRUCTIONS<< * DELIVERY *

THIS ORDER IS PLACED WITH YOU ON THE EXPRESS CONDITION THAT DELIVERY OF GOODS WILL BE MADE ACCORDING TO THE FOLLOWING TERMS:
IF SHIPMENT IS DELAYED IN TRANSIT BEYOND DISCOUNT PERIOD, OUR RIGHT TO CASH DISCOUNT WILL NOT BE WAIVED AND WILL START
AT THE TIME OF RECEIPT OF THE GOODS. SEE SEPARATE ATTACHMENT FOR ADDITIONAL TERMS AND CONDITIONS.

&&& END

*Vickie, Received 7-1-08 Thanks. Deb*

6600.16
224.00