

**RIZZO FINE FOODS**
7111 NORTH MAPLE
COLOMA, MI 49038
PH. (269) 468-3281
FAX (269) 468-4912





### SOLD TO
COMMISSARY OPERATIONS, INC

2629 EUGENIA AVE.
NASHVILLE TN 37211

### SHIP TO

## INVOICE

| DATE | NUMBER | PAGE | DUE DATE |
|---|---|---|---|
| 07/21/08 | 17294 | 1 | 08/20/08 |

| SHIP VIA | F.O.B. | TERMS | YOUR NUMBER | OUR NUMBER |
|---|---|---|---|---|
| COMM CARRIER | NASHVILLE, TN | 2/ 10/ N30 | 181503 | |

| DESCRIPTION | ORDERED | SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| CAKE, CHOC SHEET 12 CT | 420.0 | 420.0 | 18.1200 | 7610.40 |
| CAKE, YELLOW SHEET 12 CT | 700.0 | 700.0 | 18.1200 | 12684.00 |
| 8" BANANA NUT SUGAR FREE | 360.0 | 360.0 | 20.8900 | 7520.40 |
| MUFFIN, ENGLISH 72 CT | 72.0 | 72.0 | 8.8200 | 635.04 |

| | |
|---|---|
| SUB-TOTAL | 28449.84 |
| TAX | 0.00 |
| TOTAL | 28449.84 |

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION SC OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(E)(C). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENTS RECEIVED.

CLAIMS FOR DAMAGE OR SHORTAGE MUST BE DOCUMENTED AND PRESENTED WITHIN 30 DAYS AFTER RECEIPT OF GOODS.

NET TO PAY

```
                                Ship To:                            ****************************************
          *) DELIVERY (*        COI NASHVILLE D.C.                  ** PURCHASE ORDER NUMBER    181503 **
                                2621 EUGENIA AVE                    ****************************************
                                APPOINTMENTS 615 231 4336
                                NASHVILLE, TN  37211
                                PHONE- 615-231-4300      --SHIP FROM WAREHOUSE--    PAGE-  1 OF  1
VENDOR #:   410312              ************************  RIZZO                    P.O. DATE 7/02/2008
NAME    :   RIZZO FINE FOODS                              3825 STATE ROAD 38 EAST
            7111 N MAPLE        Bill to:                  LAFAYETTE    IN47905      BUYER - VICKIE BEAS
            COLOMA    MI49038   COMMISSARY OPERATIONS,INC
                                2629 EUGENIA AVENUE                                 FAX-   269-468-4912
                                NASHVILLE, TN  37211                                PHONE- 269-468-3281
                                                                                    EXPECTED DATE- 7/18/2008
                                PHONE- 615-231-4300
CONTACT:
*********************************************************************************************************

LINE  UND ITEM          ITEM DESCRIPTION         PACK  SIZE    |  ITEM #       ORDER          PRICE

  1              CAKE, CHOC SHEET 12/21OZ RYANS   12 21OZ      |  140100        420            18.1200
         8000 ITMWT-   15.00  TAREWT-       .00                |                       FREIGHT-
  2              CAKE,YELLOW SHEET 12/21OZ        12 21OZ      |  140101        700            18.1200
         80001 ITMWT-  20.00  TAREWT-       .00                |                       FREIGHT-
  3              CAKE,SUGAR FREE VARIOUS 8/8"      8 8"        |  140102        360            20.8900
         30210 ITMWT-  15.00  TAREWT-      1.00                |                       FREIGHT-
  4              MUFFIN,ENGLISH 6/12 CT            6 12CT      |  510108         72             7.9500
         6103 ITMWT-   17.00  TAREWT-       .00                |                       FREIGHT-
_____   _____

CUBE-  898.60     WEIGHT- 27284.00     CAW-      .00   QUANTITY- 1552  FREIGHT-    .00  EXT-    28387.20

TERMS- .0200 10 N/ 30  LEAD- 19 DAYS  FRT-     /CS     /CW     /LB      /BK    /CB
  ))SPECIAL INSTRUCTIONS(( * DELIVERY *
```

THIS ORDER IS PLACED WITH YOU ON THE EXPRESS CONDITION THAT DELIVERY OF GOODS WILL BE MADE ACCORDING TO THE FOLLOWING TERMS:
IF SHIPMENT IS DELAYED IN TRANSIT BEYOND DISCOUNT PERIOD, OUR RIGHT TO CASH DISCOUNT WILL NOT BE WAIVED AND WILL START
AT THE TIME OF RECEIPT OF THE GOODS.  SEE SEPARATE ATTACHMENT FOR ADDITIONAL TERMS AND CONDITIONS.

&&& END

*Handwritten: Harlan 24750.44 / 3020.88*

*Handwritten: Vickie, Received 7-2-08 Thanks. Deb*