# EFCO

Bakery Mixes
Jellies
Fruit Specialties

PLEASE REMIT TO
**EFCO PRODUCTS INC.**
P.O. Box 991
Poughkeepsie, New York 12602
845-452-4715
www.efcoproducts.com

*SAVE AS "INVOICE TO" UNLESS OTHERWISE INDICATED

| INVOICE DATE | PAGE | INVOICE NUMBER |
|---|---|---|
| 07/17/08 | 1 | A65715 |

PLEASE REFER TO THIS WHEN MAKING PAYMENT OR INQUIRY

S H I P
T O

COMMISSARY OPERATIONS INC
2629 EUGENIA AVENUE
NASHVILLE   TN 37211

COL TIFTON
7033 MAGNOLIA INDUSTRIAL BLVD
TIFTON GA 31794-024 0

## OUR CODING REFERENCE

| SHIP VIA | CUSTOMER ACCOUNT NO. | CONTROL NO. | CUSTOMER ORDER NO. | DATE | TERMS |
|---|---|---|---|---|---|
| PICK-UP | 030803 | 360392 | A59590 | 06/30/08 | 1% 10 NET 30 |

## CUSTOMER CODING REFERENCES

| STOCK NUMBER | QUANTITY SHIPPED | U/M | ITEM DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 3249 | 300 | EA CS 9/4# | EMPIRE APPLE COBBLER | 21.0400 | 6312.00 |
| 3250 | 360 | EA CS 9/4# | EMPIRE PEACH COBBLER | 21.0400 | 7574.40 |
| 3253 | 360 | EA CS 9/4# | EMPIRE CHERRY COBBLER | 21.0400 | 7574.40 |

ACCOUNTS 30 DAYS AND OVER ARE SUBJECT TO A FINANCE CHARGE WHICH IS COMPUTED BY A "PERIODIC RATE" OF 1½% PER MONTH OR ANNUAL PERCENTAGE RATE OF 18%.

| | TOTAL INVOICE AMOUNT DUE |
|---|---|
| 21,246.19 | 21,460.80 |

EXHIBIT A

| STRAIGHT BILL OF LADING–SHORT FORM–ORIGINAL–NOT NEGOTIABLE | | PAGE 1 of 1 | SHIPPER'S NO. |
|---|---|---|---|
| NAME OF CARRIER: CUSTOMER PICK-UP | CARRIER'S NO. PICK-UP | DATE 07/15/08 | 051639 |

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| FROM: SHIPPER | EFCO PRODUCTS, INC.<br>130 SMITH ST<br>POUGHKEEPSIE, NY 12601<br>(ORIGIN) | TO: CONSIGNEE<br>STREET<br>DESTINATION | 030803 PO#: 368392<br>COI TIFTON P/U 7-15<br>7833 MAGNOLIA INDUSTRIAL BLVD<br>TIFTON GA 31794-8240<br>30101 ZIP |
|---|---|---|---|

| DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER | | |
|---|---|---|---|---|---|---|
| NO. PACKAGES | +HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | CHARGES (FOR CARRIER USE ONLY) |
| | | Order # A59590 Phone # 229-388-8240 | | | | |
| 300 CS | | 03249 CS 9/4# EMPIRE APPLE COBBLER | 11400 LB | | | |
| 360 CS | | 03250 CS 9/4# EMPIRE PEACH COBBLER | 13680 LB | | | |
| 360 CS | | 03253 CS 9/4#EMPIRE CHERRY COBBLER | 13680 LB | | | |
| | | PALLETS FROM EFCO 17   TO EFCO 15 | | | | |
| | | Seal # 095116 9 | | | | |
| | | CASES   PAILS   POUCH/PACK   50# BAGS   10# PAILS   2-GAL   OTHER<br>                                                                            1020<br>WGT. TONS   19.4   WGT. LBS   38760 | | | | |
| 1020 | | <-------------- Total --------------> | 38760 | | | |

REMIT C.O.D. TO:

COD Amt. $

C.O.D. FEE
☐ PREPAID
☐ COLLECT $

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

†Shipper's imprint in lieu of stamp: not part of the bill of lading approved by the Interstate Commerce Commission.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$ _____ per _____

Subject to section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
(Signature of Consignor)

TOTAL CHARGES $

Freight charges are PREPAID unless marked collect   ☐ Check box if charges are Collect

"This is to certify the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

Shipper, Per NATHAN PARSONS   Agent, Per COI

Permanent post office address of shipper   + MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.