# INVOICE


**DOLCO PACKAGING**
A TEKNI-plex Company


EXHIBIT
A

| INVOICE DATE | INVOICE NO. |
|---|---|
| 07-07-08 | **0351435** |

**REMIT TO**
DOLCO PACKAGING
P.O. BOX 651617
CHARLOTTE, NC 28265-1617

**SOLD TO**
S36348
COMMISSARY OPERATIONS, INC
2629 EUGENIA AVENUE
ATTN: LEWIS WHITE
NASHVILLE    TN 37211

**SHIP TO**
036348
COMMISSARY OPERATIONS, INC
NASHVILLE DISTRIBUTION CNTR
2621 EUGENIA AVENUE
NASHVILLE    TN37211

| SHIP VIA | BILL OF LADING NUMBER | DATE SHIPPED |
|---|---|---|
| PIQUA | 220092 | 7/03/08 |

| CUSTOMER ORDER NO. | OUR ORDER NO. | TERMS | FREIGHT TERMS |
|---|---|---|---|
| 180988 | 220092-00 | 1%/15, NET 30 | PUP |

| CUST. ITEM NO. | OUR ITEM NO. | DESCRIPTION | SHIPPED UNITS | BDLS. | UM | UNIT PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | DF138202 | DF1382 STOCK LG 2C WH 200 CT | 26400 | 132 | | 32.00 | B | 4224.00 |
| | DF85102 | DF851 STOCK SM 1C WH 200CT | 8000 | 40 | | 13.00 | B | 520.00 |
| | | IVER APPT. CALL 615-231-4336 72 HRS IN ADV | | | | | | |
| | | SUB TOTAL | | | | | | 4744.00 |
| | | PICK UP ALLOWANCE | | | | | | 261.00- |

IF PAID BY 07-22-08

**PAY THIS AMOUNT**   4483.00
**DISCOUNT AVAILABLE**   44.83

| SHIPMENT | WEIGHT | |
|---|---|---|
| COMPLETE | GROSS | NET |

LATE PAYMENT CHARGE 1.5% PER MONTH.
NO UNAUTHORIZED RETURNS.
NO RETURNS ACCEPTED OR CLAIMS ALLOWED
AFTER 3 MONTHS FROM DATE OF SHIPMENT.