**LAKESIDE MILLS, INC.**
PO Box 63215
Charlotte, NC 28263-3215



EXHIBIT B

# Invoice

**Invoice No.:** 14387
Customer No.: 751084

Bill To: **COMMISSARY OPERATIONS INC (Tifton)**
2629 EUGENIA AVE
NASHVILLE, TN 37211

Ship To: **COMMISSARY OPERATIONS INC**
7833 MAGNOLIA INDUSTRIAL BLVD
TIFTON, GA 31794

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 07/10/08 | R M LOGISTICS | Origin | 2.00%-10 / Net 30 |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| 368401 | 06/30/08 | Lakeside House Account | 402317/502582 |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 350 | 350 | | 98080 | 25# RYAN'S CATFISH BREADER ( 7 X 7 = 49/Pallet) | 11.90 | 4165.00 |
| 180 | 180 | | 7145100042 | 8/5# YELTONS BEST CMMIX | 12.60 | 2268.00 |
| | | | | FREIGHT SURCHARGE | | 540.00 |
| | | | | Invoice subtotal | | 6973.00 |
| | | | | Invoice total | | 6973.00 |

58640

# Crossroads Services Group, Inc.
Phone 615-851-2191 • Fax 615-851-2195 • EIN# 41-2050108

602113
(mv 979)

DATE 7/11/08  LOCATION C.O.I.  RECORD# _____
CUSTOMER Tyson        (DRY)        CARRIER Arams
DOOR #5        COOLER _____  PRODUCT Lakeside Mills
TRAILER# 10976  TRUCK# 01  LOAD/PO# 36840I
TRIP# _____  START PLTS. 10  END PLTS. 15  #PIECES 530
UNLOAD APPROVAL (YES) NO  START TIME _____  END TIME _____
LOAD TYPE PO ___ BD 1-2 ___ BD 3-4 ___ BD 5+ ___ FLOOR ___ OTHER ___
MATERIAL HANDLERS _____
AMOUNT CHARGED $60.00  BILL /(CASH)/ CHECK# _____
COMMENTS: Driver paid cash
PALLETS ___ YES (NO)  DRIVERS SIGNATURE _Not Hyl_

**Lakeside Mills Inc.**
716 West Main St.
Spindale, NC 28160
828-286-4866

| Bill of Lading |
|---|
| **502582** |

| Date | Page |
|---|---|
| 07/10/08 | 1 of 2 |

COMBINATION SHORT FORM OF STRAIGHT BILL OF LADING SUBJECT TO THE TERMS & CONDITIONS HEREIN AND ON REVERSE OF STANDARD UNIFORM STRAIGHT BILL OF LADING

**SHIP TO:**
COI TIFTON DC
7833 MAGNOLIA INDUSTRIAL
TIFTON GA 31794

PHONE:1-229-388-8240

Maintain Temp:

FREIGHT CHARGES WILL BE COLLECT UNLESS MARKED PREPAID

| OWNER REFERENCE | ORDER NUMBER | PO NUMBER | |
|---|---|---|---|
| LAKESIDE MILLS INC | 402317 | 368401 | Prepaid |

| Units | Qty Ship | Item # / Description | Lot # | Prod Code | Net Lbs. | Gross Lbs. |
|---|---|---|---|---|---|---|
| 1 Plts | 26 Case | 7145100042 8/5# YELTONS BEST CMMIX | 2303-2513 | LSM | 1040.00 | 1040.00 |
| 0 Plts | 10 Case | 7145100042 8/5# YELTONS BEST CMMIX | 3301-3599 | LSM | 400.00 | 400.00 |
| 1 Plts | 48 Case | 7145100042 8/5# YELTONS BEST CMMIX | 9231-9614 | LSM | 1920.00 | 1920.00 |
| 1 Plts | 48 Case | 7145100042 8/5# YELTONS BEST CMMIX | 9615-9998 | LSM | 1920.00 | 1920.00 |
| 1 Plts | 48 Case | 7145100042 8/5# YELTONS BEST CMMIX | 9999-0382 | LSM | 1920.00 | 1920.00 |
| 4 | 180 | Totals for Item [ 7145100042 ] | | | | |
| 1 Plts | 70 Case | 98080 25# RYAN'S CATFISH BREADER | 7904-7981 | LSM | 1750.00 | 1750.00 |
| 1 Plts | 70 Case | 98080 25# RYAN'S CATFISH BREADER | 7982-8059 | LSM | 1750.00 | 1750.00 |
| 1 Plts | 70 Case | 98080 25# RYAN'S CATFISH BREADER | 8060-8137 | LSM | 1750.00 | 1750.00 |
| 1 Plts | 70 Case | 98080 25# RYAN'S CATFISH BREADER | 8138-8215 | LSM | 1750.00 | 1750.00 |

ATTN: DEL APPT 7/11 5AM

RECEIVED subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above, in apparent good order, except as noted (contents and condition of contents in packages unknown), marked, consigned and destined as indicated above, which said carrier (the word carrier being understood through this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry it to its usual place of delivery, if on its route, otherwise to deliver it to another carrier on the route to said destination, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interest in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Bill of Lading set fourth (1) in the Uniform Freight classification in effect on the date hereof if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of this bill of lading which also includes those standard conditions listed on the back of the standard pre-printed Straight Bill of Lading - Short Form for which this document is hereby agreed as being substituted, and the said terms and conditions are hereby agreed by the shipper and accepted by himself and his assigns.

| Shipper/Signature Lakeside Mills Inc. Per | | Carrier R&M LOGISTICS | Unit# 1076 |
|---|---|---|---|
| Driver Signature | | Driver Name (printed) Nick Harrington | Date 7-10-08 |
| Consignee Signature | | | |

ORIGINAL - NON NEGOTIABLE THIS BILL OF LADING - EXPRESS SHIPPING CONTRACT IS TO BE SIGNED BY SHIPPER AND CARRIER

shipprmw1

Case 3:08-bk-06279   Doc 671-3   Filed 10/08/08   Entered 10/08/08 15:44:36   Desc Exhibit B (Invoice No. 14387)   Page 3 of 5

# Lakeside Mills Inc.
716 West Main St.
Spindale, NC 28160
828-286-4866

**Bill of Lading**
**502582**

| Date | Page |
|---|---|
| 07/10/08 | 2 of 2 |

COMBINATION SHORT FORM OF STRAIGHT BILL OF LADING SUBJECT TO THE TERMS & CONDITIONS HEREIN AND ON REVERSE OF STANDARD UNIFORM STRAIGHT BILL OF LADING

**SHIP TO:**
COI TIFTON DC
7833 MAGNOLIA INDUSTRIAL
TIFTON GA 31794

PHONE:1-229-388-8240

Maintain Temp:

| OWNER REFERENCE | ORDER NUMBER | PO NUMBER | FREIGHT CHARGES WILL BE COLLECT UNLESS MARKED PREPAID |
|---|---|---|---|
| LAKESIDE MILLS INC | 402317 | 368401 | Prepaid |

| Units | Qty Ship | Item # / Description | Lot # | Prod Code | Net Lbs. | Gross Lbs. |
|---|---|---|---|---|---|---|
| 1 Plts | 70 Case | 98080<br>25# RYAN'S CATFISH BREADER | 8216-8293 | LSM | 1750.00 | 1750.00 |
| 5 | 350 | Totals for Item [ 98080 ] | | | | |

ATTN: DEL APPT 7/11 5AM

| Total Qty Ship: | 530 | Pallets In: | | Total Net Lbs: | 15950.00 | Total Gross Lbs: | 15950.00 |
|---|---|---|---|---|---|---|---|
| Total Units: | | Pallets Out: | | | | | |

RECEIVED subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above, in apparent good order, except as noted (contents and condition of contents in packages unknown), marked, consigned and destined as indicated above, which said carrier (the word carrier being understood through this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry it to its usual place of delivery, if on its route, otherwise to deliver it to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interest in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Bill of Lading set fourth (1) in the Uniform Freight classification in effect on the date hereof if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of this bill of lading which also includes those standard conditions listed on the back of the standard pre-printed Straight Bill of Lading - Short Form for which this document is hereby agreed as being substituted, and the said terms and conditions are hereby agreed by the shipper and accepted by himself and his assigns.

| Shipper/Signature | | Carrier | Unit# |
|---|---|---|---|
| Lakeside Mills Inc. Per | | R&M LOGISTICS | 10976 |
| Driver Signature | | Driver Name (printed) | Date 7-10-08 |
| Consignee Signature | | | |

ORIGINAL - NON NEGOTIABLE THIS BILL OF LADING - EXPRESS SHIPPING CONTRACT IS TO BE SIGNED BY SHIPPER AND CARRIER

shippmwf

```
TO FAX # : 8282873361  VENDOR # :   410230  P.O. # :0368401  NAME    :LAKESIDE MILLS, INC
                                                                                                7/11
                              Ship To:                     ****************************************
        *) DELIVERY (*        COI TIFTON D.C.              **   PURCHASE ORDER NUMBER    368401  **
                              7833 MAGNOLIA INDUSTRIAL     ****************************************
                              APPOINTMENTS 229 388 8240
                              TIFTON, GA  31794
                              PHONE-  229-388-8240         —SHIP FROM WAREHOUSE—      PAGE-   1 OF  1
VENDOR #:  410230             ****************************                           P.O. DATE 6/30/2008
NAME    : LAKESIDE MILLS, INC Bill to:
          P.O. BOX 63215      COMMISSARY OPERATIONS,INC                               BUYER - TREICO WILL
          CHARLOTTE  NC28263-3215  2629 EUGENIA AVENUE
                              NASHVILLE, TN  37211                                    FAX-  828-287-3361
                                                                                      PHONE- 828-286-4866
                              PHONE-  615-231-4300                                    EXPECTED DATE- 7/07/2008
CONTRACT:
************************************************************************************************************

LINE  UND ITEM          ITEM DESCRIPTION           PACK  SIZE     | ITEM #      ORDER           PRICE

  1              BREADER,CATFISH RYAN'S 25# 98080*R  1 25#        | 140331       350            11.9000
       98080*R ITMWT-  26.00  TAREWT-   .00                       |                      FREIGHT-
  2              CORNMEAL SELF RISING 8/5# 0042 R   8 5#          | 140332    (4)  240  \80      12.6000
       0042   ITMWT-  41.00  TAREWT-   .00                        |                      FREIGHT-

CUBE-  590.00   WEIGHT- 18940.00   CAU-    .00  QUANTITY- 590  FREIGHT-   .00  EXT-   7189.00

TERMS- .0200 10 N/ 30  LEAD-    DAYS  FRT-     /CS     /CU     /LB      /BK     /CB
>>SPECIAL INSTRUCTIONS<< * DELIVERY *
```

THIS ORDER IS PLACED WITH YOU ON THE EXPRESS CONDITION THAT DELIVERY OF GOODS WILL BE MADE ACCORDING TO THE FOLLOWING TERMS:
IF SHIPMENT IS DELAYED IN TRANSIT BEYOND DISCOUNT PERIOD, OUR RIGHT TO CASH DISCOUNT WILL NOT BE WAIVED AND WILL START
AT THE TIME OF RECEIPT OF THE GOODS. SEE SEPARATE ATTACHMENT FOR ADDITIONAL TERMS AND CONDITIONS.

*** END