**LAKESIDE MILLS, INC.**
PO Box 63215
Charlotte, NC 28263-3215



# Invoice

Invoice No.: 14386
Customer No.: 751083

Bill To: **COMMISSARY OPERATIONS INC (Nashville)**
2629 EUGENIA AVENUE
NASHVILLE, TN 37211

Ship To: **COMMISSARY OPERATIONS INC (Nashville**
2621 EUGENIA AVE
NASHVILLE, TN 37211

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 07/11/08 | R M LOGISTICS | Origin | 2.00%-10 / Net 30 |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| 181269 | 06/30/08 | Lakeside House Account | 402314/502581 |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 140 | 140 | | 98080 | 25# RYAN'S CATFISH BREADER ( 7 X 7 = 49/Pallet) | 11.90 | 1666.00 |
| 288 | 288 | | 7145100042 | 8/5# YELTONS BEST CMMIX | 12.60 | 3628.80 |
| | | | | FREIGHT SURCHARGE | | 394.00 |
| | | | | Invoice subtotal | | 5688.80 |
| | | | | Invoice total | | 5688.80 |

402963

# Crossroads Services Group, Inc. PO#74607

Phone 615-851-2191 • Fax 615-851-2195 • EIN# 41-2050108

DATE 7-12-2008   LOCATION Family Dollar – Iowa   VENDOR _____

CUSTOMER CCI   CARRIER R3M - MPT   PRODUCT LAKESIDE MILLS

DOOR 1   1 Shift / 2 Shift / 3 shift

TRAILER# 5940   TRUCK# 27   LOAD/PO# 181269

TRIP# _____   START PLTS. 8   END PLTS. 10   #PIECES 476

CONFIRMATION# _____   START TIME 4:15   END TIME _____

LOAD TYPE PO ___ BD1-2 ___ BD 3-4 ___ BD 5+ ___ FLOOR ___ OTHER ___

MATERIAL HANDLERS Doug   LAYERS _____

AMOUNT CHARGED @ 66   BILL / CASH / CHECK# 66786986 ✓

COMMENTS: _____

PALLETS ___ YES ___ NO   DRIVERS SIGNATURE X Roger Downey

...ills Inc.
... Main St.
...le, NC 28160
...-286-4866

58695 *(handwritten)*

# Bill of Lading
## 502581

| Date | Page |
|---|---|
| 07/11/08 | 1 of 1 |

COMBINATION SHORT FORM OF STRAIGHT BILL OF LADING SUBJECT TO THE TERMS & CONDITIONS HEREIN AND ON REVERSE OF STANDARD UNIFORM STRAIGHT BILL OF LADING

**SHIP TO:**
COI NASHVILLE DC
2621 EUGENIA AVE
NASHVILLE TN 37211

PHONE: 1-615-231-4300    FAX: 1-615-312-3286

Pro# 14607 *(handwritten)*

Maintain Temp:

| OWNER REFERENCE | ORDER NUMBER | PO NUMBER | FREIGHT CHARGES WILL BE COLLECT UNLESS MARKED PREPAID |
|---|---|---|---|
| LAKESIDE MILLS INC | 402314 | 181269 | Prepaid |

| Units | Qty Ship | Item # / Description | Lot # | Prod Code | Net Lbs. | Gross Lbs. |
|---|---|---|---|---|---|---|
| 1 Plts | 48 Case | 7145100042 8/5# YELTONS BEST CMMIX | 0383-0766 | LSM | 1920.00 | 1920.00 |
| 1 Plts | 48 Case | 7145100042 8/5# YELTONS BEST CMMIX | 0767-1150 | LSM | 1920.00 | 1920.00 |
| 1 Plts | 48 Case | 7145100042 8/5# YELTONS BEST CMMIX | 1151-1534 | LSM | 1920.00 | 1920.00 |
| 1 Plts | 48 Case | 7145100042 8/5# YELTONS BEST CMMIX | 1535-1918 | LSM | 1920.00 | 1920.00 |
| 1 Plts | 48 Case | 7145100042 8/5# YELTONS BEST CMMIX | 1919-2302 | LSM | 1920.00 | 1920.00 |
| 1 Plts | 48 Case | 7145100042 8/5# YELTONS BEST CMMIX | 3602-3985 | LSM | 1920.00 | 1920.00 |
| 6 | 288 | Totals for Item [ 7145100042 ] | | | | |
| 1 Plts | 70 Case | 98080 25# RYAN'S CATFISH BREADER | 7748-7825 | LSM | 1750.00 | 1750.00 |
| 1 Plts | 70 Case | 98080 25# RYAN'S CATFISH BREADER | 7826-7903 | LSM | 1750.00 | 1750.00 |
| 2 | 140 | Totals for Item [ 98080 ] | | | | |

Seal 00048 *(handwritten)*

| ATTN: DEL APPT 7/12 5AM [SATURDAY DEL] | | | | | |
|---|---|---|---|---|---|
| Total Qty Ship: | 428 | Pallets In: 8 | Total Net Lbs: 15020.00 | Total Gross Lbs: | 15020.00 |
| Total Units: | 8 | Pallets Out: 8 | | | |

RECEIVED subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above, in apparent good order, except as noted (contents and condition of contents in packages unknown), marked, consigned and destined as indicated above, which said carrier (the word carrier being understood through this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry it to its usual place of delivery, if on its route, otherwise to deliver it to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interest in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Bill of Lading set fourth (1) in the Uniform Freight classification in effect on the date hereof if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of this bill of lading which also includes those standard conditions listed on the back of the standard pre-printed Straight Bill of Lading - Short Form for which this document is hereby agreed as being substituted, and the said terms and conditions are hereby agreed by the shipper and accepted by himself and his assigns.

| Shipper/Signature Lakeside Mills Inc. Per | *(signature)* | Carrier R&M LOGISTICS | Unit# MPS 5340 |
|---|---|---|---|
| Driver Signature *(signature)* | | Driver Name (printed) Roger Garrett | Date 7-11-08 |
| Consignee Signature *(signature)* | | | |

ORIGINAL - NON NEGOTIABLE THIS BILL OF LADING - EXPRESS SHIPPING CONTRACT IS TO BE SIGNED BY SHIPPER AND CARRIER

shippmw1

```
TO FAX # : 8282873361  VENDOR # :   410230  P.O. # :0181269  NAME :LAKESIDE MILLS, INC
```

                        Ship To:                                        ****************************************
    *) DELIVERY (*      COI NASHVILLE D.C.                              ** PURCHASE ORDER NUMBER     181269 **
                        2621 EUGENIA AVE                                ****************************************
                        APPOINTMENTS 615 231 4336
                        NASHVILLE, TN  37211
                        PHONE- 615-231-4300           —SHIP FROM WAREHOUSE—   PAGE-    1 OF   1
VENDOR #:  410230       *************************     LAKESIDE MILLS          P.O. DATE 6/30/2008
NAME   : LAKESIDE MILLS, INC                          716 WEST MAIN STREET
         P.O. BOX 63215    Bill to:                   SPINDALE    NC28160     BUYER - TREICO WILL
         CHARLOTTE    NC28263-3215   COMMISSARY OPERATIONS,INC
                                     2629 EUGENIA AVENUE                      FAX-   828-287-3361
                                     NASHVILLE, TN  37211                     PHONE- 828-286-4866
                        PHONE- 615-231-4300                                   EXPECTED DATE- 7/08/2008
CONTACT:
****************************************************************************************************

| LINE | VND ITEM | ITEM DESCRIPTION | PACK | SIZE | ITEM # | ORDER | PRICE |
|------|----------|------------------|------|------|--------|-------|-------|
| 1 | 98080*R | BREADER,CATFISH RYAN'S 25# 98080*R | 1 | 25# | 140331 | 2  140 | 11.9000 |
|   | 98080*R ITMWT- 26.00 TAREWT- .00 | | | | | | FREIGHT- .08 | |
| 2 | 0042 | CORNMEAL SELF RISING 8/5# 0042 R | 8 | 5# | 140332 | 6  7  336  288 | 2.6000 |
|   | 0042 ITMWT- 41.00 TAREWT- .00 | | | | | | FREIGHT- | |

CUBE-  476.00     WEIGHT- 17416.00    CAW-    .00   QUANTITY-  476  FREIGHT-   .00  EXT-   5899.60

TERMS- .0200 10 N/ 30  LEAD-  DAYS  FRT-   /CS   /CW   /LB   /BK   /CB
 ))SPECIAL INSTRUCTIONS(( * DELIVERY *

THIS ORDER IS PLACED WITH YOU ON THE EXPRESS CONDITION THAT DELIVERY OF GOODS WILL BE MADE ACCORDING TO THE FOLLOWING TERMS:
IF SHIPMENT IS DELAYED IN TRANSIT BEYOND DISCOUNT PERIOD, OUR RIGHT TO CASH DISCOUNT WILL NOT BE WAIVED AND WILL START
AT THE TIME OF RECEIPT OF THE GOODS.  SEE SEPARATE ATTACHMENT FOR ADDITIONAL TERMS AND CONDITIONS.

# PURCHASE ORDER ("P.O.") CONDITIONS

1. **CONTROLLING CONTRACT.** All terms and conditions of this P.O. are controlled by any controlling contract between Vendor and Commissary Operations, Inc., as designated by its number on the front of this P.O., and, in the event of any inconsistency between the controlling contract this P.O. the controlling contract shall govern. Provided, however, that in the event of such inconsistency, the governing contract shall invalidate only the expressly inconsistent provisions contained herein and shall not affect any other or additional provisions contained in the P.O. even though such provisions may not appear in the controlling contract.

2. **VENDOR INDEMNITY.** Vendor agrees to indemnity, defend and hold harmless Commissary Operations, Inc. and each of their agents and employees from any and all liability, loss, settlement, cost or expense of any type (including but not limited to reasonable attorneys fees) arising out of or resulting from claims, demands, costs or judgements that directly or indirectly arise out of or in any way result from or are related to Vendor's performance or nonperformance of this Agreement, or the vending services provided hereunder, the performance of or failure to perform any work or other activity related to such vending service, of any alleged deficiency or defect in the vending services or products related thereto furnished or required to be furnished pursuant to this Agreement. The scope of the indemnity set forth in the preceeding sentence includes, without limitation, claims, demands, suits or judgements based upon (1) alleged violations or rights under patents, trademarks, copyrights or applications therefor: (2) accidents, injuries or damages to persons or property that may happen or occur in connection with the use or sale of any goods or services furnished by Vendor; or (3) any violation of any statute, regulation or ordinance of any governmental authority in the manufacture, sale or delivery of the goods or services furnished or required to be furnished hereunder.

3. **ACCEPTANCE.** Unless this P.O. is in confirmation of an order, in which case this P.O. and all of the terms and conditions stated herein shall be the acceptance, acceptance of this P.O. and all of the terms and conditions stated herein shall be made only by shipment of the goods described on the front of this P.O. If vendor refuses to accept the order exactly as written, Vendor will immediately contact Commissary Operations, Inc. and immediately return the P.O. along with an explanation.

4. **SEPARATE INVOICE.** Vendor will send a separate invoice for each P.O.

5. **SHIPPING INSTRUCTIONS.** Goods must be shipped as per instructions, otherwise any handling charge will be billed back to Vendor.

6. **CASH DISCOUNT PERIOD.** The cash discount period for Commissary Operations, Inc. shall date from receipt of goods and not from date of any invoice.

7. **OMITTED PRICE.** If price is omitted on any order, Vendor's price will be the lowest prevailing market price and in no event is this order to be billed at higher prices than last previously quoted or charged without written consent of Commissary Operations, Inc.

8. **GOVERNING LAW.** Except as expressly inconsistent therewith, this agreement shall be governed by and construed in accordance with the provisions of the Tennessee Uniform Commercial Code. T.C.A. §§57-1-101 et seq., including all definitions contained therein.

9. **VENDOR'S FAILURE TO DELIVER.** If Vendor should fail to deliver as and where specified, Commissary Operations, Inc. reserves the right to cancel this order, or any part thereof, without prejudice to its other rights; and Vendor agrees that Commissary Operations, Inc. may return part or all of any shipment so made and may charge Vendor with any loss or expense sustained as a result of such failure to deliver.

10. **REMEDIES.** In the event of Vendor's breach, Commissary Operations, Inc. shall in addition to those remedies contained in the Tennessee Uniform Commercial Code, recover all costs and expenses, incurred in attempting to remedy said breach, including its reasonable attorneys fees. Any action brought to enforce any remedy under this contract may be brought in Davidson County Tennessee courts and Vendor hereby consents to the jurisdiction of said courts.

11. **ENTIRE AGREEMENT; MODIFICATION.** This P.O. (and any controlling contract, if applicable) constitutes the entire agreement between Vendor and Commissary Operations, Inc., and no change in or modification of this agreement shall be binding upon Commissary Operations, Inc. unless the change or modification is in writing and signed by Commissary Operations, Inc. The terms and conditions as stated in this P.O. govern in the event of a conflict with any terms of any proposal by Vendor and are not subject to change by reason of any written or verbal statements by Vendor or by any terms stated in any acknowledgment or confirmation of Vendor unless the same is accepted in writing signed by Commissary Operations, Inc.

12. **NO SUBSTITUTION.** The duties or obligations of Vendor may not be delegated to any other person.