# EXHIBIT A



```
COMMISSARY OPERATIONS INC              TIFTON DISTRIBUTION CENTER
D/B/A/ CCI FOODSERVICE                 7810 MAGNOLIA IND BLVD
2629 EUGENIA AVE                       TIFTON GA    31794
NASHVILLE TN   37211

PRE-PAID     234036   125776    2151020 05958  2008/07/03   BAY

UNIPRO       /NO BROKER    368090                     2

12   6/PKT   134 HR WHITE  (TUB)  GATOR     155    16.00                    192.00
120  6/TUB   47  CHOPPED GARLIC   APPLEBEES 1560   12.80   CA   4.91       3146.80
---                                         ----                          --------
132                                         1715                SUB TOTAL  3538.80


                                                              TOTAL    3538.80
                              3162.60                    0:00 - 0:00

             GA APPT 887-503-5212 EXT 4262
```

```
COMMISSARY OPERATIONS INC        234802    125827        NASHVILLE DISTRIBUTION CENTER
D/B/A/ COI FOODSERVICE                                   2621 EUGENIA AVENUE
2629 EUGENIA AVE                                         NASHVILLE TN  37211
NASHVILLE TN  37211

PRE-PAID                                  215102005958 2008/07/10    COLONIAL

TRIPRO          /NO BROKER    181583                  2

 10   6/PET    134 HR WHITE   (TUB) GATOR      190    16.00              480.00
 48   4/GAL     07 HR WHITE         T         1680    45.65             2191.20
 --                                           ----                    ---------
 78                                           2070          SUB TOTAL  2671.20


                                           2220.90                  TOTAL  2671.20

                                                         0:00 - 0:00

                              TN APPT 887-503-5212 EXT 4336
```

08/01/2008 10:46 Tulkoff Products (FAX)410 327 7033 P.004/005



```
COMMISSARY OPERATIONS INC                           TIFTON DISTRIBUTION CENTER
D/B/A/ COI FOODSERVICE                              7811 MAGNOLIA IND BLVD
2629 EUGENIA AVE                                    TIFTON GA    31794
NASHVILLE TN  37211

PRE-PAID      235005    125941     2151020005958 2008/07/17    BAY

UNIPRO         /NO BROKER          368896                2

120  6/TUB    47 CHOPPED GARLIC  APPLEBEE   1560   32.80  CA   4.91    3346.80
---                                        ------                     --------
120                                          1560             SUB TOTAL  3346.80

                                    3004.80                   0.00 -    0.00
                                                              TOTAL      3346.80

                   GA APPT 887-503-5212 EXT 4262
```



```
COMMISSARY OPERATIONS INC              NASHVILLE DISTRIBUTION CENTER
D/B/A/ COI FOODSERVICE                 2621 EUGENIA AVENUE
2629 EUGENIA AVE                       NASHVILLE TN  37211
NASHVILLE TN  37211

PRE-PAID    235173    126021    215102005958  2008/07/24   COLONIAL

UNIPRO      /NO BROKER          182354              2

16  4/GAL   D7 KR WHITE    T      1260   45.65            1643.40
                                  -----                   -------
16                                1260         SUB TOTAL  1643.40


                                    1169.80    TOTAL      1643.40
                                                0:00 -    0:00

                       TN APPT 887-503-5212 EXT 4336
```

