

**HALPERNS'**

REMIT: Halperns' Steak & Seafood
c/o Fidelity Bank
PO Box 105579
Atlanta, GA 30348

# INVOICE 298592

Phone: 404-767-9229
Fax: 404-767-2611

**Date: 07/01/2008**

| SHIP TO | BILL TO |
|---|---|
| COI NASHVILLE<br>2629 EUGENIA AVE<br>NASHVILLE, TN 37211-2118<br>Phone: (615) 231-4371     038300 | COI NASHVILLE<br>2629 EUGENIA AVE<br>NASHVILLE, TN 37211-2118<br>038300 |

| ROUTE - DELIVERY | SALESPERSON | CUSTOMER PO | ORDERED BY |
|---|---|---|---|
| NB   07/01/2008 | HOUSE CONTRACT | 180980 | |

| TERMS: NET 30 | INVOICE DUE DATE: 07/31/2008 |
|---|---|

### TUESDAY NIGHT SHIP

| ORD | SHP | U/M | Item / Size / Description | Wgt/Qty Shipped | Price | Extension |
|---|---|---|---|---|---|---|
| | | | Fuel Surcharge | | | $4.85 |
| 45 | 45 | CS | 26-19077 8 OZ<br>Beef Tenderloin filet Single Slit COI<br>BEEF TENDERLOIN | 459.30 | $13.40 | $6,154.62 |

Weights: 10.70 10.50 10.10 10.20 10.10 10.40 10.00 10.10
10.30 10.20 10.20 10.20 10.30 10.10 10.30 10.20
10.10 10.10 10.20 10.10 10.10 10.10 10.80 10.30
10.00 10.10 10.70 10.00 10.50 10.60 10.30 10.20
10.10 10.20 10.00 10.20 10.00 10.10 10.00 10.10
10.20 10.20 10.00 10.10 10.00

| | |
|---|---|
| Subtotal: | $6,159.47 |
| Sales Tax: | $.00 |
| **Total Weight: 459.30** | **Invoice Total: $6,159.47** |

Received By: _Hozie Carter_  Date:     Printed Signature: _Hozie Carter_

**PER USDA REQUIREMENTS, PRODUCT RETURNED TO HALPERNS' MUST BE IN ORIGINAL CONTAINERS**

NO CLAIMS ALLOWED UNLESS WE ARE NOTIFIED IMMEDIATELY UPON RECEIPT OF MERCHANDISE. IN CASE OF WEIGHT DIFFERENCE, PHONE (404-767-9229) OR E-MAIL TO CLAIMS@HALPERNS.COM. RETURNS ARE SUBJECT TO INSPECTIONS. All invoices must be paid within specified terms. All past due accounts are subject to a one and one-half percent (1 1/2%) interest charge per month, eighteen percent (18%) per year. In the event HALPERNS' must initiate collection proceedings to recover any portion or all of this invoice, then the customer agrees to pay all costs of such collection including attorney's fee incurred by HALPERNS'. Customer submits to the personal and subject matter jurisdiction and venue of the courts of Fulton County, Georgia as to all disputes.

**NO CREDIT WILL BE ISSUED WITHOUT A PICKUP SLIP!**

Printed Wednesday, Jul 2, 2008 1:23:17 AM    Page: 1    INV: 0000298592

Case 3:08-bk-06279   Doc 676-1   Filed 10/09/08   Entered 10/09/08 12:55:52   Desc Exhibit A - Invoices   Page 1 of 8



# INVOICE 298575

**REMT:** Halperns' Steak & Seafood
c/o Fidelity Bank
PO Box 105579
Atlanta, GA 30348

Phone: 404-767-9229
Fax: 404-767-2611

**Date: 07/01/2008**

| SHIP TO | BILL TO |
|---|---|
| COI RIPLEY<br>2629 EUGENIA AVE<br>A/P  JANICE<br>NASHVILLE, TN  37211-2118<br>Phone: (615) 231-4368       038350 | COI RIPLEY<br>2629 EUGENIA AVE<br>A/P  JANICE<br>NASHVILLE, TN  37211-2118<br>038350 |

| ROUTE - DELIVERY | SALESPERSON | CUSTOMER PO | ORDERED BY |
|---|---|---|---|
| NB   07/01/2008 | HOUSE CONTRACT | 252811 | |

| TERMS: NET 30 | INVOICE DUE DATE: 07/31/2008 |
|---|---|

### TUESDAY NIGHT SHIP

| ORD | SHP | UM | Item / Size / Description | Wgt/Qty Shipped | Price | Extension |
|---|---|---|---|---|---|---|
| | | | Fuel Surcharge | | | $4.85 |
| 45 | 45 | CS | 26-19077 8 OZ<br>Beef Tenderloin filet Single Slit COI<br>BEEF TENDERLOIN | 456.90 | $13.40 | $6,122.46 |

Weights: 10.10 10.20 10.30 10.10 10.20 10.20 10.30 10.30
10.20 10.40 10.20 10.10 10.10 10.10 10.20 10.10
10.20 10.20 10.10 10.10 10.00 10.10 10.40 10.40
10.10 10.00 10.20 10.10 10.00 10.00 10.10 10.20
10.10 10.00 10.00 10.10 10.10 10.20 10.30 10.10
10.20 10.00 10.20 10.20 10.10

**Subtotal:** $6,127.31
**Sales Tax:** $.00

**Total Weight:** 456.90

**Invoice Total:** $6,127.31

**Received By:** _Hozie Carter_  **Date:**     **Printed Signature:** _Hozie Carter_

### PER USDA REQUIREMENTS, PRODUCT RETURNED TO HALPERNS' MUST BE IN ORIGINAL CONTAINERS

NO CLAIMS ALLOWED UNLESS WE ARE NOTIFIED IMMEDIATELY UPON RECEIPT OF MERCHANDISE. IN CASE OF WEIGHT DIFFERENCE, PHONE (404-767-9229) OR E-MAIL TO CLAIMS@HALPERNS.COM. RETURNS ARE SUBJECT TO INSPECTIONS. All invoices must be paid within specified terms. All past due accounts are subject to a one and one-half percent (1 1/2%) interest charge per month, eighteen percent (18%) per year. In the event HALPERNS' must initiate collection proceedings to recover any portion or all of this invoice, then the customer agrees to pay all costs of such collection including attorney's fee incurred by HALPERNS'. Customer submits to the personal and subject matter jurisdiction and venue of the courts of Fulton County, Georgia as to all disputes.

### NO CREDIT WILL BE ISSUED WITHOUT A PICKUP SLIP!

Printed Wednesday, Jul 2, 2008 1:23:16 AM    **Page: 1    INV: 0000298575**

Case 3:08-bk-06279   Doc 676-1   Filed 10/09/08   Entered 10/09/08 12:55:52   Desc
Exhibit A - Invoices    Page 2 of 8



**HALPERNS'**

REMIT: Halperns' Steak & Seafood
c/o Fidelity Bank
PO Box 105579
Atlanta, GA 30348

# INVOICE 300977

Phone: 404-767-9229
Fax: 404-767-2611

Date: 07/08/2008

| SHIP TO | BILL TO |
|---|---|
| COI RIPLEY<br>2629 EUGENIA AVE<br>A/P JANICE<br>NASHVILLE, TN 37211-2118<br>Phone: (615) 231-4368          038350 | COI RIPLEY<br>2629 EUGENIA AVE<br>A/P JANICE<br>NASHVILLE, TN 37211-2118<br>036350 |

| ROUTE - DELIVERY | SALESPERSON | CUSTOMER PO | ORDERED BY |
|---|---|---|---|
| NA   07/08/2008 | HOUSE CONTRACT | 253004 | |

| TERMS: NET 30 | INVOICE DUE DATE: 08/07/2008 |
|---|---|

**TUESDAY SHIP**

| ORD | SHP | U/M | Item / Size / Description | Wgt/Qty Shipped | Price | Extension |
|---|---|---|---|---|---|---|
| | | | Fuel Surcharge | | | $4.85 |
| 20 | 20 | CS | 26-19077 8 OZ<br>Beef Tenderloin filet Single Slit COI<br>BEEF TENDERLOIN | 205.40 | $13.40 | $2,752.36 |

Weights: 10.20 10.50 10.40 10.00 10.30 10.10 10.30 10.40
10.10 10.20 10.30 10.30 10.60 10.30 10.20 10.10
10.40 10.30 10.40 10.00

CS count only
verified by Nash

**Total Weight:** 205.40

**Subtotal:** $2,757.21
**Sales Tax:** $.00
**Invoice Total:** $2,757.21

**Received By:** _[signature]_  **Date:** 7/9/08  **Printed Signature:** _[signature]_

### PER USDA REQUIREMENTS, PRODUCT RETURNED TO HALPERNS' MUST BE IN ORIGINAL CONTAINERS

NO CLAIMS ALLOWED UNLESS WE ARE NOTIFIED IMMEDIATELY UPON RECEIPT OF MERCHANDISE. IN CASE OF WEIGHT DIFFERENCE, PHONE (404-767-9229) OR E-MAIL TO CLAIMS@HALPERNS.COM. RETURNS ARE SUBJECT TO INSPECTIONS. All invoices must be paid within specified terms. All past due accounts are subject to a one and one-half percent (1 1/2%) interest charge per month, eighteen percent (18%) per year. In the event HALPERNS' must initiate collection proceedings to recover any portion or all of this invoice, then the customer agrees to pay all costs of such collection including attorney's fee incurred by HALPERNS'. Customer submits to the personal and subject matter jurisdiction and venue of the courts of Fulton County, Georgia as to all disputes.

**NO CREDIT WILL BE ISSUED WITHOUT A PICKUP SLIP!**

Printed Tuesday, Jul 8, 2008 10:54:25 PM      **Page: 1    INV: 0000300977**

Case 3:08-bk-06279   Doc 676-1   Filed 10/09/08   Entered 10/09/08 12:55:52   Desc Exhibit A - Invoices    Page 3 of 8



**HALPERNS'**

Phone: 404-767-9229
Fax: 404-767-2611

REMIT: Halperns' Steak & Seafood
c/o Fidelity Bank
PO Box 105579
Atlanta, GA 30348

# INVOICE
# 300979

Date: 07/08/2008

| SHIP TO | BILL TO |
|---|---|
| COI NASHVILLE<br>2629 EUGENIA AVE<br>NASHVILLE, TN 37211-2118<br>Phone: (615) 231-4371     038300 | COI NASHVILLE<br>2629 EUGENIA AVE<br>NASHVILLE, TN 37211-2118<br>038300 |

| ROUTE - DELIVERY | SALESPERSON | CUSTOMER PO | ORDERED BY |
|---|---|---|---|
| NA    07/08/2008 | HOUSE CONTRACT | 181340 | |

| TERMS: NET 30 | INVOICE DUE DATE: 08/07/2008 |
|---|---|

### TUESDAY SHIP

| ORD | SHP | U/M | Item / Size / Description | Wgt/Qty Shipped | Price | Extension |
|---|---|---|---|---|---|---|
| | | | Fuel Surcharge | | | $4.85 |
| 20 | 20 | CS | 26-19077 8 OZ<br>Beef Tenderloin filet Single Slit COI<br>BEEF TENDERLOIN | 203.10 | $13.40 | $2,721.54 |

Weights: 10.20 10.40 10.10 9.90 10.10 10.20 10.40 10.20
10.00 10.10 10.20 10.10 10.20 10.00 10.10 10.20
10.20 10.10 10.30 10.10

| | |
|---|---|
| | **Subtotal:** $2,726.39 |
| | **Sales Tax:** $.00 |
| **Total Weight:** 203.10 | **Invoice Total:** $2,726.39 |

Received By: _[signature]_    Date: 7/9/08    Printed Signature: _[signature]_

### PER USDA REQUIREMENTS, PRODUCT RETURNED TO HALPERNS' MUST BE IN ORIGINAL CONTAINERS

NO CLAIMS ALLOWED UNLESS WE ARE NOTIFIED IMMEDIATELY UPON RECEIPT OF MERCHANDISE. IN CASE OF WEIGHT DIFFERENCE, PHONE (404-767-9229) OR E-MAIL TO CLAIMS@HALPERNS.COM. RETURNS ARE SUBJECT TO INSPECTIONS. All invoices must be paid within specified terms. All past due accounts are subject to a one and one-half percent (1 1/2%) interest charge per month, eighteen percent (18%) per year. In the event HALPERNS' must initiate collection proceedings to recover any portion or all of this invoice, then the customer agrees to pay all costs of such collection including attorney's fee incurred by HALPERNS'. Customer submits to the personal and subject matter jurisdiction and venue of the courts of Fulton County, Georgia as to all disputes.

### NO CREDIT WILL BE ISSUED WITHOUT A PICKUP SLIP!

Printed Tuesday, Jul 8, 2008  10:54:26 PM          **Page: 1**     **INV: 0000300979**

Case 3:08-bk-06279    Doc 676-1    Filed 10/09/08    Entered 10/09/08 12:55:52    Desc
Exhibit A - Invoices    Page 4 of 8



REMIT: Halperns' Steak & Seafood
c/o Fidelity Bank
PO Box 105579
Atlanta, GA 30348

# INVOICE
# 301941

Phone: 404-767-9229
Fax: 404-767-2611

Date: 07/10/2008

| SHIP TO | BILL TO |
|---|---|
| COI NASHVILLE<br>2629 EUGENIA AVE<br>NASHVILLE, TN 37211-2118<br>Phone: (615) 231-4371  038300 | COI NASHVILLE<br>2629 EUGENIA AVE<br>NASHVILLE, TN 37211-2118<br>038300 |

| ROUTE - DELIVERY | SALESPERSON | CUSTOMER PO | ORDERED BY |
|---|---|---|---|
| SN  07/10/2008 | HOUSE CONTRACT | 131342 | |

| TERMS: NET 30 | INVOICE DUE DATE: 08/09/2008 |
|---|---|

### THURSDAY NIGHT SHIP

| ORD | SHP | UM | Item / Size / Description | Wgt/Qty Shipped | Price | Extension |
|---|---|---|---|---|---|---|
| | | | Fuel Surcharge | | | $4.85 |
| 25 | 25 | CS | 26-19077 8 OZ<br>Beef Tenderloin filet Single Slit COI<br>BEEF TENDERLOIN | 254.80 | $13.40 | $3,414.32 |

Weights: 10.10 10.10 10.30 10.40 10.30 10.10 10.30 10.10
10.00 10.20 10.10 10.00 10.20 10.10 10.30 10.20
10.20 10.40 10.30 10.10 10.20 10.20 10.20 10.10
10.30

| | |
|---|---|
| | Subtotal: $3,419.17 |
| | Sales Tax: $.00 |
| Total Weight: 254.80 | Invoice Total: $3,419.17 |

Received By: _____ Date: 7/11/08    Printed Signature: _____

### PER USDA REQUIREMENTS, PRODUCT RETURNED TO HALPERNS' MUST BE IN ORIGINAL CONTAINERS

NO CLAIMS ALLOWED UNLESS WE ARE NOTIFIED IMMEDIATELY UPON RECEIPT OF MERCHANDISE. IN CASE OF WEIGHT DIFFERENCE, PHONE (404-767-9229) OR E-MAIL TO CLAIMS@HALPERNS.COM. RETURNS ARE SUBJECT TO INSPECTIONS. All invoices must be paid within specified terms. All past due accounts are subject to a one and one-half percent (1 1/2%) interest charge per month, eighteen percent (18%) per year. In the event HALPERNS' must initiate collection proceedings to recover any portion or all of this invoice, then the customer agrees to pay all costs of such collection including attorney's fee incurred by HALPERNS'. Customer submits to the personal and subject matter jurisdiction and venue of the courts of Fulton County, Georgia as to all disputes.

### NO CREDIT WILL BE ISSUED WITHOUT A PICKUP SLIP!

Printed Friday, Jul 11, 2008 2:54:27 AM    Page: 1    INV: 0000301941

Case 3:08-bk-06279   Doc 676-1   Filed 10/09/08   Entered 10/09/08 12:55:52   Desc Exhibit A - Invoices    Page 5 of 8



# INVOICE 303844

**REMIT:** Halperns' Steak & Seafood
c/o Fidelity Bank
PO Box 105679
Atlanta, GA 30348

Phone: 404-767-9229
Fax: 404-767-2611

**Date:** 07/15/2008

| SHIP TO | BILL TO |
|---|---|
| COI RIPLEY<br>2629 EUGENIA AVE<br>A/P   JANICE<br>NASHVILLE, TN  37211-2118<br>Phone: (615) 231-4368     038350 | COI RIPLEY<br>2629 EUGENIA AVE<br>A/P   JANICE<br>NASHVILLE, TN  37211-2118<br>038350 |

| ROUTE - DELIVERY | SALESPERSON | CUSTOMER PO | ORDERED BY |
|---|---|---|---|
| NA    07/15/2008 | HOUSE CONTRACT | 253170 | |

| TERMS: NET 30 | INVOICE DUE DATE: 08/14/2008 |
|---|---|

**TO SHIP TUESDAY NIGHT**

| ORD | SHP | U/M | Item / Size / Description | Wg/Qty Shipped | Price | Extension |
|---|---|---|---|---|---|---|
| | | | Fuel Surcharge | | | $4.85 |
| 30 | 30 | CS | 26-19077 8 OZ<br>Beef Tenderloin filet Single Slit COI<br>BEEF TENDERLOIN | 308.20 | $13.40 | $4,129.88 |

Weights: 10.40 10.60 10.30 10.20 10.30 10.30 10.20 10.40
10.20 10.10 10.10 10.40 10.20 10.40 10.10 10.20
10.30 10.10 10.10 10.40 10.20 10.40 10.30 10.30
10.20 10.30 10.30 10.30 10.10 10.60

**Total Weight:** 308.20

**Subtotal:** $4,134.73
**Sales Tax:** $.00
**Invoice Total:** $4,134.73

**Received By:** /s/ Hozie Carter   **Date:**
**Printed Signature:** HOZIE CARTER

PER USDA REQUIREMENTS, PRODUCT RETURNED TO
HALPERNS' MUST BE IN ORIGINAL CONTAINERS

NO CLAIMS ALLOWED UNLESS WE ARE NOTIFIED IMMEDIATELY UPON RECEIPT OF MERCHANDISE. IN CASE OF WEIGHT DIFFERENCE, PHONE (404-767-9229) OR E-MAIL TO CLAIMS@HALPERNS.COM. RETURNS ARE SUBJECT TO INSPECTIONS. All invoices must be paid within specified terms. All past due accounts are subject to a one and one-half percent (1 1/2%) interest charge per month, eighteen percent (18%) per year. In the event HALPERNS' must initiate collection proceedings to recover any portion or all of this invoice, then the customer agrees to pay all costs of such collection including attorney's fees incurred by HALPERNS'. Customer submits to the personal and subject matter jurisdiction and venue of the courts of Fulton County, Georgia as to all disputes.

**NO CREDIT WILL BE ISSUED WITHOUT A PICKUP SLIP!**

Printed Tuesday, Jul 15, 2008 9:51:32 PM     **Page: 1     INV: 0000303844**

Case 3:08-bk-06279   Doc 676-1   Filed 10/09/08   Entered 10/09/08 12:55:52   Desc Exhibit A - Invoices    Page 6 of 8



**HALPERNS'**

REMIT: Halperns' Steak & Seafood
c/o Fidelity Bank
PO Box 105579
Atlanta, GA 30348

# INVOICE 303845

Phone: 404-767-9229
Fax: 404-767-2611

Date: 07/15/2008

| SHIP TO | BILL TO |
|---|---|
| COI NASHVILLE<br>2629 EUGENIA AVE<br>NASHVILLE, TN 37211-2118<br>Phone: (615) 231-4371   038300 | COI NASHVILLE<br>2629 EUGENIA AVE<br>NASHVILLE, TN 37211-2118<br>038300 |

| ROUTE - DELIVERY | SALESPERSON | CUSTOMER PO | ORDERED BY |
|---|---|---|---|
| NA   07/15/2008 | HOUSE CONTRACT | 181723 | |
| TERMS: NET 30 | | INVOICE DUE DATE: 08/14/2008 | |

**TO SHIP TUESDAY NIGHT**

| ORD | SHP | U/M | Item / Size / Description | Wgt/Qty Shipped | Price | Extension |
|---|---|---|---|---|---|---|
| | | | Fuel Surcharge | | | $4.85 |
| 20 | 20 | CS | 26-19077 8 OZ<br>Beef Tenderloin filet Single Slit COI<br>BEEF TENDERLOIN | 206.10 | $13.40 | $2,761.74 |

Weights: 10.30 10.30 10.30 10.40 10.30 10.30 10.20 10.30
10.30 10.20 10.50 10.20 10.40 10.30 10.40 10.20
10.40 10.40 10.20 10.20

Subtotal: $2,766.59
Sales Tax: $.00

**Total Weight: 206.10**

**Invoice Total: $2,766.59**

Received By: _[signature]_  Date: 7-16-08  Printed Signature: Sandra Lawson

PER USDA REQUIREMENTS, PRODUCT RETURNED TO
HALPERNS' MUST BE IN ORIGINAL CONTAINERS

NO CLAIMS ALLOWED UNLESS WE ARE NOTIFIED IMMEDIATELY UPON RECEIPT OF MERCHANDISE. IN CASE OF WEIGHT DIFFERENCE, PHONE (404-767-9229) OR E-MAIL TO CLAIMS@HALPERNS.COM. RETURNS ARE SUBJECT TO INSPECTIONS. All invoices must be paid within specified terms. All past due accounts are subject to a one and one-half percent (1 1/2%) interest charge per month, eighteen percent (18%) per year. In the event HALPERNS' must initiate collection proceedings to recover any portion or all of this invoice, then the customer agrees to pay all costs of such collection including attorney's fee incurred by HALPERNS'. Customer submits to the personal and subject matter jurisdiction and venue of the courts of Fulton County, Georgia as to all disputes.

**NO CREDIT WILL BE ISSUED WITHOUT A PICKUP SLIP!**

Printed Tuesday, Jul 15, 2008 9:51:33 PM      Page: 1      INV: 0000303845



**HALPERNS'**

Phone: 404-767-9229
Fax: 404-767-2611

REMIT: Halperns' Steak & Seafood
c/o Fidelity Bank
PO Box 105579
Atlanta, GA 30348

**INVOICE 304845**
Date: 07/17/2008

| SHIP TO | BILL TO |
|---|---|
| COI NASHVILLE<br>2629 EUGENIA AVE<br>NASHVILLE, TN 37211-2118<br>Phone: (615) 231-4371   038300 | COI NASHVILLE<br>2629 EUGENIA AVE<br>NASHVILLE, TN 37211-2118   038300 |

| ROUTE - DELIVERY | SALESPERSON | CUSTOMER PO | ORDERED BY |
|---|---|---|---|
| SN  07/17/2008 | HOUSE CONTRACT | 181724 | |

TERMS: NET 30    INVOICE DUE DATE: 08/16/2008

### TO SHIP THURSDAY NIGHT

| ORD | SHP | U/M | Item / Size / Description | Wgt/Qty Shipped | Price | Extension |
|---|---|---|---|---|---|---|
| | | | Fuel Surcharge | | | $4.85 |
| 25 | 25 | CS | 26-19077 8 OZ<br>Beef Tenderloin Filet Single Slit COI<br>BEEF TENDERLOIN | 256.10 | $13. | $3,431.74 |

Weights: 10.20 10.10 10.30 10.40 10.20 10.20 10.20 10.20
10.30 10.30 10.30 10.40 10.00 10.10 10.30 10.30
10.10 10.30 10.30 10.10 10.40 10.30 10.20 10.30
10.30

**Subtotal:** $3,436.59
**Sales Tax:** $.00

**Total Weight:** 256.10     **Invoice Total:** $3,436.59

Received By: _____ Date: _____ Printed Signature: _____

### PER USDA REQUIREMENTS, PRODUCT RETURNED TO HALPERNS' MUST BE IN ORIGINAL CONTAINERS

NO CLAIMS ALLOWED UNLESS WE ARE NOTIFIED IMMEDIATELY UPON RECEIPT OF MERCHANDISE. IN CASE OF WEIGHT DIFFERENCE, PHONE (404-767-9229) OR E-MAIL TO CLAIMS@HALPERNS.COM. RETURNS ARE SUBJECT TO INSPECTIONS. All invoices must be paid within specified terms. All past due accounts are subject to a one and one-half percent (1 1/2%) interest charge per month, eighteen percent (18%) per year. In the event HALPERNS' must initiate collection proceedings to recover any portion or all of this invoice, then the customer agrees to pay all costs of such collection including attorney's fee incurred by HALPERNS'. Customer submits to the personal and subject matter jurisdiction and venue of the courts of Fulton County, Georgia as to all disputes.

### NO CREDIT WILL BE ISSUED WITHOUT A PICKUP SLIP!

Printed Friday, Jul 18, 2008  2:29:31 AM     Page: 1     INV: 0000304845

Case 3:08-bk-06279   Doc 676-1   Filed 10/09/08   Entered 10/09/08 12:55:52   Desc
Exhibit A - Invoices    Page 8 of 8