INVOICE

HOLLINGSWORTH OIL CO.
P.O. BOX 29
SPRINGFIELD,TN
615 384 5852    37172-0000

BRANCH:  1  MI 2  (HISTORY)                          126515   7/02/08
   SOLD TO:                              SHIP TO:
                                         C.O.I. FOOD SERVICE
C.O.I. FOOD SERVICE
2621 EUGENIA AVE.                        2621 EUGENIA AVE.
NASHVILLE, TN  37211 2118                NASHVILLE, TN
                                                37211 2118

ust # Smn  Cust P.O.     Date   Ref #  Hauler Truck    From      Terms
5444 LGC              7/02/08 126515   BOL# 081877 1             NET 10 DAYS LB

1  Item          Description          Qty      Price            Amount
      7433 GALLONS DIESEL FUEL,3,NA 1993, PG III
2  112            ULSD 15 PPM DIESEL     7,433  4.00500GL      29,769.17

ε Diesel Fuel Does Not Contain Visible Evidence Of Dye.

                                                          ===========
           ** NET TOTAL                                     29,769.17
           FEDERAL DIESEL TAX      7433.00    .24400EA        1,813.65
           TENN DIESEL TAX         7433.00    .17000EA        1,263.61
           TENN SPECIAL TAX        7433.00    .01000EA           74.33
           TENN ENVIRONMENTAL FEE  7433.00    .00400EA           29.73
                                                          ===========
                             INVOICE AMOUNT               $32,950.49

BRICANT INQUIRIES CALL 800-367-6138
EL INQUIRIES CALL 615-384-5852

EASE PAY FROM THIS DOCUMENT.

finance charge will be assessed on this account if payment is not made
thin the terms as stated on the invoice.  Such finance charge is computed
 a "periodic rate" of 1 1/2% per month which is an annual percentage rate
 18%.


APPRECIATE YOUR BUSINESS!!

EXHIBIT A