I N V O I C E

HOLLINGSWORTH OIL CO.
P.O. BOX 29
SPRINGFIELD, TN
615 384 5852    37172-0000

BRANCH: 1  MI  4  (HISTORY)                              128479   7/04/08
   SOLD TO:                        SHIP TO:
                                   C.O.I. FOOD SERVICE
C.O.I. FOOD SERVICE
2621 EUGENIA AVE.                  2621 EUGENIA AVE.
NASHVILLE, TN  37211 2118          NASHVILLE, TN
                                                37211 2118

ust # Smn  Cust P.O.    Date   Ref #  Hauler Truck   From    Terms
5444  LGC              7/04/08 128479 BOL# 411581 1          NET 10 DAYS SS

l  Item         Description              Qty     Price              Amount
     7442 GALLONS DIESEL FUEL,3,NA 1993, PG III
2   112          ULSD 15 PPM DIESEL      7,442   4.21100GL        31,338.26

e Diesel Fuel Does Not Contain Visible Evidence Of Dye.
                                                              ============
              ** NET TOTAL                                       31,338.26
         FEDERAL DIESEL TAX        7442.00    .24400EA            1,815.85
         TENN DIESEL TAX           7442.00    .17000EA            1,265.14
         TENN SPECIAL TAX          7442.00    .01000EA               74.42
         TENN ENVIRONMENTAL FEE    7442.00    .00400EA               29.77
                                                              ============
                                 INVOICE AMOUNT                 $34,523.44

BRICANT INQUIRIES CALL 800-367-6138
EL INQUIRIES CALL 615-384-5852

EASE PAY FROM THIS DOCUMENT.

finance charge will be assessed on this account if payment is not made
thin the terms as stated on the invoice. Such finance charge is computed
 a "periodic rate" of 1 1/2% per month which is an annual percentage rate
 18%.


APPRECIATE YOUR BUSINESS!!

EXHIBIT B