I N V O I C E

HOLLINGSWORTH OIL CO.
P.O. BOX 29
SPRINGFIELD,TN
615 384 5852     37172-0000

BRANCH:  1  MI 2  (HISTORY)                                    132691    7/06/08
    SOLD TO:                              SHIP TO:
                                          C.O.I. FOOD SERVICE
C.O.I. FOOD SERVICE
2621 EUGENIA AVE.                         2621 EUGENIA AVE.
NASHVILLE, TN  37211 2118                 NASHVILLE, TN
                                                    37211 2118

| ust # Smn | Cust P.O. | Date | Ref # | Hauler | Truck | From | Terms |
|-----------|-----------|------|-------|--------|-------|------|-------|
| 5444 LGC  |           | 7/06/08 | 132691 | BOL# 331885 | 1 | | NET 10 DAYS LB |

| l | Item | Description | Qty | Price | Amount |
|---|------|-------------|-----|-------|--------|
|   | 7446 | GALLONS DIESEL FUEL,3,NA 1993, PG III | | | |
| 2 | 112  | ULSD 15 PPM DIESEL | 7,446 | 4.19100GL | 31,206.19 |

e Diesel Fuel Does Not Contain Visible Evidence Of Dye.

|  |  |  |  |
|--|--|--|--|
| ** NET TOTAL | | | 31,206.19 |
| FEDERAL DIESEL TAX | 7446.00 | .24400EA | 1,816.82 |
| TENN DIESEL TAX | 7446.00 | .17000EA | 1,265.82 |
| TENN SPECIAL TAX | 7446.00 | .01000EA | 74.46 |
| TENN ENVIRONMENTAL FEE | 7446.00 | .00400EA | 29.78 |
| | | INVOICE AMOUNT | $34,393.07 |

BRICANT INQUIRIES CALL 800-367-6138
EL INQUIRIES CALL 615-384-5852

EASE PAY FROM THIS DOCUMENT.

finance charge will be assessed on this account if payment is not made
thin the terms as stated on the invoice.  Such finance charge is computed
 a "periodic rate" of 1 1/2% per month which is an annual percentage rate
  18%.

APPRECIATE YOUR BUSINESS!!

EXHIBIT C