I N V O I C E

HOLLINGSWORTH OIL CO.
P.O. BOX 29
SPRINGFIELD, TN
615 384 5852    37172-0000

BRANCH:  1  MI 2  (HISTORY)                                128485    7/08/08
    SOLD TO:                          SHIP TO:
                                      C.O.I. FOOD SERVICE
C.O.I. FOOD SERVICE
2621 EUGENIA AVE.                     2621 EUGENIA AVE.
NASHVILLE, TN  37211 2118             NASHVILLE, TN
                                                  37211 2118

'ust # Smn  Cust P.O.    Date    Ref #   Hauler Truck     From     Terms
 5444 LGC                7/08/08 128485  BOL# 411754 1             NET 10 DAYS LB

'l  Item         Description              Qty      Price              Amount
       7436 GALLONS DIESEL FUEL,3,NA 1993, PG III
 2  112          ULSD 15 PPM DIESEL       7,436    4.07300GL          30,286.83

.e Diesel Fuel Does Not Contain Visible Evidence Of Dye.
                                                                   ============
             ** NET TOTAL                                             30,286.83
             FEDERAL DIESEL TAX         7436.00    .24400EA            1,814.38
             TENN DIESEL TAX            7436.00    .17000EA            1,264.12
             TENN SPECIAL TAX           7436.00    .01000EA               74.36
             TENN ENVIRONMENTAL FEE     7436.00    .00400EA               29.74
                                                                   ============
                           INVOICE AMOUNT                            $33,469.43

BRICANT INQUIRIES CALL 800-367-6138
EL INQUIRIES CALL 615-384-5852

EASE PAY FROM THIS DOCUMENT.

 finance charge will be assessed on this account if payment is not made
thin the terms as stated on the invoice.  Such finance charge is computed
 a "periodic rate" of 1 1/2% per month which is an annual percentage rate
 18%.

APPRECIATE YOUR BUSINESS!!


                                                              EXHIBIT D