```
                              I N V O I C E

                           HOLLINGSWORTH OIL CO.
                              P.O. BOX 29
                             SPRINGFIELD, TN
                      615 384 5852     37172-0000
```

BRANCH:  1  MI  4   (HISTORY)                              128605    7/10/08
   SOLD TO:                                   SHIP TO:
                                              C.O.I. FOOD SERVICE
C.O.I. FOOD SERVICE
2621 EUGENIA AVE.                             2621 EUGENIA AVE.
NASHVILLE, TN  37211 2118                     NASHVILLE, TN
                                                        37211 2118

 ust #  Smn   Cust P.O.      Date    Ref #   Hauler Truck     From    Terms
 5444   LGC                 7/10/08 128605   BOL# 411897 1            NET 10 DAYS LB

 1   Item           Description              Qty       Price            Amount
     7410 GALLONS DIESEL FUEL,3,NA 1993, PG III
 2   112           ULSD 15 PPM DIESEL       7,410    3.95800GL        29,328.78

 e Diesel Fuel Does Not Contain Visible Evidence Of Dye.
                                                                    ===========
                     ** NET TOTAL                                     29,328.78
                FEDERAL DIESEL TAX         7410.00     .24400EA        1,808.04
                TENN DIESEL TAX            7410.00     .17000EA        1,259.70
                TENN SPECIAL TAX           7410.00     .01000EA           74.10
                TENN ENVIRONMENTAL FEE     7410.00     .00400EA           29.64
                                                                    ===========
                                            INVOICE AMOUNT          $32,500.26

BRICANT INQUIRIES CALL 800-367-6138
EL INQUIRIES CALL 615-384-5852

EASE PAY FROM THIS DOCUMENT.

 finance charge will be assessed on this account if payment is not made
 thin the terms as stated on the invoice. Such finance charge is computed
  a "periodic rate" of 1 1/2% per month which is an annual percentage rate
  18%.


 APPRECIATE YOUR BUSINESS!!









                                                              EXHIBIT E