I N V O I C E

HOLLINGSWORTH OIL CO.
P.O. BOX 29
SPRINGFIELD, TN
615 384 5852      37172-0000

BRANCH:  1  MI  4   (HISTORY)                                           129479    7/12/08
   SOLD TO:                                           SHIP TO:
                                                      C.O.I. FOOD SERVICE
C.O.I. FOOD SERVICE
2621 EUGENIA AVE.                                     2621 EUGENIA AVE.
NASHVILLE, TN  37211 2118                             NASHVILLE, TN
                                                              37211 2118

Cust #  Smn   Cust P.O.    Date     Ref #    Hauler Truck     From       Terms
 5444   LGC                7/12/08  129479   BOL# 211986  1              NET 10 DAYS LB

Ll  Item           Description              Qty      Price              Amount
     7413 GALLONS DIESEL FUEL,3,NA 1993, PG III
 2   112         ULSD 15 PPM DIESEL        7,413    4.19700GL         31,112.36

The Diesel Fuel Does Not Contain Visible Evidence Of Dye.
                                                                     ===========
              ** NET TOTAL                                             31,112.36
         FEDERAL DIESEL TAX          7413.00       .24400EA             1,808.77
         TENN DIESEL TAX             7413.00       .17000EA             1,260.21
         TENN SPECIAL TAX            7413.00       .01000EA                74.13
         TENN ENVIRONMENTAL FEE      7413.00       .00400EA                29.65
                                                                     ===========
                                        INVOICE AMOUNT               $34,285.12

LUBRICANT INQUIRIES CALL 800-367-6138
FUEL INQUIRIES CALL 615-384-5852

PLEASE PAY FROM THIS DOCUMENT.

A finance charge will be assessed on this account if payment is not made
within the terms as stated on the invoice.  Such finance charge is computed
at a "periodic rate" of 1 1/2% per month which is an annual percentage rate
of 18%.


WE APPRECIATE YOUR BUSINESS!!

EXHIBIT F