INVOICE

HOLLINGSWORTH OIL CO.
P.O. BOX 29
SPRINGFIELD, TN
615 384 5852    37172-0000

BRANCH: 1  MI 3  (HISTORY)                                    130486    7/17/08
   SOLD TO:                              SHIP TO:
                                         C.O.I. FOOD SERVICE
C.O.I. FOOD SERVICE
2621 EUGENIA AVE.                        2621 EUGENIA AVE.
NASHVILLE, TN  37211 2118                NASHVILLE, TN
                                                   37211 2118

ıst # Smn  Cust P.O.    Date    Ref #   Hauler Truck    From       Terms
5444 LGC                7/17/08 130486  BOL# 412169 1              NET 10 DAYS SS

l  Item          Description                Qty      Price             Amount
   7434 GALLONS DIESEL FUEL,3,NA 1993, PG III
2  112          ULSD 15 PPM DIESEL         7,434   3.99900GL        29,728.57

ᵊ Diesel Fuel Does Not Contain Visible Evidence Of Dye.
                                                                   ==========
                 ** NET TOTAL                                       29,728.57
         FEDERAL DIESEL TAX             7434.00   .24400EA           1,813.90
         TENN DIESEL TAX                7434.00   .17000EA           1,263.78
         TENN SPECIAL TAX               7434.00   .01000EA              74.34
         TENN ENVIRONMENTAL FEE         7434.00   .00400EA              29.74
                                                                   ==========
                               INVOICE AMOUNT                      $32,910.33

3RICANT INQUIRIES CALL 800-367-6138
EL INQUIRIES CALL 615-384-5852

EASE PAY FROM THIS DOCUMENT.

finance charge will be assessed on this account if payment is not made
:hin the terms as stated on the invoice.  Such finance charge is computed
 a "periodic rate" of 1 1/2% per month which is an annual percentage rate
 18%.


APPRECIATE YOUR BUSINESS!!

EXHIBIT H