# I N V O I C E

## HOLLINGSWORTH OIL CO.
P.O. BOX 29
SPRINGFIELD, TN
615 384 5852      37172-0000

BRANCH: 1  MI 3. (HISTORY)                    128623    7/19/08
SOLD TO:                          SHIP TO:
                                  C.O.I. FOOD SERVICE
C.O.I. FOOD SERVICE
2621 EUGENIA AVE.                 2621 EUGENIA AVE.
NASHVILLE, TN  37211 2118         NASHVILLE, TN
                                            37211 2118

| ust # Smn | Cust P.O. | Date | Ref # | Hauler Truck | From | Terms |
|---|---|---|---|---|---|---|
| 5444 LGC | | 7/19/08 | 128623 | BOL# 412293 1 | | NET 10 DAYS LB |

| l | Item | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | | 7433 GALLONS DIESEL FUEL,3,NA 1993, PG III | | | |
| 2 | 112 | ULSD 15 PPM DIESEL | 7,433 | 3.78500GL | 28,133.91 |

e Diesel Fuel Does Not Contain Visible Evidence Of Dye.

```
                                              ===========
           ** NET TOTAL                         28,133.91
           FEDERAL DIESEL TAX      7433.00  .24400EA   1,813.65
           TENN DIESEL TAX         7433.00  .17000EA   1,263.61
           TENN SPECIAL TAX        7433.00  .01000EA      74.33
           TENN ENVIRONMENTAL FEE  7433.00  .00400EA      29.73
                                              ===========
                        INVOICE AMOUNT        $31,315.23
```

BRICANT INQUIRIES CALL 800-367-6138
EL INQUIRIES CALL 615-384-5852

EASE PAY FROM THIS DOCUMENT.

finance charge will be assessed on this account if payment is not made
thin the terms as stated on the invoice.  Such finance charge is computed
a "periodic rate" of 1 1/2% per month which is an annual percentage rate
18%.

APPRECIATE YOUR BUSINESS!!

## EXHIBIT I