I N V O I C E

HOLLINGSWORTH OIL CO.
P.O. BOX 29
SPRINGFIELD, TN
615 384 5852    37172-0000

BRANCH: 1  MI 3  (HISTORY)                                129506    7/21/08
  SOLD TO:                            SHIP TO:
                                      C.O.I. FOOD SERVICE
C.O.I. FOOD SERVICE
2621 EUGENIA AVE.                     2621 EUGENIA AVE.
NASHVILLE, TN  37211 2118             NASHVILLE, TN
                                             37211 2118

Cust # Smn   Cust P.O.     Date     Ref #   Hauler Truck    From     Terms
 5444  LGC               7/21/08  129506   BOL# 412365 1           NET 10 DAYS LB

Cl  Item          Description                Qty      Price              Amount
    7426 GALLONS DIESEL FUEL,3,NA 1993, PG III
 2  112           ULSD 15 PPM DIESEL        7,426   3.79100GL         28,151.97

The Diesel Fuel Does Not Contain Visible Evidence Of Dye.
                                                                      ━━━━━━━━━
              ** NET TOTAL                                            28,151.97
         FEDERAL DIESEL TAX            7426.00    .24400EA             1,811.94
         TENN DIESEL TAX               7426.00    .17000EA             1,262.42
         TENN SPECIAL TAX              7426.00    .01000EA                74.26
         TENN ENVIRONMENTAL FEE        7426.00    .00400EA                29.70
                                                                      ━━━━━━━━━
                             INVOICE AMOUNT                          $31,330.29

LUBRICANT INQUIRIES CALL 800-367-6138
FUEL INQUIRIES CALL 615-384-5852

PLEASE PAY FROM THIS DOCUMENT.

A finance charge will be assessed on this account if payment is not made
within the terms as stated on the invoice.  Such finance charge is computed
by a "periodic rate" of 1 1/2% per month which is an annual percentage rate
of 18%.


WE APPRECIATE YOUR BUSINESS!!






                                                          EXHIBIT J

Case 3:08-bk-06279   Doc 680-11   Filed 10/09/08   Entered 10/09/08 16:31:01   Desc
       Exhibit J - Invoice #129506    Page 1 of 1