

#  COI FOODSERVICE DISTRIBUTI

| Date | Invoice | Inv. Amt | ADM Order # | Order # | | Ship To |
|---|---|---|---|---|---|---|
| *Account:* | | *610373* | | | | |
| 1504 | ADM PACKAGED OILS | | | VALDOSTA | | |
| 08 JUL 08 | 000438296 | $30,032.40 | | 012 | | NASHVILLE |
| 15 JUL 08 | 000439285 | $30,116.40 | 564836 | 012 | 181617 | NASHVILLE |
| 15 JUL 08 | 000439286 | $28,368.60 | 564991 | 012 | 368702 | TIFTON |
| 22 JUL 08 | 000440235 | $30,200.40 | 609528 | 012 | 182072 | NASHVILLE |
| 22 JUL 08 | 000440259 | $30,116.40 | 639302 | 012 | 369026 | TIFTON |
| Summary for: 1504 | | $148,834.20 | | | | |
| **TOTAL DUE ADM** | | **$148,834.20** | | | | |