INVOICE NO: 438296-1504   INVOICE DATE: 07/08/2008



ARCHER DANIELS MIDLAND CO
ADM PROCESSING - PKG EDIBLE OI    07/09/2008
PO BOX 1589
VALDOSTA  GA  31603-1589

SOLD TO: 610373
COI FOODSERVICE DISTRIBUTION
ATTN ACCOUNTS PAYABLE
2629 EUGENIA AVE
NASHVILLE TN  37211

SHIP TO: 804448
COI NASHVILLE
2621 EUGENIA AVENUE
NASHVILLE TN  37211

MAKE CHECK PAYABLE AND REMIT TO:
PAYMENT BY ACH PER
CONTRACT

DRAFT THRU:
SHIP VIA: CPU

| FRT | B/L | F.O.B. | CUSTOMER ORDER NO | CAR NUMBER | SHIPPED MO | SHIPPED DAY | A.D.M. ORDER NO | TERMS | S.A. CODE | OFFICE CODES | LOC CODE | TRF CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COL | STR | VALDOSTA | 181211 | | 07 | 08 | 527314 | REMIT REC INVOICE | | 21730- | 217 | 70 |

| PRODUCT DESCRIPTION | CON-TRACT | CONTAINER PACK/SIZE | QUANTITY | WEIGHT | UNIT PRICE | BASIS | USD AMOUNT | PRODUCT CODE | INV | DISC | ACCOUNT CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUPERB PREM LIQ FRY 020100 | 36258 | 35#SUPB | 1020 | 35700 | 27.7300 | E | 28,284.60 | 102030 31 | 1 | 0 | 000 |
| SUPERB WSBO SALAD OIL 020101 | 36258 | 35#SUPB | 60 | 2100 | 29.1300 | E | 1,747.80 | 104100 31 | 1 | 0 | 000 |
| USD INVOICE TOTAL * | | | 1080 | 37800 | USD | | 30,032.40 | | | | |
| TOTAL SHIP WEIGHT | | | | 39528 | | | | | | | |

*********************************************************
*****     PAYMENT DUE ON OR BEFORE 07/28/2008     *****
*********************************************************

ACH DATE  07/23/2008

CUSTOMER FILE/OFFICE COPY          F00070 - 04/01

EXHIBIT B

# SHIPPING ORDER

**ADM** — ARCHER DANIELS MIDLAND COMPANY DECATUR, ILLINOIS 62525

**FROM** ARCHER DANIELS MIDLAND COMPANY AT _____ CARRIER

783

Subject to Section 7 of Conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
ARCHER DANIELS MIDLAND CO.   Signature of consignor

DATE SHIPPED: _____

| ORIG. OFFICE | ADM. ORDER DATE | REQUESTED SHIPPING DATE | ADM. OFFICE CODES | INDUSTRY CODE | ADM. ORDER NUMBER |
|---|---|---|---|---|---|
| 1S04 | 06/27/08 | 07/08/08 | 21730 | | 527314 |

| TERMS | FRT. | B/L | F.O.B. | CUSTOMER ORDER NO. | CAR INITIAL & NO. | DATE SHIPPED |
|---|---|---|---|---|---|---|
| RONREC | COL | STR | VALDOSTA | 181211 | 602155 | 7-8-08 |

DRAFT THRU: _____   INVOICE NO: _____

**SOLD TO**
610373 COI FOODSERVICE DISTRIBUTION
ATTN ACCOUNTS PAYABLE
2629 EUGENIA AVE
NASHVILLE TN 37211

**CONSIGNED TO**
804448 COI NASHVILLE
2621 EUGENIA AVENUE
NASHVILLE TN 37211

DEL CARRIER: _____   SHIP VIA: CPU  Seal 512383

SHIP FROM: 217 ADM PROC-VALDOSTA, GA   TRAFFIC CODE: 70

| PRODUCT | DESCRIPTION | CONTRACT | CONTAINER PACK/SIZE | QUANTITY | WEIGHT | PRICE | P/B | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 102030 | 31 SUPERB FRSH LIQ FR 020100 | 36258 | 35GSUPB | 1020 | 35700 | | E | |
| 104100 | 31 SUPERB WSBO SALAD 020101 | 36258 | 35GSUPB | 60 | 2100 | | E | |
| | TOTALS | | | 1080 | 37800 | | | |
| | GROSS WEIGHT | | | | 39528 | | | |

ATTENTION CUSTOMER
IN CASE OF DAMAGE, SHORTAGE, OR OVERAGE CALL
VALDOSTA GA - ANNIE MCCRANIE 1-800-488-7617.
NO CREDIT IS ALLOWED UNLESS NOTIFIED
IMMEDIATELY.
ALL DAMAGED PRODUCTS SHOULD BE REFUSED
BY CUSTOMER.

CARRIER NAME _____
CARRIER ADDRESS _____
CARRIER PHONE _____

NO REEFER :
ORDER PLACED BY BILLY SANDERS
PHONE# 615-231-4300
FOR APPTS CALL 615-231-4336
**************************
KH

ARCHER DANIELS MIDLAND COMPANY ___ Shipper          ___ Agent
                                   Per