INVOICE NO: 439285-1504  INVOICE DATE: 07/15/2008



ARCHER DANIELS MIDLAND CO
ADM PROCESSING - PKG EDIBLE OI   07/16/2008
PO BOX 1589
VALDOSTA  GA  31603-1589



EXHIBIT C

SOLD TO:  610373
COI FOODSERVICE DISTRIBUTION
ATTN ACCOUNTS PAYABLE
2629 EUGENIA AVE
NASHVILLE TN  37211

SHIP TO:  804448
COI NASHVILLE
2621 EUGENIA AVENUE
NASHVILLE TN  37211

MAKE CHECK PAYABLE AND REMIT TO:
PAYMENT BY ACH PER
CONTRACT

DRAFT THRU:
SHIP VIA: CPU

| FRT COL | B/L STR | F.O.B. VALDOSTA | CUSTOMER ORDER NO 181617 | CAR NUMBER | SHIPPED MO 07 | DAY 15 | A.D.M. ORDER NO 564836 | TERMS REMIT REC INVOICE | S.A. CODE | OFFICE CODES 21730- | LOC CODE 217 | TRF CODE 70 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| PRODUCT DESCRIPTION | CON-TRACT | CONTAINER PACK/SIZE | QUANTITY | WEIGHT | UNIT PRICE | BASIS | USD AMOUNT | PRODUCT CODE | INV | DISC | ACCOUNT CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUPERB PREM LIQ FRY 020100 | 36258 | 35#SUPB | 960 | 33600 | 27.7300 | E | 26,620.80 | 102030 31 | 1 | 0 | 000 |
| SUPERB WSBO SALAD OIL 020101 | 36258 | 35#SUPB | 120 | 4200 | 29.1300 | E | 3,495.60 | 104100 31 | 1 | 0 | 000 |
| USD  INVOICE TOTAL * | | | 1080 | 37800 | USD | | 30,116.40 | | | | |
| TOTAL SHIP WEIGHT | | | | 39528 | | | | | | | |

```
*******************************************************
*****     PAYMENT DUE ON OR BEFORE 08/04/2008    *****
*******************************************************
```

ACH DATE  07/30/2008

CUSTOMER FILE/OFFICE COPY        F00070 - 04/01

Case 3:08-bk-06279   Doc 831-4   Filed 11/14/08   Entered 11/14/08 16:11:02   Desc
Exhibit C (Invoice No. 439285)   Page 1 of 2

# SHIPPING ORDER AND ORIGINAL STRAIGHT BILL OF LADING

**ADM** ARCHER DANIELS MIDLAND COMPANY DECATUR, ILLINOIS 62525

FROM ARCHER DANIELS MIDLAND COMPANY AT _____ CARRIER

Subject to Section 7 of Conditions of applicable Bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
ARCHER DANIELS MIDLAND CO.
Signature of consignor

DATE SHIPPED _____

| ORIG OFFICE | ADM. ORDER DATE | REQUESTED SHIPPING DATE | ADM. OFFICE CODES | INDUSTRY CODE | ADM. ORDER NUMBER | |
|---|---|---|---|---|---|---|
| 1504 | 07/03/08 | 07/15/08 | 21730 | | 564836 | |
| TERMS | FRT. | B/L | F.O.B. | CUSTOMER ORDER NO. | CAR INITIAL & NO. | DATE SHIPPED |
| RONREC | COL | STR | VALDOSTA | 181617 | 636244 | 7-15-08 |
| DRAFT THRU | | | | | | INVOICE NO. |

**SOLD TO**
610373 COI FOODSERVICE DISTRIBUTION
ATTN ACCOUNTS PAYABLE
2629 EUGENIA AVE
NASHVILLE TN 37211

**CONSIGNED TO**
804448 COI NASHVILLE
2621 EUGENIA AVENUE
NASHVILLE TN 37211

| DEL CARRIER | SHIP VIA |
|---|---|
| | CPU Seals 936202-204 |

SHIP FROM: 217 ADM PROC-VALDOSTA, GA     TRAFFIC CODE: 70

| PRODUCT | DESCRIPTION | CONTRACT | CONTAINER PACK/SIZE | QUANTITY | WEIGHT | PRICE | P/B | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 102030 | 31 SUPERB PREM LIQ FR 020100 | 36258 | 35#SUPB | 960 | 33600 | | B | |
| 104100 | 31 SUPERB WSBQ SALAD 020101 | 36258 | 35#SUPB | 120 | 4200 | | B | |
| | TOTALS | | | 1080 | 37800 | | | |
| | GROSS WEIGHT | | | | 39528 | | | |

ATTENTION CUSTOMER
IN CASE OF DAMAGE, SHORTAGE, OR OVERAGE CALL
VALDOSTA GA - ANNIE MCCRANIE 1-800-488-7617.
NO CREDIT IS ALLOWED UNLESS NOTIFIED
IMMEDIATELY.
ALL DAMAGED PRODUCTS SHOULD BE REFUSED
BY CUSTOMER.

CARRIER NAME _____
CARRIER ADDRESS _____
CARRIER PHONE _____

NO REEFER
ORDER PLACED BY BILLY SANDERS
PHONE# 615-231-4300
FOR APPTS CALL 615-231-4336
*******************************
KH

ARCHER DANIELS MIDLAND COMPANY — Shipper _____ Agent
Per _____
Permanent post office address of shipper, Decatur, IL 62525
Form No. 9503
DATE _____

Case 3:08-bk-06279   Doc 831-4   Filed 11/14/08   Entered 11/14/08 16:11:02   Desc Exhibit C (Invoice No. 439285)   Page 2 of 2