INVOICE NO: 439286-1504   INVOICE DATE: 07/15/2008



ARCHER DANIELS MIDLAND CO
ADM PROCESSING - PKG EDIBLE OI   07/16/2008
PO BOX 1589
VALDOSTA  GA  31603-1589



SOLD TO:  610373
COI FOODSERVICE DISTRIBUTION
ATTN ACCOUNTS PAYABLE
2629 EUGENIA AVE
NASHVILLE  TN  37211

SHIP TO:  805902
COI FOODSERVICE DIST CENTER
7833 MAGNOLIA INDUSTRIAL
TIFTON  GA  31794

MAKE CHECK PAYABLE AND REMIT TO:
PAYMENT BY ACH PER
CONTRACT

DRAFT THRU:
SHIP VIA: CPU

| FRT | B/L | F.O.B. | CUSTOMER ORDER NO | CAR NUMBER | SHIPPED MO | DAY | A.D.M. ORDER NO | TERMS | S.A. CODE | OFFICE CODES | LOC CODE | TRF CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COL | STR | VALDOSTA | 368702 |  | 07 | 15 | 564991 | REMIT REC INVOICE |  | 21730- | 217 | 70 |

| PRODUCT DESCRIPTION | CON-TRACT | CONTAINER PACK/SIZE | QUANTITY | WEIGHT | UNIT PRICE | BASIS | USD AMOUNT | PRODUCT CODE | INV | DISC | ACCOUNT CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUPERB PREM LIQ FRY 020100 | 36258 | 35#SUPB | 960 | 33600 | 27.7300 | E | 26,620.80 | 102030 31 | 1 | 0 | 000 |
| SUPERB WSBO SALAD OIL 020101 | 36258 | 35#SUPB | 60 | 2100 | 29.1300 | E | 1,747.80 | 104100 31 | 1 | 0 | 000 |
| USD  INVOICE TOTAL * |  |  | 1020 | 35700 |  | USD | 28,368.60 |  |  |  |  |
| TOTAL SHIP WEIGHT |  |  |  | 37332 |  |  |  |  |  |  |  |

```
*******************************************************
*****    PAYMENT DUE ON OR BEFORE 08/04/2008    *****
*******************************************************
```

ACH DATE   07/30/2008

CUSTOMER FILE/OFFICE COPY                    F00070 - 04/01

EXHIBIT D

| SHIPPING ORDER | | | | | | FROM ARCHER DANIELS MIDLAND COMPANY AT | |
|---|---|---|---|---|---|---|---|
| ADM ARCHER DANIELS MIDLAND COMPANY DECATUR, ILLINOIS 62525 | | | | | | | CARRIER |
| | | | | | DATE SHIPPED | | |
| ORIG. OFFICE | ADM. ORDER DATE | REQUESTED SHIPPING DATE | ADM. OFFICE CODES | INDUSTRY CODE | ADM. ORDER NUMBER | | |
| 1504 | 07/03/08 | 07/14/08 | 21730 | | 564991 | | |
| TERMS | FRT. | B/L | F.O.B. | CUSTOMER ORDER NO. | CAR INITIAL & NO. | DATE SHIPPED | |
| RONREC | COL | STR | VALDOSTA | 366702 | 592237 | 7-15-08 | |
| DRAFT THRU | | | | | | INVOICE NO. | |

D01
10

**SOLD TO**
610373 COI FOODSERVICE DISTRIBUTION
ATTN ACCOUNTS PAYABLE
2629 EUGENIA AVE
NASHVILLE TN 37211

**CONSIGNED TO**
805902 COI FOODSERVICE DIST CENTER
7833 MAGNOLIA INDUSTRIAL
TIFTON GA 31794

DEL. CARRIER  SHIP VIA  CPU  See 1 S11954, 936198-99
SHIP FROM  217 ADM PROC-VALDOSTA, GA  TRAFFIC CODE  70

| PRODUCT | DESCRIPTION | CONTRACT | CONTAINER PACK/SIZE | QUANTITY | WEIGHT | PRICE | P/B | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 102030 | 31 SUPERB PREM LIQ FR 020100 | 36258 | 35#SUPB | 960 | 33600 | | E | |
| 104100 | 31 SUPERB WSBO SALAD 020101 | 36258 | 35#SUPB | 60 | 2100 | | E | |
| | TOTALS | | | 1020 | 35700 | | | |
| | GROSS WEIGHT | | | | 37332 | | | |

ATTENTION CUSTOMER
IN CASE OF DAMAGE, SHORTAGE, OR OVERAGE CALL
VALDOSTA GA - ANNIE MCCRANIE 1-800-488-7617.
NO CREDIT IS ALLOWED UNLESS NOTIFIED
IMMEDIATELY.
ALL DAMAGED PRODUCTS SHOULD BE REFUSED
BY CUSTOMER.

CARRIER NAME _____
CARRIER ADDRESS _____
CARRIER PHONE _____

NO REEFER
ORDER PLACED BY BILLY SANDERS
PHONE# 615-231-4300
FOR APPTS CALL 229-388-8240
*******************************
KH

ARCHER DANIELS MIDLAND COMPANY — Shipper _____ Per _____ Agent