INVOICE NO: 440235-1504    INVOICE DATE: 07/22/2008



ARCHER DANIELS MIDLAND CO
ADM PROCESSING - PKG EDIBLE OI    07/23/2008
PO BOX 1589
VALDOSTA GA 31603-1589



EXHIBIT E

SOLD TO: 610373
COI FOODSERVICE DISTRIBUTION
ATTN ACCOUNTS PAYABLE
2629 EUGENIA AVE
NASHVILLE TN 37211

SHIP TO: 804448
COI NASHVILLE
2621 EUGENIA AVENUE
NASHVILLE TN 37211

MAKE CHECK PAYABLE AND REMIT TO:
PAYMENT BY ACH PER CONTRACT

DRAFT THRU:
SHIP VIA: CPU

| FRT COL | B/L STR | F.O.B. VALDOSTA | CUSTOMER ORDER NO 182072 | CAR NUMBER | SHIPPED MO 07 | DAY 22 | A.D.M. ORDER NO 609528 | TERMS REMIT REC INVOICE | S.A. CODE | OFFICE CODES 21730- | LOC CODE 217 | TRF CODE 70 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| PRODUCT DESCRIPTION | CON-TRACT | CONTAINER PACK/SIZE | QUANTITY | WEIGHT | UNIT PRICE | B A S I S | USD AMOUNT | PRODUCT CODE | INV | DISC | ACCOUNT CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUPERB PREM LIQ FRY 020100 | 36258 | 35#SUPB | 900 | 31500 | 27.7300 | E | 24,957.00 | 102030 31 | 1 | 0 | 000 |
| SUPERB WSBO SALAD OIL 020101 | 36258 | 35#SUPB | 180 | 6300 | 29.1300 | E | 5,243.40 | 104100 31 | 1 | 0 | 000 |
| USD INVOICE TOTAL * | | | 1080 | 37800 | USD | | 30,200.40 | | | | |
| TOTAL SHIP WEIGHT | | | | 39528 | | | | | | | |

***********************************************************
*****    PAYMENT DUE ON OR BEFORE 08/11/2008    *****
***********************************************************

ACH DATE 08/06/2008

CUSTOMER FILE/OFFICE COPY    F00070 - 04/01

# SHIPPING ORDER

**ADM** — ARCHER DANIELS MIDLAND COMPANY   DECATUR, ILLINOIS 62525

7.0)

**FROM** ARCHER DANIELS MIDLAND COMPANY AT _____ CARRIER

Subject to Section 7 of Conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. ARCHER DANIELS MIDLAND CO.   Signature of consignor

DATE SHIPPED

| ORIG. OFFICE | ADM. ORDER DATE | REQUESTED SHIPPING DATE | ADM. OFFICE CODES | INDUSTRY CODE | ADM. ORDER NUMBER |
|---|---|---|---|---|---|
| 1504 | 07/11/08 | 07/21/08 | 21730 | | 609528 |

| TERMS | FRT. | B/L | F.O.B. | CUSTOMER ORDER NO. | CAR INITIAL & NO. | DATE SHIPPED |
|---|---|---|---|---|---|---|
| RONREC | COL | STR | VALDOSTA | 182072 | 71900) | 7-22-08 |

DRAFT THRU                                                                 INVOICE NO.

**SOLD TO**
610373 COI FOODSERVICE DISTRIBUTION
ATTN ACCOUNTS PAYABLE
2629 EUGENIA AVE
NASHVILLE TN 37211

**CONSIGNED TO**
804448 COI NASHVILLE
2621 EUGENIA AVENUE
NASHVILLE TN 37211

DEL. CARRIER   SHIP VIA  CPU  See 151206)-069

SHIP FROM
217 ADM. PROC-VALDOSTA, GA              TRAFFIC CODE  70

| PRODUCT | DESCRIPTION | CONTRACT | CONTAINER PACK/SIZE | QUANTITY | WEIGHT | PRICE | P/B | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 102030 | 31 SUPERB PREM LIQ FR 020100 | 36258 | 35#SUPB | 900 | 31500 | | B | |
| 104100 | 31 SUPERB WSBO SALAD 020101 | 36258 | 35#SUPB | 180 | 6300 | | B | |
| | TOTALS | | | 1080 | 37800 | | | |
| | GROSS WEIGHT | | | | 39528 | | | |

```
              ATTENTION CUSTOMER
IN CASE OF DAMAGE, SHORTAGE, OR OVERAGE CALL
   VALDOSTA GA - ANNIE MCCRANIE 1-800-488-7617.
NO CREDIT IS ALLOWED UNLESS NOTIFIED
IMMEDIATELY.
ALL DAMAGED PRODUCTS SHOULD BE REFUSED
BY CUSTOMER.

          CARRIER NAME _____
          CARRIER ADDRESS _____
          CARRIER PHONE _____

NO REEFER
ORDER PLACED BY BILLY SANDERS
PHONE# 615-231-4300
FOR APPTS CALL 615-231-4336
*******************************
KH
```

ARCHER DANIELS MIDLAND COMPANY — Shipper                    COI _____ Agent

Per _Michael Orrell_       7-22-08

Permanent post office address of shipper, Decatur, IL 62525

INVOICE NO: 440235-1504   INVOICE DATE: 07/22/2008



**ARCHER DANIELS MIDLAND CO**

ADM PROCESSING - PKG EDIBLE OI   07/23/2008
PO BOX 1589
VALDOSTA  GA 31603-1589



EXHIBIT E

| SOLD TO: | 610373 | SHIP TO: | 804448 |
|---|---|---|---|
| | COI FOODSERVICE DISTRIBUTION | | COI NASHVILLE |
| | ATTN ACCOUNTS PAYABLE | | 2621 EUGENIA AVENUE |
| | 2629 EUGENIA AVE | | NASHVILLE TN 37211 |
| | NASHVILLE TN 37211 | | |

MAKE CHECK PAYABLE AND REMIT TO:
  PAYMENT BY ACH PER
  CONTRACT

DRAFT THRU:

SHIP VIA: CPU

| FRT | B/L | F.O.B. | CUSTOMER ORDER NO | CAR NUMBER | SHIPPED MO DAY | A.D.M. ORDER NO | TERMS | S.A. CODE | OFFICE CODES | LOC CODE | TRF CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COL | STR | VALDOSTA | 182072 | | 07  22 | 609528 | REMIT REC INVOICE | | 21730- | 217 | 70 |

| PRODUCT DESCRIPTION | CON-TRACT | CONTAINER PACK/SIZE | QUANTITY | WEIGHT | UNIT PRICE | BASIS | USD AMOUNT | PRODUCT CODE | INV | DISC | ACCOUNT CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUPERB PREM LIQ FRY 020100 | 36258 | 35#SUPB | 900 | 31500 | 27.7300 | E | 24,957.00 | 102030 31 | 1 | 0 | 000 |
| SUPERB WSBO SALAD OIL 020101 | 36258 | 35#SUPB | 180 | 6300 | 29.1300 | E | 5,243.40 | 104100 31 | 1 | 0 | 000 |
| USD INVOICE TOTAL * | | | 1080 | 37800 | | USD | 30,200.40 | | | | |
| TOTAL SHIP WEIGHT | | | | 39528 | | | | | | | |

```
**************************************************
*****    PAYMENT DUE ON OR BEFORE 08/11/2008  *****
**************************************************
```

ACH DATE  08/06/2008

CUSTOMER FILE/OFFICE COPY      F00070 - 04/01

# SHIPPING ORDER

**ADM** — ARCHER DANIELS MIDLAND COMPANY DECATUR, ILLINOIS 62525

FROM ARCHER DANIELS MIDLAND COMPANY AT

703

CARRIER

DATE SHIPPED

| ORIG. OFFICE | ADM. ORDER DATE | REQUESTED SHIPPING DATE | ADM. OFFICE CODES | INDUSTRY CODE | ADM. ORDER NUMBER |
|---|---|---|---|---|---|
| 1504 | 07/11/08 | 07/21/08 | 21730 | | 609528 |

| TERMS | FRT. | B/L | F.O.B. | CUSTOMER ORDER NO | CAR INITIAL & NO. | DATE SHIPPED |
|---|---|---|---|---|---|---|
| RONREC | COL | STR | VALDOSTA | 182072 | 719007 | 7-22-08 |

DRAFT THRU

INVOICE NO.

**SOLD TO**
510373 COI FOODSERVICE DISTRIBUTION
ATTN ACCOUNTS PAYABLE
2629 EUGENIA AVE
NASHVILLE TN 37211

**CONSIGNED TO**
804448 COI NASHVILLE
2621 EUGENIA AVENUE
NASHVILLE TN 37211

DEL. CARRIER

SHIP VIA CPU See 1512067-069

SHIP FROM 217 ADM PROC-VALDOSTA, GA

TRAFFIC CODE 70

| PRODUCT | DESCRIPTION | CONTRACT | CONTAINER PACK/SIZE | QUANTITY | WEIGHT | PRICE | P/B | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 102030 | 31 SUPERB PREM LIQ FR 020100 | 36258 | 35#SUPB | 900 | 31500 | | B | |
| 104100 | 31 SUPERB WSBO SALAD 020101 | 36258 | 35#SUPB | 180 | 6300 | | B | |
| | TOTALS | | | 1080 | 37800 | | | |
| | GROSS WEIGHT | | | | 39528 | | | |

ATTENTION CUSTOMER
IN CASE OF DAMAGE, SHORTAGE, OR OVERAGE CALL
VALDOSTA GA - ANNIE MCCRANIE 1-800-488-7617.
NO CREDIT IS ALLOWED UNLESS NOTIFIED
IMMEDIATELY.
ALL DAMAGED PRODUCTS SHOULD BE REFUSED
BY CUSTOMER.

CARRIER NAME _____
CARRIER ADDRESS _____
CARRIER PHONE _____

NO REEFER
ORDER PLACED BY BILLY SANDERS
PHONE# 615-231-4300
FOR APPTS CALL 615-231-4336
********************************
KH

ARCHER DANIELS MIDLAND COMPANY — Shipper

_____ COI _____ Agent
Per Michael _____
Date 7-22-08

Permanent post office address of shipper, Decatur, IL 62525