INVOICE NO: 440259-1504    INVOICE DATE: 07/22/2008



ARCHER DANIELS MIDLAND CO
ADM PROCESSING - PKG EDIBLE OI    07/23/2008
PO BOX 1589
VALDOSTA  GA  31603-1589



SOLD TO:  610373
COI FOODSERVICE DISTRIBUTION
ATTN ACCOUNTS PAYABLE
2629 EUGENIA AVE
NASHVILLE TN  37211

SHIP TO:  805902
COI FOODSERVICE DIST CENTER
7833 MAGNOLIA INDUSTRIAL
TIFTON GA  31794

MAKE CHECK PAYABLE AND REMIT TO:
PAYMENT BY ACH PER
CONTRACT

DRAFT THRU:
SHIP VIA: CPU

| FRT | B/L | F.O.B. | CUSTOMER ORDER NO | CAR NUMBER | SHIPPED MO DAY | A.D.M. ORDER NO | TERMS | S.A. CODE | OFFICE CODES | LOC CODE | TRF CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COL | STR | VALDOSTA | 369026 |  | 07  22 | 639302 | REMIT REC INVOICE |  | 21730- | 217 | 70 |

| PRODUCT DESCRIPTION | CON-TRACT | CONTAINER PACK/SIZE | QUANTITY | WEIGHT | UNIT PRICE | BASIS | USD AMOUNT | PRODUCT CODE | INV | DISC | ACCOUNT CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUPERB PREM LIQ FRY 020100 | 36258 | 35#SUPB | 960 | 33600 | 27.7300 | E | 26,620.80 | 102030  31 | 1 | 0 | 000 |
| SUPERB WSBO SALAD OIL 020101 | 36258 | 35#SUPB | 120 | 4200 | 29.1300 | E | 3,495.60 | 104100  31 | 1 | 0 | 000 |
| USD  INVOICE TOTAL * |  |  | 1080 | 37800 | USD |  | 30,116.40 |  |  |  |  |
| TOTAL SHIP WEIGHT |  |  |  | 39528 |  |  |  |  |  |  |  |

```
***************************************************************
*****     PAYMENT DUE ON OR BEFORE 08/11/2008     *****
***************************************************************
```

ACH DATE  08/06/2008

CUSTOMER FILE/OFFICE COPY    F00070 - 04/01

# SHIPPING ORDER AND ORIGINAL STRAIGHT BILL OF LADING

**FROM** ARCHER DANIELS MIDLAND COMPANY AT

305

ADM ARCHER DANIELS MIDLAND COMPANY DECATUR, ILLINOIS 62525

CARRIER

10

| ORIG. OFFICE | ADM. ORDER DATE | REQUESTED SHIPPING DATE | ADM. OFFICE CODES | INDUSTRY CODE | ADM. ORDER NUMBER |
|---|---|---|---|---|---|
| 1504 | 07/17/08 | 07/21/08 | 21730 | | 639302 |

| TERMS | FRT. | B/L | F.O.B. | CUSTOMER ORDER NO. | CAR INITIAL & NO. | DATE SHIPPED |
|---|---|---|---|---|---|---|
| ROHREC | COL | STR | VALDOSTA | 369028 | Q61634 | 7-22-8 |

DRAFT THRU                                                                 INVOICE NO.

**SOLD TO**
610373 COI FOODSERVICE DISTRIBUTION
ATTN ACCOUNTS PAYABLE
2629 EUGENIA AVE
NASHVILLE TN 37211

**CONSIGNED TO**
805902 COI FOODSERVICE DIST CENTER
7833 MAGNOLIA INDUSTRIAL
TIFTON GA 31794

| DEL CARRIER | SHIP VIA |
|---|---|
| | CPU Seals 512 056-58 |

**SHIP FROM**: 217 ADM PROC-VALDOSTA, GA  TRAFFIC CODE 70

| PRODUCT | DESCRIPTION | CONTRACT | CONTAINER PACK/SIZE | QUANTITY | WEIGHT | PRICE | P/B | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 102030 | 31 SUPERB PREM LIQ FR 020100 | 36258 | 35#SUPB | 960 | 33600 | | E | |
| 104100 | 31 SUPERB WSBO SALAD 020101 | 36258 | 35#SUPB | 120 | 4200 | | E | |
| | TOTALS | | | 1080 | 37800 | | | |
| | GROSS WEIGHT | | | | 39528 | | | |

ATTENTION CUSTOMER
IN CASE OF DAMAGE, SHORTAGE, OR OVERAGE CALL
VALDOSTA GA - ANNIE MCCRANIE 1-800-488-7617.
NO CREDIT IS ALLOWED UNLESS NOTIFIED IMMEDIATELY.
ALL DAMAGED PRODUCTS SHOULD BE REFUSED BY CUSTOMER.

CARRIER NAME _____
CARRIER ADDRESS _____
CARRIER PHONE _____

NO REEFER
ORDER PLACED BY BILLY SANDERS
PHONE# 615-231-4300
FOR APPTS CALL 229-388-8240
**********************************
KH

ARCHER DANIELS MIDLAND COMPANY — Shipper _____ Agent
_____ Per _____
Permanent post office address of shipper, Decatur, IL 62525
Form No. 9503                                          DATE _____