

**Food Companies, Inc.**
7171 Goodlett Farms Parkway
Memphis TN 38016

# INVOICE

Repeat Print

| Bill To | | Invoice Number | 90025450 |
| --- | --- | --- | --- |
| COI | | Invoice Date | 07/11/2008 |
| 2629 Eugenia Ave | | Order Number | 12520 |
| Nashville TN 37211-2118 | | Order Date | 06/25/2008 |
| | | Purchase Order | 181124 |
| | | Broker PO# | |
| | | Broker | |

| Ship-To Address | Remit to: |
| --- | --- |
| COI | P.O. BOX 409177 |
| 2621 Eugenia Ave | Atlanta GA 30384-9177 |
| Nashville TN 37211-2118 | |

| Sold to# | Payment Terms | | | Freight Terms | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1100922 | 1% 10 Days Net 30 | | | Collect | | | |
| Ship To# | | Delivery | Shipping Point | Date Shipped | Date Req | Shipped Via | |
| 1403739 | | 80022834 | HUMBOLDT - ACH | 07/11/2008 | 07/11/2008 | SCAC - n/a | |

| Item | Material | Description | Quantity | Price | Price Per | Value |
| --- | --- | --- | --- | --- | --- | --- |
| 0001 | 2006325 | 5# UNIQUE VALUE CHED SHRED | 405 CS | 1.46 USD | 1 LB | 11,826.00 |
| | | Cust Matl: 120067 | | | | |
| | | Old Material No. 86788 | | | | |
| 0002 | 2005914 | 5# UNIQUE PP SALAD FANCI SHRED | 392 CS | 0.70 USD | 1 LB | 8,232.00 |
| | | Cust Matl: 122102 | | | | |
| | | Old Material No. 85442 | | | | |

| Total Quantity | 797 | Net Invoice Amount | 20,058.00 |
| --- | --- | --- | --- |
| Net Weight | 19,860 LB | Currency | USD |
| Gross Weight | 21,454 LB | | |
| Volume | 0.000 | | |

Payment of this invoice Up to 07/21/2008 you receive 1.000 % discount of $    **200.58**
Net Invoice Amount after Cash Discount    **19,857.42**

Comments:

Any discrepancies found on this invoice must be forwarded to this office within 30 days from the receipt of invoice, along with a copy of the invoice and appropriate support documentation. Any questions regarding this invoice, please call 1-800-527-3026.

# STRAIGHT BILL OF LADING—SHORT FORM——Not Negotiable

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading.

**RECEIVED FROM**

## ACH Food Companies, Inc.

**CONSIGNEE**

**DESTINATION**

2551 VIRGINIA
NASHVILLE, TN 37211

AT HUMBOLDT TN

DELIVERY # 0000022834

| CUSTOMER'S ORDER NO. | DELIVERY DATE | SHIPPER'S NUMBER | SHIPPING DATE | KEEP TEMPERATURE |
|---|---|---|---|---|
| 181124 | | 8187 / 0030012020 | 2/11/08 | 35-45 |

| ROUTE | CAR INITIALS & NUMBER |
|---|---|
| DIST 670 | 961 - 7190 60 |

CUST RELEASE #

PAGE   OF

| QUANTITY | PRODUCT CODE | PACK AND SIZE | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | B/L CODE | WEIGHT (Sub to Cor) | CLASS OR RATE | If charges are to be prepaid, print "PREPAID" HERE. |
|---|---|---|---|---|---|---|---|
| | | | PLEASE NOTIFY ACH Food Companies, Inc. "POINT OF ORIGIN" WESTERN UNION COLLECT IF CAR BAD ORDER EN ROUTE | | | | COLLECT |
| 400 | 86768 | 4/01 LB | 617X086768 /58 UNIQUE VALUE CHED SHRED | X | 6916 | | |
| 392 | 85447 | 3/5 LB | 617X085447 /54 UNIQUE PP SALAD FANCY SHRED | X | 12944 | | |
| | | TOTAL | QTY -  777    GROSS -  21454    NET - 19860 | | | | |

CASE:  7324    205    224

04 - DELY APPT REQ'D, CALL 48 HR IN ADV 615-231-49
##
04 - SHIPS CA RICHVILLE, REC MON-F 7 DAYS WK, 24 HR
##
04 - DAILY - REEF & DROP ON YARD, SOLID & NON REF
04 - UNIT 37927

** CLASSIFICATION (SEE B/L CODE) **
X - ORANGE

☐ TANK CAR LOADED TO FULL SHELL CAPACITY

This shipment is correctly described. Subject to verification by the origin carrier or its designated agents.

PER ACH Food Companies, Inc. SHIPPER

ACH Food Companies, Inc.
Signature of Consignor

Shipper _____   SHIPPING FACILITY    Agent, Per _____

Case 3:08-bk-06279   Doc 1024-1   Filed 01/27/09   Entered 01/27/09 09:58:06   Desc Exhibit 1- Invoices and Bills of Lading   Page 2 of 6


**Food Companies, Inc.**
7171 Goodlett Farms Parkway
Memphis TN 38016

# INVOICE

| Bill To | | Repeat Print | |
|---|---|---|---|
| COI | | Invoice Number | 90029087 |
| 2629 Eugenia Ave | | Invoice Date | 07/22/2008 |
| Nashville TN 37211-2118 | | Order Number | 17616 |
| | | Order Date | 07/08/2008 |
| | | Purchase Order | 253271 |
| | | Broker PO# | |
| | | Broker | |

| Ship-To Address | Remit to: |
|---|---|
| COI | P.O. BOX 409177 |
| ONE CEDAR LAKES ROAD | Atlanta GA 30384-9177 |
| RIPLEY DISTRIBUTION CENTER | |
| RIPLEY WV 25271 | |

| Sold to# | Payment Terms | | | Freight Terms | | | |
|---|---|---|---|---|---|---|---|
| 1100922 | 1% 10 Days Net 30 | | | Collect | | | |
| Ship To# | | Delivery | Shipping Point | Date Shipped | Date Req | Shipped Via | |
| 1403676 | | 80025374 | HUMBOLDT - ACH | 07/22/2008 | 07/22/2008 | SCAC - n/a | |

| Item | Material | Description | Quantity | Price | Price Per | Value |
|---|---|---|---|---|---|---|
| 0001 | 2005957 | 5# UNIQUE MONTEREY FANCI SHRED | 147 CS | 0.70 USD | 1 LB | 3,087.00 |
| | | Cust Matl: 122101 | | | | |
| | | Old Material No. 86777 | | | | |
| 0002 | 2005914 | 5# UNIQUE PP SALAD FANCI SHRED | 343 CS | 0.70 USD | 1 LB | 7,203.00 |
| | | Cust Matl: 122102 | | | | |
| | | Old Material No. 85442 | | | | |

| | | | | |
|---|---|---|---|---|
| Total Quantity | 490 | | Net Invoice Amount | 10,290.00 |
| Net Weight | 14,700 LB | | Currency | USD |
| Gross Weight | 15,680 LB | | | |
| Volume | 0.000 | | | |

Payment of this invoice Up to 08/01/2008 you receive 1.000 % discount of $     102.90
Net Invoice Amount after Cash Discount     10,187.10

Comments:

Any discrepancies found on this invoice must be forwarded to this office within 30 days from the receipt of invoice, along with a copy of the invoice and appropriate support documentation. Any questions regarding this invoice, please call 1-800-527-3026.

# STRAIGHT BILL OF LADING—SHORT FORM—Not Negotiable

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading.

**RECEIVED FROM**

**ACH Food Companies, Inc.**

CONSIGNEE: CDI

DESTINATION: RIPLEY DISTRIBUTION CENTER
ONE CEDAR LAKES ROAD
RIPLEY, MS 38271

AT: HUMBOLDT, TN

DELIVERY #: 3030025374

| CUSTOMER'S ORDER NO. | DELIVERY DATE | SHIPPER'S NUMBER | SHIPPING DATE | KEEP TEMPERATURE |
|---|---|---|---|---|
| 205171 | | 10061 / 0002017613 | 7/02/08 | 30-40 |

| ROUTE | CAR INITIALS & NUMBER | PAGE |
|---|---|---|
| CDI P/U | CUST RELEASE # 962 7692 | 1 OF |

| QUANTITY | PRODUCT CODE | PACK AND SIZE | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | B/L CODE | WEIGHT (Sub to Cor) | CLASS OR RATE | If charges are to be prepaid, print "PREPAID" HERE. |
|---|---|---|---|---|---|---|---|
| | | | PLEASE NOTIFY ACH Food Companies, Inc. "POINT OF ORIGIN" WESTERN UNION COLLECT IF CAR BAD ORDER EN ROUTE | | | | |
| 147 | R6292 | 4/5 LB | 6172866727 04 GRTQRG MONTEREY FANCY SHRED | X | 4704 | | |
| 245 | R6447 | 4/5 LB | 6172801643 04 GRTQRG PP SALAD FANCY SHRED | X | 10472 | | |
| | | | TOTAL 401 470 GROSS - 15680 NET 14720 | | | | |

SEALS: 2283 241 241

04 - FOR APPT CALL STACEY 404-672-2111 XREC 646-3 PM?
04 - 72HR/HRS DLY APPT CALL 24HR IN ADVANCE
04 - 1-800 CALL DICKI BEASLEY (615)230-4424 IF WONT
TDV
04 - ADVISED DELIVERY--FREIGHT WILL BE ACCEPTED CA
BLYPD
04 - SHIPPER MUST CALL THE SHIPPING PLANT WITH ANY
DELY
04 - PROBLEMS BEFORE 12 PM ON CURRENT DAY
04 - IF CUSTOMER REFUSES LOADS HAVE DRIVER CALL
04 - CUSTOMER AT HOME OR CALL SHIPPER CORPORATE AT
04 - 1(615)230-4424 DICKI BEASLEY

** CLASSIFICATION (PER B/L CODE) **
X - CHEESE

☐ TANK CAR LOADED TO FULL SHELL CAPACITY

This shipment is correctly described. Subject to verification by the origin carrier or its designated agents.

PER ACH Food Companies, Inc. SHIPPER

The fibre boxes for this shipment conform to the specifications set forth in the box maker's certificate thereon and all other requirements of Consolidated Freight Classification. Shipper's imprint in lieu of stamp; not a part of bill of lading.
"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

ACH Food Companies, Inc.  Shipper _____  SHIPPING FACILITY  Agent, Per _____

ACH Food Companies, Inc.
Signature of Consignor

5



**ACH Food Companies, Inc.**
7171 Goodlett Farms Parkway
Memphis TN 38016

# INVOICE

| Bill To | | Repeat Print | |
|---|---|---|---|
| COI | | Invoice Number | 90029086 |
| 2629 Eugenia Ave | | Invoice Date | 07/22/2008 |
| Nashville TN 37211-2118 | | Order Number | 17618 |
| | | Order Date | 07/08/2008 |
| | | Purchase Order | 181876 |
| | | Broker PO# | |
| | | Broker | |

| Ship-To Address | Remit to: |
|---|---|
| COI | P.O. BOX 409177 |
| 2621 Eugenia Ave | Atlanta GA 30384-9177 |
| Nashville TN 37211-2118 | |

| Sold to# | Payment Terms | | | Freight Terms | | |
|---|---|---|---|---|---|---|
| 1100922 | 1% 10 Days Net 30 | | | Collect | | |
| Ship To# | | Delivery | Shipping Point | Date Shipped | Date Req | Shipped Via |
| 1403739 | | 80025372 | HUMBOLDT - ACH | 07/22/2008 | 07/22/2008 | SCAC - n/a |

| Item | Material | Description | Quantity | | Price | | Price Per | | Value |
|---|---|---|---|---|---|---|---|---|---|
| 0001 | 2006325 | 5# UNIQUE VALUE CHED SHRED | 315 | CS | 1.46 | USD | 1 | LB | 9,198.00 |
| | | Cust Matl: 120067 | | | | | | | |
| | | Old Material No. 86788 | | | | | | | |
| 0002 | 2005957 | 5# UNIQUE MONTEREY FANCI SHRED | 245 | CS | 0.70 | USD | 1 | LB | 5,145.00 |
| | | Cust Matl: 122101 | | | | | | | |
| | | Old Material No. 86777 | | | | | | | |
| 0003 | 2005914 | 5# UNIQUE PP SALAD FANCI SHRED | 686 | CS | 0.70 | USD | 1 | LB | 14,406.00 |
| | | Cust Matl: 122102 | | | | | | | |
| | | Old Material No. 85442 | | | | | | | |

| | | | |
|---|---|---|---|
| Total Quantity | 1,246 | Net Invoice Amount | 28,749.00 |
| Net Weight | 34,230 LB | Currency | USD |
| Gross Weight | 36,722 LB | | |
| Volume | 0.000 | | |

Payment of this invoice Up to 08/01/2008 you receive 1.000 % discount of $    287.49
Net Invoice Amount after Cash Discount    28,461.51

Comments:

Any discrepancies found on this invoice must be forwarded to this office within 30 days from the receipt of invoice, along with a copy of the

# STRAIGHT BILL OF LADING—SHORT FORM—Not Negotiable

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading.

**RECEIVED FROM**

## ACH Food Companies, Inc.

CONSIGNEE: [illegible]

DESTINATION: 2625 EUGENIA, NASHVILLE, TN 37211    AT    HUMBOLDT, TN

DELIVERY #: 0080025372

| CUSTOMER'S ORDER NO. | DELIVERY DATE | SHIPPER'S NUMBER | SHIPPING DATE | KEEP TEMPERATURE |
|---|---|---|---|---|
| 181876 | | 10070 / 0083017418 | 7/22/00 | 91-43 |

| ROUTE | | CAR INITIALS & NUMBER | PAGE OF |
|---|---|---|---|
| CUST P/U | CUST BOL# 665 4 | 201 4870 | |

| QUANTITY | PRODUCT CODE | PACK AND SIZE | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | B/L CODE | WEIGHT (Sub to Cor) | CLASS OR RATE | If charges are to be prepaid, print "PREPAID" HERE |
|---|---|---|---|---|---|---|---|
| | | | PLEASE NOTIFY ACH Food Companies, Inc. "POINT OF ORIGIN" WESTERN UNION COLLECT IF CAR BAD ORDER EN ROUTE | | | | COLLECT |
| 315 | 64784 | 4/5 LB | 6172046705 5# UNIQUE CHED SHRED | X | 6930 | | |
| 240 | 64777 | 8/3 LB | 6172086973 3# UNIQUE MONTEREY FANCY SHRED | X | 7840 | | |
| 801 | 85443 | 4/5 LB | 6172083443 5# UNIQUE PP COLBY FANCY SHRED | X | 21952 | | |
| TOTAL | | QTY 1346 | GROSS 36722 NET 36280 | | | | |
| SEALS | | 7250 251 252 253 | | | | | |

04 - DEL APPT REQ'D, CALL AG NR TN APP 615-731-43[..]
04 - SHARON OR MICHELLE, REC HRS 7 DAYS OP, 24 HR
04 - PASL [illegible] ON [illegible], BLD[..] & RECEIVE
04 - SNAP 67922

** CLASSIFICATION (SEE B/L CODE) **
CHE*K

☐ TANK CAR LOADED TO FULL SHELL CAPACITY

This shipment is correctly described. Weights recorded and subject to verification by governing inspection and weighing bureau.

5

This shipment is correctly described. Subject to verification by the origin carrier or its designated agents.

PER ACH Food Companies, Inc. SHIPPER

We hereby certify that the following described meat or meat food products, which are offered for shipment in interstate or foreign commerce have been U.S. inspected and passed by the Department of Agriculture, are so marked, and at this date are sound, healthful, wholesome, and fit for human food.

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

ACH Food Companies, Inc.
Signature of Consignor

The fibre boxes for this shipment conform to the specifications set forth in the box maker's certificate thereon and all other requirements of Consolidated Freight Classification. Shipper's imprint in lieu of stamp; not a part of bill of lading.
"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

ACH Food Companies, Inc.    Shipper _____    Agent, Per _____
                            SHIPPING FACILITY