| INVOICE NUMBER | INVOICE DATE | DELIVERY DATE | AMOUNT | COI PURCHASE ORDER # | CLASSIFICATION |
|---|---|---|---|---|---|
| **Nestle USA** | | | | | **EXHIBIT A** |
| **Schedule of Invoices** | | | | | |
| | | | | | |
| 3448993 | 07/02/08 | 07/02/08 | $ 15,550.56 | 405367 | 503(b)(9) |
| 920720516 | 07/02/08 | 07/02/08 | $ 13,678.84 | 180818 | 503(b)(9) |
| 3449204 | 07/09/08 | 07/09/08 | $ 6,567.70 | 181054 | 503(b)(9) |
| 920926502 | 07/09/08 | 07/09/08 | $ 32,667.08 | 368194 | 503(b)(9) |
| 3449267 | 07/11/08 | 07/11/08 | $ 4,559.80 | 252858 | 503(b)(9) |
| 921021183 | 07/14/08 | 07/12/08 | $ 34,178.90 | 181005 | 503(b)(9) |
| 3449360 | 07/15/08 | 07/15/08 | $ 3,415.45 | 368878 | 503(b)(9) |
| 3449469 | 07/18/08 | 07/18/08 | $ 5,111.80 | 253051 | 503(b)(9) |
| 921169012 | 07/17/08 | 07/17/08 | $ 53,010.22 | 368684 | 503(b)(9) |
| 921246645 | 07/21/08 | 07/21/08 | $ 21,424.00 | 252832 | 503(b)(9) |
| **TOTAL 503(b)(9)** | | | **$ 190,164.35** | | |
| | | | | | |
| 3449604 | 07/23/08 | 7/23/2008 | $ 5,438.00 | 181863 | 503(b)(1) |
| 921305762 | 07/23/08 | 7/23/2008 | $ 41,627.28 | 181241 | 503(b)(1) |
| **TOTAL 503(b)(1)** | | | **$ 47,065.28** | | |
| | | | | | |
| **Total 503(b) claims** | | | **$ 237,229.63** | | |



**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 920495471

| Customer number | | Order No |
|---|---|---|
| 1331376 | | 5026444673 |
| Date shipped | Request. Del.Date | DC/Plant |
| 06/26/2008 | 06/27/2008 | 5847 |

**Bill To:** Commissary Operations Inc
2629 Eugenia Ave
Nashville TN 37211-2118

**Ship To/Consignee:** 1094743
Tifton Distribution Center
dba Coi Foodservice Dist
Coi Foodservice Dist
7833 Magnolia Industrial Blvd
Tifton GA 31794-0803

**Invoice Date:** 06/27/2008
**Terms:** 2% 10 NET 11
from date of invoice

**Credit Account:** 1331376

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| CREF | CIP -Delivered | 367879 |

| Item Code | Description | Size | Price | Amount(USD) |
|---|---|---|---|---|
| 1001380030021500 | Crm Sce Accented with Chip Beef 4x96ozUS | | | |
| 11003959 150.000 CS | | | 43.75 | 6,562.50 |
| 1001380044138301 | Seafood Alfredo+Pasta+Broccoli 20lbN1 US | | | |
| 11007508 50.000 CS | | | 27.25 | 1,362.50 |
| 1001380011155200 | Alfredo Sauce 6x36oz US | | | |
| 11003576 50.000 CS | | | 23.57 | 1,178.50 |
| 1001380044221202 | Spinach Artichoke Dip Pouch (4x5lb)N2 US | | | |
| 12056150 1,680.000 CS | | | 28.10 | 47,208.00 |
| | CONTRACT #251410 | 2008 SHONEYS | | |
| | 2008 APPLEBEE'S COI 1-9NH5GF | | -0.92 | -1,545.60 |
| 1001380030139700 | Lasagna with Meat Sauce 4x96oz US | | | |
| 11003940 14.000 CS | | | 35.90 | 502.60 |

**Total:** 1,944 Units    **Delivery No.:** 8022249854    **Container:** MLRCVEH    **BOL:** 0028000101751732



Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 920495471

| Item Code | Description | | Size | | |
|---|---|---|---|---|---|
| | Quantity | | | Price | Amount(USD) |
| | | Sub-Total | | | 55,268.50 |
| | | Invoice Total | | | 55,268.50 |
| | | Cash Discount | 2.00 | % | -1,136.28 |
| | | Invoice total if paid by 07/07/2008 | | | 54,132.22 |

| Line items: | 5 | Net weight | 39,208.49 | LB |
|---|---|---|---|---|
| Units: | 1,944 | Gross weight | 41,706.30 | LB |
| | | Cube (FT³/M³) | 986.85 | FT3 |
| Container(s): | 1 | US 53' Van Frozen | | |

Special Instructions:

Weaver, Lori A.
Nestlé USA
Page 2 of 2
Case 3:08-bk-06279   Doc 205-7   Filed 08/13/08   Entered 08/13/08 15:16:51   Desc
Exhibit Nestle   Page 3 of 13
Case 3:08-bk-06279   Doc 1112-1   Filed 02/11/09   Entered 02/11/09 13:38:49   Desc
Exhibit A (Invoices)   Page 3 of 25

 **Nestlé**

Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

*(handwritten: Joe)*

## Invoice No. 920720516

| Customer number | | Order No | |
|---|---|---|---|
| 1331376 | | 5026608134 | |
| Date shipped | Request. Del.Date | | DC/Plant |
| 07/01/2008 | 07/02/2008 | | 5847 |

Ship To/Consignee: 1087729
COI Foodservice
2621 Eugenia Ave
Nashville TN 37211-2118

Bill To: Commissary Operations Inc
2629 Eugenia Ave
Nashville TN 37211-2118

Invoice Date: 07/02/2008
Terms: 2% 10 NET 11
from date of invoice

Credit Account: 1331376

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| PRIJ | CIP -Delivered | 180818 |

| Item Code | Description | | Size | | |
|---|---|---|---|---|---|
| | Quantity | | | Price | Amount(USD) |
| 1001380030423700 | STOUFFER'S Fs Escalloped App 4x72oz US | | | | |
| 11000351 | 336.000 CS | | | 27.69 | 9,303.84 |
| | CONTRACT # 251410 | | 2008 SHONEYS | | |
| 1001380030021500 | Crm Sce Accented with Chip Beef 4x96ozUS | | | *43 75  43 75* | |
| 11003959 | 100.000 CS | | | 44.75 | 4,475.00 |

Total: 436 Units   Delivery No.: 8022531022   Container: MLRDVEH   BOL: 0028000101901694

| | | |
|---|---|---|
| Sub-Total | | 13,778.84 |
| Invoice Total | | 13,778.84 |
| Cash Discount | 2.00    % | -275.58 |
| Invoice total if paid by 07/12/2008 | | 13,503.26 |

| Line items: | 2 | Net weight | 8,447.59 | LB | *13,403.26* |
| Units: | 436 | Gross weight | 9,416.88 | LB | *ag.* |
| | | Cube (FT³/M³) | 259.20 | FT3 | |
| Container(s): | 1 | US 53' Van Frozen | | | |

Special Instructions:

_____
Weaver, Lori A.
Nestlé USA

Page 1 of 1

Exhibit A (Invoices)   Page 4 of 25


# Nestlé

**Remit To:** Nestlé USA
P.O. Box 277817
Atlanta GA 30384-7817

## Invoice No. 920926502

| Customer number | | Order No | |
|---|---|---|---|
| 1331376 | | 5026758549 | |
| **Date shipped** | **Request. Del.Date** | | **DC/Plant** |
| 07/08/2008 | 07/09/2008 | | 5410 |

Ship To/Consignee: 1094743
Tifton Distribution Center
dba Coi Foodservice Dist
Coi Foodservice Dist
7833 Magnolia Industrial Blvd

Tifton GA 31794-0803

**Bill To:** Commissary Operations Inc
2629 Eugenia Ave

Nashville TN 37211-2118

Credit Account: 1331376

**Invoice Date:** 07/09/2008
**Terms:** 2% 10 NET 11
from date of invoice

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| NSLE | CIP -Delivered | 368194 |

| Item Code | Description | Size | Price | Amount(USD) |
|---|---|---|---|---|
| | Quantity | | | |
| 1002800021580100 | TOLL HOUSE SemiSweetMorselsCase24x12ozUS | | | |
| 11000329 | 2.000 CS | | 53.04 | 106.08 |
| 1005000038662500 | RYAN'S Brown Gravy (12x16oz) US | | | |
| 11250679 | 300.000 CS | | 24.50 | 7,350.00 |
| 0005000049393730 | Old Country Buffet Chkn Grv 8x22.6oz US | | | |
| 11250583 | 100.000 CS | | 17.49 | 1,749.00 |
| 1005000020004400 | BUFFET'S American Stl Chse Sce 8x907g US | | | |
| 11250582 | 700.000 CS | | 26.25 | 18,375.00 |
| 0005000001015800 | Corned Beef Hash (6x107oz) US | | | |
| 12037635 | 100.000 CS | | 50.87 | 5,087.00 |

**Total:** 1,202 Units    Delivery No.: 8022831265    Container: 23515    BOL: 0028001012158622

| | |
|---|---|
| Sub-Total | 32,667.08 |
| Invoice Total | 32,667.08 |
| Cash Discount    2.00  % | -653.34 |
| Invoice total if paid by 07/19/2008 | 32,013.74 |

| | | | |
|---|---|---|---|
| Line items: | 5 | Net weight | 19,965.77 LB |
| Units: | 1,202 | Gross weight | 21,867.10 LB |
| | | Cube (FT³/M³) | 1,232.93 FT3 |
| Container(s): | 1 | US 53' Van Temp Controlled | |



**Nestlé**

Remit To: Nestlé USA
P.O. Box 277817
Atlanta GA 30384-7817

**Invoice No. 920926502**

| Item Code | Description | | Size | | |
|-----------|-------------|--|------|--|--|
| | Quantity | | | Price | Amount(USD) |
| Special Instructions: | | | | | |

Weaver, Lori A.
Nestlé USA
Case 3:08-bk-06279    Doc 205-7    Filed 08/13/08    Entered 08/13/08 15:16:51    Desc
Exhibit Nestle    Page 6 of 13

Case 3:08-bk-06279    Doc 1112-1    Filed 02/11/09    Entered 02/11/09 13:38:49    Desc
Exhibit A (Invoices)    Page 6 of 25



**Remit To:** Nestlé USA
P.O. Box 277817
Atlanta GA 30384-7817

# Invoice No. 921021183

| Customer number | | Order No |
|---|---|---|
| 1331376 | | 5026762582 |
| Date shipped | Request. Del.Date | DC/Plant |
| 07/11/2008 | 07/12/2008 | 5410 |

**Bill To:** Commissary Operations Inc
2629 Eugenia Ave

Nashville TN 37211-2118

Ship To/Consignee: 1087729
COI Foodservice
2621 Eugenia Ave

Nashville TN 37211-2118

**Invoice Date:** 07/14/2008
**Terms:** 2% 10 NET 11
from date of invoice

**Credit Account:** 1331376

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| SHAF | CIP -Delivered | 181005 |

| Item Code | Description | Size | Price | Amount(USD) |
|---|---|---|---|---|
| | | Quantity | | |
| 0003900051550400 | Bourbon Style Sauce (4x9.81b) US | | | |
| 11001305 | 50.000 CS | | 33.00 | 1,650.00 |
| | **CONTRACT #331047** | **2008 NATIONAL- BUFFE** | | |
| 1005000038662500 | RYAN'S Brown Gravy (12x16oz) US | | | |
| 11250679 | 400.000 CS | | 24.50 | 9,800.00 |
| | **CONTRACT #331047** | **2008 NATIONAL- BUFFE** | | |
| 0005000049393700 | Old Country Buffet Chkn Grv 8x22.6oz US | | | |
| 11250583 | 50.000 CS | | 17.49 | 874.50 |
| | **CONTRACT #331047** | **2008 NATIONAL- BUFFE** | | |
| 1005000020004400 | BUFFET'S American Stl Chse Sce 8x907g US | | | |
| 11250582 | 600.000 CS | | 26.25 | 15,750.00 |
| | **CONTRACT #331047** | **2008 NATIONAL- BUFFE** | | |
| 0005000001015800 | Corned Beef Hash (6x107oz) US | | | |
| 12037635 | 120.000 CS | | 50.87 | 6,104.40 |

Total: 1,220 Units    Delivery No.: 8022951400    Container: 833654    BOL: 0028000101217689



Remit To: Nestlé USA
P.O. Box 277817
Atlanta GA 30384-7817

**Invoice No. 921021183**

| Item Code | Description | | Size | | |
|---|---|---|---|---|---|
| | Quantity | | | Price | Amount(USD) |
| | | Sub-Total | | | 34,178.90 |
| | | Invoice Total | | | 34,178.90 |
| | | Cash Discount | 2.00 % | | -683.58 |
| | | Invoice total if paid by 07/24/2008 | | | 33,495.32 |

| Line items: | 5 | Net weight | 21,725.67 | LB |
|---|---|---|---|---|
| Units: | 1,220 | Gross weight | 23,847.00 | LB |
| | | Cube (FT³/M³) | 1,251.87 | FT3 |
| Container(s): | 1 | US 53' Van Ambient | | |

Special Instructions:

Weaver, Lori A.
Nestlé USA
Case 3:08-bk-06279    Doc 205-7    Filed 08/13/08    Entered 08/13/08 15:16:51    Desc
Exhibit Nestle    Page 8 of 13    Page 2 of 2

Case 3:08-bk-06279    Doc 1112-1    Filed 02/11/09    Entered 02/11/09 13:38:49    Desc
Exhibit A (Invoices)    Page 8 of 25

 **Nestlé**

Remit To: Nestlé USA
P.O. Box 277817
Atlanta GA 30384-7817

## Invoice No. 921169012

| Customer number | | Order No |
|---|---|---|
| 1331376 | | 5027119600 |
| Date shipped | Request. Del.Date | DC/Plant |
| 07/16/2008 | 07/17/2008 | 5847 |

Bill To: Commissary Operations Inc
2629 Eugenia Ave

Nashville TN 37211-2118

Ship To/Consignee: 1094743
Tifton Distribution Center
dba Coi Foodservice Dist
Coi Foodservice Dist
7833 Magnolia Industrial Blvd

Tifton GA 31794-0803

Invoice Date: 07/17/2008
Terms: 2% 10 NET 11
from date of invoice

Credit Account: 1331376

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| SHAF | CIP -Delivered | 368684 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 1001380030021500 | Crm Sce Accented with Chip Beef 4x96ozUS | | | |
| 11003959 | 110.000 CS | | 30.96 | 3,405.60 |
| | CONTRACT #331047 | 2008 NATIONAL- BUFFE | | |
| 1001380044138301 | Seafood Alfredo+Pasta+Broccoli 20lbN1 US | | | |
| 11007508 | 10.000 CS | | 27.25 | 272.50 |
| 1001380030691000 | RYAN'S Lasagna + Meat + Sauce 4x96oz US | | | |
| 11003877 | 110.000 CS | | 30.50 | 3,355.00 |
| | CONTRACT #331047 | 2008 NATIONAL- BUFFE | | |
| 1001380030340700 | STOUFFER'S Fs Mcrn+Cheese 4x76oz US | | | |
| 11000349 | 112.000 CS | | 29.99 | 3,358.88 |
| 1001380044221202 | Spinach Artichoke Dip Pouch (4x5lb)N2 US | | | |
| 12056150 | 1,568.000 CS | | 28.10 | 44,060.80 |
| | CONTRACT #251410 | 2008 SHONEYS | | |
| | 2008 APPLEBEE'S COI 1-9NH5GF | | -0.92 | -1,442.56 |

Total: 1,910 Units    Delivery No.: 8023216166    Container: MLROVEH    BOL: 00280001012382676

Exhibit Nestle    Page 9 of 13

Case 3:08-bk-06279    Doc 1112-1    Filed 02/11/09    Entered 02/11/09 13:38:49    Desc
Exhibit A (Invoices)    Page 9 of 25



**Remit To:** Nestlé USA
P.O. Box 277817
Atlanta GA 30384-7817

# Invoice No. 921169012

| Item Code | Description | | Size | | |
|---|---|---|---|---|---|
| | Quantity | | | Price | Amount(USD) |
| | | Sub-Total | | | 53,010.22 |
| | | Invoice Total | | | 53,010.22 |
| | | Cash Discount | 2.00 | % | -1,089.06 |
| | | Invoice total if paid by 07/27/2008 | | | 51,921.16 |

| | | | | | |
|---|---|---|---|---|---|
| Line items: | 5 | Net weight | 38,958.94 | LB | |
| Units: | 1,910 | Gross weight | 41,488.00 | LB | |
| | | Cube (FT³/M³) | 999.96 | FT3 | |
| Container(s): | 1 | US 53' Van Frozen | | | |

**Special Instructions:**

Weaver, Lori A.
Nestlé USA
Case 3:08-bk-06279    Doc 205-7    Filed 08/13/08    Entered 08/13/08 15:16:51    Desc
Exhibit Nestle    Page 10 of 13

Case 3:08-bk-06279    Doc 1112-1    Filed 02/11/09    Entered 02/11/09 13:38:49    Desc
Exhibit A (Invoices)    Page 10 of 25

 **Nestlé**

Remit To: Nestlé USA
P.O. Box 277817
Atlanta GA 30384-7817

## Invoice No. 921246645

| Customer number | | Order No | |
|---|---|---|---|
| 1331376 | | 5026761444 | |
| Date shipped | Request. Del.Date | | DC/Plant |
| 07/18/2008 | 07/21/2008 | | 5385 |

Ship To/Consignee: 1091995
Ripley Distribution Center
HC 88 Cedar Lakes Rd Box 129

Ripley WV 25271-9318

Bill To: Commissary Operations Inc
2629 Eugenia Ave

Nashville TN 37211-2118

Invoice Date: 07/21/2008
Terms: 2% 10 NET 11
from date of invoice

Credit Account: 1331376

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| NSLE | CIP -Delivered | 252832 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 0003900051550400 | Bourbon Style Sauce (4x9.8lb) US | | | |
| 11001305 | 50.000 CS | | 33.00 | 1,650.00 |
| | CONTRACT #331047 | 2008 NATIONAL- BUFFE | | |
| 1005000038662500 | RYAN'S Brown Gravy (12x16oz) US | | | |
| 11250679 | 200.000 CS | | 24.50 | 4,900.00 |
| | CONTRACT #331047 | 2008 NATIONAL- BUFFE | | |
| 0005000049393700 | Old Country Buffet Chkn Grv 8x22.6oz US | | | |
| 11250583 | 100.000 CS | | 17.49 | 1,749.00 |
| | CONTRACT #331047 | 2008 NATIONAL- BUFFE | | |
| 1005000020004400 | BUFFET'S American Stl Chse Sce 8x907g US | | | |
| 11250582 | 500.000 CS | | 26.25 | 13,125.00 |
| | CONTRACT #331047 | 2008 NATIONAL- BUFFE | | |

Total: 850 Units    Delivery No.: 8023329236    Container: 23614 V    BOL: 0028001012362180



Remit To:  Nestlé USA
           P.O. Box 277817
           Atlanta GA 30384-7817

## Invoice No. 921246645

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| | | Sub-Total | | 21,424.00 |
| | | Invoice Total | | 21,424.00 |
| | | Cash Discount | 2.00 % | -428.48 |
| | | Invoice total if paid by 07/31/2008 | | 20,995.52 |

| Line items: | 4 | | | |
|---|---|---|---|---|
| Units: | 950 | Net weight | 13,483.91 | LB |
| | | Gross weight | 14,624.00 | LB |
| | | Cube (FT³/M³) | 871.95 | FT3 |
| Container(s): | 1 | US 53' Van Ambient | | |

Special Instructions:

 **Nestlé**

Remit To: Nestlé USA
P.O. Box 277817
Atlanta GA 30384-7817

# Invoice No. 921305762

| Customer number | Order No |
|---|---|
| 1331376 | 5027076152 |
| **Date shipped** | **Request. Del.Date** | **DC/Plant** |
| 07/22/2008 | 07/22/2008 | 5847 |

Ship To/Consignee: 1087729
COI Foodservice
2621 Eugenia Ave

Nashville TN 37211-2118

Bill To: Commissary Operations Inc
2629 Eugenia Ave

Nashville TN 37211-2118

Invoice Date: 07/23/2008
Terms:       2% 10 NET 11
             from date of invoice

Credit Account: 1331376

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O.  Number |
|---|---|---|
| CUPU | FAS -Customer Pickup | 181241 |

| Item Code | Description | | Size | | |
|---|---|---|---|---|---|
| | Quantity | | | Price | Amount(USD) |
| 1001380030021500 | Crm Sce Accented with Chip Beef 4x96ozUS | | | | |
| 11003959 | 200.000 CS | | | 30.96 | 6,192.00 |
| | CONTRACT #331047 | | 2008 NATIONAL- BUFFE | | |
| 1001380030691000 | RYAN'S Lasagna + Meat + Sauce 4x96oz US | | | | |
| 11003877 | 1,000.000 CS | | | 30.50 | 30,500.00 |
| | CONTRACT #331047 | | 2008 NATIONAL- BUFFE | | |
| 1001380011155200 | Alfredo Sauce 6x36oz US | | | | |
| 11003576 | 200.000 CS | | | 22.88 | 4,576.00 |
| | CONTRACT #331047 | | 2008 NATIONAL- BUFFE | | |
| 1001380030139700 | Lasagna with Meat Sauce 4x96oz US | | | | |
| 11003940 | 28.000 CS | | | 35.90 | 1,005.20 |

Total:    1,428 Units    Delivery No.: 8023366953    Container:   MLRDVEH



Remit To: Nestlé USA
P.O. Box 277817
Atlanta GA 30384-7817

# Invoice No. 921305762

| Item Code | Description | | Size | | |
|---|---|---|---|---|---|
| | Quantity | | | Price | Amount(USD) |
| | | Sub-Total | | | 42,273.20 |
| | | Customer Pick-Up Alw | | | -645.92 |
| | | | | | |
| | | Invoice Total | | | 41,627.28 |
| | | Cash Discount | 2.00 | % | -845.46 |
| | | | | | |
| | | Invoice total if paid by 08/02/2008 | | | 40,781.82 |

| | | | | | |
|---|---|---|---|---|---|
| Line items: | 4 | Net weight | 32,163.68 | LB | |
| Units: | 1,428 | Gross weight | 35,135.60 | LB | |
| | | Cube (FT³/M³) | 983.12 | FT3 | |
| Container(s): | 1 | US 53' Van Frozen | | | |

**Special Instructions:**
CPU Allowance: 88% of full load rate based on W

Weaver, Lori A.
Nestle USA
Case 3:08-bk-06279     Doc 205-8     Filed 08/13/08     Entered 08/13/08 15:16:51     Desc
Exhibit Nestle     Page 1 of 12

Case 3:08-bk-06279     Doc 1112-1     Filed 02/11/09     Entered 02/11/09 13:38:49     Desc
Exhibit A (Invoices)     Page 14 of 25



Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 3448993

| Customer number | Order No |  |
|---|---|---|
| 300015892 | 7572788 |  |
| Date shipped | Request.Del.Date | DC/Plant |
| 07/01/2008 | 07/02/2008 | 0819 |

COMMISSARY OPERATIONS INC
Bill To: 2629 EUGENIA AVE
NASHVILLE TN 37211-2118

Ship To/Consignee: 100013639
SHONEYS MEAT PLANT
1725 ELM HILL PIKE
NASHVILLE TN 37210-3707

Credit Account: 703000862

Invoice Date: 07/02/2008
Terms: 2% 10 Days, Net 11
from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 405367 |

| Item Code | Description | Size | Price | Amount(USD) |
|---|---|---|---|---|
| Quantity | | | | |
| 1007482632904800 | MINOR'S Beef Base NAMSG 4x5lb US | 4/5 LB | | |
| 120.000 CS | | | 100.02 | 12,002.40 |
| | CONTRACT # 1377  2008 SHONEYS BEST | | | |
| 1007482664906100 | MINOR'S Clan Base NAMSG 6x1lb US | 6/1 LB | | |
| 60.000 CS | | | 32.84 | 1,970.40 |
| | CONTRACT # 1377  2008 SHONEYS BEST | | | |
| 1007482614306400 | MINOR'S Rstd Onion Flavor Conc 6x | 6/1 LB | | |
| 18.000 CS | | | 39.12 | 704.16 |
| 1007482603306800 | MINOR'S Saut Veg Mirepoix NAMSG 6 | 6/1 LB | | |
| 40.000 CS | | | 21.84 | 873.60 |
| Total:     238 Units | Delivery No.: 801458722     BOL:0007572788000 | | | |

| | | |
|---|---|---|
| Sub-Total | | 15,550.56 |
| Invoice Total | | 15,550.56 |
| Cash Discount | 2.000    % | 311.01- |
| Invoice total if paid by 07/12/2008 | | 15,239.55 |

| Line items | 4 | Net weight | 3,108.00 | LB |
|---|---|---|---|---|
| Units | 238 | Gross weight | 3,438.88 | LB |
| | | Cube (FT³/M³) | 113.67 | FT3 |
| Container(s): | 1 | | | |



Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

## Invoice No. 3448993

| Item Code | | Description | | Size | | |
|-----------|--|-------------|--|------|--|--|
| | Quantity | | | | Price | Amount(USD) |

**Special Instructions:**

Weaver, Lori A.
Nestlé USA

Page 2 of 2

Case 3:08-bk-06279    Doc 205-8    Filed 08/13/08    Entered 08/13/08 15:16:51    Desc
Exhibit Nestle    Page 3 of 12

Case 3:08-bk-06279    Doc 1112-1    Filed 02/11/09    Entered 02/11/09 13:38:49    Desc
Exhibit A (Invoices)    Page 16 of 25



Remit To: Nestlé USA
P.O. Box 277817
Atlanta GA 30384-7817

**Invoice No. 3449204**

| Customer number | | Order No | |
|---|---|---|---|
| 300015892 | | 7572834 | |
| Date shipped | Request.Del.Date | | DC/Plant |
| 07/08/2008 | 07/09/2008 | | 0819 |

COMMISSARY OPERATIONS INC
Bill To: 2629 EUGENIA AVE
NASHVILLE TN 37211-2118

Ship To/Consignee: 100019300
COI FOODSERVICE
NASHVILLE DISTRIBUTION CENTER
2621 EUGENIA AVE
NASHVILLE TN 37211-2118

Credit Account:       700000862

Invoice Date: 07/09/2008
Terms:        2% 10 Days, Net 11
              from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 181054 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| Quantity | | | Price | Amount(USD) |
| 1007482605206900 | MINOR'S Hrb de PrcFlavorConc 6x12 | 6/12.8 OZ | | |
| 5.000 CS | | | 32.12 | 160.60 |
| 1007482620506900 | MINOR'S Trky Grv Conc NAMSG 6x13. | 6/13.6 OZ | | |
| 50.000 CS | | | 16.65 | 832.50 |
| | CONTRACT # 1377  2008 SHONEYS BEST | | | |
| 1007482632906200 | MINOR'S Beef Base NAMSG 6x1lb US | 6/1 LB | | |
| 100.000 CS | | | 22.08 | 2,208.00 |
| | CONTRACT # 1377  2008 SHONEYS BEST | | | |
| 1007482646206600 | MINOR'S Chicken Base LSod NAMSG 6 | 6/1 LB | | |
| 15.000 CS | | | 28.34 | 425.10 |
| | CONTRACT # 1377  2008 SHONEYS BEST | | | |
| 1007482645906600 | MINOR'S Chicken Base NAMSG 6X1LB | 6/1 LB | | |
| 150.000 CS | | | 19.61 | 2,941.50 |
| | CONTRACT # 1377  2008 SHONEYS BEST | | | |

Total:     320 Units   Delivery No.: 801458945     BOL: 0C07572834000



Remit To: Nestlé USA
        P.O. Box 277817
        Atlanta GA 30384-7817

# Invoice No. 3449204

| Item Code | Quantity | Description | Size | Price | Amount(USD) |
|---|---|---|---|---|---|
| | | **Sub-Total** | | | **6,567.70** |
| | | **Invoice Total** | | | **6,567.70** |
| | | **Cash Discount** | | 2.000 % | 131.35- |
| | | **Invoice total if paid by 07/19/2008** | | | **6,436.35** |
| **Line items** | 5 | **Net weight** | 1,869.00 | LB | |
| **Units** | 320 | **Gross weight** | 2,112.20 | LB | |
| | | **Cube (FT³/M³)** | 71.36 | FT3 | |
| **Container(s):** | 1 | | | | |

**Special Instructions:**

Weaver, Lori A.
Nestlé USA

Page 2 of    2



**Remit To:** Nestlé USA
P.O. Box 277817
Atlanta GA 30384-7817

# Invoice No. 3449267

| Customer number | Order No |
|---|---|
| 300015892 | 7572833 |
| Date shipped | Request.Del.Date | DC/Plant |
| 07/10/2008 | 07/09/2008 | 0120 |

**Bill To:** COMMISSARY OPERATIONS INC
2629 EUGENIA AVE
NASHVILLE TN 37211-2118

**Ship To/Consignee:** 100013638
RIPLEY DISTRIBUTION CENTER
HC 88 CEDAR LAKES RD BOX 129
RIPLEY WV 25271-9318

**Credit Account:** 700000862

**Invoice Date:** 07/11/2008
**Terms:** 2% 10 Days, Net 11
from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 252858 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| Quantity | | | Price | Amount(USD) |
| 1007482620506900 | MINOR'S Trky Grv Conc NAMSG 6x13. | 6/13.6 OZ | | |
| 30.000 CS | | | 16.65 | 499.50 |
| | CONTRACT # 1377  2008 SHONEYS BEST | | | |
| 1007482632906200 | MINOR'S Beef Base NAMSG 6x11b US | 6/1 LB | | |
| 25.000 CS | | | 22.08 | 552.00 |
| | CONTRACT # 1377  2008 SHONEYS BEST | | | |
| 1007482646206600 | MINOR'S Chicken Base LSod NAMSG 6 | 6/1 LB | | |
| 20.000 CS | | | 28.34 | 566.80 |
| | CONTRACT # 1377  2008 SHONEYS BEST | | | |
| 1007482645906600 | MINOR'S Chicken Base NAMSG 6X1LB | 6/1 LB | | |
| 150.000 CS | | | 19.61 | 2,941.50 |
| | CONTRACT # 1377  2008 SHONEYS BEST | | | |

Total:     225 Units    Delivery No.: 801458983    BOL: 0007572833000

Case 3:08-bk-06279   Doc 205-8   Filed 08/13/08   Entered 08/13/08 15:16:51   Desc
Exhibit Nestle   Page 6 of 12

Case 3:08-bk-06279   Doc 1112-1   Filed 02/11/09   Entered 02/11/09 13:38:49   Desc
Exhibit A (Invoices)   Page 19 of 25



**Nestlé**

Remit To: Nestlé USA
        P.O. Box 277817
        Atlanta GA 30384-7817

# Invoice No. 3449267

| Item Code | Quantity | Description | | Size | Price | Amount(USD) |
|-----------|----------|-------------|--|------|-------|-------------|
| | | Sub-Total | | | | 4,559.80 |
| | | Invoice Total | | | | 4,559.80 |
| | | Cash Discount | | | 2.000 % | 91.20- |
| | | Invoice total if paid by 07/21/2008 | | | | 4,468.60 |

| Line items | 4 | Net weight | 1,323.00 | LB |
|------------|---|------------|----------|-----|
| Units | 225 | Gross weight | 1,494.00 | LB |
| Container(s): | 1 | Cube (FT³/M³) | 50.18 | FT3 |

Special Instructions:

    Weaver, Lori A.
    Nestlé USA

 **Nestlé**

| | | |
|---|---|---|
| **Remit To:** Nestlé USA | | |
| P.O. Box 277817 | | |
| Atlanta GA 30384-7817 | | |

## Invoice No. 3449360

| Customer number | Order No | |
|---|---|---|
| 300015892 | 7573294 | |
| **Date shipped** | **Request.Del.Date** | **DC/Plant** |
| 07/14/2008 | 07/15/2008 | 0819 |

**Bill To:**
COMMISSARY OPERATIONS INC
2629 EUGENIA AVE
NASHVILLE TN 37211-2118

**Ship To/Consignee:** 100071074
TIFTON DISTRIBUTION CENTER
DBA COI FOODSERVICE DIST
7833 MAGNOLIA INDUSTRIAL BLVD
TIFTON GA 31794-0803

**Credit Account:** 700000862

**Invoice Date:** 07/15/2008
**Terms:** 2% 10 Days, Net 11
from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 368878 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| Quantity | | | Price | Amount(USD) |
| 1007482620506900 | MINOR'S Trky Grv Conc NAMSG 6x13. | 6/13.6 OZ | | |
| 15.000 CS | | | 16.65 | 249.75 |
| | CONTRACT # 1377  2008 SHONEYS BEST | | | |
| 1007482645906600 | MINOR'S Chicken Base NAMSG 6X1LB | 6/1 LB | | |
| 50.000 CS | | | 19.61 | 980.50 |
| | CONTRACT # 1377  2008 SHONEYS BEST | | | |
| 1007482614206700 | MINOR'S Rstd Garlic Flavor Conc 6 | 6/1 LB | | |
| 60.000 CS | | | 36.42 | 2,185.20 |
| | CONTRACT # 1387  2008 APPLEBEES | | | |
| **Total:** 125 Units | Delivery No.: 801459115    BOL: 0007573294000 | | | |

| | | |
|---|---|---|
| **Sub-Total** | | 3,415.45 |
| **Invoice Total** | | 3,415.45 |
| **Cash Discount** | 2.000 % | 68.31- |
| **Invoice total if paid by 07/25/2008** | | 3,347.14 |

| | | | | |
|---|---|---|---|---|
| Line items | 3 | Net weight | 736.50 | LB |
| Units | 125 | Gross weight | 831.50 | LB |
| | | Cube (FT³/M³) | 27.88 | FT3 |
| Container(s): | 1 | | | |

Special Instructions:

Weaver, Lori A.
Nestlé USA

Case 3:08-bk-06279    Doc 205-8    Filed 08/13/08    Entered 08/13/08 15:16:51    Desc
Exhibit Nestle    Page 8 of 12

Case 3:08-bk-06279    Doc 1112-1    Filed 02/11/09    Entered 02/11/09 13:38:49    Desc
Exhibit A (Invoices)    Page 21 of 25

 **Nestlé**

**Remit To:** Nestlé USA
P.O. Box 277817
Atlanta GA 30384-7817

## Invoice No. 3449469

| Customer number | Order No | |
|---|---|---|
| 300015892 | 7573079 | |
| Date shipped | Request.Del.Date | DC/Plant |
| 07/17/2008 | 07/16/2008 | 0120 |

**Bill To:** COMMISSARY OPERATIONS INC
2629 EUGENIA AVE
NASHVILLE TN 37211-2118

Ship To/Consignee: 100013638
RIPLEY DISTRIBUTION CENTER
HC 88 CEDAR LAKES RD BOX 129
RIPLEY WV 25271-9318

Credit Account: 700000862

**Invoice Date:** 07/18/2008
**Terms:** 2% 10 Days, Net 11
from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 253051 |

| Item Code | Description | Size | Price | Amount(USD) |
|---|---|---|---|---|
| | | | | |
| 1007482620506900 | MINOR'S Trky Grv Conc NAMSG 6x13. | 6/13.6 OZ | | |
| 30.000 CS | | | 16.65 | 499.50 |
| | CONTRACT # 1377 2008 SHONEYS BEST | | | |
| 1007482632906200 | MINOR'S Beef Base NAMSG 6x1lb US | 6/1 LB | | |
| 50.000 CS | | | 22.08 | 1,104.00 |
| | CONTRACT # 1377 2008 SHONEYS BEST | | | |
| 1007482646206600 | MINOR'S Chicken Base LSod NAMSG 6 | 6/1 LB | | |
| 20.000 CS | | | 28.34 | 566.80 |
| | CONTRACT # 1377 2008 SHONEYS BEST | | | |
| 1007482645906600 | MINOR'S Chicken Base NAMSG 6X1LB | 6/1 LB | | |
| 150.000 CS | | | 19.61 | 2,941.50 |
| | CONTRACT # 1377 2008 SHONEYS BEST | | | |

Total: 250 Units    Delivery No.: 801459199    BOL: 0007573079000

Case 3:08-bk-06279    Doc 205-8    Filed 08/13/08    Entered 08/13/08 15:16:51    Desc
Exhibit Nestle    Page 9 of 12

Case 3:08-bk-06279    Doc 1112-1    Filed 02/11/09    Entered 02/11/09 13:38:49    Desc
Exhibit A (Invoices)    Page 22 of 25



Remit To: Nestlé USA
P.O. Box 277817
Atlanta GA 30384-7817

# Invoice No. 3449469

| Item Code | Quantity | Description | Size | Price | Amount(USD) |
|---|---|---|---|---|---|
| | | Sub-Total | | | **5,111.80** |
| | | Invoice Total | | | **5,111.80** |
| | | Cash Discount | | 2.000 % | 102.24- |
| | | Invoice total if paid by 07/28/2008 | | | **5,009.56** |

| | | | | | |
|---|---|---|---|---|---|
| Line Items | 4 | Net weight | 1,473.00 | LB | |
| Units | 250 | Gross weight | 1,663.00 | LB | |
| | | Cube (FT³/M³) | 55.75 | FT3 | |
| Container(s): | 1 | | | | |

Special Instructions:

Weaver, Lori A.
Nestlé USA


**Nestlé**

Remit To: Nestlé USA
P.O. Box 277817
Atlanta GA 30384-7817

# Invoice No. 3449604

| Customer number | | Order No | |
|---|---|---|---|
| 300015892 | | 7573295 | |
| Date shipped | Request.Del.Date | | DC/Plant |
| 07/22/2008 | 07/23/2008 | | 0819 |

COMMISSARY OPERATIONS INC
Bill To: 2629 EUGENIA AVE
NASHVILLE TN 37211-2118

Ship To/Consignee: 100019300
COI FOODSERVICE
NASHVILLE DISTRIBUTION CENTER
2621 EUGENIA AVE
NASHVILLE TN 37211-2118

Credit Account: 700000862

**Invoice Date:** 07/23/2008
**Terms:** 2% 10 Days, Net 11
from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 181863 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| Quantity | | | Price | Amount(USD) |
| 1007482620506900 | MINOR'S Trky Grv Conc NAMSG 6x13. | 6/13.6 OZ | | |
| 50.000 CS | | | 16.65 | 832.50 |
| | CONTRACT # 1377 2008 SHONEYS BEST | | | |
| 1007482632906200 | MINOR'S Beef Base NAMSG 6x11b US | 6/1 LB | | |
| 100.000 CS | | | 22.08 | 2,208.00 |
| | CONTRACT # 1377 2008 SHONEYS BEST | | | |
| 1007482646206600 | MINOR'S Chicken Base LSod NAMSG 6 | 6/1 LB | | |
| 50.000 CS | | | 28.34 | 1,417.00 |
| | CONTRACT # 1377 2008 SHONEYS BEST | | | |
| 1007482645906600 | MINOR'S Chicken Base NAMSG 6X1LB | 6/1 LB | | |
| 50.000 CS | | | 19.61 | 980.50 |
| | CONTRACT # 1377 2008 SHONEYS BEST | | | |
| Total: 250 Units | Delivery No.: 801459354 | BOL: 0007573295000 | | |

Case 3:08-bk-06279 Doc 205-8 Filed 08/13/08 Entered 08/13/08 15:16:51 Desc
Exhibit Nestle Page 11 of 12

Case 3:08-bk-06279 Doc 1112-1 Filed 02/11/09 Entered 02/11/09 13:38:49 Desc
Exhibit A (Invoices) Page 24 of 25



Remit To: Nestlé USA
          P.O. Box 277817
          Atlanta GA 30384-7817

# Invoice No. 3449604

| Item Code | Quantity | Description | Size | Price | Amount(USD) |
|-----------|----------|-------------|------|-------|-------------|
| | | Sub-Total | | | 5,438.00 |
| | | Invoice Total | | | 5,438.00 |
| | | Cash Discount | | 2.000 % | 108.76- |
| | | Invoice total if paid by 08/02/2008 | | | 5,329.24 |

| Line items | 4 | Net weight | 1,455.00 | LB |
|------------|---|------------|----------|-----|
| Units | 250 | Gross weight | 1,645.00 | LB |
| Container(s): | 1 | Cube (FT³/M³) | 55.75 | FT3 |

Special Instructions:

Weaver, Lori A.
Nestlé USA