

# Nestlé

**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

**Bill To:** Commissary Operations Inc
2629 Eugenia Ave
Nashville TN 37211-2118

## Invoice No. 909455895

| Customer number | Order No |
|---|---|
| 1331376 | 5008567061 |

| Date shipped | Request. Del.Date | DC/Plant |
|---|---|---|
| 06/06/2007 | 06/07/2007 | 5847 |

**Ship To/Consignee:** 1091995
Ripley Distribution Center
HC 88 Cedar Lakes Rd Box 129
Ripley WV 25271-9318

**Invoice Date:** 06/07/2007
**Terms:** 2% 10 NET 11 from date of invoice

**Credit Account:** 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| PRIJ | CIP -Delivered | 241006 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 1001380030139700 | Lasagna with Meat Sauce 4x96oz US | | | |
| 11003940 | 77.000 CS | | 35.70 | 2,748.90 |
| Total: 77 Units | Delivery No.: 8005446763 | Container: MLRDVEH | BOL: | 00280001999999999 |

| | | |
|---|---|---|
| Sub-Total | | 2,748.90 |
| Invoice Total | | 2,748.90 |
| Cash Discount | 2.00 % | -54.98 |
| Invoice total if paid by 06/17/2007 | | 2,693.92 |

| Line items: | 1 | Net weight | 1,846.95 | LB |
|---|---|---|---|---|
| Units: | 77 | Gross weight | 2,017.40 | LB |
| | | Cube (FT$^3$/M$^3$) | 57.52 | FT3 |
| Container(s): | 1 | US 53' Van Frozen | | |

**Special Instructions:**


# Nestlé

Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

Bill To: COMMISSARY OPERATIONS INC
2629 EUGENIA AVE
NASHVILLE TN 37211-2118

## Invoice No. 3437035

| Customer number | Order No |
|---|---|
| 300015892 | 7559047 |
| Date shipped | Request.Del.Date | DC/Plant |
| 06/05/2007 | 06/07/2007 | 0819 |

Ship To/Consignee: 100019300
COI FOODSERVICE
NASHVILLE DISTRIBUTION CENTER
2621 EUGENIA AVE
NASHVILLE TN 37211-2118

Credit Account: 700000862

Invoice Date: 06/06/2007
Terms: 2% 10 Days, Net 11 from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 157956 |

| Item Code | Description | Size | Amount(USD) |
|---|---|---|---|
| | Quantity | Price | |
| 1007482605206900 | MINOR'S Hrb de PrcFlavorConc 6x12 | 6/12.8 OZ | |
| | 10.000 CS | 30.88 | 308.80 |
| 1007482639006200 | MINOR'S Beef Grv Conc NAMSG 6x13. | 6/13.6 OZ | |
| | 195.000 CS | 14.70 | 2,866.50 |
| | CONTRACT # 1226  2007 SHONEYS | | |
| 1007482620506900 | MINOR'S Trky Grv Conc NAMSG 6x13. | 6/13.6 OZ | |
| | 52.000 CS | 16.65 | 865.80 |
| | CONTRACT # 1226  2007 SHONEYS | | |
| 1007482646206600 | MINOR'S Chicken Base LSod NAMSG 6 | 6/1 LB | |
| | 52.000 CS | 26.75 | 1,391.00 |
| | CONTRACT # 1226  2007 SHONEYS | | |

Total: 309 Units   Delivery No.: 801446763   BOL: 0007559047000

| | | |
|---|---|---|
| Sub-Total | | 5,432.10 |
| Invoice Total | | 5,432.10 |
| Cash Discount | 2.000 % | 108.64- |
| Invoice total if paid by 06/16/2007 | | 5,323.46 |

| Line items | 4 | Net weight | 1,619.70 | LB |
|---|---|---|---|---|
| Units | 309 | Gross weight | 1,854.54 | LB |
| | | Cube (FT³/M³) | 68.91 | FT3 |
| Container(s): | 1 | | | |

Case 3:08-bk-06279    Doc 1112-3    Filed 02/11/09    Entered 02/11/09 13:38:49    Desc
Exhibit C-1 (Invoices)    Page 2 of 12



# Nestlé

| | |
|---|---|
| **Remit To:** | Nestlé USA<br>P.O. Box 277115<br>Atlanta GA 30384-7115 |
| **Bill To:** | Commissary Operations Inc<br>2629 Eugenia Ave<br>Nashville TN 37211-2118 |

## Invoice No. 909655039

| Customer number | Order No |
|---|---|
| 1331376 | 5009150485 |

| Date shipped | Request. Del.Date | DC/Plant |
|---|---|---|
| 06/15/2007 | 06/18/2007 | 5847 |

**Ship To/Consignee:** 1094743
Tifton Distribution Center
dba Coi Foodservice Dist
7833 Magnolia Industrial Blvd
Tifton GA  31794-8812

**Invoice Date:** 06/18/2007
**Terms:** 2% 10 NET 11
from date of invoice

**Credit Account:** 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| NSLE | CIP -Delivered | 351967 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 1001380030340700 | STOUFFER'S Mac + Cheese 4x2.15kg US | | | |
| 11000349 | 112.000 CS | | 26.29 | 2,944.48 |
| | **CONTRACT #96637** | **2007 SHONEYS** | | |
| 1001380044221201 | Spinach Artichoke Dip 20lb N1 US | | | |
| 11007509 | 1,680.000 CS | | 28.10 | 47,208.00 |
| | 2007 APPLEBEE'S COI 1-93ACBV | | -0.92 | -1,545.60 |
| 1001380030139700 | Lasagna with Meat Sauce 4x96oz US | | | |
| 11003940 | 77.000 CS | | 33.20 | 2,556.40 |
| **Total:** 1,869 Units | **Delivery No.:** 8005854922 | **Container:** MLRDVEH | **BOL:** | 002800001999999999 |

| | | |
|---|---|---|
| Sub-Total | | 51,163.28 |
| Invoice Total | | 51,163.28 |
| Cash Discount | 2.00 % | -1,054.18 |
| Invoice total if paid by 06/28/2007 | | 50,109.10 |

| | | | | |
|---|---|---|---|---|
| Line items: | 3 | Net weight | 37,571.00 | LB |
| Units: | 1,869 | Gross weight | 40,014.52 | LB |
| | | Cube (FT³/M³) | 960.69 | FT3 |
| Container(s): | 1 | US 53' Van Frozen | | |
| Special Instructions: | | | | |

Humberto Batista-Caldwell
Nestlé USA

Case 3:06-bk-06257 Doc 1112-3   Filed 02/11/09   Entered 02/11/09 13:38:49   Desc
Exhibit C-1 (Invoices)   Page 3 of 12   Page 1 of 1



**Nestlé**

Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

Bill To: Commissary Operations Inc
2629 Eugenia Ave
Nashville TN 37211-2118

### Invoice No. 909976638

| Customer number | Order No |
|---|---|
| 1331376 | 5009551220 |
| Date shipped | Request. Del.Date | DC/Plant |
| 06/28/2007 | 06/29/2007 | 5847 |

Ship To/Consignee: 1094743
Tifton Distribution Center
dba Coi Foodservice Dist
7833 Magnolia Industrial Blvd
Tifton GA  31794-8812

Invoice Date: 06/29/2007
Terms:  2% 10 NET 11
from date of invoice

Credit Account: 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| SWFP | CIP -Delivered | 352348 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 1001380044221201 | Spinach Artichoke Dip 20lb N1 US | | | |
| 11007509 | 1,792.000 CS | | 28.10 | 50,355.20 |
| | 2007 APPLEBEE'S COI 1-93ACBV | | -0.92 | -1,648.64 |
| Total: 1,792 Units | Delivery No.: 8006415674 | Container: MLRDVEH | BOL: | 00280001999999999 |

Sub-Total  48,706.56

Invoice Total  48,706.56
Cash Discount  2.00 %  -1,007.10

Invoice total if paid by 07/09/2007  47,699.46

Line items: 1         Net weight    35,840.60  LB
Units:     1,792      Gross weight  38,062.08  LB
                     Cube (FT³/M³)    896.00  FT3
Container(s): 1   US 53' Van Frozen
Special Instructions:


# Nestlé

| Remit To: | Nestlé USA |
| --- | --- |
| | P.O. Box 277115 |
| | Atlanta GA 30384-7115 |

**Invoice No. 910265007**

| Customer number | Order No |
| --- | --- |
| 1331376 | 5010276177 |
| Date shipped | Request. Del.Date | DC/Plant |
| 07/11/2007 | 07/19/2007 | 5385 |

| Bill To: | Commissary Operations Inc |
| --- | --- |
| | 2629 Eugenia Ave |
| | Nashville TN 37211-2118 |

Ship To/Consignee: 1091995
Ripley Distribution Center
HC 88 Cedar Lakes Rd Box 129
Ripley WV 25271-9318

Invoice Date: 07/12/2007
Terms: 2% 10 NET 11
from date of invoice

Credit Account: 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
| --- | --- | --- |
| ABFS | CIP -Delivered | 242212 |

| Item Code | Description | Size | | |
| --- | --- | --- | --- | --- |
| | Quantity | | Price | Amount(USD) |
| 0005000031631100 | MINOR'S Chile Galic Sce RTU 4x0.5Gal US | | | |
| 11001950 | 18.000 CS | | 25.77 | 463.86 |
| | CONTRACT #136760 | 2007 SHONEYS | | |
| 0005000025485900 | NESTLE Rich Hcm Sac 6(50x.71oz) US | | | |
| 11001959 | 15.000 CS | | 27.40 | 411.00 |
| | CONTRACT #136838 | 2007 SHONEYS | | |
| 1005000005168400 | CHEF MATE CornedBeefHash Case6x107oz US | | | |
| 11000366 | 94.000 CS | | 42.10 | 3,957.40 |
| | CONTRACT #136838 | 2007 SHONEYS | | |

Total: 127 Units  Delivery No.: 8006970256  Container: 88376 V  BOL: 002800019999999999

| | | |
| --- | --- | --- |
| Sub-Total | | 4,832.26 |
| Invoice Total | | 4,832.26 |
| Cash Discount | 2.00 % | -96.65 |
| Invoice total if paid by 07/22/2007 | | 4,735.61 |

| Line items: | 3 | Net weight | 4,314.28 | LB |
| --- | --- | --- | --- | --- |
| Units: | 127 | Gross weight | 4,880.61 | LB |
| | | Cube (FT³/M³) | 115.74 | FT3 |
| Container(s): | 1 | US 48' Van Ambient | | |

Special Instructions:

Humphrey, Natasha Lashell
Nestle USA

Page 1 of 1

Case 3:08-bk-06279    Doc 1112-3    Filed 02/11/09    Entered 02/11/09 13:38:49    Desc
Exhibit C-1 (Invoices)    Page 5 of 12



# Nestlé

**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

**Bill To:** Commissary Operations Inc
2629 Eugenia Ave
Nashville TN 37211-2118

## Invoice No. 910507724

| Customer number | Order No |
|---|---|
| 1331376 | 5010688659 |
| Date shipped | Request. Del.Date | DC/Plant |
| 07/24/2007 | 07/26/2007 | 5847 |

**Ship To/Consignee:** 1087729
COI Foodservice
2621 Eugenia Ave
Nashville TN 37211-2118

**Invoice Date:** 07/25/2007
**Terms:** 2% 10 NET 11 from date of invoice

**Credit Account:** 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| SWFP | CIP -Delivered | 160210 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 1001380030423700 | STOUFFER'S Fs Escalloped App 4x2.04kg US | | | |
| 11000351 | 112.000 CS | | 27.69 | 3,101.28 |
| | CONTRACT #96637 | 2007 SHONEYS | | |

Total: 112 Units  Delivery No.: 8007534318  Container: MLRDVEH  BOL: 002800019999999999

Sub-Total: 3,101.28
Invoice Total: 3,101.28
Cash Discount 2.00 %: -62.03
Invoice total if paid by 08/04/2007: 3,039.25

Line items: 1    Net weight: 2,014.85 LB
Units: 112         Gross weight: 2,276.96 LB
                   Cube (FT³/M³): 67.20 FT3
Container(s): 1  US 53' Van Frozen
Special Instructions:

Humphrey, Natasha Lashell
Nestle USA

Page 1 of 1

Case 3:08-bk-06279   Doc 1112-3   Filed 02/11/09   Entered 02/11/09 13:38:49   Desc Exhibit C-1 (Invoices)   Page 6 of 12



# Nestlé

**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

**Bill To:** Commissary Operations Inc
2629 Eugenia Ave
Nashville TN 37211-2118

## Invoice No. 910757939

| Customer number | Order No |
|---|---|
| 1331376 | 5011319845 |

| Date shipped | Request. Del.Date | DC/Plant |
|---|---|---|
| 08/01/2007 | 08/08/2007 | 5410 |

**Ship To/Consignee:** 1094743
Tifton Distribution Center
dba Coi Foodservice Dist
7833 Magnolia Industrial Blvd
Tifton GA 31794-8812

**Invoice Date:** 08/02/2007
**Terms:** 2% 10 NET 11
from date of invoice

**Credit Account:** 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| NSLE/CCGA | CIP -Delivered | 353708 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 1002800021580100 | THS SemiSweet Morsels Case 24x12ozUS | | | |
| 11000329 | 15.000 CS | | 47.76 | 716.40 |
| 0005000054900900 | CARNATION Malt Canister 6x2.5lb US | | | |
| 11002023 | 25.000 CS | | 44.88 | 1,122.00 |
| 1005000005048900 | CHEF-MATE Basic ChdChse Sce Can6x3kgUS | | | |
| 11000364 | 48.000 CS | | 32.44 | 1,557.12 |
| | CONTRACT #136838 | 2007 SHONEYS | | |
| 1005000005168400 | CHEF-MATE CornedBeefHash Case6x107oz US | | | |
| 11000366 | 48.000 CS | | 42.10 | 2,020.80 |
| | CONTRACT #136838 | 2007 SHONEYS | | |

Total: 136 Units   Delivery No.: 8007954843   Container: 23280   BOL: 00280001999999999

|  |  |
|---|---|
| Sub-Total | 5,416.32 |
| Invoice Total | 5,416.32 |
| Cash Discount 2.00 % | -108.33 |
| Invoice total if paid by 08/12/2007 | 5,307.99 |

| Line items: | 4 | Net weight | 4,473.32 | LB |
|---|---|---|---|---|
| Units: | 136 | Gross weight | 5,015.83 | LB |
| | | Cube (FT³/M³) | 115.36 | FT3 |
| Container(s): | 1 | US 53' Van Temp Controlled | | |



Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

Bill To: COMMISSARY OPERATIONS INC
2629 EUGENIA AVE
NASHVILLE TN 37211-2118

# Invoice No. 3437875

| Customer number | Order No | |
|---|---|---|
| 300015892 | 7559936 | |
| Date shipped | Request.Del.Date | DC/Plant |
| 07/03/2007 | 07/05/2007 | 0819 |

Ship To/Consignee: 100071074
TIFTON DISTRIBUTION CENTER
DBA COI FOODSERVICE DIST
7833 MAGNOLIA INDUSTRIAL BLVD
TIFTON GA 31794-8812

Credit Account: 700000862

Invoice Date: 07/05/2007
Terms: 2% 10 Days, Net 11
from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 352390 |

| Item Code | Description | Size | Amount(USD) |
|---|---|---|---|
| Quantity | | Price | |
| 1007482620506900 | MINOR'S Trky Grv Conc NAMSG 6x13. | 6/13.6 OZ | |
| 26.000 CS | | 16.65 | 432.90 |
| | CONTRACT # 1226   2007 SHONEYS | | |
| 1007482614206700 | MINOR'S Rstd Garlic Flavor Conc 6 | 6/1 LB | |
| 260.000 CS | | 31.14 | 8,096.40 |
| | CONTRACT # 1226   2007 SHONEYS | | |
| Total: 286 Units | Delivery No.: 801447586   BOL: 0007559936000 | | |

| | | |
|---|---|---|
| Sub-Total | | 8,529.30 |
| Invoice Total | | 8,529.30 |
| Cash Discount | 2.000 % | 170.59- |
| Invoice total if paid by 07/15/2007 | | 8,358.71 |

| Line items | 2 | Net weight | 1,692.60 | LB |
|---|---|---|---|---|
| Units | 286 | Gross weight | 1,909.96 | LB |
| | | Cube (FT³/M³) | 63.78 | FT3 |
| Container(s): | 1 | | | |

Special Instructions:

Humphrey, Natasha Lashell
Nestlé USA

Page 1 of 1

Case 3:08-bk-06279   Doc 1112-3   Filed 02/11/09   Entered 02/11/09 13:38:49   Desc Exhibit C-1 (Invoices)   Page 8 of 12



**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

**Bill To:** COMMISSARY OPERATIONS INC
2629 EUGENIA AVE
NASHVILLE TN 37211-2118

## Invoice No. 3439422

| Customer number | Order No |
|---|---|
| 300015892 | 7561998 |

| Date shipped | Request.Del.Date | DC/Plant |
|---|---|---|
| 08/22/2007 | 08/22/2007 | 0819 |

**Ship To/Consignee:** 100013639
SHONEYS MEAT PLANT
1725 ELM HILL PIKE
NASHVILLE TN 37210-3707

**Credit Account:** 700000862

**Invoice Date:** 08/23/2007
**Terms:** 2% 10 Days, Net 11
from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 403915 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| Quantity | | | Price | Amount(USD) |
| 1007482664906100 | MINOR'S Clam Base NAMSG 6x1lb US | 6/1 LB | | |
| 60.000 CS | | | 32.84 | 1,970.40 |
| | CONTRACT # 1226 2007 SHONEYS | | | |
| 1007482603306800 | MINOR'S Saut Veg Mirepoix NAMSG 6 | 6/1 LB | | |
| 30.000 CS | | | 17.39 | 521.70 |
| | CONTRACT # 1226 2007 SHONEYS | | | |
| 1007482614206700 | MINOR'S Rstd Garlic Flavor Conc 6 | 6/1 LB | | |
| 30.000 CS | | | 31.14 | 934.20 |
| | CONTRACT # 1226 2007 SHONEYS | | | |
| 1007482668605900 | Chipotle Flavor Conc 1x50lb US | 50 LB | | |
| 6.000 CS | | | 232.50 | 1,395.00 |

**Total:** 126 Units  **Delivery No.:** 801449113  **BOL:** 0007561998000

| | | |
|---|---|---|
| Sub-Total | | 4,821.30 |
| Invoice Total | | 4,821.30 |
| Cash Discount | 2.000 % | 96.43- |
| Invoice total if paid by 09/02/2007 | | 4,724.87 |

| Line items | 4 | Net weight | 1,020.00 | LB |
|---|---|---|---|---|
| Units | 126 | Gross weight | 1,130.40 | LB |
| | | Cube (FT³/M³) | 35.62 | FT3 |
| Container(s): | 1 | | | |

Case 3:08-bk-06279   Doc 1112-3   Filed 02/11/09   Entered 02/11/09 13:38:49   Desc
Exhibit C-1 (Invoices)   Page 9 of 12



Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

Bill To: COMMISSARY OPERATIONS INC
2629 EUGENIA AVE
NASHVILLE TN 37211-2118

## Invoice No. 3438293

| Customer number | Order No |
|---|---|
| 300015892 | 7560652 |
| Date shipped | Request.Del.Date | DC/Plant |
| 07/17/2007 | 07/18/2007 | 0819 |

Ship To/Consignee: 100013639
SHONEYS MEAT PLANT
1725 ELM HILL PIKE
NASHVILLE TN 37210-3707

Credit Account: 700000862

Invoice Date: 07/18/2007
Terms: 2% 10 Days, Net 11 from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 403730 |

| Item Code | Description | Size | Price | Amount(USD) |
|---|---|---|---|---|
| 1007482632904800 | MINOR'S Beef Base NAMSG 4x5lb US | 4/5 LB | | |
| 120.000 CS | | | 100.02 | 12,002.40 |
| 1007482664906100 | MINOR'S Clam Base NAMSG 6x1lb US | 6/1 LB | | |
| 20.000 CS | | | 32.84 | 656.80 |
| | CONTRACT # 1226 2007 SHONEYS | | | |
| 1007482614306400 | MINOR'S Rstd Onion Flavor Conc 6x | 6/1 LB | | |
| 7.000 CS | | | 37.62 | 263.34 |
| 1007482603306800 | MINOR'S Saut Veg Mirepoix NAMSG 6 | 6/1 LB | | |
| 30.000 CS | | | 17.39 | 521.70 |
| | CONTRACT # 1226 2007 SHONEYS | | | |

Total: 177 Units   Delivery No.: 801448004   BOL: 0007560652000

| | | | |
|---|---|---|---|
| Sub-Total | | | 13,444.24 |
| Invoice Total | | | 13,444.24 |
| Cash Discount | 2.000 % | | 268.88- |
| Invoice total if paid by 07/28/2007 | | | 13,175.36 |

| Line items | 4 | Net weight | 2,742.00 | LB |
|---|---|---|---|---|
| Units | 177 | Gross weight | 3,026.52 | LB |
| | | Cube (FT³/M³) | 100.07 | FT3 |
| Container(s): | 1 | | | |

Page 1 of 2


# Nestlé

| | |
|---|---|
| Remit To: | Nestlé USA<br>P.O. Box 277115<br>Atlanta GA 30384-7115 |
| Bill To: | Commissary Operations Inc<br>2629 Eugenia Ave<br>Nashville TN 37211-2118 |

## Invoice No. 914616234

| Customer number | Order No |
|---|---|
| 1331376 | 5017294518 |
| Date shipped | Request. Del.Date | DC/Plant |
| 12/10/2007 | 12/17/2007 | 5410 |

Ship To/Consignee: 1094743
Tifton Distribution Center
dba Coi Foodservice Dist
7833 Magnolia Industrial Blvd
Tifton GA  31794-8812

Invoice Date: 12/11/2007
Terms:   2% 10 NET 11
         from date of invoice

Credit Account:  1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| ABFS | CIP -Delivered | 358519 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 0005000025485900 | NESTLE Rich Hcm Sac 6(50x.71oz) US | | | |
| 11001959 | 84.000 CS | | 27.40 | 2,301.60 |
| | **CONTRACT #136838** | **2007 SHONEYS** | | |
| 1005000005168400 | CHEF-MATE CornedBeefHash Case6x107oz US | | | |
| 11000366 | 64.000 CS | | 42.10 | 2,694.40 |
| | **CONTRACT #136838** | **2007 SHONEYS** | | |

Total:  148 Units    Delivery No.: 8013528778    Container:  96046 SLC    BOL:    00280001007181574

| | |
|---|---|
| Sub-Total | 4,996.00 |
| Invoice Total | 4,996.00 |
| Cash Discount   2.00 % | -99.92 |
| Invoice total if paid by 12/21/2007 | 4,896.08 |

| | | | |
|---|---|---|---|
| Line items: | 2 | Net weight | 3,687.36 LB |
| Units: | 148 | Gross weight | 4,366.63 LB |
| | | Cube ($FT^3/M^3$) | 161.01 FT3 |
| Container(s): | 1 | US 48' Van Ambient | |

Special Instructions:

Bennett, Christina Lynn
Nestlé USA

Case 3:08-bk-06279    Doc 1112-3    Filed 02/11/09    Entered 02/11/09 13:38:49    Desc
Exhibit C-1 (Invoices)    Page 11 of 12



**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

**Bill To:** Commissary Operations Inc
2629 Eugenia Ave
Nashville TN 37211-2118

### Invoice No. 914425573

| Customer number | Order No |
|---|---|
| 1331376 | 5016638368 |
| Date shipped | Request. Del.Date | DC/Plant |
| 12/04/2007 | 12/05/2007 | 5847 |

**Ship To/Consignee:** 1087729
COI Foodservice
2621 Eugenia Ave
Nashville TN 37211-2118

**Invoice Date:** 12/05/2007
**Terms:** 2% 10 NET 11
from date of invoice

**Credit Account:** 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| SWFP | CIP -Delivered | 165672 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 1001380030423700 | STOUFFER'S Fs Escalloped App 4x72oz US | | | |
| 11000351 | 456.000 CS | | 27.69 | 12,626.64 |
| | **CONTRACT #96637** | **2007 SHONEYS** | | |
| 1001380044221201 | Spinach Artichoke Dip 20lb N1 US | | | |
| 11007509 | 1,344.000 CS | | 28.10 | 37,766.40 |
| | 2007 APPLEBEE'S COI 1-93ACDA | | -1.29 | -1,733.76 |
| 1001380030139700 | Lasagna with Meat Sauce 4x96oz US | | | |
| 11003940 | 77.000 CS | | 33.30 | 2,564.10 |

Total: 1,877 Units   Delivery No.: 8013354888   Container: MLRDVEH   BOL: 00280001006834693

| | | |
|---|---|---|
| | Sub-Total | 51,223.38 |
| | Invoice Total | 51,223.38 |
| | Cash Discount 2.00 % | -1,059.14 |
| | Invoice total if paid by 12/15/2007 | 50,164.24 |

| Line items: | 3 | Net weight | 36,930.71 | LB |
|---|---|---|---|---|
| Units: | 1,877 | Gross weight | 39,834.44 | LB |
| | | Cube (FT³/M³) | 986.70 | FT3 |
| Container(s): | 1 | US 53' Van Frozen | | |

Special Instructions:

Case 3:08-bk-06279
Nestlé USA

Case 3:08-bk-06279   Doc 1112-3   Filed 02/11/09   Entered 02/11/09 13:38:49   Desc
Exhibit C-1 (Invoices)   Page 12 of 12   Page 1 of 1