

# Nestlé

**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

**Bill To:** Commissary Operations Inc
2629 Eugenia Ave
Nashville TN 37211-2118

### Invoice No. 914042755

| Customer number | Order No |
|---|---|
| 1331376 | 5016378320 |

| Date shipped | Request. Del.Date | DC/Plant |
|---|---|---|
| 11/21/2007 | 11/27/2007 | 5410 |

**Ship To/Consignee:** 1087729
COI Foodservice
2621 Eugenia Ave
Nashville TN 37211-2118

**Invoice Date:** 11/26/2007
**Terms:** 2% 10 NET 11
from date of invoice

**Credit Account:** 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| ABFS | CIP -Delivered | 165397 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 1005000005088500 | CHEF MATE Chili Wtht Be Case 6x106oz US | | | |
| 11000365 | 48.000 CS | | 48.81 | 2,342.88 |
| | **CONTRACT #136838** | **2007 SHONEYS** | | |
| 0005000054900900 | CARNATION Malt Canister 6x2.5lb US | | | |
| 11002023 | 10.000 CS | | 44.88 | 448.80 |
| 0005000025485900 | NESTLE Rich Hcm Sac 6(50x.71oz) US | | | |
| 11001959 | 77.000 CS | | 27.40 | 2,109.80 |
| | **CONTRACT #136838** | **2007 SHONEYS** | | |
| 1005000005168400 | CHEF-MATE CornedBeefHash Case6x107oz US | | | |
| 11000366 | 8.000 CS | | 42.10 | 336.80 |
| | **CONTRACT #136838** | **2007 SHONEYS** | | |

Total: 143 Units   Delivery No.: 8012793386   Container: 40086 SLC   BOL: 00280001006703302

|  |  |  |
|---|---|---|
| Sub-Total | | 5,238.28 |
| Invoice Total | | 5,238.28 |
| Cash Discount | 2.00 % | -104.77 |
| Invoice total if paid by 12/06/2007 | | 5,133.51 |

| Line items: | 4 | Net weight | 3,404.03 | LB |
| Units: | 143 | Gross weight | 4,032.54 | LB |
| | | Cube (FT³/M³) | 151.62 | FT3 |


# Nestlé

**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

**Bill To:** Commissary Operations Inc
2629 Eugenia Ave
Nashville TN 37211-2118

### Invoice No. 913715733

| Customer number | Order No |
|---|---|
| 1331376 | 5015895127 |

| Date shipped | Request. Del.Date | DC/Plant |
|---|---|---|
| 11/13/2007 | 11/15/2007 | 5847 |

**Ship To/Consignee:** 1087729
COI Foodservice
2621 Eugenia Ave
Nashville TN 37211-2118

**Invoice Date:** 11/14/2007
**Terms:** 2% 10 NET 11
from date of invoice

**Credit Account:** 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| SWFP | CIP -Delivered | 164877 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 1001380030423700 | STOUFFER'S Fs Escalloped App 4x72oz US | | | |
| 11000351 | 224.000 CS | | 27.69 | 6,202.56 |
| | **CONTRACT #96637** | **2007 SHONEYS** | | |
| 1001380030139700 | Lasagna with Meat Sauce 4x96oz US | | | |
| 11003940 | 21.000 CS | | 35.70 | 749.70 |

**Total:** 245 Units   **Delivery No.:** 8012485252   **Container:** MLRDVEH   **BOL:** 00280001006181100

| | | |
|---|---:|---:|
| Sub-Total | | 6,952.26 |
| Invoice Total | | 6,952.26 |
| Cash Discount | 2.00 % | -139.05 |
| Invoice total if paid by 11/24/2007 | | 6,813.21 |

| Line items: | 2 | Net weight | 4,533.41 | LB |
| Units: | 245 | Gross weight | 5,104.12 | LB |
| | | Cube (FT³/M³) | 142.02 | FT3 |
| Container(s): | 1 | US 53' Van Frozen | | |

**Special Instructions:**

Nestlé USA


# Nestlé

**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

**Bill To:** Commissary Operations Inc
2629 Eugenia Ave
Nashville TN 37211-2118

## Invoice No. 913224865

| Customer number | Order No |
|---|---|
| 1331376 | 5015126047 |
| Date shipped | Request. Del.Date | DC/Plant |
| 10/25/2007 | 10/31/2007 | 5420 |

**Ship To/Consignee:** 1091995
Ripley Distribution Center
HC 88 Cedar Lakes Rd Box 129
Ripley WV  25271-9318

**Invoice Date:** 10/26/2007
**Terms:** 2% 10 NET 11
from date of invoice

**Credit Account:** 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| ABFS | CIP -Delivered | 245371 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 1005000005168400 | CHEF-MATE CornedBeefHash Case6x107oz US | | | |
| 11000366 | 96.000 CS | | 42.10 | 4,041.60 |
| | CONTRACT #136838 | 2007 SHONEYS | | |
| 1002800045960101 | NESTLE Dark Hot Choc Mix 12x1.75lb US | | | |
| 11004734 | 36.000 CS | | 44.66 | 1,607.76 |
| **Total:** | 132 Units   Delivery No.: 8011747683 | Container: 81752 | BOL: | 00280001005971160 |

| | | |
|---|---|---|
| Sub-Total | | 5,649.36 |
| Invoice Total | | 5,649.36 |
| Cash Discount | 2.00 % | -112.99 |
| Invoice total if paid by 11/05/2007 | | 5,536.37 |

| | | | | |
|---|---|---|---|---|
| Line items: | 2 | Net weight | 4,602.93 | LB |
| Units: | 132 | Gross weight | 5,148.88 | LB |
| | | Cube (FT³/M³) | 123.67 | FT3 |
| Container(s): | 1 | US 48' Van Ambient | | |

**Special Instructions:**



**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

**Bill To:** Commissary Operations Inc
2629 Eugenia Ave
Nashville TN 37211-2118

# Invoice No. 912756370

| Customer number | Order No |
|---|---|
| 1331376 | 5014477435 |
| Date shipped | Request. Del.Date | DC/Plant |
| 10/09/2007 | 10/17/2007 | 5410 |

**Ship To/Consignee:** 1094743
Tifton Distribution Center
dba Coi Foodservice Dist
7833 Magnolia Industrial Blvd
Tifton GA 31794-8812

**Invoice Date:** 10/10/2007
**Terms:** 2% 10 NET 11
from date of invoice

**Credit Account:** 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| NSLE/CCGA | CIP -Delivered | 356211 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 0005000031631100 | MINOR'S Chile Galic Sce RTU 4x0.5Gal US | | | |
| 11001950 | 18.000 CS | | 25.77 | 463.86 |
| | CONTRACT #136760 | 2007 SHONEYS | | |
| 1002800021580100 | THS SemiSweet Morsels Case 24x12ozUS | | | |
| 11000329 | 15.000 CS | | 47.76 | 716.40 |
| 1005000005168400 | CHEF-MATE CornedBeefHash Case6x107oz US | | | |
| 11000366 | 96.000 CS | | 42.10 | 4,041.60 |
| | CONTRACT #136838 | 2007 SHONEYS | | |

**Total:** 129 Units   **Delivery No.:** 8011029593   **Container:** 23354   **BOL:** 00280001005416616

| | | |
|---|---|---|
| Sub-Total | | 5,221.86 |
| Invoice Total | | 5,221.86 |
| Cash Discount | 2.00 % | -104.44 |
| Invoice total if paid by 10/20/2007 | | 5,117.42 |

| Line items: | 3 | Net weight | 4,463.88 | LB |
|---|---|---|---|---|
| Units: | 129 | Gross weight | 4,995.60 | LB |
| | | Cube (FT³/M³) | 108.82 | FT3 |
| Container(s): | 1 | US 53' Van Temp Controlled | | |

**Special Instructions:**



# Nestlé

| | |
|---|---|
| Remit To: | Nestlé USA<br>P.O. Box 277115<br>Atlanta GA 30384-7115 |
| Bill To: | Commissary Operations Inc<br>2629 Eugenia Ave<br>Nashville TN 37211-2118 |

## Invoice No. 912236194

| Customer number | Order No |
|---|---|
| 1331376 | 5013569746 |

| Date shipped | Request. Del.Date | DC/Plant |
|---|---|---|
| 09/25/2007 | 09/26/2007 | 5847 |

Ship To/Consignee: 1087729
COI Foodservice
2621 Eugenia Ave
Nashville TN 37211-2118

Invoice Date: 09/26/2007
Terms: 2% 10 NET 11
from date of invoice

Credit Account: 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| SWFP | CIP -Delivered | 162660 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 1001380030423700 | STOUFFER'S Fs Escalloped App 4x2.04kg US | | | |
| 11000351 | 112.000 CS | | 27.69 | 3,101.28 |
| | CONTRACT #96637 | 2007 SHONEYS | | |
| 1001380030139700 | Lasagna with Meat Sauce 4x96oz US | | | |
| 11003940 | 10.000 CS | | 35.70 | 357.00 |

Total: 122 Units    Delivery No.: 8010405928    Container: MLRDVEH    BOL: 00280001004801772

| | | |
|---|---|---|
| Sub-Total | | 3,458.28 |
| Invoice Total | | 3,458.28 |
| Cash Discount | 2.00 % | -69.17 |
| Invoice total if paid by 10/06/2007 | | 3,389.11 |

| | | | |
|---|---|---|---|
| Line items: | 2 | Net weight | 2,254.71 LB |
| Units: | 122 | Gross weight | 2,538.96 LB |
| | | Cube (FT³/M³) | 74.67 FT3 |
| Container(s): | 1 | US 53' Van Frozen | |

Special Instructions:

Humphrey, Natasha Lashell
Nestle USA

Page 1 of 1

Case 3:08-bk-06279   Doc 1112-4   Filed 02/11/09   Entered 02/11/09 13:38:49   Desc Exhibit C-2 (Invoices)   Page 5 of 12


# Nestlé

| | |
|---|---|
| Remit To: | Nestlé USA<br>P.O. Box 277115<br>Atlanta GA 30384-7115 |
| Bill To: | Commissary Operations Inc<br>2629 Eugenia Ave<br>Nashville TN 37211-2118 |

## Invoice No. 911960905

| Customer number | Order No |
|---|---|
| 1331376 | 5013260787 |

| Date shipped | Request. Del. Date | DC/Plant |
|---|---|---|
| 09/13/2007 | 09/19/2007 | 5410 |

Ship To/Consignee: 1094743
Tifton Distribution Center
dba Coi Foodservice Dist
7833 Magnolia Industrial Blvd
Tifton GA  31794-8812

Invoice Date: 09/14/2007
Terms: 2% 10 NET 11
from date of invoice

Credit Account: 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| NSLE/CCGA | CIP -Delivered | 355276 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 1002800021580100 | THS SemiSweet Morsels Case 24x12ozUS | | | |
| 11000329 | 45.000 CS | | 47.76 | 2,149.20 |
| 1005000005168400 | CHEF-MATE CornedBeefHash Case6x107oz US | | | |
| 11000366 | 88.000 CS | | 42.10 | 3,704.80 |

**CONTRACT #136838**   **2007 SHONEYS**

| Total: | 133 Units | Delivery No.: 8009887080 | Container: 23447 | BOL: | 00280001004692035 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| Sub-Total | | 5,854.00 |
| Invoice Total | | 5,854.00 |
| Cash Discount | 2.00 % | -117.08 |
| Invoice total if paid by 09/24/2007 | | 5,736.92 |

| Line items: | 2 | Net weight | 4,336.58 | LB |
|---|---|---|---|---|
| Units: | 133 | Gross weight | 4,823.60 | LB |
| | | Cube (FT³/M³) | 106.87 | FT3 |
| Container(s): | 1 | US 53' Van Temp Controlled | | |

Special Instructions:

_____
Humphrey, Natasha Lashell
Nestlé USA

Page 1 of 1



# Nestlé

**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

**Bill To:** Commissary Operations Inc
2629 Eugenia Ave
Nashville TN 37211-2118

### Invoice No. 911702188

| Customer number | Order No |
|---|---|
| 1331376 | 5011897665 |
| Date shipped | Request. Del.Date | DC/Plant |
| 09/04/2007 | 09/05/2007 | 5847 |

**Ship To/Consignee:** 1094743
Tifton Distribution Center
dba Coi Foodservice Dist
7833 Magnolia Industrial Blvd
Tifton GA  31794-8812

**Invoice Date:** 09/05/2007
**Terms:** 2% 10 NET 11
from date of invoice

**Credit Account:** 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| SWFP | CIP -Delivered | 354721 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 1001380030340700 | STOUFFER'S Fs Mcrn+Cheese 4x2.15kg US | | | |
| 11000349 | 112.000  CS | | 26.29 | 2,944.48 |
| | **CONTRACT #96637** | **2007 SHONEYS** | | |
| 1001380044221201 | Spinach Artichoke Dip 20lb N1 US | | | |
| 11007509 | 1,792.000  CS | | 28.10 | 50,355.20 |
| | 2007 APPLEBEE'S COI 1-93ACBV | | -0.92 | -1,648.64 |
| **Total:** | 1,904  Units    Delivery No.: 8009413224    Container: | MLRDVEH | BOL: | 00280001004149577 |

|  |  |
|---|---|
| Sub-Total | 51,651.04 |
| Invoice Total | 51,651.04 |
| Cash Discount  2.00  % | -1,065.99 |
| Invoice total if paid by 09/15/2007 | 50,585.05 |

| Line items: | 2 | Net weight | 37,964.10 | LB |
|---|---|---|---|---|
| Units: | 1,904 | Gross weight | 40,380.48 | LB |
| | | Cube (FT³/M ³) | 959.17 | FT3 |
| Container(s): | 1    US 53' Van Frozen | | | |

**Special Instructions:**

Humphreys v. Nestle d/b/a Stouffer's
Nestlé USA

Case 3:06-bk-06279    Doc 1112-4    Filed 02/11/09    Entered 02/11/09 13:38:49    Desc
Exhibit C-2 (Invoices)    Page 7 of 12    Page 1 of 1



# Nestlé

**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

**Bill To:** Commissary Operations Inc
2629 Eugenia Ave
Nashville TN 37211-2118

### Invoice No. 911295923

| Customer number | Order No |
|---|---|
| 1331376 | 5012261515 |
| Date shipped | Request. Del.Date | DC/Plant |
| 08/22/2007 | 08/29/2007 | 5410 |

**Ship To/Consignee:** 1094743
Tifton Distribution Center
dba Coi Foodservice Dist
7833 Magnolia Industrial Blvd
Tifton GA 31794-8812

**Invoice Date:** 08/23/2007
**Terms:** 2% 10 NET 11
from date of invoice

**Credit Account:** 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| NSLE/CCGA | CIP -Delivered | 354532 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 0005000025485900 | NESTLE Rich Hcm Sac 6(50x.71oz) US | | | |
| 11001959 | 200.000 CS | | 27.40 | 5,480.00 |
| | CONTRACT #136838 | 2007 SHONEYS | | |
| 1005000005168400 | CHEF-MATE CornedBeefHash Case6x107oz US | | | |
| 11000366 | 8.000 CS | | 42.10 | 336.80 |
| | CONTRACT #136838 | 2007 SHONEYS | | |
| Total: 208 Units | Delivery No.: 8008906843 | Container: 23424 | BOL: | 00280001004083031 |

| | | |
|---|---|---|
| Sub-Total | | 5,816.80 |
| Invoice Total | | 5,816.80 |
| Cash Discount | 2.00 % | -116.34 |
| Invoice total if paid by 09/02/2007 | | 5,700.46 |

| Line items: | 2 | Net weight | 2,992.65 | LB |
| Units: | 208 | Gross weight | 3,825.00 | LB |
| | | Cube (FT³/M³) | 246.20 | FT3 |
| Container(s): | 1 | US 53' Van Temp Controlled | | |

**Special Instructions:**



Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

Bill To: COMMISSARY OPERATIONS INC
2629 EUGENIA AVE
NASHVILLE TN 37211-2118

# Invoice No. 3441252

| Customer number | Order No | |
|---|---|---|
| 300015892 | 7563972 | |
| Date shipped | Request.Del.Date | DC/Plant |
| 10/17/2007 | 10/17/2007 | 0819 |

Ship To/Consignee: 100013639
SHONEYS MEAT PLANT
1725 ELM HILL PIKE
NASHVILLE TN 37210-3707

Credit Account: 700000862

Invoice Date: 10/18/2007
Terms: 2% 10 Days, Net 11
from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 404162 |

| Item Code / Quantity | Description | Size / Price | Amount(USD) |
|---|---|---|---|
| 1007482640407300 | Beef Consomme Conc 1x37.5lb US | 1/37.5 LB | |
| 50.000 CS | | 67.06 | 3,353.00 |
| | CONTRACT # 1226  2007 SHONEYS | | |
| 1007482664906100 | MINOR'S Clam Base NAMSG 6x1lb US | 6/1 LB | |
| 260.000 CS | | 32.84 | 8,538.40 |
| | CONTRACT # 1226  2007 SHONEYS | | |
| Total: 310 Units | Delivery No.: 801450944  BOL: 0007563972000 | | |

| | | | |
|---|---|---|---|
| | Sub-Total | | 11,891.40 |
| | Invoice Total | | 11,891.40 |
| | Cash Discount | 2.000 % | 237.83- |
| | Invoice total if paid by 10/28/2007 | | 11,653.57 |

| Line items | 2 | Net weight | 3,435.00 | LB |
|---|---|---|---|---|
| Units | 310 | Gross weight | 3,781.10 | LB |
| | | Cube (FT³/M³) | 122.03 | FT3 |
| Container(s): | 1 | | | |

Special Instructions:

Bennett, Christina Lynn
Nestlé USA

Page 1 of 1


# Nestlé

**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

**Bill To:**
COMMISSARY OPERATIONS INC
2629 EUGENIA AVE
NASHVILLE TN 37211-2118

**Invoice No. 3443473**

| Customer number | Order No |
|---|---|
| 300015892 | 7566567 |
| Date shipped | Request.Del.Date | DC/Plant |
| 12/26/2007 | 12/28/2007 | 0819 |

**Ship To/Consignee:** 100019300
COI FOODSERVICE
NASHVILLE DISTRIBUTION CENTER
2621 EUGENIA AVE
NASHVILLE TN 37211-2118

**Credit Account:** 700000862

**Invoice Date:** 12/27/2007
**Terms:** 2% 10 Days, Net 11 from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 167334 |

| Item Code | Description | Size | Price | Amount(USD) |
|---|---|---|---|---|
| 1007482632906200 | MINOR'S Beef Base NAMSG 6x1lb US | 6/1 LB | | |
| 300.000 CS | | | 22.08 | 6,624.00 |
| | CONTRACT # 1226 2007 SHONEYS | | | |
| 1007482645906600 | MINOR'S Chicken Base NAMSG 6X1LB | 6/1 LB | | |
| 520.000 CS | | | 19.61 | 10,197.20 |
| | CONTRACT # 1226 2007 SHONEYS | | | |
| 1007482614206700 | MINOR'S Rstd Garlic Flavor Conc 6 | 6/1 LB | | |
| 11.000 CS | | | 31.14 | 342.54 |
| | CONTRACT # 1226 2007 SHONEYS | | | |

**Total:** 831 Units   **Delivery No.:** 801453177   **BOL:** 0007566567000

| | | |
|---|---|---|
| Sub-Total | | 17,163.74 |
| Invoice Total | | 17,163.74 |
| Cash Discount | 2.000 % | 343.27- |
| Invoice total if paid by 01/06/2008 | | 16,820.47 |

| | | | | |
|---|---|---|---|---|
| Line items | 3 | Net weight | 4,986.00 | LB |
| Units | 831 | Gross weight | 5,617.56 | LB |
| | | Cube (FT$^3$/M$^3$) | 185.31 | FT3 |
| Container(s): | 1 | | | |

**Special Instructions:**

Bennett, Christina Lynn
Nestlé USA

Page 1 of 1



# Nestlé

Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

Bill To: COMMISSARY OPERATIONS INC
2629 EUGENIA AVE
NASHVILLE TN 37211-2118

## Invoice No. 3444605

| Customer number | Order No |
|---|---|
| 300015892 | 7567944 |
| Date shipped | Request.Del.Date | DC/Plant |
| 02/05/2008 | 02/06/2008 | 0840 |

Ship To/Consignee: 100013639
SHONEYS MEAT PLANT
1725 ELM HILL PIKE
NASHVILLE TN 37210-3707

Credit Account: 700000862

Invoice Date: 02/06/2008
Terms: 2% 10 Days, Net 11 from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| AIRB | NAFTA Prepaid Air | 404769 |

| Item Code | Description | Size | Amount(USD) |
|---|---|---|---|
| | Quantity | | Price |
| 1007482668605900 | Chipotle Flavor Conc 1x50lb US | 50 LB | |
| | 1.000 CS | | 232.50 | 232.50 |
| Total: | 1 Units   Delivery No.: 801454333   BOL: 0007567944000 | | |

|  |  |  |
|---|---|---|
| Sub-Total | | 232.50 |
| Invoice Total | | 232.50 |
| Cash Discount | 2.000 % | 4.65- |
| Invoice total if paid by 02/16/2008 | | 227.85 |

| Line items | 1 | Net weight | 50.00 | LB |
| Units | 1 | Gross weight | 53.20 | LB |
| | | Cube (FT$^3$/M$^3$) | 1.48 | FT3 |
| Container(s): | 1 | | | |

Special Instructions:

Bennett, Christina Lynn
Nestlé USA

Page 1 of 1



Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

Bill To: Commissary Operations Inc
2629 Eugenia Ave
Nashville TN 37211-2118

# Invoice No. 917081485

| Customer number | Order No |
|---|---|
| 1331376 | 5020697207 |
| Date shipped | Request. Del.Date | DC/Plant |
| 03/04/2008 | 03/05/2008 | 5410 |

Ship To/Consignee: 1087729
COI Foodservice
2621 Eugenia Ave
Nashville TN 37211-2118

Invoice Date: 03/05/2008
Terms: 2% 10 NET 11
from date of invoice

Credit Account: 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| SUCC | CIP -Delivered | 171767 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 1005000038662500 | RYAN'S Brown Gravy (12x16oz) US | | | |
| 11250679 | 200.000 CS | | 24.50 | 4,900.00 |
| 0005000049393700 | Old Country Buffet Chkn Grv 8x22.6oz US | | | |
| 11250583 | 100.000 CS | | 17.49 | 1,749.00 |
| 1005000020004400 | BUFFET'S American Stl Chse Sce 8x907g US | | | |
| 11250582 | 700.000 CS | | 26.25 | 18,375.00 |

Total: 1,000 Units   Delivery No.: 8016994439   Container: 53031

Sub-Total: 25,024.00

Invoice Total: 25,024.00
Cash Discount 2.00 %: -500.48

Invoice total if paid by 03/15/2008: 24,523.52

Line items: 3   Net weight: 14,723.35 LB
Units: 1,000   Gross weight: 15,964.00 LB
   Cube (FT³/M³): 1,041.50 FT3
Container(s): 1   US 53' Van Ambient

Special Instructions:

Weaver-bkr06
Nestlé USA

Case 3:08-bk-06279   Doc 1112-4   Filed 02/11/09   Entered 02/11/09 13:38:49   Desc
Exhibit C-2 (Invoices)   Page 12 of 12   Page 1 of 1