

# Nestlé

**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

**Bill To:** Commissary Operations Inc
2629 Eugenia Ave
Nashville TN 37211-2118

## Invoice No. 916263148

| Customer number | Order No |
|---|---|
| 1331376 | 5019681254 |

| Date shipped | Request. Del. Date | DC/Plant |
|---|---|---|
| 02/09/2008 | 02/08/2008 | 5410 |

**Ship To/Consignee:** 1087729
COI Foodservice
2621 Eugenia Ave
Nashville TN 37211-2118

**Invoice Date:** 02/11/2008
**Terms:** 2% 10 NET 11 from date of invoice

**Credit Account:** 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| CUPU | FAS -Customer Pickup | 170068 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 1005000038662500 | RYAN'S Brown Gravy (12x16oz) US | | | |
| 11250679 | 200.000 CS | | 24.50 | 4,900.00 |
| 0005000049393700 | Old Country Buffet Chkn Grv 8x22.6oz US | | | |
| 11250583 | 200.000 CS | | 17.49 | 3,498.00 |
| 1005000020004400 | BUFFET'S American Stl Chse Sce 8x907g US | | | |
| 11250582 | 1,000.000 CS | | 26.25 | 26,250.00 |
| 0005000025485900 | NESTLE Rich Hcm Sac 6(50x.71oz) US | | | |
| 11001959 | 50.000 CS | | 27.40 | 1,370.00 |

CONTRACT #251410     2008 SHONEYS

**Total:** 1,450 Units   **Delivery No.:** 8015921171   **Container:** 615984   **BOL:** 00280001008613180

| | |
|---|---|
| Sub-Total | 36,018.00 |
| Customer Pick-Up Alw | -484.12 |
| Invoice Total | 35,533.88 |
| Cash Discount  2.00 % | -720.36 |
| Invoice total if paid by 02/21/2008 | 34,813.52 |

| | | |
|---|---|---|
| Line items: | 4 | Net weight 21,319.14 LB |
| Units: | 1,450 | Gross weight 23,217.85 LB |
| | | Cube (FT³/M³) 1,506.47 FT3 |
| Container(s): | 1 | US 53' Van Ambient |


# Nestlé

| | |
|---|---|
| Remit To: | Nestlé USA<br>P.O. Box 277115<br>Atlanta GA 30384-7115 |
| Bill To: | Commissary Operations Inc<br>2629 Eugenia Ave<br>Nashville TN 37211-2118 |

**Invoice No. 916215456**

| Customer number | Order No |
|---|---|
| 1331376 | 5019844421 |

| Date shipped | Request. Del. Date | DC/Plant |
|---|---|---|
| 02/07/2008 | 02/07/2008 | 5847 |

Ship To/Consignee: 1094743
Tifton Distribution Center
dba Coi Foodservice Dist
7833 Magnolia Industrial Blvd
Tifton GA 31794-8812

Invoice Date: 02/08/2008
Terms: 2% 10 NET 11
from date of invoice

Credit Account: 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| CUPU | FAS -Customer Pickup | 360786 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 1001380044221201 | Spinach Artichoke Dip 20lb N1 US | | | |
| 11007509 | 105.000 CS | | 28.10 | 2,950.50 |
| | CONTRACT #251410 | 2008 SHONEYS | | |
| | 2008 APPLEBEE'S COI 1-9NH5GF | | -0.92 | -96.60 |
| Total: | 105 Units  Delivery No.: 8015898132  Container: | MLRDVEH | BOL: | 00280001008573712 |

| | | |
|---|---|---|
| Sub-Total | | 2,853.90 |
| Customer Pick-Up Alw | | -55.56 |
| Invoice Total | | 2,798.34 |
| Cash Discount | 2.00 % | -59.01 |
| Invoice total if paid by 02/18/2008 | | 2,739.33 |

| | | | | |
|---|---|---|---|---|
| Line items: | 1 | Net weight | 2,100.04 | LB |
| Units: | 105 | Gross weight | 2,230.20 | LB |
| | | Cube (FT³/M³) | 51.77 | FT3 |
| Container(s): | 1 | US 53' Van Frozen | | |

Special Instructions:
CPU Allowance: 6% of full load rate based on W

Bennett, Christina Lynn
Nestlé USA

Page 1 of 1

Case 3:08-bk-06279   Doc 1112-5   Filed 02/11/09   Entered 02/11/09 13:38:49   Desc Exhibit C-3 (Invoices)   Page 2 of 12



Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

Bill To: Commissary Operations Inc
2629 Eugenia Ave
Nashville TN 37211-2118

## Invoice No. 915495812

| Customer number | Order No |
|---|---|
| 1331376 | 5018746506 |
| Date shipped | Request. Del.Date | DC/Plant |
| 01/15/2008 | 01/22/2008 | 5410 |

Ship To/Consignee: 1087729
COI Foodservice
2621 Eugenia Ave
Nashville TN 37211-2118

Invoice Date: 01/16/2008
Terms: 2% 10 NET 11
from date of invoice

Credit Account: 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| ABFS | CIP -Delivered | 168785 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 1005000038662500 | RYAN'S Brown Gravy (12x16oz) US | | | |
| 11250679 | 100.000 CS | | 24.50 | 2,450.00 |
| 1005000020004400 | BUFFET'S American Stl Chse Sce 8x907g US | | | |
| 11250582 | 300.000 CS | | 26.25 | 7,875.00 |

Total: 400 Units    Delivery No.: 8014937199    Container: 40065    BOL: 00280001008001604

Sub-Total ............................................. 10,325.00

Invoice Total ......................................... 10,325.00
Cash Discount           2.00  %                         -206.50

Invoice total if paid by 01/26/2008 .................. 10,118.50

Line items: 2          Net weight     5,997.46   LB
Units:     400         Gross weight   6,508.00   LB
                       Cube (FT³/M³)    428.80   FT3
Container(s): 1    US 48' Van Ambient
Special Instructions:



# Nestlé

| | |
|---|---|
| Remit To: | Nestlé USA<br>P.O. Box 277115<br>Atlanta GA 30384-7115 |
| Bill To: | Commissary Operations Inc<br>2629 Eugenia Ave<br>Nashville TN 37211-2118 |

## Invoice No. 915574141

| Customer number | Order No |
|---|---|
| 1331376 | 5018696760 |

| Date shipped | Request. Del. Date | DC/Plant |
|---|---|---|
| 01/17/2008 | 01/18/2008 | 5847 |

Ship To/Consignee: 1091995
Ripley Distribution Center
HC 88 Cedar Lakes Rd Box 129
Ripley WV 25271-9318

Invoice Date: 01/18/2008
Terms: 2% 10 NET 11
from date of invoice

Credit Account: 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| RMXR | CIP -Delivered | 247809 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 1001380030139700 | Lasagna with Meat Sauce 4x96oz US | | | |
| 11003940 | 77.000 CS | | 35.70 | 2,748.90 |
| Total: 77 Units | Delivery No.: 8015002136 | Container: MLRDVEH | BOL: | 00280001007927523 |

| | |
|---|---|
| Sub-Total | 2,748.90 |
| Invoice Total | 2,748.90 |
| Cash Discount 2.00 % | -54.98 |
| Invoice total if paid by 01/28/2008 | 2,693.92 |

| | | | |
|---|---|---|---|
| Line items: | 1 | Net weight 1,846.95 | LB |
| Units: | 77 | Gross weight 2,017.40 | LB |
| | | Cube (FT³/M³) 57.52 | FT3 |
| Container(s): | 1 | US 53' Van Frozen | |

Special Instructions:

Bennett, Christina Lynn
Nestlé USA

Case 3:08-bk-06279   Doc 1112-5   Filed 02/11/09   Entered 02/11/09 13:38:49   Desc
Exhibit C-3 (Invoices)   Page 4 of 12



| | |
|---|---|
| Remit To: | Nestlé USA<br>P.O. Box 277115<br>Atlanta GA 30384-7115 |
| Bill To: | COMMISSARY OPERATIONS INC<br>2629 EUGENIA AVE<br>NASHVILLE TN 37211-2118 |

## Invoice No. 3444582

| Customer number | Order No | |
|---|---|---|
| 300015892 | 7567713 | |
| Date shipped | Request.Del.Date | DC/Plant |
| 02/05/2008 | 02/06/2008 | 0819 |

Ship To/Consignee: 100013639
SHONEYS MEAT PLANT
1725 ELM HILL PIKE
NASHVILLE TN 37210-3707

Credit Account:     700000862

Invoice Date: 02/06/2008
Terms:     2% 10 Days, Net 11
           from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 404736 |

| Item Code | Description | Size | | Amount(USD) |
|---|---|---|---|---|
| | Quantity | | Price | |
| 1007482632904800 | MINOR'S Beef Base NAMSG 4x5lb US | 4/5 LB | | |
| | 30.000 CS | | 100.02 | 3,000.60 |
| | CONTRACT # 1377   2008 SHONEYS BEST | | | |
| Total: | 30 Units   Delivery No.: 801454312   BOL: 0007567713000 | | | |

|  |  |  |  |
|---|---|---|---|
| | Sub-Total | | 3,000.60 |
| | Invoice Total | | 3,000.60 |
| | Cash Discount | 2.000 % | 60.01- |
| | Invoice total if paid by 02/16/2008 | | 2,940.59 |

| Line items | 1 | Net weight | 600.00 | LB |
|---|---|---|---|---|
| Units | 30 | Gross weight | 660.30 | LB |
| | | Cube (FT³/M³) | 21.84 | FT3 |
| Container(s): | 1 | | | |

Special Instructions:

Bennett, Christina Lynn
Nestlé USA

Page 1 of 1



**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

**Bill To:** COMMISSARY OPERATIONS INC
2629 EUGENIA AVE
NASHVILLE TN  37211-2118

# Invoice No. 3443622

| Customer number | Order No |
|---|---|
| 300015892 | 7566566 |
| Date shipped | Request.Del.Date | DC/Plant |
| 12/31/2007 | 01/02/2008 | 0819 |

**Ship To/Consignee:** 100071074
TIFTON DISTRIBUTION CENTER
DBA COI FOODSERVICE DIST
7833 MAGNOLIA INDUSTRIAL BLVD
TIFTON GA  31794-8812

**Credit Account:**      700000862

**Invoice Date:** 01/02/2008
**Terms:**        2% 10 Days, Net 11
                  from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 359032 |

| Item Code / Quantity | Description | Size / Price | Amount(USD) |
|---|---|---|---|
| 1007482639006200 | MINOR'S Beef Grv Conc NAMSG 6x13. | 6/13.6 OZ | |
| 150.000 CS | | 20.36 | 3,054.00 |
| 1007482620506900 | MINOR'S Trky Grv Conc NAMSG 6x13. | 6/13.6 OZ | |
| 260.000 CS | | 20.29 | 5,275.40 |
| Total:  410 Units | Delivery No.: 801453324   BOL: 0007566566000 | | |

|  |  |  |
|---|---|---|
| Sub-Total | | 8,329.40 |
| Invoice Total | | 8,329.40 |
| Cash Discount | 2.000 % | 166.59- |
| Invoice total if paid by 01/12/2008 | | 8,162.81 |

| Line items | 2 | Net weight | 2,091.00 | LB |
| Units | 410 | Gross weight | 2,402.60 | LB |
| | | Cube (FT³/M³) | 91.43 | FT3 |
| Container(s): | 1 | | | |

**Special Instructions:**

Bennett, Christina Lynn
Nestlé USA

Page 1 of 1

Case 3:08-bk-06279   Doc 1112-5   Filed 02/11/09   Entered 02/11/09 13:38:49   Desc
Exhibit C-3 (Invoices)   Page 6 of 12



# Nestlé

Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

Bill To: COMMISSARY OPERATIONS INC
2629 EUGENIA AVE
NASHVILLE TN 37211-2118

## Invoice No. 3446483

| Customer number | Order No |
|---|---|
| 300015892 | 7569858 |
| **Date shipped** | **Request.Del.Date** | **DC/Plant** |
| 04/08/2008 | 04/08/2008 | 0819 |

Ship To/Consignee: 100071074
TIFTON DISTRIBUTION CENTER
DBA COI FOODSERVICE DIST
7833 MAGNOLIA INDUSTRIAL BLVD
TIFTON GA 31794-0803

Credit Account: 700000862

Invoice Date: 04/09/2008
Terms: 2% 10 Days, Net 11
from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 363821 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| Quantity | | | Price | Amount(USD) |
| 1007482639006200 | MINOR'S Beef Grv Conc NAMSG 6x13. | 6/13.6 OZ | | |
| 234.000 CS | | | 14.70 | 3,439.80 |
| | CONTRACT # 1377 2008 SHONEYS BEST | | | |
| 1007482645906600 | MINOR'S Chicken Base NAMSG 6X1LB | 6/1 LB | | |
| 52.000 CS | | | 19.61 | 1,019.72 |
| | CONTRACT # 1377 2008 SHONEYS BEST | | | |
| 1007482614206700 | MINOR'S Rstd Garlic Flavor Conc 6 | 6/1 LB | | |
| 39.000 CS | | | 37.88 | 1,477.32 |

Total: 325 Units   Delivery No.: 801456214   BOL: 0007569858000

| | | | |
|---|---|---|---|
| | Sub-Total | | 5,936.84 |
| | Invoice Total | | 5,936.84 |
| | Cash Discount | 2.000 % | 118.74- |
| | Invoice total if paid by 04/19/2008 | | 5,818.10 |

| Line items | 3 | Net weight | 1,739.40 | LB |
| Units | 325 | Gross weight | 1,986.40 | LB |
| | | Cube (FT³/M³) | 72.48 | FT3 |
| Container(s): | 1 | | | |

**Special Instructions:**

Weaver, Lori A.
Nestlé USA

Page 1 of 1

Case 3:08-bk-06279   Doc 1112-5   Filed 02/11/09   Entered 02/11/09 13:38:49   Desc
Exhibit C-3 (Invoices)   Page 7 of 12


# Nestlé

**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

**Bill To:** Commissary Operations Inc
2629 Eugenia Ave
Nashville TN 37211-2118

## Invoice No. 918759638

| Customer number | Order No |
|---|---|
| 1331376 | 5023783759 |

| Date shipped | Request. Del.Date | DC/Plant |
|---|---|---|
| 04/30/2008 | 05/01/2008 | 5847 |

**Ship To/Consignee:** 1094743
Tifton Distribution Center
dba Coi Foodservice Dist
Coi Foodservice Dist
7833 Magnolia Industrial Blvd
Tifton GA 31794-0803

**Invoice Date:** 05/01/2008
**Terms:** 2% 10 NET 11 from date of invoice

**Credit Account:** 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| NSLE | CIP -Delivered | 365038 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 1001380044221202 | Spinach Artichoke Dip Pouch (4x5lb)N2 US | | | |
| 12056150 | 2,000.000 CS | | 28.10 | 56,200.00 |
| | **CONTRACT #251410** | **2008 SHONEYS** | | |
| | 2008 APPLEBEE'S COI 1-9NH5GF | | -0.92 | -1,840.00 |

**Total:** 2,000 Units  **Delivery No.:** 8019685193  **Container:** MLRDVEH  **BOL:** 00280001010421988

| | |
|---|---|
| Sub-Total | 54,360.00 |
| Invoice Total | 54,360.00 |
| Cash Discount   2.00 % | -1,124.00 |
| Invoice total if paid by 05/11/2008 | 53,236.00 |

| Line items: | 1 | Net weight | 39,991.86 | LB |
|---|---|---|---|---|
| Units: | 2,000 | Gross weight | 42,400.00 | LB |
| | | Cube (FT³/M³) | 986.00 | FT3 |
| Container(s): | 1 | US 53' Van Frozen | | |

**Special Instructions:**

Weaver-br-06279
Nestlé USA
Case 3:08-bk-06279   Doc 1112-5   Filed 02/11/09   Entered 02/11/09 13:38:49   Desc
Exhibit C-3 (Invoices)   Page 8 of 12   Page 1 of 1



**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 918489752

| Item Code | Description | | Size | | Amount(USD) |
|---|---|---|---|---|---|
| | Quantity | | | Price | |
| | | Sub-Total | | | 14,479.68 |
| | | Invoice Total | | | 14,479.68 |
| | | Cash Discount | 2.00 | % | -289.59 |
| | | Invoice total if paid by 05/03/2008 | | | 14,190.09 |

| | | | | | |
|---|---|---|---|---|---|
| Line items: | 7 | | Net weight | 10,034.69 | LB |
| Units: | 483 | | Gross weight | 11,111.65 | LB |
| | | | Cube (FT³/M³) | 484.25 | FT3 |
| Container(s): | 1 | US 53' Van Temp Controlled | | | |

Special Instructions:



# Nestlé

Remit To: Nestlé USA  
P.O. Box 277115  
Atlanta GA 30384-7115

# Invoice No. 918489752

| Customer number | Order No |
|---|---|
| 1331376 | 5023515281 |
| Date shipped | Request. Del.Date | DC/Plant |
| 04/22/2008 | 04/23/2008 | 5410 |

Bill To: Commissary Operations Inc  
2629 Eugenia Ave  
Nashville TN 37211-2118

Ship To/Consignee: 1094743  
Tifton Distribution Center  
dba Coi Foodservice Dist  
Coi Foodservice Dist  
7833 Magnolia Industrial Blvd  
Tifton GA  31794-0803

Invoice Date: 04/23/2008  
Terms: 2% 10 NET 11  
from date of invoice

Credit Account: 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| SUCC | CIP -Delivered | 364901 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 0003900051550400 | Bourbon Style Sauce (4x9.8lb) US | | | |
| 11001305 | 20.000 CS | | 37.95 | 759.00 |
| 1005000038662500 | RYAN'S Brown Gravy (12x16oz) US | | | |
| 11250679 | 100.000 CS | | 24.50 | 2,450.00 |
| 0005000049393700 | Old Country Buffet Chkn Grv 8x22.6oz US | | | |
| 11250583 | 50.000 CS | | 17.49 | 874.50 |
| 1005000020004400 | BUFFET'S American Stl Chse Sce 8x907g US | | | |
| 11250582 | 200.000 CS | | 26.25 | 5,250.00 |
| 0005000025485900 | NESTLE Rich Hcm Sac 6(50x.71oz) US | | | |
| 11001959 | 9.000 CS | | 30.74 | 276.66 |
| | CONTRACT #251410 | 2008 SHONEYS | | |
| 0005000001015800 | Corned Beef Hash (6x107oz) US | | | |
| 12037635 | 56.000 CS | | 50.87 | 2,848.72 |
| 1005000005168400 | CHEF-MATE CornedBeefHash Case6x107oz US | | | |
| 11000366 | 48.000 CS | | 42.10 | 2,020.80 |
| | CONTRACT #251410 | 2008 SHONEYS | | |

Total: 483 Units  Delivery No.: 8019195551  Container: 53592  BOL: 00280001010319667



# Nestlé

| Remit To: | Nestlé USA |
| --- | --- |
| | P.O. Box 277115 |
| | Atlanta GA 30384-7115 |

**Invoice No. 917914315**

| Customer number | Order No |
| --- | --- |
| 1331376 | 5022184068 |
| Date shipped | Request. Del.Date | DC/Plant |
| 04/01/2008 | 04/02/2008 | 5847 |

| Bill To: | Commissary Operations Inc |
| --- | --- |
| | 2629 Eugenia Ave |
| | Nashville TN 37211-2118 |

Ship To/Consignee: 1087729
COI Foodservice
2621 Eugenia Ave
Nashville TN 37211-2118

Invoice Date: 04/02/2008
Terms: 2% 10 NET 11
from date of invoice

Credit Account: 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
| --- | --- | --- |
| SWFP | CIP -Delivered | 173825 |

| Item Code | Description | Size | | |
| --- | --- | --- | --- | --- |
| | Quantity | | Price | Amount(USD) |
| 1001380030423700 | STOUFFER'S Fs Escalloped App 4x72oz US | | | |
| 11000351 | 112.000 CS | | 27.69 | 3,101.28 |
| | CONTRACT #251410 | 2008 SHONEYS | | |
| 1001380030021500 | Crm Sce Accented with Chip Beef 4x96ozUS | | | |
| 11003959 | 200.000 CS | | 44.05 | 8,810.00 |
| 1001380044221202 | Spinach Artichoke Dip Pouch (4x5lb)N2 US | | | |
| 12056150 | 700.000 CS | | 28.10 | 19,670.00 |
| | CONTRACT #251410 | 2008 SHONEYS | | |
| | 2008 APPLEBEE'S COI 1-9NH5GC | | -1.29 | -903.00 |
| Total: 1,012 Units | Delivery No.: 8018281330 | Container: MLRDVEH | BOL: | 00280001009645098 |

| | | |
| --- | --- | --- |
| | Sub-Total | 30,678.28 |
| | Invoice Total | 30,678.28 |
| | Cash Discount 2.00 % | -631.63 |
| | Invoice total if paid by 04/12/2008 | 30,046.65 |

| Line items: | 3 | Net weight | 20,818.08 | LB |
| --- | --- | --- | --- | --- |
| Units: | 1,012 | Gross weight | 22,288.96 | LB |
| | | Cube (FT³/M³) | 547.67 | FT3 |
| Container(s): | 1 | US 53' Van Frozen | | |

Special Instructions:

Weaver-br-06279
Nestlé USA



# Nestlé

Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

## Invoice No. 917599813

| Item Code | Description | | Size | | | Amount(USD) |
|---|---|---|---|---|---|---|
| | Quantity | | | Price | | |
| | | | Sub-Total | | | 22,515.44 |
| | | | Invoice Total | | | 22,515.44 |
| | | | Cash Discount | 2.00 | % | -450.31 |
| | | | Invoice total if paid by 04/03/2008 | | | 22,065.13 |
| Line items: | 6 | | Net weight | 15,161.30 | LB | |
| Units: | 726 | | Gross weight | 16,807.31 | LB | |
| | | | Cube (FT³/M³) | 752.04 | FT3 | |
| Container(s): | 1 | US 53' Van Temp Controlled | | | | |

Special Instructions: