
# Nestlé

| Remit To: | Nestlé USA<br>P.O. Box 277115<br>Atlanta GA 30384-7115 |
|---|---|

## Invoice No. 917599813

| Customer number | | Order No |
|---|---|---|
| 1331376 | | 5021969867 |
| Date shipped | Request. Del.Date | DC/Plant |
| 03/21/2008 | 03/26/2008 | 5410 |

| Bill To: | Commissary Operations Inc<br>2629 Eugenia Ave<br>Nashville TN 37211-2118 |
|---|---|

Ship To/Consignee:1094743
Tifton Distribution Center
dba Coi Foodservice Dist
7833 Magnolia Industrial Blvd
Tifton GA 31794-8812

**Invoice Date:** 03/24/2008
**Terms:** 2% 10 NET 11
from date of invoice

**Credit Account:** 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| SUCC | CIP -Delivered | 363072 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 0003900051550400 | Bourbon Style Sauce (4x9.8lb) US | | | |
| 11001305 | 20.000 CS | | 37.95 | 759.00 |
| 1005000038662500 | RYAN'S Brown Gravy (12x16oz) US | | | |
| 11250679 | 180.000 CS | | 24.50 | 4,410.00 |
| 1005000020004400 | BUFFET'S American Stl Chse Sce 8x907g US | | | |
| 11250582 | 348.000 CS | | 26.25 | 9,135.00 |
| 0005000025485900 | NESTLE Rich Hcm Sac 6(50x.71oz) US | | | |
| 11001959 | 18.000 CS | | 27.40 | 493.20 |
| | **CONTRACT #251410** | **2008 SHONEYS** | | |
| 0005000001015800 | Corned Beef Hash (6x107oz) US | | | |
| 12037635 | 112.000 CS | | 50.87 | 5,697.44 |
| 1005000005168400 | CHEF-MATE CornedBeefHash Case6x107oz US | | | |
| 11000366 | 48.000 CS | | 42.10 | 2,020.80 |
| | **CONTRACT #251410** | **2008 SHONEYS** | | |

| Total: | 726 Units | Delivery No.: 8017877526 | Container: 53273 | BOL: | 00280001009566997 |
|---|---|---|---|---|---|



**Nestlé**

**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 3446193

| Customer number | | Order No | |
|---|---|---|---|
| 300015892 | | 7569522 | |
| Date shipped | Request.Del.Date | | DC/Plant |
| 03/27/2008 | 03/27/2008 | | 0120 |

COMMISSARY OPERATIONS INC
**Bill To:** 2629 EUGENIA AVE
NASHVILLE TN 37211-2118

**Ship To/Consignee:** 100013638
RIPLEY DISTRIBUTION CENTER
HC 88 CEDAR LAKES RD BOX 129
RIPLEY WV 25271-9318

**Credit Account:** 700000862

**Invoice Date:** 03/28/2008
**Terms:** 2% 10 Days, Net 11
from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 249840 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| | Quantity | | Price | Amount(USD) |
| 1007482605206900 | MINOR'S Hrb de PrcFlavorConc 6x12 | 6/12.8 OZ | | |
| | 1.000 CS | | 32.12 | 32.12 |
| 1007482632906200 | MINOR'S Beef Base NAMSG 6x1lb US | 6/1 LB | | |
| | 96.000 CS | | 22.08 | 2,119.68 |
| | CONTRACT # 1377  2008 SHONEYS BEST | | | |
| 1007482646206600 | MINOR'S Chicken Base LSod NAMSG 6 | 6/1 LB | | |
| | 36.000 CS | | 26.75 | 963.00 |
| | CONTRACT # 1377  2008 SHONEYS BEST | | | |
| 1007482645906600 | MINOR'S Chicken Base NAMSG 6X1LB | 6/1 LB | | |
| | 156.000 CS | | 19.61 | 3,059.16 |
| | CONTRACT # 1377  2008 SHONEYS BEST | | | |

Total:     289 Units     **Delivery No.:** 801455849     **BOL:** 0007569522000

| | | | |
|---|---|---|---|
| | **Sub-Total** | | 6,173.96 |
| | **Invoice Total** | | 6,173.96 |
| | **Cash Discount** | 2.000 % | 123.48- |
| | **Invoice total if paid by 04/07/2008** | | 6,050.48 |

| **Line items** | 4 | **Net weight** | 1,732.80 | LB |
|---|---|---|---|---|
| **Units** | 289 | **Gross weight** | 1,952.44 | LB |
| | | **Cube (FT³/M³)** | 64.45 | FT3 |
| **Container(s)** | 1 | | | |

Case 3:08-bk-06279    Doc 1112-6    Filed 02/11/09    Entered 02/11/09 13:38:49    Desc
Exhibit C-4 (Invoices)    Page 2 of 15



**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 3447346

| Customer number | | Order No | |
|---|---|---|---|
| 300015892 | | 7570951 | |
| Date shipped | Request.Del.Date | DC/Plant | |
| 05/07/2008 | 05/07/2008 | 0819 | |

COMMISSARY OPERATIONS INC
**Bill To:** 2629 EUGENIA AVE
NASHVILLE TN 37211-2118

**Ship To/Consignee:** 100013639
SHONEYS MEAT PLANT
1725 ELM HILL PIKE
NASHVILLE TN 37210-3707

**Credit Account:** 700000862

**Invoice Date:** 05/08/2008
**Terms:** 2% 10 Days, Net 11
from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 405186 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| Quantity | | | Price | Amount(USD) |
| 1007482624005300 | STOUFFER'S Chicken Base NAMSG 1x5 | 50 LB | | |
| 30.000 CS | | | 119.33 | 3,579.90 |
| | CONTRACT # 1357  2008 AMERICA'S KITCH | | | |
| 1007482632904800 | MINOR'S Beef Base NAMSG 4x5lb US | 4/5 LB | | |
| 60.000 CS | | | 100.02 | 6,001.20 |
| | CONTRACT # 1377  2008 SHONEYS BEST | | | |
| 1007482614306400 | MINOR'S Rstd Onion Flavor Conc 6x | 6/1 LB | | |
| 30.000 CS | | | 39.12 | 1,173.60 |
| **Total:** 120 Units | **Delivery No.:** 801457061   **BOL:** 0007570951000 | | | |

| | | Sub-Total | | 10,754.70 |
|---|---|---|---|---|
| | | Invoice Total | | 10,754.70 |
| | | Cash Discount | 2.000  % | 215.09- |
| | | Invoice total if paid by 05/18/2008 | | 10,539.61 |

| Line items | 3 | Net weight | 2,880.00 | LB |
|---|---|---|---|---|
| Units | 120 | Gross weight | 3,119.40 | LB |
| | | Cube (FT$^3$/M$^3$) | 94.65 | FT3 |
| **Container(s):** | 1 | | | |

**Special Instructions:**

_____
**Weaver, Lori A.**
**Nestlé USA**

Page 1 of  1

 **Nestlé**

**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 920160854

| Customer number | | Order No |
|---|---|---|
| 1331376 | | 5026026504 |
| Date shipped | Request. Del.Date | DC/Plant |
| 06/18/2008 | 06/19/2008 | 5410 |

**Bill To:** Commissary Operations Inc
2629 Eugenia Ave
Nashville TN 37211-2118

**Ship To/Consignee:** 1094743
Tifton Distribution Center
dba Coi Foodservice Dist
Coi Foodservice Dist
7833 Magnolia Industrial Blvd
Tifton GA 31794-0803

**Invoice Date:** 06/19/2008
**Terms:** 2% 10 NET 11
from date of invoice

**Credit Account:** 1331376

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| RBTW | CIP -Delivered | 367467 |

| Item Code | Description | | Size | | |
|---|---|---|---|---|---|
| | Quantity | | | Price | Amount(USD) |
| 0003900051550400 | Bourbon Style Sauce (4x9.8lb) US | | | | |
| 11001305 | 58.000 CS | | | 37.95 | 2,201.10 |
| 1005000038662500 | RYAN'S Brown Gravy (12x16oz) US | | | | |
| 11250679 | 186.000 CS | | | 24.50 | 4,557.00 |
| 0005000049393700 | Old Country Buffet Chkn Grv 8x22.6oz US | | | | |
| 11250583 | 3.000 CS | | | 17.49 | 52.47 |
| 1005000020004400 | BUFFET'S American Stl Chse Sce 8x907g US | | | | |
| 11250582 | 280.000 CS | | | 26.25 | 7,350.00 |
| 0005000001015800 | Corned Beef Hash (6x107oz) US | | | | |
| 12037635 | 33.000 CS | | | 50.87 | 1,678.71 |

**Total:** 560 Units    **Delivery No.:** 8021873526    **Container:** 5306    **BOL:** 0028000101186485

| | | |
|---|---|---|
| **Sub-Total** | | **15,839.28** |
| **Invoice Total** | | **15,839.28** |
| **Cash Discount** | 2.00 % | -316.79 |
| **Invoice total if paid by 06/29/2008** | | **15,522.49** |

| Line items: | 5 | Net weight | 10,338.17 | LB |
|---|---|---|---|---|
| Units: | 560 | Gross weight | 11,286.90 | LB |
| | | Cube (FT³/M³) | 583.07 | FT3 |
| Container(s): | 1 | US 53' Van Ambient | | |



## Nestlé

**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 920136098

| Customer number | Order No |
|---|---|
| 1331376 | 5025868274 |

| Date shipped | Request. Del.Date | DC/Plant |
|---|---|---|
| 06/13/2008 | 06/16/2008 | 5410 |

**Bill To:** Commissary Operations Inc
2629 Eugenia Ave
Nashville TN 37211-2118

**Ship To/Consignee:** 1087729
COI Foodservice
2621 Eugenia Ave
Nashville TN 37211-2118

**Invoice Date:** 06/16/2008
**Terms:** 2% 10 NET 11
from date of invoice

**Credit Account:** 1331376

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O. Number |
|---|---|---|
| NSLE | CIP -Delivered | 179860 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| Quantity | | | Price | Amount(USD) |
| 0003900051550400 | Bourbon Style Sauce (4x9.8lb) US | | | |
| 11001305 | 70.000 CS | | 37.95 | 2,656.50 |
| 1005000038662500 | RYAN'S Brown Gravy (12x16oz) US | | | |
| 11250679 | 100.000 CS | | 24.50 | 2,450.00 |
| 1005000020004400 | BUFFET'S American Stl Chse Sce 8x907g US | | | |
| 11250582 | 400.000 CS | | 26.25 | 10,500.00 |
| 0005000001015800 | Corned Beef Hash (6x107oz) US | | | |
| 12037635 | 112.000 CS | | 50.87 | 5,697.44 |

**Total:** 682 Units    **Delivery No.:** 8021665780    **Container:** 23204    **BOL:** 00280001011599785

| | | |
|---|---|---|
| **Sub-Total** | | **21,303.94** |
| **Invoice Total** | | **21,303.94** |
| **Cash Discount** | 2.00 % | **-426.08** |
| **Invoice total if paid by 06/26/2008** | | **20,877.86** |

| | | | |
|---|---|---|---|
| **Line items:** 4 | **Net weight** | 14,829.97 | LB |
| **Units:** 682 | **Gross weight** | 16,227.60 | LB |
| | **Cube (FT³/M³)** | 717.03 | FT3 |
| **Container(s):** 1 | US 53' Van Ambient | | |

**Special Instructions:**

Weaver, Lori A.
Nestlé USA


**Nestlé**

| Remit To: | Nestlé USA |
|-----------|-----------|
| | P.O. Box 277115 |
| | Atlanta GA 30384-7115 |

# Invoice No. 919363176

| Customer number | | Order No |
|-----------------|--|----------|
| 1331376 | | 5024630751 |
| Date shipped | Request. Del.Date | DC/Plant |
| 05/22/2008 | 05/22/2008 | 5847 |

| Bill To: | Commissary Operations Inc |
|----------|---------------------------|
| | 2629 Eugenia Ave |
| | Nashville TN 37211-2118 |

**Ship To/Consignee:** 1094743
Tifton Distribution Center
dba Coi Foodservice Dist
Coi Foodservice Dist
7833 Magnolia Industrial Blvd
Tifton GA 31794-0803

**Invoice Date:** 05/23/2008
**Terms:** 2% 10 NET 11
from date of invoice

**Credit Account:** 1333611

| Shipped Via/Vessel | Terms of Delivery | Customer's P.O.  Number |
|--------------------|-------------------|--------------------------|
| CUPU | FAS -Customer Pickup | 366029 |

| Item Code | Description | | Size | | |
|-----------|-------------|--|------|--|--|
| | Quantity | | | Price | Amount(USD) |
| 1001380030021500 | Crm Sce Accented with Chip Beef 4x96ozUS | | | | |
| 11003959 | 150.000 CS | | | 43.75 | 6,562.50 |
| 1001380030691000 | RYAN'S Lasagna + Meat + Sauce 4x96oz US | | | | |
| 11003877 | 200.000 CS | | | 30.50 | 6,100.00 |
| 1001380030340700 | STOUFFER'S Fs Mcrn+Cheese 4x76oz US | | | | |
| 11000349 | 112.000 CS | | | 29.26 | 3,277.12 |
| 1001380044221202 | Spinach Artichoke Dip Pouch (4x5lb)N2 US | | | | |
| 12056150 | 1,344.000 CS | | | 28.10 | 37,766.40 |
| | **CONTRACT #251410** | **2008 SHONEYS** | | | |
| | 2008 APPLEBEE'S COI 1-9NH5GF | | | -0.92 | -1,236.48 |
| 1001380030139700 | Lasagna with Meat Sauce 4x96oz US | | | | |
| 11003940 | 77.000 CS | | | 35.90 | 2,764.30 |

| Total: | 1,883  Units | Delivery No.: 8020623169 | Container: MLRDVEH | BOL: | 00280001010896410 |
|--------|-------------|--------------------------|--------------------|------|-------------------|



**Nestlé**

Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

| Item Code | Description | | Size | | |
|---|---|---|---|---|---|
| | Quantity | | | Price | Amount(USD) |
| | | Sub-Total | | | 55,233.84 |
| | | Customer Pick-Up Alw | | | -926.00 |
| | | Invoice Total | | | 54,307.84 |
| | | Cash Discount | 2.00 | % | -1,129.41 |
| | | Invoice total if paid by 06/02/2008 | | | 53,178.43 |

| | | | | | |
|---|---|---|---|---|---|
| Line items: | 5 | Net weight | 39,246.78 | LB | |
| Units: | 1,883 | Gross weight | 41,931.60 | LB | |
| | | Cube (FT$^3$/M $^3$) | 1,037.23 | FT3 | |
| Container(s): | 1 | US 53' Van Frozen | | | |

**Special Instructions:**
**CPU Allowance:** 100% of full load rate based on W



**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 3438146

| Customer number | | Order No | |
|---|---|---|---|
| 300015892 | | 7560196 | |
| Date shipped | Request.Del.Date | | DC/Plant |
| 07/12/2007 | 07/12/2007 | | 0120 |

COMMISSARY OPERATIONS INC
**Bill To:** 2629 EUGENIA AVE
NASHVILLE TN  37211-2118

**Ship To/Consignee:** 100013638
RIPLEY DISTRIBUTION CENTER
HC 88 CEDAR LAKES RD BOX 129
RIPLEY WV  25271-9318

**Credit Account:**        700000862

**Invoice Date:** 07/13/2007
**Terms:**        2% 10 Days, Net 11
from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 241976 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| Quantity | | | Price | Amount(USD) |
| 1007482605206900 | MINOR'S Hrb de PrcFlavorConc 6x12 | 6/12.8 OZ | | |
| 10.000 CS | | | 30.88 | 308.80 |
| 1007482639006200 | MINOR'S Beef Grv Conc NAMSG 6x13. | 6/13.6 OZ | | |
| 65.000 CS | | | 14.70 | 955.50 |
| | CONTRACT # 1226  2007 SHONEYS | | | |
| 1007482620506900 | MINOR'S Trky Grv Conc NAMSG 6x13. | 6/13.6 OZ | | |
| 78.000 CS | | | 16.65 | 1,298.70 |
| | CONTRACT # 1226  2007 SHONEYS | | | |
| 1007482632906200 | MINOR'S Beef Base NAMSG 6x1lb US | 6/1 LB | | |
| 52.000 CS | | | 22.08 | 1,148.16 |
| | CONTRACT # 1226  2007 SHONEYS | | | |
| 1007482646206600 | MINOR'S Chicken Base LSod NAMSG 6 | 6/1 LB | | |
| 26.000 CS | | | 26.75 | 695.50 |
| | CONTRACT # 1226  2007 SHONEYS | | | |
| 1007482645906600 | MINOR'S Chicken Base NAMSG 6X1LB | 6/1 LB | | |
| 65.000 CS | | | 19.61 | 1,274.65 |
| | CONTRACT # 1226  2007 SHONEYS | | | |

Total:        296 Units    Delivery No.: 801447822    BOL: 0007560196000



**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 3438146

| Item Code | Quantity | Description | Size | Price | Amount(USD) |
|---|---|---|---|---|---|
| | | **Sub-Total** | | | **5,681.31** |
| | | **Invoice Total** | | | **5,681.31** |
| | | **Cash Discount** | | 2.000 % | 113.63- |
| | | **Invoice total if paid by 07/23/2007** | | | **5,567.68** |

| | | | | |
|---|---|---|---|---|
| **Line items** | 6 | **Net weight** | 1,635.30 | LB |
| **Units** | 296 | **Gross weight** | 1,860.26 | LB |
| | | **Cube (FT³/M³)** | 66.01 | FT3 |
| **Container(s):** | 1 | | | |

**Special Instructions:**



**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 3440314

| Customer number | | Order No | |
|---|---|---|---|
| 300015892 | | 7562997 | |
| Date shipped | Request.Del.Date | | DC/Plant |
| 09/18/2007 | 09/19/2007 | | 0819 |

**Bill To:**
COMMISSARY OPERATIONS INC
2629 EUGENIA AVE
NASHVILLE TN  37211-2118

**Ship To/Consignee:** 100019300
COI FOODSERVICE
NASHVILLE DISTRIBUTION CENTER
2621 EUGENIA AVE
NASHVILLE TN  37211-2118

**Credit Account:**      700000862

**Invoice Date:** 09/19/2007
**Terms:**     2% 10 Days, Net 11
from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 162582 |

| Item Code | Quantity | Description | Size | Price | Amount(USD) |
|---|---|---|---|---|---|
| 1007482631006000 | | MINOR'S Shrimp Base 6x1lb US | 6/1 LB | | |
| | 12.000 CS | | | 72.95 | 875.40 |
| 1007482605206900 | | MINOR'S Hrb de PrcFlavorConc 6x12 | 6/12.8 OZ | | |
| | 7.000 CS | | | 30.88 | 216.16 |
| 1007482620506900 | | MINOR'S Trky Grv Conc NAMSG 6x13. | 6/13.6 OZ | | |
| | 51.000 CS | | | 16.65 | 849.15 |
| | | CONTRACT # 1226  2007 SHONEYS | | | |
| 1007482632906200 | | MINOR'S Beef Base NAMSG 6x1lb US | 6/1 LB | | |
| | 168.000 CS | | | 22.08 | 3,709.44 |
| | | CONTRACT # 1226  2007 SHONEYS | | | |
| 1007482646206600 | | MINOR'S Chicken Base LSod NAMSG 6 | 6/1 LB | | |
| | 39.000 CS | | | 26.75 | 1,043.25 |
| | | CONTRACT # 1226  2007 SHONEYS | | | |
| 1007482664906100 | | MINOR'S Clam Base NAMSG 6x1lb US | 6/1 LB | | |
| | 13.000 CS | | | 32.84 | 426.92 |
| | | CONTRACT # 1226  2007 SHONEYS | | | |

Total:      290 Units    **Delivery No.:** 801450033    BOL: 0007562997000



Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 3440314

| Item Code | Description | | Size | | |
|---|---|---|---|---|---|
| | Quantity | | | Price | Amount(USD) |

| | | | Sub-Total | | | 7,120.32 |
|---|---|---|---|---|---|---|
| | | | Invoice Total | | | 7,120.32 |
| | | | Cash Discount | 2.000 | % | 142.41- |
| | | | Invoice total if paid by 09/29/2007 | | | 6,977.91 |

| Line items | 6 | Net weight | 1,685.70 | LB |
|---|---|---|---|---|
| Units | 290 | Gross weight | 1,906.10 | LB |
| | | Cube (FT$^3$/M$^3$) | 64.67 | FT3 |
| Container(s): | 1 | | | |

**Special Instructions:**

Humphrey, Natasha Lashell
Nestlé USA



**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 3440837

| Customer number | | Order No | |
|---|---|---|---|
| 300015892 | | 7563526 | |
| Date shipped | Request.Del.Date | | DC/Plant |
| 10/04/2007 | 10/03/2007 | | 0120 |

COMMISSARY OPERATIONS INC
**Bill To:** 2629 EUGENIA AVE
NASHVILLE TN  37211-2118

**Ship To/Consignee:** 100013638
RIPLEY DISTRIBUTION CENTER
HC 88 CEDAR LAKES RD BOX 129
RIPLEY WV  25271-9318

**Credit Account:**       700000862

**Invoice Date:** 10/05/2007
**Terms:**        2% 10 Days, Net 11
from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 244703 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| Quantity | | | Price | Amount(USD) |
| 1007482605206900 | MINOR'S Hrb de PrcFlavorConc 6x12 | 6/12.8 OZ | | |
| 10.000 CS | | | 30.88 | 308.80 |
| 1007482639006200 | MINOR'S Beef Grv Conc NAMSG 6x13. | 6/13.6 OZ | | |
| 87.000 CS | | | 14.70 | 1,278.90 |
| | CONTRACT # 1226  2007 SHONEYS | | | |
| 1007482620506900 | MINOR'S Trky Grv Conc NAMSG 6x13. | 6/13.6 OZ | | |
| 72.000 CS | | | 16.65 | 1,198.80 |
| | CONTRACT # 1226  2007 SHONEYS | | | |
| 1007482632906200 | MINOR'S Beef Base NAMSG 6x1lb US | 6/1 LB | | |
| 104.000 CS | | | 22.08 | 2,296.32 |
| | CONTRACT # 1226  2007 SHONEYS | | | |
| 1007482646206600 | MINOR'S Chicken Base LSod NAMSG 6 | 6/1 LB | | |
| 26.000 CS | | | 26.75 | 695.50 |
| | CONTRACT # 1226  2007 SHONEYS | | | |

Total:     299 Units    **Delivery No.:** 801450509    **BOL:** 0007563526000



**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 3440837

| Item Code | | Description | | Size | | |
|---|---|---|---|---|---|---|
| | Quantity | | | | Price | Amount(USD) |
| | | | | | | |
| | | **Sub-Total** | | | | 5,778.32 |
| | | **Invoice Total** | | | | 5,778.32 |
| | | **Cash Discount** | | | 2.000 % | 115.57- |
| | | **Invoice total if paid by 10/15/2007** | | | | 5,662.75 |

| | | | | | |
|---|---|---|---|---|---|
| **Line items** | 5 | **Net weight** | 1,638.90 | LB | |
| **Units** | 299 | **Gross weight** | 1,866.14 | LB | |
| | | **Cube (FT³/M³)** | 66.68 | FT3 | |
| **Container(s):** | 1 | | | | |

**Special Instructions:**


# Nestlé

Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

## Invoice No. 3442117

| Customer number | | Order No | |
| --- | --- | --- | --- |
| 300015892 | | 7564846 | |
| Date shipped | Request.Del.Date | | DC/Plant |
| 11/12/2007 | 11/14/2007 | | 0819 |

COMMISSARY OPERATIONS INC
Bill To: 2629 EUGENIA AVE
NASHVILLE TN 37211-2118

Ship To/Consignee: 100071074
TIFTON DISTRIBUTION CENTER
DBA COI FOODSERVICE DIST
7833 MAGNOLIA INDUSTRIAL BLVD
TIFTON GA 31794-8812

Credit Account: 700000862

Invoice Date: 11/13/2007
Terms: 2% 10 Days, Net 11
from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
| --- | --- | --- |
| MQID | NAFTA Prepaid Dlv. -Truck | 357175 |

| Item Code | Description | Size | | |
| --- | --- | --- | --- | --- |
| Quantity | | | Price | Amount(USD) |
| 1007482639006200 | MINOR'S Beef Grv Conc NAMSG 6x13. | 6/13.6 OZ | | |
| 78.000 CS | | | 14.70 | 1,146.60 |
| | CONTRACT # 1226 2007 SHONEYS | | | |
| 1007482620506900 | MINOR'S Trky Grv Conc NAMSG 6x13. | 6/13.6 OZ | | |
| 39.000 CS | | | 16.65 | 649.35 |
| | CONTRACT # 1226 2007 SHONEYS | | | |
| 1007482645906600 | MINOR'S Chicken Base NAMSG 6X1LB | 6/1 LB | | |
| 78.000 CS | | | 19.61 | 1,529.58 |
| | CONTRACT # 1226 2007 SHONEYS | | | |
| 1007482614206700 | MINOR'S Rstd Garlic Flavor Conc 6 | 6/1 LB | | |
| 112.000 CS | | | 31.14 | 3,487.68 |
| | CONTRACT # 1226 2007 SHONEYS | | | |

Total: 307 Units   Delivery No.: 801451828   BOL: 0007564846000



**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 3442117

| Item Code | Quantity | Description | Size | Price | Amount(USD) |
|---|---|---|---|---|---|
| | | Sub-Total | | | 6,813.21 |
| | | Invoice Total | | | 6,813.21 |
| | | Cash Discount | | 2.000 % | 136.26- |
| | | Invoice total if paid by 11/23/2007 | | | 6,676.95 |

| Line items | 4 | Net weight | 1,736.70 | LB |
|---|---|---|---|---|
| Units | 307 | Gross weight | 1,970.02 | LB |
| | | Cube (FT³/M³) | 68.46 | FT3 |
| Container(s): | 1 | | | |

**Special Instructions:**