

Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

Bill To: COMMISSARY OPERATIONS INC
2629 EUGENIA AVE
NASHVILLE TN 37211-2118

## Invoice No. 3442644

| Customer number | Order No |
|---|---|
| 300015892 | 7565396 |

| Date shipped | Request.Del.Date | DC/Plant |
|---|---|---|
| 11/29/2007 | 11/29/2007 | 0120 |

Ship To/Consignee: 100013638
RIPLEY DISTRIBUTION CENTER
HC 88 CEDAR LAKES RD BOX 129
RIPLEY WV  25271-9318

Credit Account:  700000862

Invoice Date: 11/30/2007
Terms: 2% 10 Days, Net 11 from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 246188 |

| Item Code / Quantity | Description | Size / Price | Amount(USD) |
|---|---|---|---|
| 1007482639006200 | MINOR'S Beef Grv Conc NAMSG 6x13. | 6/13.6 OZ | |
| 39.000 CS | | 14.70 | 573.30 |
| | CONTRACT # 1226  2007 SHONEYS | | |
| 1007482620506900 | MINOR'S Trky Grv Conc NAMSG 6x13. | 6/13.6 OZ | |
| 52.000 CS | | 16.65 | 865.80 |
| | CONTRACT # 1226  2007 SHONEYS | | |
| 1007482632906200 | MINOR'S Beef Base NAMSG 6x1lb US | 6/1 LB | |
| 39.000 CS | | 22.08 | 861.12 |
| | CONTRACT # 1226  2007 SHONEYS | | |
| 1007482646206600 | MINOR'S Chicken Base LSod NAMSG 6 | 6/1 LB | |
| 26.000 CS | | 26.75 | 695.50 |
| | CONTRACT # 1226  2007 SHONEYS | | |
| 1007482645906600 | MINOR'S Chicken Base NAMSG 6X1LB | 6/1 LB | |
| 156.000 CS | | 19.61 | 3,059.16 |
| | CONTRACT # 1226  2007 SHONEYS | | |

Total:  312 Units   Delivery No.: 801452366   BOL: 0007565396000



Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 3442644

| Item Code | Quantity | Description | Size | Price | Amount(USD) |
|---|---|---|---|---|---|
| | | Sub-Total | | | 6,054.88 |
| | | Invoice Total | | | 6,054.88 |
| | | Cash Discount | | 2.000 % | 121.10- |
| | | Invoice total if paid by 12/10/2007 | | | 5,933.78 |

| | | | | | |
|---|---|---|---|---|---|
| Line items | 5 | Net weight | 1,790.10 | LB | |
| Units | 312 | Gross weight | 2,027.22 | LB | |
| | | Cube (FT³/M³) | 69.58 | FT3 | |
| Container(s): | 1 | | | | |

**Special Instructions:**

Bennett, Christina Lynn
Nestlé USA



Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

Bill To: COMMISSARY OPERATIONS INC
2629 EUGENIA AVE
NASHVILLE TN  37211-2118

Invoice Date: 12/27/2007
Terms: 2% 10 Days, Net 11 from date of invoice

# Invoice No. 3443472

| Customer number | Order No |
|---|---|
| 300015892 | 7566317 |
| Date shipped | Request.Del.Date | DC/Plant |
| 12/26/2007 | 12/28/2007 | 0819 |

Ship To/Consignee: 100019300
COI FOODSERVICE
NASHVILLE DISTRIBUTION CENTER
2621 EUGENIA AVE
NASHVILLE TN  37211-2118

Credit Account:   700000862

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 166809 |

| Item Code / Quantity | Description | Size / Price | Amount(USD) |
|---|---|---|---|
| 1007482631006000 | MINOR'S Shrimp Base 6x1lb US | 6/1 LB | |
| 8.000 CS | | 72.95 | 583.60 |
| 1007482605206900 | MINOR'S Hrb de PrcFlavorConc 6x12 | 6/12.8 OZ | |
| 10.000 CS | | 30.88 | 308.80 |
| 1007482620506900 | MINOR'S Trky Grv Conc NAMSG 6x13. | 6/13.6 OZ | |
| 26.000 CS | | 16.65 | 432.90 |
| | CONTRACT # 1226  2007 SHONEYS | | |
| 1007482632906200 | MINOR'S Beef Base NAMSG 6x1lb US | 6/1 LB | |
| 91.000 CS | | 22.08 | 2,009.28 |
| | CONTRACT # 1226  2007 SHONEYS | | |
| 1007482646206600 | MINOR'S Chicken Base LSod NAMSG 6 | 6/1 LB | |
| 26.000 CS | | 26.75 | 695.50 |
| | CONTRACT # 1226  2007 SHONEYS | | |
| 1007482645906600 | MINOR'S Chicken Base NAMSG 6X1LB | 6/1 LB | |
| 130.000 CS | | 19.61 | 2,549.30 |
| | CONTRACT # 1226  2007 SHONEYS | | |

Total:     291 Units    Delivery No.: 801453176    BOL: 0007566317000



Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 3443472

| Item Code | Quantity | Description | Size | Price | Amount(USD) |
|---|---|---|---|---|---|
| | | Sub-Total | | | 6,579.38 |
| | | Invoice Total | | | 6,579.38 |
| | | Cash Discount | | 2.000 % | 131.59- |
| | | Invoice total if paid by 01/06/2008 | | | 6,447.79 |

| | | | | | |
|---|---|---|---|---|---|
| Line items | 6 | Net weight | 1,710.60 | LB | |
| Units | 291 | Gross weight | 1,931.76 | LB | |
| | | Cube (FT³/M³) | 64.89 | FT3 | |
| Container(s): | 1 | | | | |

**Special Instructions:**

Bennett, Christina Lynn
Nestlé USA

Page 2 of 2



Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

Bill To: COMMISSARY OPERATIONS INC
2629 EUGENIA AVE
NASHVILLE TN  37211-2118

## Invoice No. 3443879

| Customer number | Order No | |
|---|---|---|
| 300015892 | 7566837 | |
| Date shipped | Request.Del.Date | DC/Plant |
| 01/10/2008 | 01/10/2008 | 0120 |

Ship To/Consignee: 100013638
RIPLEY DISTRIBUTION CENTER
HC 88 CEDAR LAKES RD BOX 129
RIPLEY WV  25271-9318

Credit Account:    700000862

Invoice Date: 01/11/2008
Terms:    2% 10 Days, Net 11
          from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 247501 |

| Item Code / Quantity | Description | Size / Price | Amount(USD) |
|---|---|---|---|
| 1007482605206900 | MINOR'S Hrb de PrcFlavorConc 6x12 | 6/12.8 OZ | |
| 10.000 CS | | 30.88 | 308.80 |
| 1007482639006200 | MINOR'S Beef Grv Conc NAMSG 6x13. | 6/13.6 OZ | |
| 26.000 CS | | 14.70 | 382.20 |
| | CONTRACT # 1377    2008 SHONEYS BEST | | |
| 1007482632906200 | MINOR'S Beef Base NAMSG 6x1lb US | 6/1 LB | |
| 91.000 CS | | 22.08 | 2,009.28 |
| | CONTRACT # 1377    2008 SHONEYS BEST | | |
| 1007482646206600 | MINOR'S Chicken Base LSod NAMSG 6 | 6/1 LB | |
| 39.000 CS | | 26.75 | 1,043.25 |
| | CONTRACT # 1377    2008 SHONEYS BEST | | |
| 1007482645906600 | MINOR'S Chicken Base NAMSG 6X1LB | 6/1 LB | |
| 117.000 CS | | 19.61 | 2,294.37 |
| | CONTRACT # 1377    2008 SHONEYS BEST | | |

Total:    283 Units    Delivery No.: 801453560    BOL: 0007566837000



Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 3443879

| Item Code | Quantity | Description | Size | Price | Amount(USD) |
|---|---|---|---|---|---|
| | | Sub-Total | | | 6,037.90 |
| | | Invoice Total | | | 6,037.90 |
| | | Cash Discount | | 2.000 % | 120.76- |
| | | Invoice total if paid by 01/21/2008 | | | 5,917.14 |

| | | | | | |
|---|---|---|---|---|---|
| Line items | 5 | Net weight | 1,662.60 | LB | |
| Units | 283 | Gross weight | 1,877.68 | LB | |
| | | Cube (FT³/M³) | 63.11 | FT3 | |
| Container(s): | 1 | | | | |

**Special Instructions:**

Bennett, Christina Lynn
Nestlé USA



Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

Bill To: COMMISSARY OPERATIONS INC
2629 EUGENIA AVE
NASHVILLE TN 37211-2118

## Invoice No. 3445675

| Customer number | Order No |
|---|---|
| 300015892 | 7568818 |

| Date shipped | Request.Del.Date | DC/Plant |
|---|---|---|
| 03/11/2008 | 03/13/2008 | 0819 |

Ship To/Consignee: 100019300
COI FOODSERVICE
NASHVILLE DISTRIBUTION CENTER
2621 EUGENIA AVE
NASHVILLE TN 37211-2118

Credit Account: 700000862

Invoice Date: 03/12/2008
Terms: 2% 10 Days, Net 11 from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 172248 |

| Item Code / Quantity | Description | Size | Price | Amount(USD) |
|---|---|---|---|---|
| 1007482631006000 | MINOR'S Shrimp Base 6x1lb US | 6/1 LB | | |
| 5.000 CS | | | 72.95 | 364.75 |
| | CONTRACT # 1377    2008 SHONEYS BEST | | | |
| 1007482620506900 | MINOR'S Trky Grv Conc NAMSG 6x13. | 6/13.6 OZ | | |
| 39.000 CS | | | 16.65 | 649.35 |
| | CONTRACT # 1377    2008 SHONEYS BEST | | | |
| 1007482632906200 | MINOR'S Beef Base NAMSG 6x1lb US | 6/1 LB | | |
| 104.000 CS | | | 22.08 | 2,296.32 |
| | CONTRACT # 1377    2008 SHONEYS BEST | | | |
| 1007482646206600 | MINOR'S Chicken Base LSod NAMSG 6 | 6/1 LB | | |
| 54.000 CS | | | 26.75 | 1,444.50 |
| | CONTRACT # 1377    2008 SHONEYS BEST | | | |
| 1007482645906600 | MINOR'S Chicken Base NAMSG 6X1LB | 6/1 LB | | |
| 80.000 CS | | | 19.61 | 1,568.80 |
| | CONTRACT # 1377    2008 SHONEYS BEST | | | |
| 1007482614206700 | MINOR'S Rstd Garlic Flavor Conc 6 | 6/1 LB | | |
| 13.000 CS | | | 37.88 | 492.44 |

Total: 295 Units   Delivery No.: 801455414   BOL: 0007568818000



Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 3445675

| Item Code | Quantity | Description | Size | Price | Amount(USD) |
|---|---|---|---|---|---|
| | | Sub-Total | | | 6,816.16 |
| | | Invoice Total | | | 6,816.16 |
| | | Cash Discount | | 2.000 % | 136.32- |
| | | Invoice total if paid by 03/22/2008 | | | 6,679.84 |

| | | | | | |
|---|---|---|---|---|---|
| Line items | 6 | Net weight | 1,734.90 | LB | |
| Units | 295 | Gross weight | 1,959.10 | LB | |
| | | Cube (FT³/M³) | 65.79 | FT3 | |
| Container(s): | 1 | | | | |

**Special Instructions:**

Weaver, Lori A.
Nestlé USA

Page 2 of 2



# Nestlé

Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

Bill To: COMMISSARY OPERATIONS INC
2629 EUGENIA AVE
NASHVILLE TN 37211-2118

## Invoice No. 3446939

| Customer number | Order No |
|---|---|
| 300015892 | 7570192 |

| Date shipped | Request.Del.Date | DC/Plant |
|---|---|---|
| 04/23/2008 | 04/24/2008 | 0819 |

Ship To/Consignee: 100019300
COI FOODSERVICE
NASHVILLE DISTRIBUTION CENTER
2621 EUGENIA AVE
NASHVILLE TN 37211-2118

Credit Account: 700000862

Invoice Date: 04/24/2008
Terms: 2% 10 Days, Net 11 from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 175416 |

| Item Code / Quantity | Description | Size | Price | Amount(USD) |
|---|---|---|---|---|
| 1007482631006000 | MINOR'S Shrimp Base 6x1lb US | 6/1 LB | | |
| 5.000 CS | | | 72.95 | 364.75 |
| | CONTRACT # 1377   2008 SHONEYS BEST | | | |
| 1007482605206900 | MINOR'S Hrb de PrcFlavorConc 6x12 | 6/12.8 OZ | | |
| 10.000 CS | | | 32.12 | 321.20 |
| 1007482620506900 | MINOR'S Trky Grv Conc NAMSG 6x13. | 6/13.6 OZ | | |
| 78.000 CS | | | 16.65 | 1,298.70 |
| | CONTRACT # 1377   2008 SHONEYS BEST | | | |
| 1007482632906200 | MINOR'S Beef Base NAMSG 6x1lb US | 6/1 LB | | |
| 96.000 CS | | | 22.08 | 2,119.68 |
| | CONTRACT # 1377   2008 SHONEYS BEST | | | |
| 1007482646206600 | MINOR'S Chicken Base LSod NAMSG 6 | 6/1 LB | | |
| 26.000 CS | | | 26.75 | 695.50 |
| | CONTRACT # 1377   2008 SHONEYS BEST | | | |
| 1007482664906100 | MINOR'S Clam Base NAMSG 6x1lb US | 6/1 LB | | |
| 2.000 CS | | | 32.84 | 65.68 |
| | CONTRACT # 1377   2008 SHONEYS BEST | | | |
| 1007482645906600 | MINOR'S Chicken Base NAMSG 6X1LB | 6/1 LB | | |
| 64.000 CS | | | 19.61 | 1,255.04 |
| | CONTRACT # 1377   2008 SHONEYS BEST | | | |
| 1007482614206700 | MINOR'S Rstd Garlic Flavor Conc 6 | 6/1 LB | | |
| 15.000 CS | | | 37.88 | 568.20 |

Total:   296 Units   Delivery No.: 801456654   BOL: 0007570192000



Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 3446939

| Item Code | Description | Size | | Amount(USD) |
|---|---|---|---|---|
| | Quantity | | Price | |
| | | Sub-Total | | 6,688.75 |
| | | Invoice Total | | 6,688.75 |
| | | Cash Discount | 2.000 % | 133.78- |
| | | Invoice total if paid by 05/04/2008 | | 6,554.97 |

| | | | | |
|---|---|---|---|---|
| Line items | 8 | Net weight | 1,693.80 | LB |
| Units | 296 | Gross weight | 1,918.76 | LB |
| | | Cube (FT³/M³) | 66.01 | FT3 |
| Container(s): | 1 | | | |

Special Instructions:

Weaver, Lori A.
Nestlé USA



**Remit To:** Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

**Bill To:** COMMISSARY OPERATIONS INC
2629 EUGENIA AVE
NASHVILLE TN   37211-2118

## Invoice No. 3447865

| Customer number | Order No |
|---|---|
| 300015892 | 7571371 |
| Date shipped | Request.Del.Date | DC/Plant |
| 05/22/2008 | 05/22/2008 | 0120 |

**Ship To/Consignee:** 100013638
RIPLEY DISTRIBUTION CENTER
HC 88 CEDAR LAKES RD BOX 129
RIPLEY WV   25271-9318

**Credit Account:**     700000862

**Invoice Date:** 05/23/2008
**Terms:**      2% 10 Days, Net 11
                from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 251556 |

| Item Code | Description | Size | | |
|---|---|---|---|---|
| Quantity | | | Price | Amount(USD) |
| 1007482620506900 | MINOR'S Trky Grv Conc NAMSG 6x13. | 6/13.6 OZ | | |
| 26.000 CS | | | 16.65 | 432.90 |
| | CONTRACT # 1377   2008 SHONEYS BEST | | | |
| 1007482632906200 | MINOR'S Beef Base NAMSG 6x1lb US | 6/1 LB | | |
| 104.000 CS | | | 22.08 | 2,296.32 |
| | CONTRACT # 1377   2008 SHONEYS BEST | | | |
| 1007482646206600 | MINOR'S Chicken Base LSod NAMSG 6 | 6/1 LB | | |
| 52.000 CS | | | 26.75 | 1,391.00 |
| | CONTRACT # 1377   2008 SHONEYS BEST | | | |
| 1007482645906600 | MINOR'S Chicken Base NAMSG 6X1LB | 6/1 LB | | |
| 104.000 CS | | | 19.61 | 2,039.44 |
| | CONTRACT # 1377   2008 SHONEYS BEST | | | |

Total:      286 Units    Delivery No.: 801457602     BOL: 0007571371000



Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 3447865

| Item Code | Quantity | Description | Size | Price | Amount(USD) |
|---|---|---|---|---|---|
| | | Sub-Total | | | 6,159.66 |
| | | Invoice Total | | | 6,159.66 |
| | | Cash Discount | | 2.000 % | 123.19- |
| | | Invoice total if paid by 06/02/2008 | | | 6,036.47 |

| | | | | | |
|---|---|---|---|---|---|
| Line items | 4 | Net weight | 1,692.60 | LB | |
| Units | 286 | Gross weight | 1,909.96 | LB | |
| | | Cube (FT³/M³) | 63.78 | FT3 | |
| Container(s): | 1 | | | | |

**Special Instructions:**

Weaver, Lori A.
Nestlé USA



# Nestlé

**Remit To:** Nestlé USA  
P.O. Box 277115  
Atlanta GA 30384-7115

**Bill To:** COMMISSARY OPERATIONS INC  
2629 EUGENIA AVE  
NASHVILLE TN 37211-2118

## Invoice No. 3448603

| Customer number | Order No | |
|---|---|---|
| 300015892 | 7572469 | |
| Date shipped | Request.Del.Date | DC/Plant |
| 06/18/2008 | 06/19/2008 | 0120 |

**Ship To/Consignee:** 100013638  
RIPLEY DISTRIBUTION CENTER  
HC 88 CEDAR LAKES RD BOX 129  
RIPLEY WV   25271-9318

**Credit Account:** 700000862

**Invoice Date:** 06/19/2008  
**Terms:** 2% 10 Days, Net 11 from date of invoice

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 252546 |

| Item Code / Quantity | Description | Size / Price | Amount(USD) |
|---|---|---|---|
| 1007482620506900 | MINOR'S Trky Grv Conc NAMSG 6x13. | 6/13.6 OZ | |
| 40.000 CS | | 16.65 | 666.00 |
| | CONTRACT # 1377   2008 SHONEYS BEST | | |
| 1007482632906200 | MINOR'S Beef Base NAMSG 6x1lb US | 6/1 LB | |
| 60.000 CS | | 22.08 | 1,324.80 |
| | CONTRACT # 1377   2008 SHONEYS BEST | | |
| 1007482664906100 | MINOR'S Clam Base NAMSG 6x1lb US | 6/1 LB | |
| 2.000 CS | | 32.84 | 65.68 |
| | CONTRACT # 1377   2008 SHONEYS BEST | | |
| 1007482645906600 | MINOR'S Chicken Base NAMSG 6X1LB | 6/1 LB | |
| 100.000 CS | | 19.61 | 1,961.00 |
| | CONTRACT # 1377   2008 SHONEYS BEST | | |

Total:   202 Units   Delivery No.: 801458335   BOL: 0007572469000



Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 3448603

| Item Code | Quantity | Description | Size | Price | Amount(USD) |
|---|---|---|---|---|---|
| | | Sub-Total | | | 4,017.48 |
| | | Invoice Total | | | 4,017.48 |
| | | Cash Discount | | 2.000 % | 80.35- |
| | | Invoice total if paid by 06/29/2008 | | | 3,937.13 |

| | | | | | |
|---|---|---|---|---|---|
| Line items | 4 | Net weight | 1,176.00 | LB | |
| Units | 202 | Gross weight | 1,329.52 | LB | |
| | | Cube (FT³/M³) | 45.05 | FT3 | |
| Container(s): | 1 | | | | |

**Special Instructions:**

Weaver, Lori A.
Nestlé USA

Case 3:08-bk-06279    Doc 1112-7    Filed 02/11/09    Entered 02/11/09 13:38:49    Desc
Exhibit C-5 (Invoices)    Page 14 of 16



# Nestlé

Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

Bill To: COMMISSARY OPERATIONS INC
2629 EUGENIA AVE
NASHVILLE TN  37211-2118

Invoice Date: 06/11/2008
Terms:  2% 10 Days, Net 11 from date of invoice

## Invoice No. 3448367

| Customer number | Order No |
|---|---|
| 300015892 | 7571882 |
| Date shipped | Request.Del.Date | DC/Plant |
| 06/10/2008 | 06/11/2008 | 0819 |

Ship To/Consignee: 100019300
COI FOODSERVICE
NASHVILLE DISTRIBUTION CENTER
2621 EUGENIA AVE
NASHVILLE TN  37211-2118

Credit Account:  700000862

| Shipped Via/Vessel | Incoterms | Customer's P.O. Number |
|---|---|---|
| MQID | NAFTA Prepaid Dlv. -Truck | 179173 |

| Item Code / Quantity | Description | Size | Price | Amount(USD) |
|---|---|---|---|---|
| 1007482631006000 | MINOR'S Shrimp Base 6x1lb US | 6/1 LB | | |
| 5.000 CS | | | 72.95 | 364.75 |
| | CONTRACT # 1377   2008 SHONEYS BEST | | | |
| 1007482632906200 | MINOR'S Beef Base NAMSG 6x1lb US | 6/1 LB | | |
| 169.000 CS | | | 22.08 | 3,731.52 |
| | CONTRACT # 1377   2008 SHONEYS BEST | | | |
| 1007482646206600 | MINOR'S Chicken Base LSod NAMSG 6 | 6/1 LB | | |
| 26.000 CS | | | 26.75 | 695.50 |
| | CONTRACT # 1377   2008 SHONEYS BEST | | | |
| 1007482664906100 | MINOR'S Clam Base NAMSG 6x1lb US | 6/1 LB | | |
| 5.000 CS | | | 32.84 | 164.20 |
| | CONTRACT # 1377   2008 SHONEYS BEST | | | |
| 1007482645906600 | MINOR'S Chicken Base NAMSG 6X1LB | 6/1 LB | | |
| 75.000 CS | | | 19.61 | 1,470.75 |
| | CONTRACT # 1377   2008 SHONEYS BEST | | | |
| 1007482614206700 | MINOR'S Rstd Garlic Flavor Conc 6 | 6/1 LB | | |
| 5.000 CS | | | 36.42 | 182.10 |
| | CONTRACT # 1387   2008 APPLEBEES | | | |

Total:   285 Units   Delivery No.: 801458123   BOL: 0007571882000



Remit To: Nestlé USA
P.O. Box 277115
Atlanta GA 30384-7115

# Invoice No. 3448367

| Item Code | Quantity | Description | Size | Price | Amount(USD) |
|---|---|---|---|---|---|
| | | Sub-Total | | | 6,608.82 |
| | | Invoice Total | | | 6,608.82 |
| | | Cash Discount | | 2.000 % | 132.18- |
| | | Invoice total if paid by 06/21/2008 | | | 6,476.64 |
| Line items | 6 | Net weight | 1,710.00 | LB | |
| Units | 285 | Gross weight | 1,926.60 | LB | |
| | | Cube (FT³/M³) | 63.56 | FT3 | |
| Container(s): | 1 | | | | |

**Special Instructions:**

Weaver, Lori A.
Nestlé USA