# EXHIBIT A

# PROCESSORS OF FINE FOODS

1 D'ANGELO DRIVE — P.O. BOX 849 — MARLBOROUGH, MA 01752

TEL: 508-485-7540     FAX: 508-485-6882     U.P.C. 41335
1-800-633-5800

KENS FOODS, INC.
P. O. BOX 6197
BOSTON, MA  02212-6197

DATE  7/21/2008

SHIP TO (IF DIFFERENT FROM "SOLD TO")

SOLD
TO:
COI FOODSERVICE
2629 EUGENIA AVE

NASHVILLE, TN          37211

COI FOODSERVICE
NASHVILLE DIST CENTER
2621 EUGENIA AVE
NASHVILLE              37211

210     CUST. ID. # 00785-103

| YOUR ORDER NO. | OUR ORDER NO. | SHIPPED DATE | SHIPPED VIA | TERMS: | B/L NUMBER |
|---|---|---|---|---|---|
| 181890 | | 7/21/2008 | Ken's | 1% 10DAYS NET30 | 991493 |

| QUANTITY ORDERED | QUANTITY SHIPPED | PRODUCT DESCRIPTION | U.P.C. NO. | PACK SIZE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 288 | 288 | KEN'S DIJON HONEY MUSTA KE0651   A | | 4/1 G | 39.2800 | 11,312.64 |
| | | A 1 % DISCOUNT | | | | |
| | | $    113.12 MAY BE TAKEN | | | | |
| | | IF PAID ON OR BEFORE | | | | |
| | |    7/31/2008 | | | | |
| 288 | 288 | ******* INVOICE TOTAL | | | | 11,312.64 |

203.A25

OFFICE

**Bill To :** COI FOODSERVICE
2629 EUGENIA AVE

NASHVILLE, TN 37211

**Ship To :** COI FOODSERVICE
NASHVILLE DIST CENTER
2621 EUGENIA AVE
NASHVILLE, TN 37211

| ORDER # / BL # | CUSTOMER # | CUSTOMER P.O. | BROKER / SALESMAN | ORDER DATE | SHIP DATE |
|---|---|---|---|---|---|
| 991493 | 00785-103 | 181890 | 210 | Jul 9, 2008 | |

| PICKED BY | CHECKED BY | CALLED IN BY | SHIPPED VIA | DELIVERY DATE |
|---|---|---|---|---|
| 5361 | 4600 | TREICO/CM | Ken's | Jul 22, 2008 |

**Remarks :**  customer phone 1-615-231-4336

| LINE | ITEM NUMBER | ITEM DESCRIPTION | P/SIZE | ORDERED | SHIPPED | UPC | WEIGHT |
|---|---|---|---|---|---|---|---|
| 1 | KE0651 | KEN'S DIJON HONEY MUSTARD | 4/1 G | 288 | 288 | 1004133506511 | 10,517.76 |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| | | | | 288 | 288 | | 10,517.76 |
| | | | | TOTAL ORDER | TOTAL SHIP | | WEIGHT |

Load #          203-A25
Appointment Time    07/22 @ 5:00 AM
Contact         josie
Confirmation #

## DRIVERS: MAINTAIN A REFRIGERATION
## UNIT TEMPERATURE OF 36° AT ALL TIMES

| PALLET EXCHANGE | | |
|---|---|---|
| 0 | 24 | ₭ₑₙₛ |
| in | out | signature - 07/21/2008 08:00:40 |

| Carrier/Agent | Driver Signature | Customer Signature |
|---|---|---|
| | Kens | |

1 D'ANGELO DRIVE — P.O. BOX 849 — MARLBOROUGH, MA 01752

TEL: 508-485-7540 FAX: 508-485-6882 U.P.C. 41335
1-800-633-5800

KENS FOODS, INC.
P. O. BOX 6197
BOSTON, MA 02212-6197

DATE 7/21/2008

SHIP TO (IF DIFFERENT FROM "SOLD TO")

SOLD TO:

COI FOODSERVICE-SC
2629 EUGENIA AVE

NASHVILLE, TN 37211

COI FOODSERVICE
NASHVILLE DIST CENTER
2621 EUGENIA AVE
NASHVILLE 37211

009 CUST. ID. # 00785-107

| YOUR ORDER NO. | OUR ORDER NO. | SHIPPED DATE | SHIPPED VIA | TERMS: | B/L NUMBER |
|---|---|---|---|---|---|
| 81890 | | 7/21/2008 | Ken's | 1% 10DAYS NET30 | 991492 |

| QUANTITY ORDERED | QUANTITY SHIPPED | PRODUCT DESCRIPTION | U.P.C. NO. | PACK SIZE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 102 | 102 | SCHLOTZSKY'S LITE MAYON SC1417P7A | | PPACK | 25.0000 | 2,550.00 |
| | | A 1 % DISCOUNT<br>$ 25.50 MAY BE TAKEN<br>IF PAID ON OR BEFORE<br>7/31/2008 | | | | |
| 102 | 102 | ******* INVOICE TOTAL | | | | 2,550.00 |

203A25

OFFICE

**Bill To :** COI FOODSERVICE-SC
2629 EUGENIA AVE

NASHVILLE, TN 37211

**Ship To :** COI FOODSERVICE
NASHVILLE DIST CENTER
2621 EUGENIA AVE
NASHVILLE, TN 37211

| ORDER # / BL # | CUSTOMER # | CUSTOMER P.O. | BROKER / SALESMAN | ORDER DATE | SHIP DATE |
|---|---|---|---|---|---|
| 991492 | 00785-107 | 181890 | 9 | Jul 9, 2008 | |

| PICKED BY | CHECKED BY | CALLED IN BY | SHIPPED VIA | DELIVERY DATE |
|---|---|---|---|---|
| 5361 | 4600 | TREICO/CM | Ken's | Jul 22, 2008 |

**Remarks :** customer phone 1-615-231-4336

| LINE | ITEM NUMBER | ITEM DESCRIPTION | PK/SIZE | ORDERED | SHIPPED | UPC | WEIGHT |
|---|---|---|---|---|---|---|---|
| 1 | SC1417P7 | SCHLOTZSKY'S LITE MAYONNAISE | PP/ACK | 102 | 102 | 1004133532800 | 3,464.94 |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| | | | | 102 | 102 | | 3,464.94 |
| | | | | **TOTAL ORDER** | **TOTAL SHIP** | | **WEIGHT** |

Load # 203-A25
Appointment Time 07/22 @ 5:00 AM
Contact josie
Confirmation #
**DRIVERS: MAINTAIN A REFRIGERATION
UNIT TEMPERATURE OF 36° AT ALL TIMES**

| PALLET EXCHANGE | | |
|---|---|---|
| 0 | 24 | Kens |
| in | out | signature - 07/21/2008 08:00:40 |

| Carrier/Agent | Driver Signature | Customer Signature |
|---|---|---|
| | Kens | |

**PROCESSORS OF FINE FOODS**

1 D'ANGELO DRIVE — P.O. BOX 849 — MARLBOROUGH, MA 01752

TEL 508-485-7540     FAX: 508-485-6882     U.P.C. 41335
1-800-633-5800

KENS FOODS, INC.
P. O. BOX 6197
BOSTON, MA  02212-6197

DATE   7/21/2008

SHIP TO (IF DIFFERENT FROM "SOLD TO")

SOLD
TO:
COI FOODSERVICE-RYANS
2629 EUGENIA AVE

NASHVILLE, TN        37211

COI FOODSERVICE
NASHVILLE DIST CENTER
2629 EUGENIA AVE
NASHVILLE            37211

009        CUST. ID. # 00785-112

| YOUR ORDER NO. | OUR ORDER NO. | SHIPPED DATE | SHIPPED VIA | | TERMS: | B/L NUMBER |
|---|---|---|---|---|---|---|
| 81890 | | 7/21/2008 | Ken's | | 1% 10DAYS NET30 | 991491 |

| QUANTITY ORDERED | QUANTITY SHIPPED | PRODUCT DESCRIPTION | U.P.C. NO. | PACK SIZE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 300 | 300 | RYAN'S BARBECUE SAUCE | RY0520  A | 4/1 G | 18.9300 | 5,679.00 |
| 216 | 216 | RYAN'S THOUSAND ISLAND | RY1472-4A | TUB | 22.8300 | 4,931.28 |
| 96 | 96 | RYAN'S GOLDEN ITALIAN | RY1476  A | 4/1 G | 17.6600 | 1,695.36 |
| 48 | 48 | RYAN'S TERIYAKI GLAZE | RY1477  A | 4/1 G | 20.4400 | 981.12 |

A 1 % DISCOUNT
$    132.86 MAY BE TAKEN
IF PAID ON OR BEFORE
        7/31/2008

| 660 | 660 | ****** INVOICE TOTAL | | | | 13,286.76 |

203A25

OFFICE

**Bill To :** COI FOODSERVICE-RYANS
2629 EUGENIA AVE

NASHVILLE, TN 37211

**Ship To:** COI FOODSERVICE
NASHVILLE DIST CENTER
2629 EUGENIA AVE
NASHVILLE, TN 37211

| ORDER # / BL # | CUSTOMER # | CUSTOMER P.O. | BROKER / SALESMAN | ORDER DATE | SHIP DATE |
|---|---|---|---|---|---|
| 991491 | 00785-112 | 181890 | 9 | Jul 9, 2008 | |
| **PICKED BY** | **CHECKED BY** | **CALLED BY** | **SHIPPED VIA** | **DELIVERY DATE** | |
| 5361 | 4600 | TREICO/CM | Ken's | Jul 22, 2008 | |

**Remarks :**  customer phone 1-615-231-4336

| LINE | ITEM NUMBER | ITEM DESCRIPTION | PK/SIZE | ORDERED | SHIPPED | UPC | WEIGHT |
|---|---|---|---|---|---|---|---|
| 1 | RY0520 | RYAN'S BARBECUE SAUCE | 4/1 G | 300 | 300 | 1004133530700 | 12,675.00 |
| 2 | RY1472-4 | RYAN'S THOUSAND ISLAND TUB | TUB | 216 | 216 | 2004133532953 | 6,832.08 |
| 3 | RY1476 | RYAN'S GOLDEN ITALIAN | 4/1 G | 96 | 96 | 1004133532943 | 3,605.76 |
| 4 | RY1477 | RYAN'S TERIYAKI GLAZE | 4/1 G | 48 | 48 | 1004133532951 | 2,111.04 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| | | | | 660 | 660 | | 25,223.88 |
| | | | | **TOTAL ORDER** | **TOTAL SHIP** | | **WEIGHT** |

Load # 203-A25
Appointment Time 07/22 @ 5:00 AM
Contact josie
Confirmation #

| PALLET EXCHANGE | | |
|---|---|---|
| 0 | 24 | Ken's |
| in | out | signature - 07/21/2008 08:00:40 |

**DRIVERS: MAINTAIN A REFRIGERATION
UNIT TEMPERATURE OF 36° AT ALL TIMES**

| Carrier/Agent | Driver Signature | Customer Signature |
|---|---|---|
| | Kens | |

1 D'ANGELO DRIVE — P.O. BOX 849 — MARLBOROUGH, MA 01752

TEL:    508-485-7540    FAX: 508-485-6882    U.P.C. 41335
1-800-633-5800

KENS FOODS, INC.
P. O. BOX 6197
BOSTON, MA  02212-6197

DATE   7/18/2008

SHIP TO (IF DIFFERENT FROM "SOLD TO")

SOLD
TO:
COI FOODSERVICE-SC
2629 EUGENIA AVE

NASHVILLE, TN        37211

COI FOODSERVICE
NASHVILLE DIST CENTER
2621 EUGENIA AVE
NASHVILLE              37211

009    CUST. ID. # 00785-107

| YOUR ORDER NO. | OUR ORDER NO. | SHIPPED DATE | SHIPPED VIA | TERMS: | B/L NUMBER |
|---|---|---|---|---|---|
| 81736 | | 7/17/2008 | Ken's | 1% 10DAYS NET30 | 990760 |

| QUANTITY ORDERED | QUANTITY SHIPPED | PRODUCT DESCRIPTION | U.P.C. NO. | PACK SIZE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 48 | 48 | SCHLOTZSKY'S R.F. GARLI SC0463  A | | 4/1 G | 27.3600 | 1,313.28 |
| 9 | 9 | SCHLOTZSKY'S CR. HORSER SC0624  A | | 4/1 G | 27.9000 | 251.10 |
| | | A 1 % DISCOUNT | | | | |
| | | $    15.64 MAY BE TAKEN | | | | |
| | | IF PAID ON OR BEFORE | | | | |
| | |     7/28/2008 | | | | |
| 57 | 57 | ****** INVOICE TOTAL | | | | 1,564.38 |

199A 18 Ken's

OFFICE

**Bill To :** COI FOODSERVICE-SC
2629 EUGENIA AVE

NASHVILLE, TN 37211

**Ship To:** COI FOODSERVICE
NASHVILLE DIST CENTER
2621 EUGENIA AVE
NASHVILLE, TN 37211

| ORDER # / BL # | CUSTOMER # | CUSTOMER P.O. | BROKER / SALESMAN | ORDER DATE | SHIP DATE |
|---|---|---|---|---|---|
| 990760 | 00785-107 | 181736 | 9 | Jul 7, 2008 | |

| PICKED BY | CHECKED BY | CALLED IN BY | SHIPPED VIA | DELIVERY DATE |
|---|---|---|---|---|
| 2900 | 4681 | TREICO/CM | Ken's | Jul 18, 2008 |

**Remarks :**  customer phone 1-615-231-4336

\*\*REVISED\*\*

| LINE | ITEM NUMBER | ITEM DESCRIPTION | PK/SIZE | ORDERED | SHIPPED | UPC | WEIGHT |
|---|---|---|---|---|---|---|---|
| 1 | SC0463 | SCHLOTZSKY'S R.F. GARLIC BUN | 4/1 G | 48 | 48 | 1004133531886 | 1,643.04 |
| 2 | SC0624 | SCHLOTZSKY'S CR. HORSERADISH | 4/1 G | 9 | 9 | REF1004133532862 | 322.38 |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| | | | | 57 | 57 | | 1,965.42 |
| | | | | TOTAL ORDER | TOTAL SHIP | | WEIGHT |

Load #  199-A18
Appointment Time  07/18 @ 5:00 AM
Contact  josie
Confirmation #

**DRIVERS: MAINTAIN A REFRIGERATION
UNIT TEMPERATURE OF 36° AT ALL TIMES**

| PALLET EXCHANGE | | |
|---|---|---|
| 27 | 25 | _Trns_ |
| in | out | signature - 07/17/2008 18:27:14 |

| Carrier/Agent | Driver Signature | Customer Signature |
|---|---|---|
| | _Trns_ | |

**PROCESSORS OF FINE FOODS**

1 D'ANGELO DRIVE — P.O. BOX 849 — MARLBOROUGH, MA 01752

TEL: 508-485-7540    FAX: 508-485-6882    U.P.C. 41335
1-800-633-5800

KENS FOODS, INC.
P. O. BOX 6197
BOSTON, MA 02212-6197

DATE    7/18/2008

SHIP TO (IF DIFFERENT FROM "SOLD TO")

COI FOODSERVICE-RYANS
2629 EUGENIA AVE

NASHVILLE, TN        37211

COI FOODSERVICE
NASHVILLE DIST CENTER
2629 EUGENIA AVE
NASHVILLE        37211

009        CUST. ID. # 00785-112

| UR ORDER NO. | OUR ORDER NO. | SHIPPED DATE | SHIPPED VIA | TERMS: | B/L NUMBER |
|---|---|---|---|---|---|
| 736 | | 7/17/2008 | Ken's | 1% 10DAYS NET30 | 990759 |

| QNTITY ERED | QUANTITY SHIPPED | PRODUCT DESCRIPTION | U.P.C. NO. | PACK SIZE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 100 | 100 | KEN'S TABLESIDE CAESAR | KE0814 A | 4/1 G | 35.1500 | 3,515.00 |
| 200 | 200 | RYAN'S BARBECUE SAUCE | RY0520 A | 4/1 G | 18.9300 | 3,786.00 |
| 48 | 48 | RYAN'S HOT WING SAUCE | RY1446 A | 4/1 G | 24.4000 | 1,171.20 |
| 240 | 240 | RYAN'S BLUE CHEESE BAG/ | RY1471X4A | BG/BX | 32.7400 | 7,857.60 |
| 108 | 108 | RYAN'S THOUSAND ISLAND | RY1472-4A | TUB | 22.8300 | 2,465.64 |
| 192 | 192 | RYAN'S FRENCH DRESSING | RY1474 A | 4/1 G | 19.4100 | 3,726.72 |
| 80 | 80 | RYAN'S COLE SLAW DR. BA | RY1475X4A | BG/BX | 22.7800 | 1,822.40 |
| 48 | 48 | RYAN'S COCKTAIL SAUCE | RY1602 A | 4/1 G | 16.3800 | 786.24 |

A 1 % DISCOUNT
$    251.30 MAY BE TAKEN
IF PAID ON OR BEFORE
    7/28/2008

| .016 | 1016 | ****** INVOICE TOTAL | | | | 25,130.80 |

*199A14 Ken's*

OFFICE

**Bill To:** COI FOODSERVICE-RYANS
2629 EUGENIA AVE

NASHVILLE, TN 37211

**Ship To:** COI FOODSERVICE
NASHVILLE DIST CENTER
2629 EUGENIA AVE
NASHVILLE, TN 37211

| ORDER # / BL # | CUSTOMER # | CUSTOMER P.O. | BROKER / SALESMAN | ORDER DATE | SHIP DATE |
|---|---|---|---|---|---|
| 990759 | 00785-112 | 181736 | 9 | Jul 7, 2008 | |

| PICKED BY | CHECKED BY | CALLED IN BY | SHIPPED VIA | DELIVERY DATE |
|---|---|---|---|---|
| 2900 | 4681 | TREICO/CM | Ken's | Jul 18, 2008 |

**Remarks :** customer phone 1-615-231-4336
**REVISED**

| LINE | ITEM NUMBER | ITEM DESCRIPTION | PK/SIZE | ORDERED | SHIPPED | UPC | WEIGHT |
|---|---|---|---|---|---|---|---|
| 1 | KE0814 | KEN'S TABLESIDE CAESAR | 4/1 G | 100 | 100 | 1004133508141 | 3,449.00 |
| 2 | RY0520 | RYAN'S BARBECUE SAUCE | 4/1 G | 200 | 200 | 1004133530700 | 8,450.00 |
| 3 | RY1446 | RYAN'S HOT WING SAUCE | 4/1 G | 48 | 48 | 1004133533610 | 1,774.56 |
| 4 | RY1471X4 | RYAN'S BLUE CHEESE BAG/BOX | BG/BX | 240 | 240 | REF1004133534022 | 8,378.40 |
| 5 | RY1472-4 | RYAN'S THOUSAND ISLAND TUB | TUB | 108 | 108 | 2004133532953 | 3,416.04 |
| 6 | RY1474 | RYAN'S FRENCH DRESSING | 4/1 G | 192 | 192 | 1004133532948 | 7,098.24 |
| 7 | RY1475X4 | RYAN'S COLE SLAW DR. BAG/BOX | BG/BX | 80 | 80 | 1004133534025 | 2,936.80 |
| 8 | RY1602 | RYAN'S COCKTAIL SAUCE | 4/1 G | 48 | 48 | REF1004133532963 | 1,870.56 |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| | | | | 1016 | 1016 | | 37,373.60 |
| | | | | TOTAL ORDER | TOTAL SHIP | | WEIGHT |

Load #          199-A18
Appointment Time   07/18 @ 5:00 AM
Contact          josie
Confirmation #

**DRIVERS: MAINTAIN A REFRIGERATION
UNIT TEMPERATURE OF 36° AT ALL TIMES**

| PALLET EXCHANGE | | |
|---|---|---|
| 27 | 25 | *Trme* |
| in | out | signature - 07/17/2008 18:27:14 |

| Carrier/Agent | Driver Signature | Customer Signature |
|---|---|---|
| | *Trme* | |

## PROCESSORS OF FINE FOODS

1 D'ANGELO DRIVE — P.O. BOX 849 — MARLBOROUGH, MA 01752

TEL: 508-485-7540    FAX: 508-485-6882    U.P.C. 41335
1-800-633-5800

KENS FOODS, INC.
P. O. BOX 6197
BOSTON, MA 02212-6197

DATE   7/18/2008

SHIP TO (IF DIFFERENT FROM "SOLD TO")

OLD
O:
COI FOODSERVICE-RYANS
2629 EUGENIA AVE

NASHVILLE, TN          37211

COI FOODSERVICE
HC88 CEDAR LAKES RD

RIPLEY              25271

009          CUST. ID. # 00785-114

| YOUR ORDER NO. | OUR ORDER NO. | SHIPPED DATE | SHIPPED VIA | TERMS: | | B/L NUMBER |
|---|---|---|---|---|---|---|
| 253171 | | 7/17/2008 | PRIME ( ATL ) | 1% 10DAYS NET30 | | 990754 |

| QUANTITY ORDERED | QUANTITY SHIPPED | PRODUCT DESCRIPTION | U.P.C. NO. | PACK SIZE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 20 | 20 | KEN'S TABLESIDE CAESAR | KE0814  A | 4/1 G | 35.1500 | 703.00 |
| 100 | 100 | RYAN'S BARBECUE SAUCE | RY0520  A | 4/1 G | 18.9300 | 1,893.00 |
| 240 | 240 | RYAN'S MAYONNAISE BAG/B | RY0897X4A | BG/BX | 22.8600 | 5,486.40 |
| 12 | 12 | RYAN'S HOT WING SAUCE | RY1446  A | 4/1 G | 24.4000 | 292.80 |
| 72 | 72 | RYAN'S BLUE CHEESE BAG/ | RY1471X4A | BG/BX | 32.7400 | 2,357.28 |
| 108 | 108 | RYAN'S THOUSAND ISLAND | RY1472-4A | TUB | 22.8300 | 2,465.64 |
| 96 | 96 | RYAN'S FRENCH DRESSING | RY1474  A | 4/1 G | 19.4100 | 1,863.36 |
| 75 | 75 | RYAN'S COLE SLAW DR. BA | RY1475X4A | BG/BX | 22.7800 | 1,708.50 |
| 96 | 96 | RYAN'S GOLDEN ITALIAN | RY1476  A | 4/1 G | 17.6600 | 1,695.36 |
| 96 | 96 | RYAN'S COCKTAIL SAUCE | RY1602  A | 4/1 G | 16.3800 | 1,572.48 |
| 70 | 70 | RYAN'S TARTAR SAUCE BAG | RY1935X4A | BG/BX | 23.0500 | 1,613.50 |

A 1 % DISCOUNT
$    216.51 MAY BE TAKEN
IF PAID ON OR BEFORE
      7/28/2008

| 985 | 985 | ****** INVOICE TOTAL | | | | 21,651.32 |

Prime

OFFICE

**Bill To:** COI FOODSERVICE-RYANS
2629 EUGENIA AVE
NASHVILLE, TN 37211

**Ship To:** COI FOODSERVICE
HC88 CEDAR LAKES RD
RIPLEY, WV 25271

(508) 229-1100

| ORDER # / BL # | CUSTOMER # | CUSTOMER P.O. | BROKER / SALESMAN | ORDER DATE | SHIP DATE |
|---|---|---|---|---|---|
| 990754 | 00785-114 | 253171 | 9 | Jul 7, 2008 | |

| PICKED BY | CHECKED BY | CALLED IN BY | SHIPPED VIA | DELIVERY DATE |
|---|---|---|---|---|
| 4362 | 4649 | TREICO/CM | PRIME ( ATL ) | Jul 18, 2008 |

**Remarks :** customer phone 1-304-372-2111

| LINE | ITEM NUMBER | ITEM DESCRIPTION | PK/SIZE | ORDERED | SHIPPED | UPC | WEIGHT |
|---|---|---|---|---|---|---|---|
| 1 | KE0814 | KEN'S TABLESIDE CAESAR | 4/1 G | 20 | 20 | 1004133508141 | 689.80 |
| 2 | RY0520 | RYAN'S BARBECUE SAUCE | 4/1 G | 100 | 100 | 1004133530700 | 4,225.00 |
| 3 | RY0897X4 | RYAN'S MAYONNAISE BAG/BOX | BG/BX | 240 | 240 | 1004133534023 | 7,224.00 |
| 4 | RY1446 | RYAN'S HOT WING SAUCE | 4/1 G | 12 | 12 | 1004133533610 | 443.64 |
| 5 | RY1471X4 | RYAN'S BLUE CHEESE BAG/BOX | BG/BX | 72 | 72 | REF 1004133534022 | 2,513.52 |
| 6 | RY1472-4 | RYAN'S THOUSAND ISLAND TUB | TUB | 108 | 108 | 2004133532953 | 3,416.04 |
| 7 | RY1474 | RYAN'S FRENCH DRESSING | 4/1 G | 96 | 96 | 1004133532948 | 3,549.12 |
| 8 | RY1475X4 | RYAN'S COLE SLAW DR. BAG/BOX | BG/BX | 75 | 75 | 1004133534025 | 2,753.25 |
| 9 | RY1476 | RYAN'S GOLDEN ITALIAN | 4/1 G | 96 | 96 | 1004133532943 | 3,605.76 |
| 10 | RY1602 | RYAN'S COCKTAIL SAUCE | 4/1 G | 96 | 96 | REF 1004133532963 | 3,741.12 |
| 11 | RY1935X4 | RYAN'S TARTAR SAUCE BAG/BOX | BG/BX | 70 | 70 | REF 1004133534051 | 2,352.70 |

6. CS slaw dressing Damaged Refused *fwj*

OSD Claim#: 312780

COTfw Johnson

| | TOTAL ORDER | TOTAL SHIP | | WEIGHT |
|---|---|---|---|---|
| | 985 | 985 | | 34,513.95 |

**Load #** 199-A16
**Appointment Time** 07/18 @ 6:00 AM
**Contact** matt
**Confirmation #**

**DRIVERS: MAINTAIN A REFRIGERATION
UNIT TEMPERATURE OF 36° AT ALL TIMES**

| PALLET EXCHANGE | | |
|---|---|---|
| 0 | 27 | signature - 07/17/2008 12:16:09 |
| In | out | |

| Carrier/Agent | Driver Signature | Customer Signature |
|---|---|---|
| | | |

## PROCESSORS OF FINE FOODS

**1 D'ANGELO DRIVE — P.O. BOX 849 — MARLBOROUGH, MA 01752**

TEL: 508-485-7540     FAX: 508-485-6882     U.P.C. 41335
1-800-633-5800

KENS FOODS, INC.
P. O. BOX 6197
BOSTON, MA 02212-617

DATE   7/15/2008

SOLD
TO:
COI FOODSERVICE-RYANS
2629 EUGENIA AVE

NASHVILLE, TN          37211

SHIP TO (IF DIFFERENT FROM "SOLD TO")

COI FOODSERVICE
TIFTON DIST CENTER
7833 MAGNOLIA IND BLVD
TIFTON                    31794

009        CUST. ID. # 00785-113

| YOUR ORDER NO. | OUR ORDER NO. | SHIPPED DATE | SHIPPED VIA | TERMS: | B/L NUMBER |
|---|---|---|---|---|---|
| 368709 | | 7/14/2008 | Ken's | 1% 10DAYS NET30 | 990378 |

| QUANTITY ORDERED | QUANTITY SHIPPED | PRODUCT DESCRIPTION | U.P.C. NO. | PACK SIZE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 100 | 100 | KEN'S TABLESIDE CAESAR | KE0814 A | 4/1 G | 35.1500 | 3,515.00 |
| 144 | 144 | RYAN'S BARBECUE SAUCE | RY0520 A | 4/1 G | 18.9300 | 2,725.92 |
| 400 | 400 | RYAN'S MAYONNAISE BAG/B | RY0897X4A | BG/BX | 22.8600 | 9,144.00 |
| 48 | 48 | RYAN'S HOT WING SAUCE | RY1446 A | 4/1 G | 24.4000 | 1,171.20 |
| 150 | 150 | RYAN'S BLUE CHEESE BAG/ | RY1471X4A | BG/BX | 32.7400 | 4,911.00 |
| 100 | 100 | RYAN'S THOUSAND ISLAND | RY1472-4A | TUB | 22.8300 | 2,283.00 |
| 96 | 96 | RYAN'S FRENCH DRESSING | RY1474 A | 4/1 G | 19.4100 | 1,863.36 |
| 48 | 48 | RYAN'S GOLDEN ITALIAN | RY1476 A | 4/1 G | 17.6600 | 847.68 |
| 60 | 60 | RYAN'S GREEK VINAIGRETT | RY1478-2A | 2/1 G | 14.6500 | 879.00 |
| 48 | 48 | RYAN'S COCKTAIL SAUCE | RY1602 A | 4/1 G | 16.3800 | 786.24 |
| 40 | 40 | RYAN'S TARTAR SAUCE BAG | RY1935X4A | BG/BX | 23.0500 | 922.00 |

A 1 % DISCOUNT
$    290.48 MAY BE TAKEN
IF PAID ON OR BEFORE
      7/25/2008

| 1234 | 1234 | ****** INVOICE TOTAL | | | | 29,048.40 |

191A25 Ken's                                                OFFICE

**Bill To :** COI FOODSERVICE-RYANS
2629 EUGENIA AVE

NASHVILLE, TN 37211

**Ship To:** COI FOODSERVICE
TIFTON DIST CENTER
7833 MAGNOLIA IND BLVD
TIFTON, GA 31794

| ORDER # / BL # | CUSTOMER # | CUSTOMER P.O. | BROKER / SALESMAN | ORDER DATE | SHIP DATE |
|---|---|---|---|---|---|
| 990378 | 00785-113 | 368709 | 9 | Jul 3, 2008 | |

| PICKED BY | CHECKED BY | CALLED IN BY | SHIPPED VIA | DELIVERY DATE |
|---|---|---|---|---|
| 20 | 4681 | TREICO/CM | Ken's | Jul 16, 2008 |

**Remarks :** customer phone 1-229-388-8240

| LINE | ITEM NUMBER | ITEM DESCRIPTION | PK/SIZE | ORDERED | SHIPPED | UPC | WEIGHT |
|---|---|---|---|---|---|---|---|
| 1 | KE0814 | KEN'S TABLESIDE CAESAR | 4/1 G | 100 | 100 | 1004133508141 | 3,449.00 |
| 2 | RY0520 | RYAN'S BARBECUE SAUCE | 4/1 G | 144 | 144 | 1004133530700 | 6,084.00 |
| 3 | RY0897X4 | RYAN'S MAYONNAISE BAG/BOX | BG/BX | 400 | 400 | 1004133534023 | 12,040.00 |
| 4 | RY1446 | RYAN'S HOT WING SAUCE | 4/1 G | 48 | 48 | 1004133533610 | 1,774.56 |
| 5 | RY1471X4 | RYAN'S BLUE CHEESE BAG/BOX | BG/BX | 150 | 150 | REF 1004133534022 | 5,236.50 |
| 6 | RY1472-4 | RYAN'S THOUSAND ISLAND TUB | TUB | 100 | 100 | 2004133532953 | 3,163.00 |
| 7 | RY1474 | RYAN'S FRENCH DRESSING | 4/1 G | 96 | 96 | 1004133532948 | 3,549.12 |
| 8 | RY1476 | RYAN'S GOLDEN ITALIAN | 4/1 G | 48 | 48 | 1004133532943 | 1,802.88 |
| 9 | RY1478-2 | RYAN'S GREEK VINAIGRETTE | 2/1 G | 60 | 60 | REF 1004133532945 | 1,031.40 |
| 10 | RY1602 | RYAN'S COCKTAIL SAUCE | 2/1 G | 48 | 48 | REF 1004133532963 | 1,870.56 |
| 11 | RY1935X4 | RYAN'S TARTAR SAUCE BAG/BOX | 6G/BX | 40 | 40 | REF 1004133534051 | 1,344.40 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| | | | | 1234 | 1234 | | 41,345.42 |
| | | | | TOTAL ORDER | TOTAL SHIP | | WEIGHT |

Load # 196-A25
Appointment Time 07/15 @ 5:00 AM
Contact cassandra
Confirmation #

**DRIVERS: MAINTAIN A REFRIGERATION
UNIT TEMPERATURE OF 36° AT ALL TIMES**

| PALLET EXCHANGE | | |
|---|---|---|
| 34 | 29 | |
| in | out | signature - 07/14/2008 20:56:08 |

| Carrier/Agent | Driver Signature | Customer Signature |
|---|---|---|
| | | |

### PROCESSORS OF FINE FOODS

1 D'ANGELO DRIVE — P.O. BOX 849 — MARLBOROUGH, MA 01752

TEL:     508-485-7540     FAX: 508-485-6882     U.P.C. 41335
1-800-633-5800

KENS FOODS, INC.
P. O. BOX 6197
BOSTON, MA  02212-6197

DATE   7/09/2008

OLD
O:  COI FOODSERVICE
    2629 EUGENIA AVE

NASHVILLE, TN          37211

SHIP TO (IF DIFFERENT FROM "SOLD TO")

COI FOODSERVICE
HCB8 CEDAR LAKES ROAD

RIPLEY                   25271

009      CUST. ID. # 00785-106

| QUANTITY ORDERED | QUANTITY SHIPPED | PRODUCT DESCRIPTION | U.P.C. NO. | PACK SIZE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| | | **YOUR ORDER NO.** 252800 | **OUR ORDER NO.** | **SHIPPED DATE** 7/08/2008 | **SHIPPED VIA** CH ROBINSON ( ATL | **TERMS:** 1% 10DAYS NET30 | **B/L NUMBER** 987978 |
| 12 | 12 | KEN'S FAT FREE RASPBERR KE0630   A | | 4/1 G | 29.8500 | 358.20 |
| | | A 1 % DISCOUNT | | | | |
| | | $    3.58 MAY BE TAKEN | | | | |
| | | IF PAID ON OR BEFORE | | | | |
| | | 7/19/2008 | | | | |
| 12 | 12 | ****** INVOICE TOTAL | | | | 358.20 |

OFFICE



**KENS**

Straight Bill of Lading - ~~~~ ~~~~

Manborough, ~~ ~~
(508) 229-1100

**Bill To** COI FOODSERVICE
2629 EUGENIA AVE
NASHVILLE, TN 37211

**Ship To.** COI FOODSERVICE
HC88 CEDAR LAKES ROAD
RIPLEY, WV 25271

| ORDER # / BL # | CUSTOMER # | CUSTOMER P.O. | BROKER / SALESMAN | ORDER DATE | SHIP DATE |
|---|---|---|---|---|---|
| 987978 | 00785-106 | 252800 | 9 | Jun 23, 2008 | |
| PICKED BY | CHECKED BY | CALLED IN BY | SHIPPED VIA | | DELIVERY DATE |
| 5304 | 15 | TREICO/CM | CH ROBINSON ( ATL ) | | Jul 7, 2008 |

**Remarks :** customer phone 1 304 372-2111

| LINE | ITEM NUMBER | ITEM DESCRIPTION | PK/SIZE | ORDERED | SHIPPED | UPC | WEIGHT |
|---|---|---|---|---|---|---|---|
| 1 | KE0630 | KEN'S FAT FREE RASPBERRY VIN'T | 4/1 G | 12 | 12 | 1004133506301 | 462 60 |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| | | | | 12 | 12 | | 462 60 |
| | | | | TOTAL ORDER | TOTAL SHIP | | WEIGHT |

Load # 190-A32
Appointment Time 07/10 @ 6 00 AM
Contact matt
Confirmation #

**DRIVERS: MAINTAIN A REFRIGERATION
UNIT TEMPERATURE OF 36° AT ALL TIMES**

| PALLET EXCHANGE | | |
|---|---|---|
| 0 | 32 | *signature* 07/08/2008 21 37 27 |
| in | out | |

| Carrier/Agent | Driver Signature | Customer Signature |
|---|---|---|
| | | |

## PROCESSORS OF FINE FOODS

1 D'ANGELO DRIVE — P.O. BOX 849 — MARLBOROUGH, MA 01752

TEL: 508-485-7540    FAX: 508-485-6882    U.P.C. 41335
1-800-633-5800

KENS FOODS, INC.
P. O. BOX 6197
BOSTON, MA 02212-6197

DATE  7/09/2008

SHIP TO (IF DIFFERENT FROM "SOLD TO")

SOLD
TO:
COI FOODSERVICE-RYANS
2629 EUGENIA AVE

NASHVILLE, TN        37211

COI FOODSERVICE
HC8B CEDAR LAKES RD

RIPLEY                25271

009      CUST. ID. # 00785-114

| YOUR ORDER NO. | OUR ORDER NO. | SHIPPED DATE | SHIPPED VIA | TERMS: | B/L NUMBER |
|---|---|---|---|---|---|
| 52800 | | 7/08/2008 | CH ROBINSON ( ATL | 1% 10DAYS NET30 | 987977 |

| QUANTITY ORDERED | QUANTITY SHIPPED | PRODUCT DESCRIPTION | U.P.C. NO. | PACK SIZE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 48 | 48 | KEN'S DIJON HORSERADISH | KE0624 A | 4/1 G | 25.4900 | 1,223.52 |
| 30 | 30 | KEN'S TABLESIDE CAESAR | KE0814 A | 4/1 G | 35.1500 | 1,054.50 |
| 200 | 200 | RYAN'S BARBECUE SAUCE | RY0520 A | 4/1 G | 18.9300 | 3,786.00 |
| 240 | 240 | RYAN'S MAYONNAISE BAG/B | RY0897X4A | BG/BX | 22.8600 | 5,486.40 |
| 12 | 12 | RYAN'S HOT WING SAUCE | RY1446 A | 4/1 G | 24.4000 | 292.80 |
| 36 | 36 | RYAN'S BLUE CHEESE BAG/ | RY1471X4A | BG/BX | 32.7400 | 1,178.64 |
| 72 | 72 | RYAN'S THOUSAND ISLAND | RY1472-4A | TUB | 22.8300 | 1,643.76 |
| 48 | 48 | RYAN'S FRENCH DRESSING | RY1474 A | 4/1 G | 19.4900 | 935.52 |
| 96 | 96 | RYAN'S GOLDEN ITALIAN | RY1476 A | 4/1 G | 17.6600 | 1,695.36 |
| 48 | 48 | RYAN'S COCKTAIL SAUCE | RY1602 A | 4/1 G | 16.3800 | 786.24 |

A 1 % DISCOUNT
$    180.82 MAY BE TAKEN
IF PAID ON OR BEFORE
7/19/2008

| 830 | 830 | ****** INVOICE TOTAL | | | | 18,082.74 |

OFFICE

Case 3:08-bk-06279   Doc 1116-1   Filed 02/11/09   Entered 02/11/09 16:19:41   Desc
Exhibit A (Invoices & packing slips)    Page 18 of 29

# KENS

**Bill To** COI FOODSERVICE-RYANS
2629 EUGENIA AVE
NASHVILLE, TN 37211

**Ship To** COI FOODSERVICE
HC88 CEDAR LAKES RD
RIPLEY, WV 25271

| ORDER # / BL # | CUSTOMER # | CUSTOMER P.O. | BROKER / SALESMAN | ORDER DATE | SHIP DATE |
|---|---|---|---|---|---|
| 987977 | 00785 114 | 252800 | 9 | Jun 23, 2008 | |

| PICKED BY | CHECKED BY | CALLED IN BY | SHIPPED VIA | DELIVERY DATE |
|---|---|---|---|---|
| 5304 | 15 | TREICO/CM | CH ROBINSON ( ATL ) | Jul 7, 2008 |

**Remarks** customer phone 1-304-372-2111
**REVISED**
S..WB.. (..., I) ...
S..al # 3403469 ; WHE

| LINE | ITEM NUMBER | ITEM DESCRIPTION | PK/SIZE | ORDERED | SHIPPED | UPC | WEIGHT |
|---|---|---|---|---|---|---|---|
| 1 | KE0624 | KEN'S DIJON HORSERADISH SAUCE | 4/1 G | 48 | 48 | REF 1004133506241 | 1,719 36 |
| 2 | KE0814 | KEN'S TABLESIDE CAESAR | 4/1 G | 30 | 30 | 1004133508141 | 1,034 70 |
| 3 | RY0520 | RYAN'S BARBECUE SAUCE | 4/1 G | 200 | 200 | 1004133530700 | 8,450 00 |
| 4 | RY0897X4 | RYAN'S MAYONNAISE BAG/BOX | BG/BX | 240 | 240 | 1004133534023 | 7,224 00 |
| 5 | RY1446 | RYAN'S HOT WING SAUCE | 4/1 G | 12 | 12 | 1004133533610 | 443 64 |
| 6 | RY1471X4 | RYAN'S BLUE CHEESE BAG/BOX | BG/BX | 36 | 36 | REF 1004133534022 | 1,256 76 |
| 7 | RY1472-4 | RYAN'S THOUSAND ISLAND TUB | TUB | 72 | 72 | 2004133532953 | 2,277 36 |
| 8 | RY1474 | RYAN'S FRENCH DRESSING | 4/1 G | 48 | 48 | 1004133532948 | 1 774 56 |
| 9 | RY1476 | RYAN'S GOLDEN ITALIAN | 4/1 G | 96 | 96 | 1004133532943 | 3,605 76 |
| 10 | RY1602 | RYAN'S COCKTAIL SAUCE | 4/1 G | 48 | 48 | REF 1004133532963 | 1,870 56 |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | COI JW Johnson | | | 830 | 830 | | 29,656 70 |

| | TOTAL ORDER | TOTAL SHIP | WEIGHT |

Load # 190-A32
Appointment Time 07/10 @ 6 00 AM
Contact matt
Confirmation #

| PALLET EXCHANGE |
|---|
| in | out | signature - 07/08/2008 21 37 27 |
| 0 | 32 | |

**DRIVERS: MAINTAIN A REFRIGERATION UNIT TEMPERATURE OF 36° AT ALL TIMES**

| Carrier/Agent | Driver Signature | Customer Signature |
|---|---|---|
| | | |

### PROCESSORS OF FINE FOODS

1 D'ANGELO DRIVE — P.O. BOX 849 — MARLBOROUGH, MA 01752

TEL:  508-485-7540     FAX: 508-485-6882     U.P.C. 41335
1-800-633-5800

KENS FOODS, INC.
P. O. BOX 6197
BOSTON, MA 02212-619

DATE  7/08/2008

```
SOLD                                    SHIP TO (IF DIFFERENT FROM "SOLD TO")
TO:   COI FOODSERVICE-SC                COI FOODSERVICE
      2629 EUGENIA AVE                  NASHVILLE DIST CENTER
                                        2621 EUGENIA AVE
      NASHVILLE, TN        37211        NASHVILLE              37211

                                 009        CUST. ID. # 00785-107
```

| YOUR ORDER NO. | OUR ORDER NO. | SHIPPED DATE | SHIPPED VIA | TERMS: | B/L NUMBER |
|---|---|---|---|---|---|
| 180955 | | 7/07/2008 | W.E.L. (TL) | 1% 10DAYS NET30 | 987981 |

| QUANTITY ORDERED | QUANTITY SHIPPED | PRODUCT DESCRIPTION | U.P.C. NO. | PACK SIZE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 48 | 48 | SCHLOTZSKY'S R.F. GARLI SCO463  A | | 4/1 G | 27.3600 | 1,313.28 |
| | | A 1 % DISCOUNT | | | | |
| | | $   13.13 MAY BE TAKEN | | | | |
| | | IF PAID ON OR BEFORE | | | | |
| | | 7/18/2008 | | | | |
| 48 | 48 | ****** INVOICE TOTAL | | | | 1,313.28 |

*189 A25*

OFFICE



# Straight Bill of Lading - Short Form

Marlborough, MA 01752
(508) 229-1100

**Bill To :** COI FOODSERVICE-SC
2629 EUGENIA AVE

NASHVILLE, TN 37211

**Ship To :** COI FOODSERVICE
NASHVILLE DIST CENTER
2621 EUGENIA AVE
NASHVILLE, TN 37211

| ORDER # / BL # | CUSTOMER # | CUSTOMER P.O. | BROKER / SALESMAN | ORDER DATE | SHIP DATE |
|---|---|---|---|---|---|
| 987981 | 00785-107 | 180955 | 9 | Jun 23, 2008 | |
| **PICKED BY** | **CHECKED BY** | **CALLED IN BY** | **SHIPPED VIA** | | **DELIVERY DATE** |
| 5205 | 15 | TREICO/CM | W.E.L. (TL) | | Jul 7, 2008 |

**Remarks :** customer phone 1-615-231-4336

| LINE | ITEM NUMBER | ITEM DESCRIPTION | PK/SIZE | ORDERED | SHIPPED | UPC | WEIGHT |
|---|---|---|---|---|---|---|---|
| 1 | SC0463 | SCHLOTZSKY'S R.F. GARLIC BUN | 4/1 G | 48 | 48 | 1004133531886 | 1,643.04 |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | 1,643.04 |
| 31 | | | | 48 | 48 | | |
| | | | | **TOTAL ORDER** | **TOTAL SHIP** | | **WEIGHT** |

Load # 189-A25
Appointment Time 07/08 @ 6:30 AM
Contact debbie
Confirmation #

| PALLET EXCHANGE | |
|---|---|
| 37 | 37 |
| In | out |

signature - 07/07/2008 21:52:27

**DRIVERS: MAINTAIN A REFRIGERATION
UNIT TEMPERATURE OF 36° AT ALL TIMES**

| Carrier/Agent | Driver Signature | Customer Signature |
|---|---|---|
| | | |

## PROCESSORS OF FINE FOODS

1 D'ANGELO DRIVE — P.O. BOX 849 — MARLBOROUGH, MA 01752

TEL:    508-485-7540        FAX: 508-485-6882        U.P.C. 41335
1-800-633-5800

KENS FOODS, INC.
P. O. BOX 6197
BOSTON, MA 02212-619

DATE    7/08/2008

SHIP TO (IF DIFFERENT FROM "SOLD TO")

SOLD
TO:  COI FOODSERVICE-RYANS
     2629 EUGENIA AVE

     NASHVILLE, TN        37211

COI FOODSERVICE
NASHVILLE DIST CENTER
2629 EUGENIA AVE
NASHVILLE                37211

009            CUST. ID. # 00785-112

| YOUR ORDER NO. 180955 | OUR ORDER NO. | SHIPPED DATE 7/07/2008 | SHIPPED VIA W.E.L. (TL) | TERMS: 1% 10DAYS NET30 | B/L NUMBER 987979 |
|---|---|---|---|---|---|

| QUANTITY ORDERED | QUANTITY SHIPPED | PRODUCT DESCRIPTION | U.P.C. NO. | PACK SIZE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 100 | 100 | KEN'S TABLESIDE CAESAR    KE0814  A | | 4/1 G | 35.1500 | 3,515.00 |
| 640 | 640 | RYAN'S MAYONNAISE BAG/B RY0897X4A | | BG/BX | 22.8600 | 14,630.40 |
| 24 | 24 | RYAN'S GREEK VINAIGRETT RY1478-2A | | 2/1 G | 14.6500 | 351.60 |
| 200 | 200 | RYAN'S TARTAR SAUCE BAG RY1935X4A | | BG/BX | 23.0500 | 4,610.00 |
| | | A 1 % DISCOUNT | | | | |
| | | $    231.07 MAY BE TAKEN | | | | |
| | | IF PAID ON OR BEFORE | | | | |
| | |      7/18/2008 | | | | |
| 964 | 964 | ****** INVOICE TOTAL | | | | 23,107.00 |

189-A25

OFFICE

 

# Straight Bill of Lading - Short Form

Marlborough, MA 01752
(508) 229-1100

**Bill To:** COI FOODSERVICE-RYANS
2629 EUGENIA AVE

NASHVILLE, TN 37211

**Ship To:** COI FOODSERVICE
NASHVILLE DIST CENTER
2629 EUGENIA AVE
NASHVILLE, TN 37211

| ORDER # / BL # | CUSTOMER # | CUSTOMER P.O. | BROKER / SALESMAN | ORDER DATE | SHIP DATE |
|---|---|---|---|---|---|
| 987879 | 00785-112 | 180955 | 9 | Jun 23, 2008 | |
| **PICKED BY** | **CHECKED BY** | **CALLED IN BY** | **SHIPPED VIA** | **DELIVERY DATE** | |
| 5205 | 15 | TREICO/CM | W.E.L. (TL) | Jul 7, 2008 | |

**Remarks :** customer phone 1-615-231-4336
**"REVISED"**

| LINE | ITEM NUMBER | ITEM DESCRIPTION | PK/SIZE | ORDERED | SHIPPED | UPC | WEIGHT |
|---|---|---|---|---|---|---|---|
| 1 | KE0814 | KEN'S TABLESIDE CAESAR | 4/1 G | 100 | 100 | 1004133508141 | 3,449.00 |
| 2 | RY0897X4 | RYAN'S MAYONNAISE BAG/BOX | BG/BX | 640 | 640 | 1004133534023 | 19,264.00 |
| 3 | RY1478-2 | RYAN'S GREEK VINAIGRETTE | 2/1 G | 24 | 24 | REF1004133532945 | 412.56 |
| 4 | RY1935X4 | RYAN'S TARTAR SAUCE BAG/BOX | BG/BX | 200 | 200 | REF1004133534051 | 6,722.00 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| | | | | 964 | 964 | | 29,847.56 |
| | | | | **TOTAL ORDER** | **TOTAL SHIP** | | **WEIGHT** |

Load #      189-A25
Appointment Time    07/08 @ 6:30 AM
Contact      debbie
Confirmation #

## DRIVERS: MAINTAIN A REFRIGERATION
## UNIT TEMPERATURE OF 36° AT ALL TIMES

| PALLET EXCHANGE | | |
|---|---|---|
| 37 | 37 | |
| In | out | signature - 07/07/2008 21:52:27 |

| Carrier/Agent | Driver Signature | Customer Signature |
|---|---|---|
| | | |

KENS FUUDS, INC.
P. O. BOX 6197
BOSTON, MA 02212-619

DATE     7/07/2008

OLD
O: COI FOODSERVICE-RYANS
2629 EUGENIA AVE

NASHVILLE, TN        37211

SHIP TO (IF DIFFERENT FROM "SOLD TO")

COI FOODSERVICE
TIFTON DIST CENTER
7833 MAGNOLIA IND BLVD
TIFTON                    31794

009        CUST. ID. # 00785-113

| YOUR ORDER NO. | OUR ORDER NO. | SHIPPED DATE | SHIPPED VIA | TERMS: | B/L NUMBER |
|---|---|---|---|---|---|
| 368152 | | 7/06/2008 | Ken's | 1% 10DAYS NET30 | 987974 |

| QUANTITY ORDERED | QUANTITY SHIPPED | PRODUCT DESCRIPTION | | U.P.C. NO. | PACK SIZE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 20 | 20 | KEN'S DIJON HORSERADISH | KE0624 | A | 4/1 G | 25.4900 | 509.80 |
| 100 | 100 | KEN'S TABLESIDE CAESAR | KE0814 | A | 4/1 G | 35.1500 | 3,515.00 |
| 144 | 144 | RYAN'S BARBECUE SAUCE | RY0520 | A | 4/1 G | 18.9300 | 2,725.92 |
| 100 | 100 | RYAN'S MAYONNAISE BAG/B | RY0897X4A | | BG/BX | 22.8600 | 2,286.00 |
| 50 | 50 | RYAN'S BLUE CHEESE BAG/ | RY1471X4A | | BG/BX | 32.7400 | 1,637.00 |
| 300 | 300 | RYAN'S THOUSAND ISLAND | RY1472-4A | | TUB | 22.8300 | 6,849.00 |
| 96 | 96 | RYAN'S FRENCH DRESSING | RY1474 | A | 4/1 G | 19.4900 | 1,871.04 |
| 50 | 50 | RYAN'S COLE SLAW DR. BA | RY1475X4A | | BG/BX | 22.7800 | 1,139.00 |
| 144 | 144 | RYAN'S GOLDEN ITALIAN | RY1476 | A | 4/1 G | 17.6600 | 2,543.04 |
| 48 | 48 | RYAN'S TERIYAKI GLAZE | RY1477 | A | 4/1 G | 20.4400 | 981.12 |
| 48 | 48 | RYAN'S COCKTAIL SAUCE | RY1602 | A | 4/1 G | 16.3800 | 786.24 |
| 40 | 40 | RYAN'S TARTAR SAUCE BAG | RY1935X4A | | BG/BX | 23.0500 | 922.00 |

A 1 % DISCOUNT
$    257.65 MAY BE TAKEN
IF PAID ON OR BEFORE
7/17/2008

| 1140 | 1140 | ****** INVOICE TOTAL | | | | | 25,765.16 |

188A07

OFFICE

**Bill To:** COI FOODSERVICE-RYANS
2629 EUGENIA AVE
NASHVILLE, TN 37211

**Ship To:** COI FOODSERVICE
TIFTON DIST CENTER
7833 MAGNOLIA IND BLVD
TIFTON, GA 31794

| ORDER # / BL # | CUSTOMER # | CUSTOMER P.O. | BROKER / SALESMAN | ORDER DATE | SHIP DATE |
|---|---|---|---|---|---|
| 987974 | 00785-113 | 368152 | 9 | Jun 23, 2008 | |

| PICKED BY | CHECKED BY | CALLED IN BY | SHIPPED VIA | DELIVERY DATE |
|---|---|---|---|---|
| 5203 | 5019 | TREICO/CM | Ken's | Jul 7, 2008 |

**Remarks :** customer phone 1-229-388-8240
**REVISED**
**REVISEDX2**

| LINE | ITEM NUMBER | ITEM DESCRIPTION | PK/SIZE | ORDERED | SHIPPED | UPC | WEIGHT |
|---|---|---|---|---|---|---|---|
| 1 | KE0624 | KEN'S DIJON HORSERADISH SAUCE | 4/1 G | 20 | 20 | REF1004133506241 | 716.40 |
| 2 | KE0814 | KEN'S TABLESIDE CAESAR | 4/1 G | 100 | 100 | 1004133508141 | 3,449.00 |
| 3 | RY0520 | RYAN'S BARBECUE SAUCE | 4/1 G | 144 | 144 | 1004133530700 | 6,084.00 |
| 4 | RY0897X4 | RYAN'S MAYONNAISE BAG/BOX | BG/BX | 100 | 100 | 1004133534023 | 3,010.00 |
| 5 | RY1471X4 | RYAN'S BLUE CHEESE BAG/BOX | BG/BX | 50 | 50 | REF1004133534022 | 1,745.50 |
| 6 | RY1472-4 | RYAN'S THOUSAND ISLAND TUB | TUB | 300 | 300 | 2004133532953 | 9,489.00 |
| 7 | RY1474 | RYAN'S FRENCH DRESSING | 4/1 G | 96 | 96 | 1004133532948 | 3,549.12 |
| 8 | RY1475X4 | RYAN'S COLE SLAW DR. BAG/BOX | BG/BX | 50 | 50 | 1004133534025 | 1,835.50 |
| 9 | RY1476 | RYAN'S GOLDEN ITALIAN | 4/1 G | 144 | 144 | 1004133532943 | 5,408.64 |
| 10 | RY1477 | RYAN'S TERIYAKI GLAZE | 4/1 G | 48 | 48 | 1004133532951 | 2,111.04 |
| 11 | RY1602 | RYAN'S COCKTAIL SAUCE | 4/1 G | 48 | 48 | REF1004133532963 | 1,870.56 |
| 12 | RY1935X4 | RYAN'S TARTAR SAUCE BAG/BOX | BG/BX | 40 | 40 | REF1004133534051 | 1,344.40 |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| | | | | 1140 | 1140 | | 40,613.16 |
| | | | | TOTAL ORDER | TOTAL SHIP | | WEIGHT |

Load # 188-A07
Appointment Time 07/07 @ 5:00 AM
Contact shirley
Confirmation #

**DRIVERS: MAINTAIN A REFRIGERATION
UNIT TEMPERATURE OF 36° AT ALL TIMES**

| PALLET EXCHANGE | | |
|---|---|---|
| 0 | 28 | _Ryan_ |
| in | out | signature - 07/06/2008 14:43:15 |

| Carrier/Agent | Driver Signature | Customer Signature |
|---|---|---|
| | _Ryan_ | _Shirly Mc Dehai_ |

**PROCESSORS OF FINE FOODS**

1 D'ANGELO DRIVE — P.O. BOX 849 — MARLBOROUGH, MA 01752

TEL: 508-485-7540          FAX: 508-485-6882          U.P.C. 41335
1-800-633-5800

KENS FOODS, INC.
P. O. BOX 6197
BOSTON, MA  02212-619

DATE    7/07/2008

OLD
O:
COI FOODSERVICE-SC
2629 EUGENIA AVE

NASHVILLE, TN          37211

SHIP TO (IF DIFFERENT FROM "SOLD TO")

COI FOODSERVICE
NASHVILLE DIST CENTER
2621 EUGENIA AVE
NASHVILLE          37211

009          CUST. ID. # 00785-107

| YOUR ORDER NO. | OUR ORDER NO. | SHIPPED DATE | SHIPPED VIA | TERMS: | B/L NUMBER |
|---|---|---|---|---|---|
| 180788 | | 7/06/2008 | Ken's | 1% 10DAYS NET30 | 987331 |

| QUANTITY ORDERED | QUANTITY SHIPPED | PRODUCT DESCRIPTION | U.P.C. NO. | PACK SIZE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 102 | 102 | SCHLOTZSKY'S LITE MAYON SC1417P7A | | PPACK | 25.0000 | 2,550.00 |
| | | A 1 % DISCOUNT $ 25.50 MAY BE TAKEN IF PAID ON OR BEFORE 7/17/2008 | | | | |
| 102 | 102 | ****** INVOICE TOTAL | | | | 2,550.00 |

188A05

OFFICE

**Bill To:** COI FOODSERVICE-SC
2629 EUGENIA AVE

NASHVILLE, TN 37211

**Ship To:** COI FOODSERVICE
NASHVILLE DIST CENTER
2621 EUGENIA AVE
NASHVILLE, TN 37211

| ORDER # / BL # | CUSTOMER # | CUSTOMER P.O. | BROKER / SALESMAN | ORDER DATE | SHIP DATE |
|---|---|---|---|---|---|
| 987331 | 00785-107 | 180788 | 9 | Jun 19, 2008 | |

| PICKED BY | CHECKED BY | CALLED IN BY | SHIPPED VIA | DELIVERY DATE |
|---|---|---|---|---|
| 9999 | 5019 | TREICO/CM | Ken's | Jul 7, 2008 |

**Remarks :** customer phone 1-615-231-4336

| LINE | ITEM NUMBER | ITEM DESCRIPTION | PK/SIZE | ORDERED | SHIPPED | UPC | WEIGHT |
|---|---|---|---|---|---|---|---|
| 1 | SC1417P7 | SCHLOTZSKY'S LITE MAYONNAISE | PPACK | 102 | 102 | 1004133532800 | 3,464.94 |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| | | | | 102 | 102 | | 3,464.94 |
| | | | | TOTAL ORDER | TOTAL SHIP | | WEIGHT |

Load # 188-A05
Appointment Time 07/07 @ 5:00 AM
Contact debbie
Confirmation #

**DRIVERS: MAINTAIN A REFRIGERATION
UNIT TEMPERATURE OF 36° AT ALL TIMES**

| PALLET EXCHANGE | | |
|---|---|---|
| 0 | 26 | *Ryan* |
| in | out | signature - 07/06/2008 11:43:21 |

| Carrier/Agent | Driver Signature | Customer Signature |
|---|---|---|
| | *Ryan* | |

1 D'ANGELO DRIVE — P.O. BOX 849 — MARLBOROUGH, MA 01752

TEL:     508-485-7540     FAX: 508-485-6882     U.P.C. 41335
1-800-633-5800

KENS FOODS, INC.
P. O. BOX 6197
BOSTON, MA   02212-61

DATE     7/07/2008

OLD
O:  COI FOODSERVICE-RYANS
2629 EUGENIA AVE

NASHVILLE, TN        37211

SHIP TO (IF DIFFERENT FROM "SOLD TO")

COI FOODSERVICE
NASHVILLE DIST CENTER
2629 EUGENIA AVE
NASHVILLE                    37211

009          CUST. ID. # 00785-112

| YOUR ORDER NO. | OUR ORDER NO. | SHIPPED DATE | SHIPPED VIA | TERMS: | B/L NUMBER |
|---|---|---|---|---|---|
| 180788 | | 7/06/2008 | Ken's | 1% 10DAYS NET30 | 987330 |

| QUANTITY ORDERED | QUANTITY SHIPPED | PRODUCT DESCRIPTION | U.P.C. NO. | PACK SIZE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 100 | 100 | RYAN'S BARBECUE SAUCE    RY0520   A | | 4/1 G | 18.9300 | 1,893.00 |
| 160 | 160 | RYAN'S MAYONNAISE BAG/B RY0897X4A | | BG/BX | 22.8600 | 3,657.60 |
| 48 | 48 | RYAN'S HOT WING SAUCE    RY1446   A | | 4/1 G | 24.4000 | 1,171.20 |
| 200 | 200 | RYAN'S BLUE CHEESE BAG/ RY1471X4A | | BG/BX | 32.7400 | 6,548.00 |
| 180 | 180 | RYAN'S THOUSAND ISLAND  RY1472-4A | | TUB | 22.8300 | 4,109.40 |
| 192 | 192 | RYAN'S GOLDEN ITALIAN    RY1476   A | | 4/1 G | 17.6600 | 3,390.72 |
| 96 | 96 | RYAN'S COCKTAIL SAUCE    RY1602   A | | 4/1 G | 16.3800 | 1,572.48 |

A 1 % DISCOUNT
$   223.42 MAY BE TAKEN
IF PAID ON OR BEFORE
7/17/2008

| 976 | 976 | ****** INVOICE TOTAL | | | | 22,342.40 |

188A05

OFFICE

**Bill To :** COI FOODSERVICE-RYANS
2629 EUGENIA AVE

NASHVILLE, TN 37211

**Ship To:** COI FOODSERVICE
NASHVILLE DIST CENTER
2629 EUGENIA AVE
NASHVILLE, TN 37211

| ORDER # / BL # | CUSTOMER # | CUSTOMER P.O. | BROKER / SALESMAN | ORDER DATE | SHIP DATE |
|---|---|---|---|---|---|
| 987330 | 00785-112 | 180788 | 9 | Jun 19, 2008 | |

| PICKED BY | CHECKED BY | CALLED IN BY | SHIPPED VIA | DELIVERY DATE |
|---|---|---|---|---|
| 9999 | 5019 | TREICO/CM | Ken's | Jul 7, 2008 |

**Remarks :** customer phone 1-615-231-4336
**REVISED**
**REVISEDX2**

| LINE | ITEM NUMBER | ITEM DESCRIPTION | PK/SIZE | ORDERED | SHIPPED | UPC | WEIGHT |
|---|---|---|---|---|---|---|---|
| 1 | RY0520 | RYAN'S BARBECUE SAUCE | 4/1 G | 100 | 100 | 1004133530700 | 4,225.00 |
| 2 | RY0897X4 | RYAN'S MAYONNAISE BAG/BOX | BG/BX | 160 | 160 | 1004133534023 | 4,816.00 |
| 3 | RY1446 | RYAN'S HOT WING SAUCE | 4/1 G | 48 | 48 | 1004133533610 | 1,774.56 |
| 4 | RY1471X4 | RYAN'S BLUE CHEESE BAG/BOX | BG/BX | 200 | 200 | REF1004133534022 | 6,982.00 |
| 5 | RY1472-4 | RYAN'S THOUSAND ISLAND TUB | TUB | 180 | 180 | 2004133532953 | 5,693.40 |
| 6 | RY1476 | RYAN'S GOLDEN ITALIAN | 4/1 G | 192 | 192 | 1004133532943 | 7,211.52 |
| 7 | RY1602 | RYAN'S COCKTAIL SAUCE | 4/1 G | 96 | 96 | REF1004133532963 | 3,741.12 |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| | | | | 976 | 976 | | 34,443.60 |

| | TOTAL ORDER | TOTAL SHIP | | WEIGHT |
|---|---|---|---|---|

Load #     188-A05
Appointment Time    07/07 @ 5:00 AM
Contact     debbie
Confirmation #

| PALLET EXCHANGE | | |
|---|---|---|
| 0 | 26 | *Ryan* |
| in | out | signature - 07/06/2008 11:43:21 |

# DRIVERS: MAINTAIN A REFRIGERATION
# UNIT TEMPERATURE OF 36° AT ALL TIMES

| Carrier/Agent | Driver Signature | Customer Signature |
|---|---|---|
| | *Ryan* | |