# EXHIBIT A



# FlowersFoods
## SPECIALTY GROUP

Invoice

Customer Service: 866-357-6225
Billing Inquiry : 877-356-2732

**Requested Delivery Date**
07/03/2008

**Bill-To**
COI FOODSERVICE DISTRIBUTION
2629 EUGENIA AVE
NASHVILLE, TN 37211

**Remit Address**
Flowers Foods Specialty Group, LLC
PO BOX 102276
ATLANTA,GA 30368-2276

Foodservice  Repeat

| DATE | INVOICE NUMBER |
|---|---|
| 07/03/2008 | 9203170719 |
| DATE | PURCHASE ORDER NUMBER |
| 06/18/2008 | 367886 |
| DATE | BILL OF LADING |
| 06/26/2008 | 8008441809 |
| DATE | ORDER NUMBER |
| 06/18/2008 | 1007110585 |

BROKER
320455 UNASSIGNED NATIONAL ACCT
BRK-DONOTUSE

Ship-To
40201337
COI FDSVC DIST TIFTON
7833 MAGNOLIA INDUSTRIA, FB40201337
TIFTON, GA, 31794

Payer

| Material Number | Qty | Description / Alternate Material Number | Price UOM | Discount Total | Net Amount |
|---|---|---|---|---|---|
| 71271800 | 70 | EUROP SNCKFD SG MN DON 12/21PK 4000080 | 10.52 CAS | 0.00 | 736.40 |
| 48056770 | 245 | MSFS 6 DES CUP 24/NP/RED//RSC/000 4005783 | 20.02 CAS | 0.00 | 4,904.90 |
| | 315 | Cases Sold | Total | 0.00 | 5,641.30 |

**Payment Due by 07/24/2008**  Amount Due  $ 5,641.30

Terms: Net 21 days

---

All billbacks or deductions for allowances and discounts (including but not limited to promotions, pricing, shortages, damages, detention charges, incomplete order fines, invoice discrepancies, rebates, accruals, service charges, and marketing programs) must be claimed with proper documentation within ninety (90) days of product invoice. Failure to timely claim will result in loss of these monies.