Customer Invoice Register

Printed on: 7/23/2008 5:26:26PM
Printed-by: fredericksen

| | | | |
|---|---|---|---|
| **Company** | 01 | QUANTUM FOODS LLC | |
| **Primary Sort** | | Bill-to Name | SH6000, COM550 |
| **Secondary Sort** | | Invoice Date | <All> |
| **Tertiary Sort** | | NONE | ALL |
| **Additional Sorts** | | | |
| **Hide Details?** | | No | |
| **Selection Criteria** | | | |
| Invoice Date | | 07-23-06 - 07-22-08 | |

| Whs. | Inv. | Order | Invoice Date | Ship-to Customer | Product Memo Total | Freight Stop Charge | Fees, Ins, Msc Order, Msc Line | Discount Deals Allow | Service Charges and Taxes | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 05 | 49214 | 91328 | 7/25/2006 | SH6001 COI/RIPLEY | 25,687.50 | 1,125.00 | 0.00 | 0.00 | 0.00 | 26,812.50 |
| 05 | 49330 | 91621 | 7/27/2006 | SH6005 COI/NASHVILLE | 11,820.00 | 480.00 | 0.00 | 0.00 | 0.00 | 12,300.00 |
| 05 | 49924 | 91622 | 8/7/2006 | SH6004 COI/TIFTON | 120,563.98 | 0.00 | 0.00 | 0.00 | 0.00 | 120,563.98 |
| 05 | 50175 | 91880 | 8/9/2006 | SH6004 COI/TIFTON | 156,067.85 | 0.00 | 0.00 | 0.00 | 0.00 | 156,067.85 |
| 05 | 50537 | 92152 | 8/16/2006 | SH6004 COI/TIFTON | 129,002.27 | 1,761.97 | 0.00 | 0.00 | 0.00 | 130,764.24 |
| 05 | 50722 | 92525 | 8/17/2006 | SH6004 COI/TIFTON | 154,495.47 | 0.00 | 0.00 | 0.00 | 0.00 | 154,495.47 |
| 05 | 50719 | 92154 |  | SH6001 COI/RIPLEY | 23,833.50 | 1,017.00 | 0.00 | 0.00 | 0.00 | 24,850.50 |
| 05 | 51225 | 92830 | 8/25/2006 | SH6005 COI/NASHVILLE | 9,888.00 | 96.00 | 0.00 | 0.00 | 0.00 | 9,984.00 |
| 05 | 51226 | 92838 |  | SH6004 COI/TIFTON | 170,145.89 | 2,101.49 | 0.00 | 0.00 | 0.00 | 172,247.38 |
| 05 | 51676 | 93106 | 9/1/2006 | SH6004 COI/TIFTON | 124,872.70 | 1,800.51 | 0.00 | 0.00 | 0.00 | 126,673.21 |
| 05 | 52146 | 93407 | 9/8/2006 | SH6004 COI/TIFTON | 159,647.32 | 2,070.63 | 0.00 | 0.00 | 0.00 | 161,717.95 |
| 05 | 52155 | 93411 | 9/11/2006 | SH6004 COI/TIFTON | 156,282.66 | 0.00 | 0.00 | 0.00 | 0.00 | 156,282.66 |
| 05 | 52187 | 93406 | 9/12/2006 | SH6001 COI/RIPLEY | 25,687.50 | 625.00 | 0.00 | 0.00 | 0.00 | 26,312.50 |
| 05 | 52451 | 93433 | 9/15/2006 | SH6004 COI/TIFTON | 177,158.02 | 2,318.33 | 0.00 | 0.00 | 0.00 | 179,476.35 |
| 05 | 52781 | 94031 | 9/21/2006 | SH6004 COI/TIFTON | 169,151.69 | 0.00 | 0.00 | 0.00 | 0.00 | 169,151.69 |
| 05 | 53018 | 94033 | 9/26/2006 | SH6001 COI/RIPLEY | 32,872.50 | 1,395.00 | 0.00 | 0.00 | 0.00 | 34,267.50 |
| 05 | 53253 | 94291 | 9/29/2006 | SH6004 COI/TIFTON | 169,656.24 | 2,226.94 | 0.00 | 0.00 | 0.00 | 171,883.18 |
| 05 | 53254 | 94293 |  | SH6005 COI/NASHVILLE | 15,528.00 | 1,008.00 | 0.00 | 0.00 | 0.00 | 16,536.00 |
| 05 | 53692 | 94593 | 10/6/2006 | SH6004 COI/TIFTON | 143,987.23 | 1,938.31 | 0.00 | 0.00 | 0.00 | 145,925.54 |
| 05 | 53822 | 94592 | 10/10/2006 | SH6004 COI/TIFTON | 162,066.36 | 2,375.74 | 0.00 | 0.00 | 0.00 | 164,442.10 |
| 05 | 54104 | 94591 | 10/13/2006 | SH6004 COI/TIFTON | 157,326.37 | 2,280.86 | 0.00 | 0.00 | 0.00 | 159,607.23 |
| 05 | 54078 | 94573 |  | SH6005 COI/NASHVILLE | 10,197.00 | 528.00 | 0.00 | 0.00 | 0.00 | 10,725.00 |
| 05 | 54271 | 95182 | 10/17/2006 | SH6004 COI/TIFTON | 201,938.89 | 0.00 | 0.00 | 0.00 | 0.00 | 201,938.89 |
| 05 | 54306 | 95514 | 10/18/2006 | SH6004 COI/TIFTON | 190,195.63 | 0.00 | 0.00 | 0.00 | 0.00 | 190,195.63 |
| 05 | 54288 | 95593 |  |  | (201,938.89) | 0.00 | 0.00 | 0.00 | 0.00 | (201,938.89) |
| 05 | 54334 | 95180 | 10/19/2006 | SH6005 COI/NASHVILLE | 16,339.50 | 972.00 | 0.00 | 0.00 | 0.00 | 17,311.50 |
| 05 | 54519 | 95176 | 10/20/2006 | SH6004 COI/TIFTON | 155,537.26 | 1,972.39 | 0.00 | 0.00 | 0.00 | 157,509.65 |
| 05 | 54613 | 95179 | 10/24/2006 | SH6001 COI/RIPLEY | 32,988.00 | 820.00 | 0.00 | 0.00 | 0.00 | 33,808.00 |
| 05 | 54776 | 95373 | 10/26/2006 | SH6004 COI/TIFTON | 278,073.46 | 0.00 | 0.00 | 0.00 | 0.00 | 278,073.46 |
| 05 | 54822 | 95374 |  |  | 160,061.35 | 0.00 | 0.00 | 0.00 | 0.00 | 160,061.35 |
| 05 | 54905 | 95451 | 10/27/2006 | SH6004 COI/TIFTON | 143,399.12 | 2,124.70 | 0.00 | 0.00 | 0.00 | 145,523.82 |
| 05 | 54940 | 95450 | 10/30/2006 | SH6004 COI/TIFTON | 156,120.58 | 2,248.55 | 0.00 | 0.00 | 0.00 | 158,369.13 |
| 05 | 55005 | 95375 | 10/31/2006 | SH6004 COI/TIFTON | 155,549.47 | 0.00 | 0.00 | 0.00 | 0.00 | 155,549.47 |
| 05 | 55194 | 95772 | 11/2/2006 | SH6005 COI/NASHVILLE | 14,370.00 | 90.00 | 0.00 | 0.00 | 0.00 | 14,460.00 |
| 05 | 55227 | 95768 | 11/3/2006 | SH6004 COI/TIFTON | 157,855.33 | 1,918.20 | 0.00 | 0.00 | 0.00 | 159,773.53 |
| 05 | 55518 | 95771 | 11/8/2006 | SH6004 COI/TIFTON | 166,123.96 | 2,401.79 | 0.00 | 0.00 | 0.00 | 168,525.75 |
| 05 | 55635 | 95991 | 11/10/2006 | SH6004 COI/TIFTON | 139,714.97 | 2,056.20 | 0.00 | 0.00 | 0.00 | 141,771.17 |
| 05 | 55786 | 95992 | 11/14/2006 | SH6001 COI/RIPLEY | 24,645.00 | 990.00 | 0.00 | 0.00 | 0.00 | 25,635.00 |
| 05 | 56070 | 96273 | 11/17/2006 | SH6004 COI/TIFTON | 154,844.25 | 2,244.31 | 0.00 | 0.00 | 0.00 | 157,088.56 |
| 05 | 56036 | 95983 |  | SH6005 COI/NASHVILLE | 24,451.50 | 936.00 | 0.00 | 0.00 | 0.00 | 25,387.50 |
| 05 | 56383 | 96552 | 11/27/2006 | SH6004 COI/TIFTON | 155,412.29 | 2,061.04 | 0.00 | 0.00 | 0.00 | 157,473.33 |
| 05 | 56739 | 96754 | 12/1/2006 | SH6004 COI/TIFTON | 212,660.44 | 2,117.42 | 0.00 | 0.00 | 0.00 | 214,777.86 |
| 05 | 56814 | 96752 | 12/5/2006 | SH6001 COI/RIPLEY | 30,013.50 | 1,377.00 | 0.00 | 0.00 | 0.00 | 31,390.50 |
| 05 | 57021 | 96986 | 12/8/2006 | SH6004 COI/TIFTON | 197,614.31 | 2,105.49 | 0.00 | 0.00 | 0.00 | 199,719.80 |
| 05 | 57188 | 97253 | 12/11/2006 | SH6004 COI/TIFTON | 167,949.09 | 2,428.18 | 0.00 | 0.00 | 0.00 | 170,377.27 |
| 05 | 57420 | 97254 | 12/15/2006 | SH6004 COI/TIFTON | 173,323.47 | 1,920.65 | 0.00 | 0.00 | 0.00 | 175,244.12 |
| 05 | 57525 | 97258 | 12/19/2006 | SH6001 COI/RIPLEY | 24,645.00 | 990.00 | 0.00 | 0.00 | 0.00 | 25,635.00 |
| 05 | 57524 | 97257 |  | SH6004 COI/TIFTON | 154,314.89 | 2,241.92 | 0.00 | 0.00 | 0.00 | 156,556.81 |
| 05 | 57552 | 97247 | 12/20/2006 | SH6004 COI/TIFTON | 156,204.13 | 2,258.37 | 0.00 | 0.00 | 0.00 | 158,462.50 |
| 05 | 57840 | 97516 | 12/26/2006 | SH6004 COI/TIFTON | 167,741.80 | 2,425.18 | 0.00 | 0.00 | 0.00 | 170,166.98 |
| 05 | 57828 | 97512 |  |  | 219,514.87 | 2,414.67 | 0.00 | 0.00 | 0.00 | 221,929.54 |
| 05 | 58105 | 97850 | 1/2/2007 | SH6001 COI/RIPLEY | 25,851.37 | 1,045.97 | 0.00 | 0.00 | 0.00 | 26,897.34 |
| 05 | 58103 | 97261 |  | SH6004 COI/TIFTON | 128,590.17 | 1,932.63 | 0.00 | 0.00 | 0.00 | 130,522.80 |
| 05 | 58122 | 97849 | 1/3/2007 | SH6004 COI/TIFTON | 192,035.76 | 2,375.01 | 0.00 | 0.00 | 0.00 | 194,410.77 |
| 05 | 58391 | 97852 | 1/5/2007 | SH6005 COI/NASHVILLE | 23,327.67 | 806.79 | 0.00 | 0.00 | 0.00 | 24,134.46 |
| 05 | 58474 | 97982 | 1/8/2007 | SH6004 COI/TIFTON | 181,680.76 | 2,363.24 | 0.00 | 0.00 | 0.00 | 184,044.00 |
| 05 | 58627 | 98682 | 1/10/2007 | SH6004 COI/TIFTON | 194,433.97 | 0.00 | 0.00 | 0.00 | 0.00 | 194,433.97 |

| Whs. | Inv. | Order | Invoice Date | Ship-to Customer | Product Memo Total | Freight Stop Charge | Fees, Ins, Msc Order, Msc Line | Discount Deals Allow | Service Charges and Taxes | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 05 | 58622 | 98679 | 1/10/2007 | SH6004 COI/TIFTON | (194,410.77) | 0.00 | 0.00 | 0.00 | 0.00 | (194,410.77) |
| 05 | 58629 | 97983 | | | 164,883.44 | 2,383.86 | 0.00 | 0.00 | 0.00 | 167,267.30 |
| 05 | 58737 | 98645 | 1/11/2007 | SH6004 COI/TIFTON | 5,706.00 | 126.00 | 0.00 | 0.00 | 0.00 | 5,832.00 |
| 05 | 58664 | 98574 | | SH6005 COI/NASHVILLE | 35,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35,000.00 |
| 05 | 58839 | 98263 | 1/12/2007 | SH6004 COI/TIFTON | 192,442.54 | 0.00 | 0.00 | 0.00 | 0.00 | 192,442.54 |
| 05 | 58908 | 98565 | 1/15/2007 | SH6004 COI/TIFTON | 167,147.14 | 2,819.35 | 0.00 | 0.00 | 0.00 | 169,966.49 |
| 05 | 59205 | 98558 | 1/18/2007 | SH6005 COI/NASHVILLE | 31,752.00 | 1,326.00 | 0.00 | 0.00 | 0.00 | 33,078.00 |
| 05 | 59206 | 98559 | | SH6001 COI/RIPLEY | 47,049.00 | 1,221.00 | 0.00 | 0.00 | 0.00 | 48,270.00 |
| 05 | 59323 | 98563 | 1/22/2007 | SH6004 COI/TIFTON | 193,487.04 | 2,753.27 | 0.00 | 0.00 | 0.00 | 196,240.31 |
| 05 | 59328 | 98567 | | | 166,929.91 | 2,845.17 | 0.00 | 0.00 | 0.00 | 169,775.08 |
| 05 | 59409 | 98566 | 1/23/2007 | SH6004 COI/TIFTON | 167,362.49 | 2,822.98 | 0.00 | 0.00 | 0.00 | 170,185.47 |
| 05 | 59733 | 98865 | 1/26/2007 | SH6004 COI/TIFTON | 168,817.66 | 2,754.43 | 0.00 | 0.00 | 0.00 | 171,572.09 |
| 05 | 59915 | 99195 | 1/31/2007 | SH6004 COI/TIFTON | 171,084.66 | 2,673.46 | 0.00 | 0.00 | 0.00 | 173,758.12 |
| 05 | 59970 | 99717 | 2/1/2007 | SH6004 COI/TIFTON | 169,563.73 | 0.00 | 0.00 | 0.00 | 0.00 | 169,563.73 |
| 05 | 60021 | 99740 | | | 169,368.62 | 0.00 | 0.00 | 0.00 | 0.00 | 169,368.62 |
| 05 | 60019 | 99738 | | | 195,846.98 | 0.00 | 0.00 | 0.00 | 0.00 | 195,846.98 |
| 05 | 59929 | 99700 | | | (156,992.09) | 0.00 | 0.00 | 0.00 | 0.00 | (156,992.09) |
| 05 | 60018 | 99737 | | | (196,240.31) | 0.00 | 0.00 | 0.00 | 0.00 | (196,240.31) |
| 05 | 59954 | 99714 | | | (169,966.49) | 0.00 | 0.00 | 0.00 | 0.00 | (169,966.49) |
| 05 | 59930 | 99701 | | | 156,628.60 | 0.00 | 0.00 | 0.00 | 0.00 | 156,628.60 |
| 05 | 60020 | 99739 | | | (169,775.08) | 0.00 | 0.00 | 0.00 | 0.00 | (169,775.08) |
| 05 | 60117 | 99779 | 2/2/2007 | SH6001 COI/RIPLEY | (32.70) | 0.00 | 0.00 | 0.00 | 0.00 | (32.70) |
| 05 | 60186 | 99924 | 2/6/2007 | SH6004 COI/TIFTON | (116.64) | 0.00 | 0.00 | 0.00 | 0.00 | (116.64) |
| 05 | 60265 | 99196 | | | 170,556.95 | 0.00 | 0.00 | 0.00 | 0.00 | 170,556.95 |
| 05 | 60200 | 99192 | | SH6001 COI/RIPLEY | 37,425.00 | 1,425.00 | 0.00 | 0.00 | 0.00 | 38,850.00 |
| 05 | 60290 | 99408 | 2/7/2007 | SH6004 COI/TIFTON | 229,819.60 | 4,274.18 | 0.00 | 0.00 | 0.00 | 234,093.78 |
| 05 | 60560 | 99492 | 2/9/2007 | SH6004 COI/TIFTON | 174,111.47 | 2,704.11 | 0.00 | 0.00 | 0.00 | 176,815.58 |
| 05 | 60658 | 99385 | 2/13/2007 | SH6004 COI/TIFTON | 168,037.78 | 2,754.72 | 0.00 | 0.00 | 0.00 | 170,792.50 |
| 05 | 60657 | 99384 | | | 170,156.47 | 0.00 | 0.00 | 0.00 | 0.00 | 170,156.47 |
| 05 | 60700 | 100192 | 2/14/2007 | SH6004 COI/TIFTON | 229,133.40 | 2,644.32 | 0.00 | 0.00 | 0.00 | 231,777.72 |
| 05 | 60740 | 100377 | 2/15/2007 | SH6004 COI/TIFTON | 232,121.08 | 0.00 | 0.00 | 0.00 | 0.00 | 232,121.08 |
| 05 | 60739 | 100376 | | | (234,093.78) | 0.00 | 0.00 | 0.00 | 0.00 | (234,093.78) |
| 05 | 60883 | 99830 | 2/16/2007 | SH6004 COI/TIFTON | 175,197.21 | 2,734.24 | 0.00 | 0.00 | 0.00 | 177,931.45 |
| 05 | 60890 | 99763 | | | 170,352.85 | 2,792.67 | 0.00 | 0.00 | 0.00 | 173,145.52 |
| 05 | 60977 | 100130 | 2/20/2007 | SH6005 COI/NASHVILLE | 24,719.14 | 970.34 | 0.00 | 0.00 | 0.00 | 25,689.48 |
| 05 | 60978 | 100131 | | SH6001 COI/RIPLEY | 47,037.60 | 1,126.40 | 0.00 | 0.00 | 0.00 | 48,164.00 |
| 05 | 61009 | 100616 | 2/21/2007 | SH6004 COI/TIFTON | (120.98) | 0.00 | 0.00 | 0.00 | 0.00 | (120.98) |
| 05 | 61086 | 99829 | | | 166,377.73 | 2,727.50 | 0.00 | 0.00 | 0.00 | 169,105.23 |
| 05 | 61015 | 100417 | | | 170,211.84 | 2,677.13 | 0.00 | 0.00 | 0.00 | 172,888.97 |
| 05 | 61167 | 100014 | 2/22/2007 | SH6004 COI/TIFTON | 164,453.20 | 2,695.95 | 0.00 | 0.00 | 0.00 | 167,149.15 |
| 05 | 61200 | 100133 | 2/23/2007 | SH6004 COI/TIFTON | 172,860.90 | 2,786.41 | 0.00 | 0.00 | 0.00 | 175,647.31 |
| 05 | 61258 | 100132 | | | 185,816.38 | 2,654.51 | 0.00 | 0.00 | 0.00 | 188,470.89 |
| 05 | 61406 | 100134 | 2/27/2007 | SH6004 COI/TIFTON | 170,023.59 | 2,787.27 | 0.00 | 0.00 | 0.00 | 172,810.86 |
| 05 | 61474 | 99762 | 2/28/2007 | SH6004 COI/TIFTON | 236,057.28 | 0.00 | 0.00 | 0.00 | 0.00 | 236,057.28 |
| 05 | 61680 | 100469 | 3/2/2007 | SH6004 COI/TIFTON | 171,855.96 | 0.00 | 0.00 | 0.00 | 0.00 | 171,855.96 |
| 05 | 61700 | 101078 | | | (125.47) | 0.00 | 0.00 | 0.00 | 0.00 | (125.47) |
| 05 | 61797 | 99764 | | | 160,856.15 | 0.00 | 0.00 | 0.00 | 0.00 | 160,856.15 |
| 05 | 61808 | 100470 | 3/5/2007 | SH6004 COI/TIFTON | 162,723.41 | 0.00 | 0.00 | 0.00 | 0.00 | 162,723.41 |
| 05 | 61839 | 100464 | | | 166,573.77 | 0.00 | 0.00 | 0.00 | 0.00 | 166,573.77 |
| 05 | 61993 | 99411 | 3/7/2007 | SH6004 COI/TIFTON | 235,347.98 | 0.00 | 0.00 | 0.00 | 0.00 | 235,347.98 |
| 05 | 64442 | 100466 | 3/9/2007 | SH6004 COI/TIFTON | 166,595.25 | 0.00 | 0.00 | 0.00 | 0.00 | 166,595.25 |
| 05 | 65315 | 100789 | | | 169,719.95 | 0.00 | 0.00 | 0.00 | 0.00 | 169,719.95 |
| 05 | 66779 | 100795 | 3/12/2007 | SH6004 COI/TIFTON | 179,671.06 | 0.00 | 0.00 | 0.00 | 0.00 | 179,671.06 |
| 05 | 70476 | 100791 | 3/14/2007 | SH6004 COI/TIFTON | 196,483.96 | 2,694.25 | 0.00 | 0.00 | 0.00 | 199,178.21 |
| 05 | 70248 | 101617 | | | (235,347.98) | 0.00 | 0.00 | 0.00 | 0.00 | (235,347.98) |
| 05 | 70534 | 101612 | | | 234,916.88 | 0.00 | 0.00 | 0.00 | 0.00 | 234,916.88 |
| 05 | 70547 | 100790 | 3/15/2007 | SH6004 COI/TIFTON | 166,722.66 | 0.00 | 0.00 | 0.00 | 0.00 | 166,722.66 |

| Whs. | Inv. | Order | Invoice Date | Ship-to Customer | Product Memo Total | Freight Stop Charge | Fees, Ins, Msc Order, Msc Line | Discount Deals Allow | Service Charges and Taxes | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 05 | 73438 | 101130 | 3/16/2007 | SH6001 COI/RIPLEY | 17,739.80 | 982.19 | 0.00 | 0.00 | 0.00 | 18,721.99 |
| 05 | 73339 | 101129 |  | SH6004 COI/TIFTON | 154,459.01 | 0.00 | 0.00 | 0.00 | 0.00 | 154,459.01 |
| 05 | 71671 | 100467 |  |  | 229,933.39 | 0.00 | 0.00 | 0.00 | 0.00 | 229,933.39 |
| 05 | 76834 | 101457 | 3/23/2007 | SH6004 COI/TIFTON | 189,773.68 | 0.00 | 0.00 | 0.00 | 0.00 | 189,773.68 |
| 05 | 76852 | 101458 | 3/26/2007 | SH6004 COI/TIFTON | 190,910.62 | 0.00 | 0.00 | 0.00 | 0.00 | 190,910.62 |
| 05 | 76949 | 101766 | 3/28/2007 | SH6004 COI/TIFTON | 202,109.99 | 0.00 | 0.00 | 0.00 | 0.00 | 202,109.99 |
| 05 | 77050 | 102149 | 3/29/2007 | SH6004 COI/TIFTON | 264,149.05 | 0.00 | 0.00 | 0.00 | 0.00 | 264,149.05 |
| 05 | 77157 | 102427 | 4/2/2007 | SH6004 COI/TIFTON | (118.71) | 0.00 | 0.00 | 0.00 | 0.00 | (118.71) |
| 05 | 77409 | 102150 | 4/5/2007 | SH6001 COI/RIPLEY | 40,500.16 | 1,739.10 | 0.00 | 0.00 | 0.00 | 42,239.26 |
| 05 | 77546 | 102151 | 4/11/2007 | SH6004 COI/TIFTON | 157,882.75 | 0.00 | 0.00 | 0.00 | 0.00 | 157,882.75 |
| 05 | 77681 | 102471 | 4/13/2007 | SH6004 COI/TIFTON | 190,013.16 | 0.00 | 0.00 | 0.00 | 0.00 | 190,013.16 |
| 05 | 77779 | 102152 | 4/17/2007 | SH6004 COI/TIFTON | 229,904.25 | 0.00 | 0.00 | 0.00 | 0.00 | 229,904.25 |
| 05 | 77972 | 102737 | 4/20/2007 | SH6005 COI/NASHVILLE | 21,727.50 | 892.50 | 0.00 | 0.00 | 0.00 | 22,620.00 |
| 05 | 78361 | 102739 |  | SH6004 COI/TIFTON | 156,393.94 | 0.00 | 0.00 | 0.00 | 0.00 | 156,393.94 |
| 05 | 93305 | 102740 | 4/23/2007 | SH6004 COI/TIFTON | 201,730.99 | 0.00 | 0.00 | 0.00 | 0.00 | 201,730.99 |
| 05 | 10101 | 102738 | 4/24/2007 | SH6001 COI/RIPLEY | 38,298.83 | 1,482.25 | 0.00 | 0.00 | 0.00 | 39,781.08 |
| 05 | 10398 | 103043 | 4/30/2007 | SH6004 COI/TIFTON | 201,984.60 | 0.00 | 0.00 | 0.00 | 0.00 | 201,984.60 |
| 05 | 45213 | 103372 | 5/1/2007 | SH6001 COI/RIPLEY | 21,563.81 | 983.78 | 0.00 | 0.00 | 0.00 | 22,547.59 |
| 05 | 103373 | 103373 | 5/7/2007 | SH6004 COI/TIFTON | 188,212.81 | 0.00 | 0.00 | 0.00 | 0.00 | 188,212.81 |
| 05 | 103703 | 103703 | 5/14/2007 | SH6004 COI/TIFTON | 171,711.42 | 0.00 | 0.00 | 0.00 | 0.00 | 171,711.42 |
| 05 | 103704 | 103704 | 5/15/2007 | SH6004 COI/TIFTON | 199,741.92 | 0.00 | 0.00 | 0.00 | 0.00 | 199,741.92 |
| 05 | 103701 | 103701 | 5/17/2007 | SH6004 COI/TIFTON | 230,863.27 | 0.00 | 0.00 | 0.00 | 0.00 | 230,863.27 |
| 05 | 104222 | 104222 | 5/18/2007 | SH6004 COI/TIFTON | 236,210.54 | 2,459.82 | 0.00 | 0.00 | 0.00 | 238,670.36 |
| 05 | 104015 | 104015 |  |  | 187,388.52 | 0.00 | 0.00 | 0.00 | 0.00 | 187,388.52 |
| 05 | 104014 | 104014 | 5/21/2007 | SH6004 COI/TIFTON | 185,848.55 | 0.00 | 0.00 | 0.00 | 0.00 | 185,848.55 |
| 05 | 104007 | 104007 | 5/22/2007 | SH6001 COI/RIPLEY | 22,774.50 | 1,054.50 | 0.00 | 0.00 | 0.00 | 23,829.00 |
| 05 | 104295 | 104295 | 5/24/2007 | SH6004 COI/TIFTON | 207,238.16 | 0.00 | 0.00 | 0.00 | 0.00 | 207,238.16 |
| 05 | 104297 | 104297 |  | SH6005 COI/NASHVILLE | 22,668.00 | 884.00 | 0.00 | 0.00 | 0.00 | 23,552.00 |
| 05 | 104296 | 104296 | 5/25/2007 | SH6004 COI/TIFTON | 189,650.93 | 2,588.26 | 0.00 | 0.00 | 0.00 | 192,239.19 |
| 05 | 104292 | 104292 | 5/29/2007 | SH6004 COI/TIFTON | 198,130.52 | 0.00 | 0.00 | 0.00 | 0.00 | 198,130.52 |
| 05 | 104643 | 104643 | 6/1/2007 | SH6004 COI/TIFTON | 163,693.29 | 0.00 | 0.00 | 0.00 | 0.00 | 163,693.29 |
| 05 | 104641 | 104641 | 6/7/2007 | SH6004 COI/TIFTON | 162,747.30 | 0.00 | 0.00 | 0.00 | 0.00 | 162,747.30 |
| 05 | 104644 | 104644 | 6/8/2007 | SH6001 COI/RIPLEY | 30,046.50 | 1,206.50 | 0.00 | 0.00 | 0.00 | 31,253.00 |
| 05 | 105222 | 105222 | 6/15/2007 | SH6004 COI/TIFTON | 157,891.92 | 0.00 | 0.00 | 0.00 | 0.00 | 157,891.92 |
| 05 | 105223 | 105223 | 6/19/2007 | SH6004 COI/TIFTON | 240,254.09 | 0.00 | 0.00 | 0.00 | 0.00 | 240,254.09 |
| 05 | 105528 | 105528 | 6/21/2007 | SH6005 COI/NASHVILLE | 14,737.50 | 812.50 | 0.00 | 0.00 | 0.00 | 15,550.00 |
| 05 | 105523 | 105523 | 6/22/2007 | SH6004 COI/TIFTON | 151,441.27 | 0.00 | 0.00 | 0.00 | 0.00 | 151,441.27 |
| 05 | 105208 | 105208 | 6/26/2007 | SH6001 COI/RIPLEY | 33,895.50 | 1,415.50 | 0.00 | 0.00 | 0.00 | 35,311.00 |
| 05 | 105527 | 105527 | 6/28/2007 | SH6001 COI/RIPLEY | 22,774.50 | 1,054.50 | 0.00 | 0.00 | 0.00 | 23,829.00 |
| 05 | 105525 | 105525 | 7/2/2007 | SH6004 COI/TIFTON | 174,077.81 | 0.00 | 0.00 | 0.00 | 0.00 | 174,077.81 |
| 05 | 106103 | 106103 | 7/6/2007 | SH6004 COI/TIFTON | 170,925.38 | 0.00 | 0.00 | 0.00 | 0.00 | 170,925.38 |
| 05 | 106102 | 106102 | 7/10/2007 | SH6004 COI/TIFTON | 186,844.03 | 0.00 | 0.00 | 0.00 | 0.00 | 186,844.03 |
| 05 | 106386 | 106386 | 7/12/2007 | SH6005 COI/NASHVILLE | 18,480.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 19,480.00 |
| 05 | 106101 | 106101 |  | SH6004 COI/TIFTON | 208,385.50 | 0.00 | 0.00 | 0.00 | 0.00 | 208,385.50 |
| 05 | 106409 | 106409 | 7/13/2007 | SH6004 COI/TIFTON | 192,687.98 | 0.00 | 0.00 | 0.00 | 0.00 | 192,687.98 |
| 05 | 106100 | 106100 | 7/17/2007 | SH6001 COI/RIPLEY | 36,582.60 | 1,483.69 | 0.00 | 0.00 | 0.00 | 38,066.29 |
| 05 | 106406 | 106406 | 7/18/2007 | SH6004 COI/TIFTON | 158,293.54 | 0.00 | 0.00 | 0.00 | 0.00 | 158,293.54 |
| 05 | 106636 | 106636 | 7/19/2007 | SH6001 COI/RIPLEY | 32,434.46 | 1,494.12 | 0.00 | 0.00 | 0.00 | 33,928.58 |
| 05 | 106630 | 106630 | 7/24/2007 | SH6004 COI/TIFTON | 177,466.09 | 0.00 | 0.00 | 0.00 | 0.00 | 177,466.09 |
| 05 | 106633 | 106633 | 7/25/2007 | SH6004 COI/TIFTON | 165,997.11 | 0.00 | 0.00 | 0.00 | 0.00 | 165,997.11 |
| 05 | 106629 | 106629 | 7/26/2007 | SH6004 COI/TIFTON | 208,899.92 | 0.00 | 0.00 | 0.00 | 0.00 | 208,899.92 |
| 05 | 106931 | 106931 |  | SH6005 COI/NASHVILLE | 23,897.70 | 971.14 | 0.00 | 0.00 | 0.00 | 24,868.84 |
| 05 | 106932 | 106932 | 7/30/2007 | SH6004 COI/TIFTON | 206,141.00 | 0.00 | 0.00 | 0.00 | 0.00 | 206,141.00 |
| 05 | 107651 | 107651 | 8/1/2007 | SH6004 COI/TIFTON | (242.48) | 0.00 | 0.00 | 0.00 | 0.00 | (242.48) |
| 05 | 107266 | 107266 | 8/2/2007 | SH6004 COI/TIFTON | 197,997.44 | 2,738.27 | 0.00 | 0.00 | 0.00 | 200,735.71 |
| 05 | 107215 | 107215 | 8/3/2007 | SH6004 COI/TIFTON | 183,995.51 | 0.00 | 0.00 | 0.00 | 0.00 | 183,995.51 |
| 05 | 107216 | 107216 | 8/6/2007 | SH6004 COI/TIFTON | 180,077.58 | 0.00 | 0.00 | 0.00 | 0.00 | 180,077.58 |

| Whs. | Inv. | Order | Invoice Date | Ship-to Customer | Product Memo Total | Freight Stop Charge | Fees, Ins, Msc Order, Msc Line | Discount Deals Allow | Service Charges and Taxes | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 05 | 107525 | 107525 | 8/10/2007 | SH6001 COI/RIPLEY | 37,425.00 | 1,425.00 | 0.00 | 0.00 | 0.00 | 38,850.00 |
| 05 | 107526 | 107526 | 8/13/2007 | SH6004 COI/TIFTON | 149,706.48 | 0.00 | 0.00 | 0.00 | 0.00 | 149,706.48 |
| 05 | 107990 | 107990 | 8/14/2007 | SH6004 COI/TIFTON | 151,081.41 | 2,782.01 | 0.00 | 0.00 | 0.00 | 153,863.42 |
| 05 | 107772 | 107772 | 8/17/2007 | SH6001 COI/RIPLEY | 28,478.56 | 1,311.95 | 0.00 | 0.00 | 0.00 | 29,790.51 |
| 05 | 107773 | 107773 | | SH6004 COI/TIFTON | 168,650.19 | 0.00 | 0.00 | 0.00 | 0.00 | 168,650.19 |
| 05 | 107775 | 107775 | 8/20/2007 | SH6004 COI/TIFTON | 162,097.42 | 0.00 | 0.00 | 0.00 | 0.00 | 162,097.42 |
| 05 | 108019 | 108019 | 8/23/2007 | SH6005 COI/NASHVILLE | 14,970.00 | 750.00 | 0.00 | 0.00 | 0.00 | 15,720.00 |
| 05 | 108017 | 108017 | 8/24/2007 | SH6004 COI/TIFTON | 166,383.39 | 0.00 | 0.00 | 0.00 | 0.00 | 166,383.39 |
| 05 | 108016 | 108016 | 8/27/2007 | SH6004 COI/TIFTON | 156,983.50 | 0.00 | 0.00 | 0.00 | 0.00 | 156,983.50 |
| 05 | 108324 | 108324 | 8/31/2007 | SH6004 COI/TIFTON | 169,023.35 | 0.00 | 0.00 | 0.00 | 0.00 | 169,023.35 |
| 05 | 108325 | 108325 | 9/5/2007 | SH6004 COI/TIFTON | 174,983.77 | 0.00 | 0.00 | 0.00 | 0.00 | 174,983.77 |
| 05 | 108578 | 108578 | 9/17/2007 | SH6004 COI/TIFTON | 165,094.43 | 0.00 | 0.00 | 0.00 | 0.00 | 165,094.43 |
| 05 | 109072 | 109072 | 9/20/2007 | SH6001 COI/RIPLEY | 27,527.03 | 1,084.61 | 0.00 | 0.00 | 0.00 | 28,611.64 |
| 05 | 109071 | 109071 | | SH6005 COI/NASHVILLE | 14,970.00 | 750.00 | 0.00 | 0.00 | 0.00 | 15,720.00 |
| 05 | 109070 | 109070 | 9/25/2007 | SH6004 COI/TIFTON | 170,802.58 | 0.00 | 0.00 | 0.00 | 0.00 | 170,802.58 |
| 05 | 109279 | 109279 | 10/1/2007 | SH6004 COI/TIFTON | 259,824.17 | 0.00 | 0.00 | 0.00 | 0.00 | 259,824.17 |
| 05 | 109317 | 109317 | | | 172,462.18 | 0.00 | 0.00 | 0.00 | 0.00 | 172,462.18 |
| 05 | 109883 | 109883 | 10/2/2007 | SH6004 COI/TIFTON | 57,254.36 | 0.00 | 0.00 | 0.00 | 0.00 | 57,254.36 |
| 05 | 109597 | 109597 | 10/3/2007 | SH6004 COI/TIFTON | 187,211.42 | 0.00 | 0.00 | 0.00 | 0.00 | 187,211.42 |
| 05 | 109278 | 109278 | 10/4/2007 | SH6004 COI/TIFTON | 190,006.16 | 0.00 | 0.00 | 0.00 | 0.00 | 190,006.16 |
| 05 | 109316 | 109316 | 10/5/2007 | SH6004 COI/TIFTON | 172,919.42 | 0.00 | 0.00 | 0.00 | 0.00 | 172,919.42 |
| 05 | 109596 | 109596 | 10/8/2007 | SH6004 COI/TIFTON | 176,286.25 | 0.00 | 0.00 | 0.00 | 0.00 | 176,286.25 |
| 05 | 110175 | 110175 | 10/9/2007 | SH6004 COI/TIFTON | 40,309.92 | 0.00 | 0.00 | 0.00 | 0.00 | 40,309.92 |
| 05 | 109912 | 109912 | 10/11/2007 | SH6001 COI/RIPLEY | 29,940.00 | 1,140.00 | 0.00 | 0.00 | 0.00 | 31,080.00 |
| 05 | 109908 | 109908 | 10/12/2007 | SH6005 COI/NASHVILLE | 176,433.77 | 2,140.00 | 0.00 | 0.00 | 0.00 | 178,573.77 |
| 05 | 109904 | 109904 | 10/15/2007 | SH6004 COI/TIFTON | 172,582.75 | 0.00 | 0.00 | 0.00 | 0.00 | 172,582.75 |
| 05 | 109885 | 109885 | 10/18/2007 | SH6004 COI/TIFTON | 175,992.11 | 0.00 | 0.00 | 0.00 | 0.00 | 175,992.11 |
| 05 | 109905 | 109905 | 10/19/2007 | SH6004 COI/TIFTON | 138,123.42 | 0.00 | 192.00 | 0.00 | 0.00 | 138,315.42 |
| 05 | 110451 | 110451 | 10/25/2007 | SH6005 COI/NASHVILLE | 112,486.75 | 1,627.22 | 0.00 | 0.00 | 0.00 | 114,113.97 |
| 05 | 110448 | 110448 | 10/26/2007 | SH6004 COI/TIFTON | 197,756.05 | 0.00 | 0.00 | 0.00 | 0.00 | 197,756.05 |
| 05 | 110450 | 110450 | 10/29/2007 | SH6004 COI/TIFTON | 180,906.94 | 0.00 | 0.00 | 0.00 | 0.00 | 180,906.94 |
| 05 | 110707 | 110707 | 11/2/2007 | SH6004 COI/TIFTON | 153,968.46 | 0.00 | 0.00 | 0.00 | 0.00 | 153,968.46 |
| 05 | 110936 | 110936 | | | 144,886.08 | 0.00 | 0.00 | 0.00 | 0.00 | 144,886.08 |
| 05 | 110708 | 110708 | 11/5/2007 | SH6004 COI/TIFTON | 166,354.08 | 0.00 | 0.00 | 0.00 | 0.00 | 166,354.08 |
| 05 | 110957 | 110957 | 11/6/2007 | SH6001 COI/RIPLEY | 38,947.50 | 1,567.50 | 0.00 | 0.00 | 0.00 | 40,515.00 |
| 05 | 110950 | 110950 | 11/9/2007 | SH6005 COI/NASHVILLE | 171,375.81 | 1,518.56 | 0.00 | 0.00 | 0.00 | 172,894.37 |
| 05 | 110943 | 110943 | | SH6004 COI/TIFTON | 168,754.73 | 0.00 | 0.00 | 0.00 | 0.00 | 168,754.73 |
| 05 | 110944 | 110944 | 11/12/2007 | SH6004 COI/TIFTON | 167,288.16 | 0.00 | 0.00 | 0.00 | 0.00 | 167,288.16 |
| 05 | 111211 | 111211 | 11/16/2007 | SH6004 COI/TIFTON | 186,387.75 | 0.00 | 0.00 | 0.00 | 0.00 | 186,387.75 |
| 05 | 111212 | 111212 | 11/19/2007 | SH6004 COI/TIFTON | 196,126.82 | 0.00 | 0.00 | 0.00 | 0.00 | 196,126.82 |
| 05 | 111296 | 111296 | 11/21/2007 | SH6004 COI/TIFTON | 224,543.68 | 0.00 | 0.00 | 0.00 | 0.00 | 224,543.68 |
| 05 | 111420 | 111420 | 11/26/2007 | SH6004 COI/TIFTON | 164,363.20 | 0.00 | 0.00 | 0.00 | 0.00 | 164,363.20 |
| 05 | 111424 | 111424 | | | 183,047.61 | 0.00 | 0.00 | 0.00 | 0.00 | 183,047.61 |
| 05 | 111435 | 111435 | 11/27/2007 | SH6001 COI/RIPLEY | 26,071.50 | 1,111.50 | 0.00 | 0.00 | 0.00 | 27,183.00 |
| 05 | 111434 | 111434 | 11/28/2007 | SH6004 COI/TIFTON | 174,063.61 | 0.00 | 0.00 | 0.00 | 0.00 | 174,063.61 |
| 05 | 111665 | 111665 | 11/29/2007 | SH6005 COI/NASHVILLE | 80,603.73 | 1,543.14 | 0.00 | 0.00 | 0.00 | 82,146.87 |
| 05 | 111658 | 111658 | 12/3/2007 | SH6004 COI/TIFTON | 187,935.01 | 0.00 | 0.00 | 0.00 | 0.00 | 187,935.01 |
| 05 | 111834 | 111834 | 12/6/2007 | SH6005 COI/NASHVILLE | 61,459.53 | 1,077.72 | 0.00 | 0.00 | 0.00 | 62,537.25 |
| 05 | 111660 | 111660 | | SH6004 COI/TIFTON | 204,439.62 | 0.00 | 0.00 | 0.00 | 0.00 | 204,439.62 |
| 05 | 111835 | 111835 | 12/10/2007 | SH6004 COI/TIFTON | 203,168.75 | 0.00 | 0.00 | 0.00 | 0.00 | 203,168.75 |
| 05 | 112033 | 112033 | 12/13/2007 | SH6001 COI/RIPLEY | 25,965.00 | 1,045.00 | 0.00 | 0.00 | 0.00 | 27,010.00 |
| 05 | 112032 | 112032 | | SH6005 COI/NASHVILLE | 103,057.33 | 1,724.21 | 0.00 | 0.00 | 0.00 | 104,781.54 |
| 05 | 111837 | 111837 | | SH6004 COI/TIFTON | 196,387.54 | 0.00 | 0.00 | 0.00 | 0.00 | 196,387.54 |
| 05 | 112034 | 112034 | 12/17/2007 | SH6004 COI/TIFTON | 163,671.46 | 0.00 | 0.00 | 0.00 | 0.00 | 163,671.46 |
| 05 | 112036 | 112036 | | | 177,507.47 | 0.00 | 0.00 | 0.00 | 0.00 | 177,507.47 |
| 05 | 112035 | 112035 | 12/19/2007 | SH6004 COI/TIFTON | 194,458.07 | 0.00 | 0.00 | 0.00 | 0.00 | 194,458.07 |
| 05 | 112232 | 112232 | 12/20/2007 | SH6004 COI/TIFTON | 165,712.10 | 0.00 | 0.00 | 0.00 | 0.00 | 165,712.10 |

| Whs. | Inv. | Order | Invoice Date | Ship-to Customer | Product Memo Total | Freight Stop Charge | Fees, Ins, Msc Order, Msc Line | Discount Deals Allow | Service Charges and Taxes | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 05 | 112766 | 112766 | 1/2/2008 | SH6004 COI/TIFTON | 181,411.01 | 2,730.63 | 0.00 | 0.00 | 0.00 | 184,141.64 |
| 05 | 112489 | 112489 | 1/3/2008 | SH6004 COI/TIFTON | 178,195.19 | 0.00 | 0.00 | 0.00 | 0.00 | 178,195.19 |
| 05 | 112501 | 112501 | | SH6005 COI/NASHVILLE | 180,214.99 | 0.00 | 0.00 | 0.00 | 0.00 | 180,214.99 |
| 05 | 112500 | 112500 | 1/4/2008 | SH6001 COI/RIPLEY | 31,462.50 | 1,282.50 | 0.00 | 0.00 | 0.00 | 32,745.00 |
| 05 | 112487 | 112487 | 1/7/2008 | SH6004 COI/TIFTON | 167,939.69 | 0.00 | 0.00 | 0.00 | 0.00 | 167,939.69 |
| 05 | 112486 | 112486 | 1/9/2008 | SH6004 COI/TIFTON | 173,308.64 | 0.00 | 0.00 | 0.00 | 0.00 | 173,308.64 |
| 05 | 113003 | 113003 | | | 185,206.24 | 1,842.64 | 0.00 | 0.00 | 0.00 | 187,048.88 |
| 05 | 112874 | 112874 | 1/10/2008 | SH6005 COI/NASHVILLE | 131,567.79 | 1,858.34 | 0.00 | 0.00 | 0.00 | 133,426.13 |
| 05 | 112875 | 112875 | | SH6004 COI/TIFTON | 188,073.63 | 2,612.74 | 0.00 | 0.00 | 0.00 | 190,686.37 |
| 05 | 112762 | 112762 | 1/11/2008 | SH6004 COI/TIFTON | 160,553.76 | 0.00 | 0.00 | 0.00 | 0.00 | 160,553.76 |
| 05 | 112876 | 112876 | 1/14/2008 | SH6004 COI/TIFTON | 174,553.15 | 0.00 | 0.00 | 0.00 | 0.00 | 174,553.15 |
| 05 | 112877 | 112877 | | | 175,240.69 | 0.00 | 0.00 | 0.00 | 0.00 | 175,240.69 |
| 05 | 113079 | 113079 | 1/16/2008 | SH6004 COI/TIFTON | 187,682.55 | 2,733.02 | 0.00 | 0.00 | 0.00 | 190,415.57 |
| 05 | 113067 | 113067 | 1/18/2008 | SH6004 COI/TIFTON | 187,739.68 | 2,731.71 | 0.00 | 0.00 | 0.00 | 190,471.39 |
| 05 | 113068 | 113068 | 1/21/2008 | SH6004 COI/TIFTON | 163,060.99 | 0.00 | 0.00 | 0.00 | 0.00 | 163,060.99 |
| 05 | 113066 | 113066 | | SH6005 COI/NASHVILLE | 222,911.29 | 1,561.91 | 0.00 | 0.00 | 0.00 | 224,473.20 |
| 05 | 113295 | 113295 | 1/24/2008 | SH6004 COI/TIFTON | 175,587.88 | 0.00 | 0.00 | 0.00 | 0.00 | 175,587.88 |
| 05 | 113279 | 113279 | 1/28/2008 | SH6004 COI/TIFTON | 208,156.01 | 0.00 | 0.00 | 0.00 | 0.00 | 208,156.01 |
| 05 | 113537 | 113537 | 1/31/2008 | SH6004 COI/TIFTON | 174,884.87 | 2,701.54 | 0.00 | 0.00 | 0.00 | 177,586.41 |
| 05 | 113538 | 113538 | 2/4/2008 | SH6004 COI/TIFTON | 178,780.10 | 0.00 | 0.00 | 0.00 | 0.00 | 178,780.10 |
| 05 | 113536 | 113536 | | SH6005 COI/NASHVILLE | 124,478.75 | 1,665.15 | 0.00 | 0.00 | 0.00 | 126,143.90 |
| 05 | 113772 | 113772 | 2/7/2008 | SH6004 COI/TIFTON | 187,311.92 | 2,651.55 | 0.00 | 0.00 | 0.00 | 189,963.47 |
| 05 | 113813 | 113813 | | | 178,015.31 | 2,590.66 | 0.00 | 0.00 | 0.00 | 180,605.97 |
| 05 | 113776 | 113776 | | SH6001 COI/RIPLEY | 22,245.00 | 750.00 | 0.00 | 0.00 | 0.00 | 22,995.00 |
| 05 | 113775 | 113775 | 2/11/2008 | SH6005 COI/NASHVILLE | 134,835.99 | 2,328.50 | 0.00 | 0.00 | 0.00 | 137,164.49 |
| 05 | 113771 | 113771 | | SH6004 COI/TIFTON | 178,093.71 | 0.00 | 0.00 | 0.00 | 0.00 | 178,093.71 |
| 05 | 114298 | 114298 | 2/12/2008 | SH6005 COI/NASHVILLE | 13,740.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,740.00 |
| 05 | 114008 | 114008 | 2/14/2008 | SH6004 COI/TIFTON | 168,115.17 | 2,739.57 | 0.00 | 0.00 | 0.00 | 170,854.74 |
| 05 | 113998 | 113998 | 2/19/2008 | SH6004 COI/TIFTON | 191,977.40 | 2,636.76 | 0.00 | 0.00 | 0.00 | 194,614.16 |
| 05 | 114261 | 114261 | | SH6001 COI/RIPLEY | 26,692.20 | 954.00 | 0.00 | 0.00 | 0.00 | 27,646.20 |
| 05 | 114260 | 114260 | 2/22/2008 | SH6004 COI/TIFTON | 171,046.53 | 2,730.35 | 0.00 | 0.00 | 0.00 | 173,776.88 |
| 05 | 114262 | 114262 | 2/25/2008 | SH6005 COI/NASHVILLE | 180,540.43 | 1,523.75 | 0.00 | 0.00 | 0.00 | 182,064.18 |
| 05 | 114793 | 114793 | 2/26/2008 | SH6005 COI/NASHVILLE | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 100.00 |
| 05 | 114481 | 114481 | 2/29/2008 | SH6004 COI/TIFTON | 190,619.71 | 2,735.39 | 0.00 | 0.00 | 0.00 | 193,355.10 |
| 05 | 114480 | 114480 | 3/3/2008 | SH6004 COI/TIFTON | 193,588.88 | 2,750.23 | 0.00 | 0.00 | 0.00 | 196,339.11 |
| 05 | 114483 | 114483 | | SH6005 COI/NASHVILLE | 181,719.47 | 1,512.63 | 0.00 | 0.00 | 0.00 | 183,232.10 |
| 05 | 114484 | 114484 | | SH6004 COI/TIFTON | 191,223.89 | 2,640.76 | 0.00 | 0.00 | 0.00 | 193,864.65 |
| 05 | 114482 | 114482 | 3/4/2008 | SH6001 COI/RIPLEY | 27,509.70 | 991.50 | 0.00 | 0.00 | 0.00 | 28,501.20 |
| 05 | 114479 | 114479 | 3/5/2008 | SH6004 COI/TIFTON | 205,742.44 | 2,740.73 | 0.00 | 0.00 | 0.00 | 208,483.17 |
| 05 | 114752 | 114752 | 3/7/2008 | SH6004 COI/TIFTON | 156,655.68 | 2,745.45 | 0.00 | 0.00 | 0.00 | 159,401.13 |
| 05 | 115217 | 115217 | 3/14/2008 | SH6001 COI/RIPLEY | 23,358.00 | 765.00 | 0.00 | 0.00 | 0.00 | 24,123.00 |
| 05 | 114965 | 114965 | | SH6004 COI/TIFTON | 158,803.29 | 2,796.42 | 0.00 | 0.00 | 0.00 | 161,599.71 |
| 05 | 114964 | 114964 | 3/17/2008 | SH6004 COI/TIFTON | 167,714.24 | 2,733.48 | 0.00 | 0.00 | 0.00 | 170,447.72 |
| 05 | 115207 | 115207 | 3/20/2008 | SH6005 COI/NASHVILLE | 51,556.47 | 0.00 | 0.00 | 0.00 | 0.00 | 51,556.47 |
| 05 | 115209 | 115209 | | SH6004 COI/TIFTON | 141,390.20 | 2,765.49 | 0.00 | 0.00 | 0.00 | 144,155.69 |
| 05 | 115215 | 115215 | 3/24/2008 | SH6004 COI/TIFTON | 129,187.35 | 2,263.70 | 0.00 | 0.00 | 0.00 | 131,451.05 |
| 05 | 115790 | 115790 | 3/25/2008 | SH6004 COI/TIFTON | 26,276.94 | 469.23 | 0.00 | 0.00 | 0.00 | 26,746.17 |
| | CUL 20009 | | 3/28/2008 | SH6000 INACTIVE-COI/COMMISSARY OPERATIONS, II | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CUL2000910 | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 | 115212 | 115212 | | SH6004 COI/TIFTON | 150,582.81 | 2,765.88 | 0.00 | 0.00 | 0.00 | 153,348.69 |
| 05 | 115828 | 115828 | 4/4/2008 | SH6004 COI/TIFTON | 175,981.72 | 0.00 | 0.00 | 0.00 | 0.00 | 175,981.72 |
| 05 | 115827 | 115827 | | SH6005 COI/NASHVILLE | 47,332.29 | 860.04 | 0.00 | 0.00 | 0.00 | 48,192.33 |
| 05 | 115832 | 115832 | 4/7/2008 | SH6004 COI/TIFTON | 180,285.66 | 0.00 | 0.00 | 0.00 | 0.00 | 180,285.66 |
| 05 | 116135 | 116135 | 4/11/2008 | SH6004 COI/TIFTON | 195,807.25 | 0.00 | 0.00 | 0.00 | 0.00 | 195,807.25 |
| 05 | 116090 | 116090 | 4/14/2008 | SH6004 COI/TIFTON | 132,389.45 | 0.00 | 0.00 | 0.00 | 0.00 | 132,389.45 |
| 05 | 116136 | 116136 | | | 160,153.11 | 0.00 | 0.00 | 0.00 | 0.00 | 160,153.11 |
| 05 | 116134 | 116134 | 4/15/2008 | SH6001 COI/RIPLEY | 23,308.50 | 776.25 | 0.00 | 0.00 | 0.00 | 24,084.75 |

| Whs. | Inv. | Order | Invoice Date | Ship-to Customer | Product Memo Total | Freight Stop Charge | Fees, Ins, Msc Order, Msc Line | Discount Deals Allow | Service Charges and Taxes | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 05 | 116393 | 116393 | 4/18/2008 | SH6004 COI/TIFTON | 174,185.93 | 0.00 | 0.00 | 0.00 | 0.00 | 174,185.93 |
| 05 | 116390 | 116390 | 4/21/2008 | SH6005 COI/NASHVILLE | 112,082.07 | 1,688.73 | 0.00 | 0.00 | 0.00 | 113,770.80 |
| 05 | 116391 | 116391 | | SH6004 COI/TIFTON | 186,788.07 | 0.00 | 0.00 | 0.00 | 0.00 | 186,788.07 |
| 01 | 117071 | 117071 | 4/22/2008 | SH6005 COI/NASHVILLE | 0.00 | 0.00 | 300.00 | 0.00 | 0.00 | 300.00 |
| 05 | 116651 | 116651 | 4/25/2008 | SH6004 COI/TIFTON | 146,818.92 | 0.00 | 0.00 | 0.00 | 0.00 | 146,818.92 |
| 05 | 116652 | 116652 | 4/28/2008 | SH6004 COI/TIFTON | 202,105.60 | 0.00 | 0.00 | 0.00 | 0.00 | 202,105.60 |
| 05 | 116934 | 116934 | 5/1/2008 | SH6005 COI/NASHVILLE | 40,501.12 | 1,281.96 | 0.00 | 0.00 | 0.00 | 41,783.08 |
| 05 | 116936 | 116936 | 5/2/2008 | SH6004 COI/TIFTON | 160,898.76 | 0.00 | 0.00 | 0.00 | 0.00 | 160,898.76 |
| 05 | 116935 | 116935 | | SH6001 COI/RIPLEY | 24,697.50 | 862.50 | 0.00 | 0.00 | 0.00 | 25,560.00 |
| 05 | 116653 | 116653 | | SH6004 COI/TIFTON | 182,722.75 | 0.00 | 0.00 | 0.00 | 0.00 | 182,722.75 |
| 05 | 117557 | 117557 | 5/5/2008 | SH6004 COI/TIFTON | (6,751.22) | 0.00 | 0.00 | 0.00 | 0.00 | (6,751.22) |
| 05 | 116937 | 116937 | 5/6/2008 | SH6004 COI/TIFTON | 188,801.51 | 0.00 | 0.00 | 0.00 | 0.00 | 188,801.51 |
| 05 | 117289 | 117289 | 5/12/2008 | SH6004 COI/TIFTON | 158,348.87 | 0.00 | 0.00 | 0.00 | 0.00 | 158,348.87 |
| 05 | 117561 | 117561 | 5/15/2008 | SH6005 COI/NASHVILLE | 90,971.54 | 1,551.92 | 0.00 | 0.00 | 0.00 | 92,523.46 |
| 05 | 117564 | 117564 | 5/19/2008 | SH6004 COI/TIFTON | 201,643.81 | 0.00 | 0.00 | 0.00 | 0.00 | 201,643.81 |
| 05 | 117867 | 117867 | 5/23/2008 | SH6004 COI/TIFTON | 199,791.33 | 0.00 | 0.00 | 0.00 | 0.00 | 199,791.33 |
| 05 | 117868 | 117868 | 5/27/2008 | SH6004 COI/TIFTON | 199,638.64 | 0.00 | 0.00 | 0.00 | 0.00 | 199,638.64 |
| 05 | 118083 | 118083 | 5/28/2008 | SH6004 COI/TIFTON | 168,997.33 | 0.00 | 0.00 | 0.00 | 0.00 | 168,997.33 |
| 05 | 118084 | 118084 | | | 200,656.47 | 0.00 | 0.00 | 0.00 | 0.00 | 200,656.47 |
| 05 | 118119 | 118119 | 5/30/2008 | SH6005 COI/NASHVILLE | 83,815.12 | 1,422.96 | 0.00 | 0.00 | 0.00 | 85,238.08 |
| 05 | 118120 | 118120 | 6/2/2008 | SH6004 COI/TIFTON | 187,338.88 | 0.00 | 0.00 | 0.00 | 0.00 | 187,338.88 |
| 05 | 118391 | 118391 | 6/11/2008 | SH6004 COI/TIFTON | 140,016.45 | 0.00 | 0.00 | 0.00 | 0.00 | 140,016.45 |
| 05 | 118910 | 118910 | 6/20/2008 | SH6004 COI/TIFTON | 176,491.97 | 0.00 | 0.00 | 0.00 | 0.00 | 176,491.97 |
| 05 | 118916 | 118916 | 6/23/2008 | SH6004 COI/TIFTON | 200,468.86 | 0.00 | 0.00 | 0.00 | 0.00 | 200,468.86 |
| 05 | 118914 | 118914 | | | 179,162.31 | 0.00 | 0.00 | 0.00 | 0.00 | 179,162.31 |
| 05 | 118915 | 118915 | 6/27/2008 | SH6004 COI/TIFTON | 161,191.44 | 0.00 | 0.00 | 0.00 | 0.00 | 161,191.44 |
| 05 | 119557 | 119557 | 7/2/2008 | SH6004 COI/TIFTON | 188,776.35 | 0.00 | 0.00 | 0.00 | 0.00 | 188,776.35 |
| 05 | 119555 | 119555 | 7/7/2008 | SH6004 COI/TIFTON | 174,036.10 | 0.00 | 0.00 | 0.00 | 0.00 | 174,036.10 |
| 05 | 119556 | 119556 | | | 211,792.90 | 0.00 | 0.00 | 0.00 | 0.00 | 211,792.90 |
| 05 | 119854 | 119854 | 7/14/2008 | SH6004 COI/TIFTON | 166,690.72 | 0.00 | 0.00 | 0.00 | 0.00 | 166,690.72 |
| 05 | 119855 | 119855 | 7/15/2008 | SH6004 COI/TIFTON | 189,245.96 | 0.00 | 0.00 | 0.00 | 0.00 | 189,245.96 |
| 05 | 120119 | 120119 | 7/21/2008 | SH6004 COI/TIFTON | 169,316.72 | 1,973.27 | 0.00 | 0.00 | 0.00 | 171,289.99 |
| 05 | 120112 | 120112 | 7/22/2008 | SH6004 COI/TIFTON | 190,479.39 | 2,006.96 | 0.00 | 0.00 | 0.00 | 192,486.35 |

Total For Bill-to-SH6000-INACTIVE-COI/COMMISSARY OPERATIONS, INC.: $41,778,873.63  $268,527.81  $592.00  $0.00  $0.00  $42,047,993.44

Report Totals
$41,778,873.63  $268,527.81  $592.00  $0.00  $0.00  $42,047,993.44