EXHIBIT B

10

Case 3:08-bk-06279    Doc 1138-2    Filed 02/12/09    Entered 02/12/09 15:00:25    Desc
Exhibit B - Chart of Invoices and Schedule of Payments    Page 1 of 4

| COI NASHVILLE | | | | | |
|---|---|---|---|---|---|
| INVOICE NUMBER | DATE | AMOUNT | DATE PAID | CHECK NUMBER | DAYS TO PAY |
| 222688 | 1/2/08 | $4,105.76 | 2/6/08 | 210705 | 35 |
| 223464 | 1/3/08 | $2,733.60 | 2/6/08 | 210705 | 34 |
| 225221 | 1/8/08 | $3,412.98 | 2/11/08 | 210972 | 34 |
| 225976 | 1/10/08 | $6,158.64 | 2/13/08 | 211267 | 34 |
| 227815 | 1/15/08 | $5,862.16 | 2/13/08 | 211700 | 29 |
| 228773 | 1/17/08 | $6,563.32 | 3/10/08 | 21119 | 53 |
| 230185 | 1/22/08 | $8,677.07 | 2/25/08 | 212292 | 34 |
| 231229 | 1/24/08 | $2,713.50 | 2/28/08 | 212604 | 35 |
| 233015 | 1/29/08 | $5,880.68 | 3/3/08 | 213004 | 34 |
| 234001 | 1/31/08 | $1,338.66 | 3/3/08 | 213207 | 32 |
| 236269 | 2/5/08 | $4,074.94 | 3/10/08 | 213657 | 34 |
| 236273 | 2/5/08 | $3,635.00 | 3/10/08 | 213657 | 34 |
| 237059 | 2/7/08 | $5,465.86 | 3/10/08 | 213887 | 32 |
| 238684 | 2/12/08 | $5,171.06 | 3/17/08 | 214306 | 34 |
| 238689 | 2/12/08 | $4,556.06 | 3/17/08 | 214306 | 34 |
| 238865 | 2/11/08 | $226.62 | 4/7/08 | 216186 | 56 |
| 238866 | 2/11/08 | $223.81 | 4/7/08 | 216186 | 56 |
| 240141 | 2/14/08 | $6,121.12 | 3/17/08 | 214535 | 32 |
| 241791 | 2/19/08 | $4,084.32 | 3/24/08 | 215016 | 34 |
| 242850 | 2/21/08 | $4,054.84 | 3/24/08 | 215249 | 32 |
| 244655 | 2/26/08 | $4,054.84 | 3/31/08 | 215667 | 34 |
| 245557 | 2/28/08 | $6,804.52 | 3/31/08 | 251873 | 32 |
| 247597 | 3/4/08 | $4,103.08 | 4/7/08 | 216325 | 34 |
| 248627 | 3/6/08 | $4,141.94 | 4/14/08 | 216566 | 39 |
| 250564 | 3/11/08 | $2,718.86 | 4/14/08 | 216996 | 34 |
| 251593 | 3/13/08 | $5,416.28 | 4/17/08 | 217229 | 35 |
| 253915 | 3/18/08 | $3,421.02 | 4/21/08 | 217956 | 34 |
| 255154 | 3/20/08 | $6,154.62 | 4/22/08 | 218247 | 33 |
| 256997 | 3/25/08 | $5,188.48 | 4/28/08 | 218775 | 34 |
| 257523 | 3/27/08 | $4,663.20 | 4/28/08 | 219028 | 32 |
| 260000 | 4/1/08 | $4,073.60 | 5/5/08 | 219426 | 34 |
| 261082 | 4/3/08 | $4,107.10 | 5/9/08 | 219822 | 36 |
| 263069 | 4/8/08 | $4,096.78 | 5/12/08 | 220121 | 34 |
| 264095 | 4/10/08 | $4,747.62 | 5/12/08 | 220326 | 32 |
| 266016 | 4/15/08 | $1,365.46 | 5/19/08 | 220848 | 34 |
| 267132 | 4/17/08 | $6,137.20 | 5/30/08 | 221069 | 43 |
| 269321 | 4/22/08 | $3,240.12 | 6/3/08 | 221479 | 42 |
| 269861 | 4/24/08 | $4,720.82 | 5/30/08 | 221681 | 36 |
| 272254 | 4/29/08 | $3,410.30 | 6/9/08 | 222122 | 41 |
| 273174 | 5/1/08 | $6,092.98 | 6/2/08 | 222325 | 32 |
| 275197 | 5/6/08 | $3,384.84 | 6/11/08 | 222694 | 36 |
| 275683 | 5/8/08 | $4,064.22 | 6/11/08 | 222934 | 34 |
| 278248 | 5/13/08 | $2,738.96 | 6/16/08 | 223389 | 34 |
| 278731 | 5/15/08 | $1,362.78 | 6/17/08 | 223574 | 33 |
| 281277 | 5/20/08 | $2,072.98 | 7/8/08 | 224043 | 49 |

| COI NASHVILLE | | | | | |
| INVOICE NUMBER | DATE | AMOUNT | DATE PAID | CHECK NUMBER | DAYS TO PAY |
| 281306 | 5/20/08 | $4,148.64 | 7/8/08 | 224043 | 49 |
| 282218 | 5/22/08 | $5,499.36 | 6/25/08 | 224195 | 34 |
| 283957 | 5/27/08 | $4,765.04 | 6/30/08 | 224578 | 34 |
| 284869 | 5/29/08 | $6,168.02 | 7/3/08 | 224750 | 35 |
| | | | | | |
| | YTD | $207,923.66 | | | |
| | 90 Day | $51,669.06 | | | |

| COI RIPLEY | | | | | |
|---|---|---|---|---|---|
| INVOICE NUMBER | DATE | AMOUNT | DATE PAID | CHECK NUMBER | DAYS TO PAY |
| 222689 | 1/2/08 | $7,830.23 | 2/6/08 | 210705 | 35 |
| 225227 | 1/8/08 | $6,851.37 | 2/11/08 | 210972 | 34 |
| 227822 | 1/15/08 | $7,905.66 | 2/19/08 | 211700 | 35 |
| 230260 | 1/22/08 | $6,625.40 | 2/25/08 | 212292 | 34 |
| 233014 | 1/29/08 | $7,926.53 | 3/3/08 | 213004 | 34 |
| 236271 | 2/5/08 | $4,743.60 | 3/10/08 | 213657 | 34 |
| 236274 | 2/5/08 | $2,294.75 | 3/10/08 | 213657 | 34 |
| 238686 | 2/11/08 | $5,146.94 | 3/17/08 | 214189 | 35 |
| 238692 | 2/12/08 | $2,510.38 | 3/17/08 | 214306 | 34 |
| 241799 | 2/19/08 | $4,054.84 | 3/24/08 | 215016 | 34 |
| 243654 | 2/22/08 | $270.68 | 3/24/08 | 215249 | 31 |
| 244654 | 2/26/08 | $7,491.94 | 4/21/08 | 217956 | 55 |
| 247598 | 3/4/08 | $5,485.96 | 4/7/08 | 216325 | 34 |
| 250563 | 3/11/08 | $6,117.10 | 4/14/08 | 216996 | 34 |
| 253916 | 3/18/08 | $5,436.38 | 4/21/08 | 217956 | 34 |
| 256998 | 3/25/08 | $4,763.70 | 4/28/08 | 218775 | 34 |
| 260002 | 4/1/08 | $6,181.42 | 5/5/08 | 219426 | 34 |
| 263067 | 4/8/08 | $4,771.74 | 5/12/08 | 220121 | 34 |
| 266015 | 4/15/08 | $4,349.64 | 5/19/08 | 220848 | 34 |
| 269320 | 4/22/08 | $6,143.90 | 6/3/08 | 221479 | 42 |
| 272253 | 4/29/08 | $8,176.68 | 6/9/08 | 222122 | 41 |
| 275198 | 5/6/08 | $5,413.60 | 6/11/08 | 222694 | 36 |
| 278250 | 5/13/08 | $2,745.66 | 6/16/08 | 223389 | 34 |
| 281228 | 5/20/08 | $5,445.76 | 7/8/08 | 224043 | 49 |
| 283956 | 5/27/08 | $5,494.00 | 6/30/08 | 224578 | 34 |
| 286983 | 6/3/08 | $3,797.05 | NOT PAID | | |
| | | | | | |
| | YTD | $137,974.91 | | | |
| | 90 days | $37,216.65 | | | |