# Exhibit A

# INVOICE

**Rema Foods Inc.**
140 Sylvan Ave.
Englewood Cliffs, NJ 07632

Phone: 201-947-1000
Fax: 201-947-7667

Invoice Number: **293885**

Invoice Date: 07/18/08

Page: 1

Bill To: COI Foodservice
2629 Eugenia Ave
Nashville, TN 27211-2118
Trico/Tray - Logistics

Ship To: COI Foodservice
2629 Eugenia Ave
Nashville, TN 27211-2118
Trico/Tray - Logistics

| | |
|---|---|
| Warehouse | UTI INTEGRATED LOGISTICS |
| Ship Via | |
| Ship Date | 07/18/08 |
| Terms | NET 25 |
| SalesPerson | John Gadd |

| | |
|---|---|
| Customer ID | 183050 |
| P.O. Number | 182017 |
| P.O. Date | 07/10/08 |
| Our Order No. | R092032 |

| Item No. | Description | Lot Info. | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| 46040DUT | 6/10 BABY CORN WHOLE | ST7688 | 100 | 6/10 | 20.96 | 2,096.00 |
| 26663DUS | 6/10 DUET OLIVE RIPE SLICED 56 | ST7747 | 60 | 6/10 | 28.97 | 1,738.20 |
| 27210EDT | 4/1 GL EDEN PEPPERONCINI | ST7734 | 100 | 4/1 GL | 12.26 | 1,226.00 |
| COSFWIID10 | 10 LB PACKER COCONUT FLAKE W/ SO2 SWEETENED | ST7378 | 50 | 10 LB | 7.50 | 375.00 |
| 38192DUT | 6/10 DUET PINEAPPLE TIDBIT N/J | ST7689 | 100 | 6/10 | 19.80 | 1,980.00 |

Total Quantity: 410

*US CUSTOMS DIR 134.26 REQUIRES US TO NOTIFY YOU IF ABOVE MERCHANDISE IS REPACKED IN ANY WAY. THE COUNTRY OF ORIGIN MUST APPEAR ON YOUR PACKING.*

Subtotal: 7,415.20

Total: 7,415.20



# ORIGINAL BILL OF LADING

3298 BENCHMARK DR, LADSON, SC 29456

| DATE TO SHIP |
|---|
| 07/18/2008 |

SHIPPER: REM328
REMA FOODS
%UTi -- 220
3298 BENCHMARK DRIVE
LADSON, SC
29456

BILL OF LADING NO. 519218
REQUESTED DELIVERY DATE
ORDER DATE 07/14/2008
PAGE 1
TRAILER

SHIP TO:
COI FOODSERVICE
2629 EUGENIA AVE

NASHVILLE, TN
27211

SEAL NO.
SEND FREIGHT BILL TO:

| SHIPPER NUMBER | PURCHASE ORDER NUMBER | CARRIER | FREIGHT CHARGES |
|---|---|---|---|
| R092032 | 182017 | CUSTOMER PICKUP | Collect |

| | | Item | Description | | Weight |
|---|---|---|---|---|---|
| 60 | CS | 26663DUS REF #: ST7747 | DUET #10 SLICED RIPE OLIVES 6/68 OZ ID: | | 2820 |
| 100 | CS | 27210EDT REF #: ST7734 | HARVEST OF EDEN PEPPEROCINIS 4/1 GALLON ID: | | 3500 |
| 100 | CS | 38192DUT REF #: ST7689 | DUET TIDBIT PINEAPPLE IN N/J 6/10 OZ ID: | | 4700 |
| 100 | CS | 46040DUT REF #: ST7688 | DUET WHOLE BABY CORN 6/10 OZ ID: | | 4700 |
| 50 | CS | COSFWIID10 REF #: ST7378 | INDONESIAN SWEETENED FLAKE COCONUT W/02 ID: | | 550 |

TOTAL PIECES   Continued on Page   COD FEE   COD AMOUNT   TOTAL WEIGHT

FOUR (4) PLACARDS OFFERED
FLAMMABLE   OXIDIZER   POISON
CORROSIVE   DANGEROUS

* I have read the back and agree to the terms.

SIGNATURE _____ TITLE _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS _____ LBS.

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Shipper _____ Per _____

# ORIGINAL BILL OF LADING

**UTi**

7/18 8:30AM

3298 BENCHMARK DR, LADSON, SC 29456

**DATE TO SHIP:** 07/18/2008

**SHIPPER:** REM328
REMA FOODS
%UTi - 220
3298 BENCHMARK DRIVE
LADSON, SC
29456

**BILL OF LADING NO.** 519218
**REQUESTED DELIVERY DATE**
**ORDER DATE** 07/14/2008
**PAGE** 2
**TRAILER** 925313

**SHIP TO:**
COI FOODSERVICE
2629 EUGENIA AVE

NASHVILLE, TN
27211

**SEAL NO.**
**SEND FREIGHT BILL TO:**

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

| SHIPPER NUMBER | PURCHASE ORDER NUMBER | CARRIER | FREIGHT CHARGES |
|---|---|---|---|
| R092032 | 182017 | CUSTOMER PICKUP | Collect |

NMFC Summary

000000-01
FREIGHT OF ALL KINDS
410 Units    16270 LBS    7380 KGS

| TOTAL PIECES | COD FEE | COD AMOUNT | KGS: 7380 | TOTAL WEIGHT LBS: 16270 |
|---|---|---|---|---|
| / 410 | | | | |

FOUR (4) PLACARDS OFFERED
FLAMMABLE   OXIDIZER   POISON
CORROSIVE   DANGEROUS

* I have read the back and agree to the terms.

SIGNATURE / TITLE

THIS SHIPMENT IS CORRECTLY DESCRIBED.

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

Shipper: Rema Foods    Per:

CORRECT WEIGHT IS _____ LBS.