EXHIBIT
A
tabbies

**INVOICE NO:** 602440 SI

| SHIP TO CUSTOMER | BILL TO CUSTOMER | PLEASE REMIT TO: |
|---|---|---|
| 404512<br>COI FOODSERVICE DISTRIBUTION/N<br>2621 EUGENIA AVENUE<br>NASHVILLE TN 37211-2176 | COMMISSARY OPERATIONS INC<br>D/B/A COI FOODSERVICE ATTN:ACCTS PA<br>2629 EUGENIA AVENUE<br>NASHVILLE TN 37211-2118 | Dole Packaged Foods<br>P O BOX 371251<br>PITTSBURGH PA 15251-7251 |

| PURCHASE ORDER NUMBER | INV DATE | ORD DATE | TAKEN BY | SHIP FROM WAREHOUSE | TERMS OF SALE |
|---|---|---|---|---|---|
| 181364 | 07/15/08 | 06/30/08 | SVAN | ECW East Coast Warehouse | 2/10 Net 30 |

| SHIPPING TERMS | SHIP DATE | CARRIER NAME | ORDER B/L NUMBER | PAGE |
|---|---|---|---|---|
| DEL | 07/15/08 | C H ROBINSON CO | 599788 | 1 OF 1 |

| QUANTITY | PROD. CODE | UNIT | PACK PRODUCT DESCRIPTION | LABEL | PRICE PER UNIT | ALLOW OR CHARGES ALLOCATIONS | NET PRICE PER UNIT | AMOUNT TO PAY |
|---|---|---|---|---|---|---|---|---|
| 8 | 3890000808 | CA | 12/46 OZ FCY PA JCE VIT ACE | DOLE PINEA | 15.0000 | | 15.0000 | 120.00 |
| 280 | 3890001441 | CA | 6/2.3KG MG3 FCY PA CHKS XLSPO | DOLE PINEA | 21.0000 | | 21.0000 | 5,880.00 |
| 217 | 3890009097 | CA | 6/2KG POUCH TFS PASS FRT JC P | DOLE PINEA | 24.5000 | | 24.5000 | 5,316.50 |

Dole®

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5 (c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

| TOTAL QTY. | TOTAL WGT. | CASH DISCOUNT IS | IF PAID BY | | |
|---|---|---|---|---|---|
| 505 | 17,254 | 226.33 | 07/25/08 | PAY THIS AMOUNT ONLY IF CASH DISCOUNT IS AUTHORIZED | 11,090.17 |
| | | CASH DISCOUNT BASED UPON 11,316.50 | NET AMOUNT DUE BY 08/14/08 | PLEASE MAKE NO UNAUTHORIZED DEDUCTIONS FROM THIS AMOUNT. | 11,316.50 |

1014998

SHIPPING ORDER

RECEIVED: subject to the classifications and tariffs in effect on the date of issue of this Shipping Order.

**From East Coast Warehouse & Distribution Corp., as Agent for Shipper named below**

SHIPPER

DOLE PACKAGED FOOD COMPANY
JERSEY CITY, NJ 07305

DOLPAC*0*

PRO NO.:
BILL OF LADING NO.: 599788
ORDER NO.: 599788
ORDER DATE: 07/11/2008
SHIP BY: 07/14/2008
PAGE: PAGE 1

ARRIVAL DATE 07/15/2008

International Warehouse Logistics Association

SHIP TO:

COI FOODSERVICE DISTRIBUTION/NASHVI
2421 EUGENIA AVENUE
NASHVILLE, TN 37211-217

SEND FREIGHT CHARGES TO

CASS INFORMATION SYSTEM
C/O DOLE PACKAGE FOOD, CO.
P.O. BOX 17607
ST. LOUIS, MO 63178

7/15/08

| SHIPPER NUMBER | P.O. NUMBER | CARRIER | FREIGHT CHARGES |
|---|---|---|---|
| 3000602440 | 181264 | C.H. ROBINSON | Prepaid |

| QTY. SHIPPED | QTY. ORDERED | ITEM | DESCRIPTION | LOT / CODE | WEIGHT |
|---|---|---|---|---|---|
| | | 3890000808 | 3890000808 | 066 | |
| | 200 | 3890001441 | 3890001441 / 6/2.3KG PA FCY CHUNK (GOLD) JC | 071 | |
| | | | 6/202 KG PCH TFS IN PASS FRT | | |
| | | | CSR INITIALS: SVAN | | |
| | | | RECVG HOURS 5AM-130PM MON-FRI | | |
| | | | CUST MUST RECEIVE ORDER AS SCHEDULED | | |
| | | | Quantities have been adjusted to meet / own layer requirement | | |
| | | | USE INSULATED TRUCKS, PROTECT FROM FREEZE | | |
| | | | C/O DOLE PACKAGE FOOD, CO. | | |
| | | | P.O. BOX 17607 | | |
| | | | NMFC Summary | | |

| TOTAL PIECES | | CUBIC FEET | TOTAL WEIGHT |
|---|---|---|---|
| | NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. | Continued on Page 2 | |

PICKED | CHECKED

† The Fibre Boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification.

Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

THIS SHIPMENT IS SORTED BY ITEM AND SO TENDERED TO THE CARRIER FOR LOADING.

By: Shipper's Agent
Per: Date:
Carrier:
Per: License Plate No.:

**SHIPPING ORDER** 10149982

RECEIVED: subject to the classifications and tariffs in effect on the date of issue of this Shipping Order,

**From East Coast Warehouse & Distribution Corp., as Agent for Shipper named below** XXXXXXXXXXXXXXXXXXX

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

DOLE PACKAGED FOOD COMPANY
JERSEY CITY, NJ 07305

DOLPAC*0*

PRO NO.:
BILL OF LADING NO.: 599788
ORDER NO.: 599788
ORDER DATE: 07/11/2008
SHIP BY: 07/14/2008
PAGE: PAGE 2

ARRIVAL DATE 07/15/2008

International Warehouse Logistics Association

SHIP TO:
COI FOODSERVICE DISTRIBUTION/NASHVI
2621 EUGENIA AVENUE
NASHVILLE, TN 37211-217

SEND FREIGHT CHARGES TO:
CASS INFORMATION SYSTEM
C/O DOLE PACKAGE FOOD, CO.
P.O. BOX 17607
ST. LOUIS, MO 63178

7/15

| SHIPPER NUMBER | P.O. NUMBER | CARRIER | FREIGHT CHARGES |
|---|---|---|---|
| 5000602440 | 181364 | C.H. ROBINSON | Prepaid |

| QTY. SHIPPED | QTY. ORDERED | ITEM | DESCRIPTION | LOT / CODE | WEIGHT |
|---|---|---|---|---|---|
| | | | 073220 00 FOOD, CUR., PRESERVING LTL 70.0 TL 40.0 | | |

Hoyt Carter 5odH 146018

| TOTAL PIECES | | CUBIC FEET | TOTAL WEIGHT |
|---|---|---|---|
| 500 | NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby stated by the shipper to be not exceeding: | 500. | 17,250 LB |

PICKED — CHECKED

† The Fibre Boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification.

Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Department of Transportation.

THIS SHIPMENT IS SORTED BY ITEM AND SO TENDERED TO THE CARRIER FOR LOADING.

This shipment is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By: Shipper's Agent Mike Burns
Per: 505 Date: 7-15-08
Carrier: 505 Cooper
Per: License Plate No.

**INVOICE NO:** 603776 SI

**SHIP TO CUSTOMER**
404512
COI FOODSERVICE DISTRIBUTION/N
2621 EUGENIA AVENUE
NASHVILLE TN 37211-2176

**BILL TO CUSTOMER**
COMMISSARY OPERATIONS INC
D/B/A COI FOODSERVICE ATTN:ACCTS PA
2629 EUGENIA AVENUE
NASHVILLE TN 37211-2118

**PLEASE REMIT TO:**
Dole Packaged Foods
P O BOX 371251
PITTSBURGH PA 15251-7251

| PURCHASE ORDER NUMBER | INV DATE | ORD DATE | TAKEN BY | SHIP FROM WAREHOUSE | TERMS OF SALE |
|---|---|---|---|---|---|
| 181775 | 07/15/08 | 07/07/08 | SVAN | ECW East Coast Warehouse | 2/10 Net 30 |

| SHIPPING TERMS | SHIP DATE | CARRIER NAME | ORDER B/L NUMBER | PAGE |
|---|---|---|---|---|
| DEL | 07/15/08 | C H ROBINSON CO | 599793 | 1 OF 1 |

| QUANTITY | PROD. CODE | UNIT | PACK PRODUCT DESCRIPTION | LABEL | PRICE PER UNIT | ALLOW OR CHARGES ALLOCATIONS | NET PRICE PER UNIT | AMOUNT TO PAY |
|---|---|---|---|---|---|---|---|---|
| 48 | 3890000914 | CA | 2/24/6SW 6 OZ PA JCE VIT ACE | DOLE PINEA | 14.0000 | | 14.0000 | 672.00 |
| 147 | 3890001441 | CA | 6/2.3KG MG3 FCY PA CHKS XLSPD | DOLE PINEA | 21.0000 | | 21.0000 | 3,087.00 |

Dole®

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5 (c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

| TOTAL QTY. | TOTAL WGT. | CASH DISCOUNT IS | IF PAID BY | | |
|---|---|---|---|---|---|
| 195 | 6,198 | 75.18 | 07/25/08 | PAY THIS AMOUNT ONLY IF CASH DISCOUNT IS AUTHORIZED. | 3,683.82 |
| | | CASH DISCOUNT BASED UPON 3,759.00 | NET AMOUNT DUE BY 08/14/08 | PLEASE MAKE NO UNAUTHORIZED DEDUCTIONS FROM THIS AMOUNT. | 3,759.00 |

## SHIPPING ORDER

RECEIVED: subject to the classifications and tariffs in effect on the date of issue of this Shipping Order,

**From East Coast Warehouse & Distribution Corp., as Agent for Shipper named below**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

A/C B-4

NOSP 2 1014998

DOLE PACKAGED FOOD COMPANY
JERSEY CITY, NJ 07305

DOLPAC*O*

PRO NO.:
BILL OF LADING NO.: 597793
ORDER NO: 599793
ORDER DATE: 07/11/2008
SHIP BY: 07/11/2008
PAGE: PAGE 1

ARRIVAL DATE 07/16/2008

International Warehouse Logistics Association

SHIP TO:

COI FOODSERVICE DISTRIBUTION/NASHVI
2621 EUGENIA AVENUE
NASHVILLE, TN 37211-217

SEND FREIGHT CHARGES TO

CASS INFORMATION SYSTEM
C/O DOLE PACKAGE FOOD, CO
P.O. BOX 17607
ST. LOUIS, MO 63178

7/15 9

| SHIPPER NUMBER | PO. NUMBER | CARRIER | FREIGHT CHARGES |
|---|---|---|---|
| S000603776 | 181775 | C.H. ROBINSON | Prepaid |

| QTY. SHIPPED | QTY. ORDERED | ITEM | DESCRIPTION | LOT / CODE | WEIGHT |
|---|---|---|---|---|---|
| 48 | 3890000914 | 3890000914 2/24/6sw 6oz PA JCE VIT C | | 066 | 1120 |
| 147 | 3890001441 | 3890001441 6/2.3KG PA FCY CHUNK (GOLD) JC | | 071 | 4991 |

Ship With 602490

CSR INITIALS:SVAN
ship ta 7/11/08
CFA 615-231-4336
RECVG HOURS 5AM-130PM MON-FRI
CUST MUST RECEIVE ORDER AS SCHEDULED
NOTIFY CUST SERVICE OF ANY DELAYS IMMEDI
ATELY
Quantities have been adjusted to meet fu
ll layer requirement
on the following items00914, 01441,
BY
USE INSULATED TRUCKS, PROTECT FROM FREEZ
E
Bill To...
CASS INFORMATION SYSTEM
C/O DOLE PACKAGE FOOD, CO.
P.O. BOX 17607
ST. LOUIS, MO 63178

NMFC Summary
073220 00 FOOD, CUR, PRESERVING
LTL 70.0 TL 40.0
195 UNITS 6198 LBS
Pallets IN: OUT: 5

TOTAL PIECES 195

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding [illegible]

CUBIC FEET | TOTAL WEIGHT

PICKED CHECKED

† The Fibre Boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Uniform Freight Classification

Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Department of Transportation.

THIS SHIPMENT IS SORTED BY ITEM AND SO TENDERED TO THE CARRIER FOR LOADING.

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation."

By: Shipper's Agent Mike
Per 195 Date: 7-15-08
Carrier: Cooper
Per. License Plate No.

**INVOICE NO:** 602458 SI

| SHIP TO CUSTOMER | BILL TO CUSTOMER | PLEASE REMIT TO: |
|---|---|---|
| 404511<br>COI FOODSERVICE DISTRIBUTION/R<br>RIPLEY DISTRIBUTION CENTER<br>HC 88 CEDAR LAKES ROAD BOX 129<br>RIPLEY WV 25271-9318 | COMMISSARY OPERATIONS INC<br>D/B/A COI FOODSERVICE ATTN:ACCTS PA<br>2629 EUGENIA AVENUE<br>NASHVILLE TN 37211-2118 | Dole Packaged Foods<br>P O BOX 371251<br>PITTSBURGH PA 15251-7251 |

| PURCHASE ORDER NUMBER | INV DATE | ORD DATE | TAKEN BY | SHIP FROM WAREHOUSE | TERMS OF SALE |
|---|---|---|---|---|---|
| 253017 | 07/15/08 | 06/30/08 | SVAN | ECW East Coast Warehouse | 2/10 Net 30 |

| SHIPPING TERMS | SHIP DATE | CARRIER NAME | ORDER B/L NUMBER | PAGE |
|---|---|---|---|---|
| DEL | 07/15/08 | YELLOW FREIGHT SYSTEM | 599789 | 1 OF 1 |

| QUANTITY | PROD. CODE | UNIT | PACK PRODUCT DESCRIPTION | LABEL | PRICE PER UNIT | ALLOW OR CHARGES ALLOCATIONS | NET PRICE PER UNIT | AMOUNT TO PAY |
|---|---|---|---|---|---|---|---|---|
| 64 | 3890000914 | CA | 2/24/6SW 6 OZ PA JCE VIT ACE | DOLE PINEA | 14.0000 | | 14.0000 | 896.00 |
| 24 | 3890000808 | CA | 12/46 OZ FCY PA JCE VIT ACE | DOLE PINEA | 15.0000 | | 15.0000 | 360.00 |
| 70 | 3890001441 | CA | 6/2.3KG MG3 FCY PA CHKS XLSPO | DOLE PINEA | 21.0000 | | 21.0000 | 1,470.00 |
| 48 | 3890000553 | CA | 6/10 CHO PA TID JCE | DOLE PINEA | 24.2500 | | 24.2500 | 1,164.00 |
| 35 | 3890009097 | CA | 6/2KG POUCH TFS PASS FRT JC P | DOLE PINEA | 24.5000 | | 24.5000 | 857.50 |

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5 (c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

| TOTAL QTY. | TOTAL WGT. | | | | | | |
|---|---|---|---|---|---|---|---|
| 241 | 8,448 | CASH DISCOUNT IS | 94.95 | IF PAID BY | 07/25/08 | PAY THIS AMOUNT ONLY IF CASH DISCOUNT IS AUTHORIZED. | 4,652.55 |
| | | CASH DISCOUNT BASED UPON | 4,747.50 | NET AMOUNT DUE BY | 08/14/08 | PLEASE MAKE NO UNAUTHORIZED DEDUCTIONS FROM THIS AMOUNT. | 4,747.50 |

YELLOW TRANSPORTATION
DO NOT WRITE OR STAMP ON BAR CODE
07/17/08
06113 179
AUTOCODE 106
REQUIRED APPT.
800 554-2666
FREIGHT BILL NUMBER
095-598231
07/15/08
CDI FOOD
CEDAR LAKES RD
RIPLEY WV 25271
DOLE PACKAGED FOODS
150 INDUSTRIAL DR
JERSEY CITY NJ 07305
1-800-610-6500
253017
SKID(S) (STC 241 PCS) FOOD CUR
PRESERVING 73220 CL70
//CALL FOR DELY APPT
///FOODSTUFF
8434
FUEL SURCHARGE AS 10000
NOTIFICATION-PPD
//WR515WE0915-U
DIMENSION INFO
PIECES LENGTH WIDTH HEIGHT
PPD NEXT PAGE

YELLOW TRANSPORTATION
DO NOT WRITE OR STAMP ON BAR CODE
07/17/08
06113 179
AUTOCODE 106
REQUIRED APPT.
800 554-2666
FREIGHT BILL NUMBER
095-598231
07/15/08
CDI FOOD
CEDAR LAKES RD
RIPLEY WV 25271
DOLE PACKAGED FOODS
150 INDUSTRIAL DR
JERSEY CITY NJ 07305
1-800-610-6500
253017
DIMENSIONAL FACTOR: NOT RATED
CHARGEABLE (CAD) WEIGHT: NOT RATED
CUST NUMBERS: RE 599709
8434 PPD

NOTICE: Yellow Transportation, Inc., authorizes you to use Yellow imaging systems solely to obtain information concerning shipments tendered by or for you to Yellow for delivery and for no other purpose. Any other use of Yellow imaging systems and information is strictly prohibited. While Yellow Transportation, Inc., allows access to these documents only to parties identified on our freight bill, we cannot guarantee the confidentiality of documents provided over the Internet, and Yellow Transportation, Inc., shall have no responsibility for any damages of any nature stemming from such lack of confidentiality.

My Home | Live Help | Privacy Policy | About Yellow | Help | Site Map | Contact Us

Copyright © 1994-2008 Yellow Transportation, Inc. All rights reserved.

**INVOICE NO:** 602459 SI

| SHIP TO CUSTOMER | BILL TO CUSTOMER | PLEASE REMIT TO: |
|---|---|---|
| 542845<br>COI FOODSERVICE DISTRIBUTION/T<br>7833 MAGNOLIA INDUSTRIAL BLVD<br>TIFTON GA 31794-8812 | COMMISSARY OPERATIONS INC<br>D/B/A COI FOODSERVICE ATTN:ACCTS PA<br>2629 EUGENIA AVENUE<br>NASHVILLE TN 37211-2118 | Dole Packaged Foods<br>P O BOX 371251<br>PITTSBURGH PA 15251-7251 |

| PURCHASE ORDER NUMBER | INV DATE | ORD DATE | TAKEN BY | SHIP FROM WAREHOUSE | TERMS OF SALE |
|---|---|---|---|---|---|
| 368467 | 07/15/08 | 06/30/08 | SVAN | DSG Dole Savannah Georgia | 2/10 Net 30 |

| SHIPPING TERMS | SHIP DATE | CARRIER NAME | ORDER B/L NUMBER | PAGE |
|---|---|---|---|---|
| DEL | 07/15/08 | C H ROBINSON CO | SO00602459 | 1 OF 1 |

| QUANTITY | PROD. CODE | UNIT | PACK PRODUCT DESCRIPTION | LABEL | PRICE PER UNIT | ALLOW OR CHARGES ALLOCATIONS | NET PRICE PER UNIT | AMOUNT TO PAY |
|---|---|---|---|---|---|---|---|---|
| 64 | 3890000914 | CA | 2/24/6SW 6 OZ PA JCE VIT ACE | DOLE PINEA | 14.0000 | | 14.0000 | 896.00 |
| 280 | 3890001441 | CA | 6/2.3KG MG3 FCY PA CHKS XLSPO | DOLE PINEA | 19.7500 | | 19.7500 | 5,530.00 |
| 144 | 3890009082 | CA | 6/10 TROP FRUIT SALAD SYR | DOLE PINEA | 26.5000 | | 26.5000 | 3,816.00 |
| 105 | 3890009097 | CA | 6/2KG POUCH TFS PASS FRT JC P | DOLE PINEA | 24.5000 | | 24.5000 | 2,572.50 |

Dole®

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5 (c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

| TOTAL QTY. | TOTAL WGT. | CASH DISCOUNT IS | IF PAID BY | | |
|---|---|---|---|---|---|
| 593 | 21,314 | 256.29 | 07/25/08 | PAY THIS AMOUNT ONLY IF CASH DISCOUNT IS AUTHORIZED. | 12,558.21 |
| | | CASH DISCOUNT BASED UPON 12,814.50 | NET AMOUNT DUE BY 08/14/08 | PLEASE MAKE NO UNAUTHORIZED DEDUCTIONS FROM THIS AMOUNT. | 12,814.50 |

COI Foodservice Distribution/ Manufacturing

Commissary Operations, Inc.
7833 Magnolia Industrial Blvd.,Tifton, GA 31794
Phone: (229) 388-8240 Fax: (229) 387-8857

CONFIDENTIAL FACSIMILE TRANSMITTAL

To: Josh

Fax#: 912-965-9316

From: COI

Date: 7-24-08

RE: .

Pages: 4

Attn: Valerie
Premier Transportation

Thank you,

NASHVILLE
2821 EUGENIA AVE
NASHVILLE, TN 37211
615-231-1310

RIPLEY
HC 89 BOX 129
RIPLEY, WV 25271
304-372-2111

TIFTON
7833 MAGNOLIA INDUSTRIAL BLVD
TIFTON, GA 31794-8812
TOLL-FREE: (800) 622-8891 ext. 4273

08/26/2008 16:20 818-874-4930 DOLE PKGD FINANCE PAGE 30/34

JUL-24-2008(THU) 08:18 P.002/004

07/09/2007 22:59 1-912-965-9316 PREMIER TRANSPORTATI PAGE 02/04

Case 3:08-bk-06279 Claim 297-1 Filed 10/09/08 Desc Main Document Page 30 of 35



# THIS MEMORANDUM

CARRIER/ROUTE

DATE SHIPPED

PAGE

SHIP TO:

TRAILER NO.

SEAL NO.

FREIGHT CHARGES

Signature of Consignor:

Forward invoice for prepaid freight to:

CUSTOMER P/O No.

B/L NO. MUST BE SHOWN ON EACH FREIGHT BILL

MASTER B/L NUMBER

AGENT FOR SHIPPER

DOLE FOODS

Madison Warehouse Corp

B/L NUMBER

ORDER NO.

| NO. PKG. | | UOM | SHIPPING NAME, SPECIAL MARKS, AND EXCEPTIONS | NET QTY UNITS | GROSS WEIGHT |
|---|---|---|---|---|---|
| 14 | | CA | Food Stuffs - Other than Frozen (60) FAK 50 | | 1000 |
| 400 | | CA | Food Stuffs - Other than Frozen (60) FAK 50 | | 9520 |
| 144 | | CA | FRUIT SALAD Food Stuffs - Other than Frozen (60) FAK 50 | | 6624 |
| 105 | | CA | Food Stuffs - Other than Frozen (60) FAK 50 | | 3570 |

PROTECT FROM FREEZING

All orders shipping on white pallets require a pallet exchange; or pallets will be billed at the rate of $6.00 per pallet.

CHEP:

CSR INITIALS: ship to 7/15/08

RECVG HRS

NOTIFY CUST SERVICE OF ANY DELAYS IMMEDIATELY

Quantities have been adjusted to meet requirement

TOTAL NO. PIECES

TOTAL GROSS WEIGHT (KG)

TOTAL GROSS WEIGHT (LBS)

REMARKS:

All orders shipping on white pallets require a pallet exchange; or pallets will be billed at the rate of $6.00 per pallet.

CHEP:

SHIPPER

DRIVER'S NAME

THIS MEMORANDUM

CARRIER/ROUTE

DATE SHIPPED | PAGE

SHIP TO:

TRAILER NO.

SEAL NO.

FREIGHT CHARGES

Signature of Consignor:

CUSTOMER P/O No.

Forward invoice for prepaid freight to:

B/L NO. MUST BE SHOWN ON EACH FREIGHT BILL

MASTER B/L NUMBER

AGENT FOR SHIPPER

B/L NUMBER

ORDER NO.

| NO. PKG. | | UOM | SHIPPING NAME, SPECIAL MARKS, AND EXCEPTIONS | NET QTY. UNITS | GROSS WEIGHT |
|---|---|---|---|---|---|
| | | | USE INSULATED TRUCKS PROTECT FROM FREEZE | | |

TOTAL NO. PIECES | TOTAL GROSS WEIGHT (KG) | TOTAL GROSS WEIGHT (LBS)

REMARKS:

All orders shipping on white pallets require a pallet exchange; or pallets will be billed at the rate of $6.00 per pallet.

15

(SHIPPER) | DRIVER'S NAME