# EXHIBIT A

**PACA TRUST CHART**

**PACA Trust Creditor:** Avomex, Inc. d/b/a Fresherized Foods

*NAME OF DEBTOR/DEFENDANT* COI FOODSERVICE
**COURT and CASE NUMBER** U.S. Bankruptcy Court, Middle District of TN, Case No. 3:08-bk-06279

| Invoice Number | Date of Invoice | Date Notice Given | Payment Due Date | Invoice Amount Due | Number of Days Overdue 3/13/09 | Accrued Interest through 3/13/0* | PACA Trust Amount |
|---|---|---|---|---|---|---|---|
| A145641-IN | 5/31/08 | 5/31/08 | 6/10/08 | $1,476.00 | 276 | $200.90 | $1,676.90 |
| A145639-IN | 6/2/08 | 6/2/08 | 6/12/08 | $6,052.80 | 274 | $817.87 | $6,870.67 |
| A146767-IN | 6/28/08 | 6/28/08 | 7/8/08 | $1,476.00 | 248 | $180.52 | $1,656.52 |
| A145640-IN | 6/2/08 | 6/2/08 | 6/12/08 | $18,158.40 | 274 | $2,453.62 | $20,612.02 |
| A147990-IN | 6/27/08 | 6/27/08 | 7/7/08 | $6,052.80 | 249 | $743.25 | $6,796.05 |
| A147991-IN | 7/3/08 | 7/3/08 | 7/13/08 | $3,390.40 | 243 | $406.29 | $3,796.69 |
| A147811-IN | 7/7/08 | 7/7/08 | 7/17/08 | $15,132.00 | 239 | $1,783.50 | $16,915.50 |
| ** *Add daily interest in the amount of* | | | | $25.51 | *March 13, 2009* | | |
| *** *Add attorney's fees incurred* | | | | | | | |
| | | TOTAL | | $51,738.40 | | $6,585.95 | $58,324.35 |

* Calculated at the rate of 18.00% annually
** Add daily interest in the amount of $25.51 from March 13, 2009
*** Claimant reserves the right to include recoverable attorney's fees within Claimaint's PACA trust claim.

## Statement

Remit To: **Fresherized Foods**
3000 Galvez Avenue
Fort Worth, Texas 76111
817-509-0626 ph
817-509-2896

Statement Date: 07/23/2008
Salesperson: CINDY WONG
Customer Number: 00-COIN

COI NASHVILLE TN
2629 EUGENIA AVE
NASHVILLE, TN 37211

| Date | Reference | Description | Charge | Credit | Balance |
|---|---|---|---|---|---|
| 5/31/2008 | A145641-IN | 6/2 | 1,476.00 | | 1,476.00 |
| 6/2/2008 | A145639-IN | 6/2 | 6,052.80 | | 6,052.80 |
| 6/28/2008 | A146767-IN | 6/30 | 1,476.00 | | 1,476.00 |

| | | | | Total: | 9,004.80 |
|---|---|---|---|---|---|
| Current | 7 Days | 14 Days | 21 Days | 30 Days | Balance Due |
| 0.00 | 1,476.00 | 0.00 | 0.00 | 7,528.80 | 9,004.80 |

# Invoice

**Remit To: Fresherized Foods**

A division of **AVOMEX, Inc.**
Corporate Office
3000 Galvez Ave.
Fort Worth, Texas 76111
(817) 509-0626 Fax (817) 431-9629

Page: 1

Invoice Number: A145641-IN
Invoice Date: 5/31/2008
Customer P.O. 178721
Order Number: A145641
Order Date: 5/21/2008
Salesperson: RP

**Sold To:**
COI NASHVILLE TN
2629 EUGENIA AVE
NASHVILLE, TN 37211

**Ship To:**
COI NASHVILLE,TN
2621 EUGENIA AVE
NASHVILLE, TN 37211

| Customer No. | Ship VIA | Ship Date | Terms | Payment Due Date |
|---|---|---|---|---|
| COIN | AK-TN SAT | 5/31/2008 | 14 DAYS | 6/14/2008 |

| Item Number | Unit | Ordered | Shipped | Lot No. | Price | Amount |
|---|---|---|---|---|---|---|
| 3029F | EA | 60 | 60 | | 24.60 | 1,476.00 |
| Southwestern Style Guac 12/1 l | | | | 112409b2   60.00 | | |

Total Units Shipped: 60.00

Net Invoice: 1,476.00
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00

Invoice Total: 1,476.00

"The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. Section 499e(c)). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received." This invoice is due and payable at Fort Worth, Tarrant County, Texas in accordance with the terms set out above. Acceptance of this merchandise shall be deemed acceptance by the customer of the terms and provisions of this invoice. "Past due invoices shall accrue interest at 1 1/2% per month. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice. Additionally, all interest and attorney's fees are sums owing in connection with the transaction."

# Fresherized Foods

A Division of Avomex, Inc.
3000 Galvez Ave.
Fort Worth, Tx. 76111
(817) 509-0626 Fax (817) 337-8911
  Customer Number:   00-COIN

Straight Bill of Lading

Page 1 of 1

Order Number: A145641
Order Date: 5/21/2008


File

Sold To:
COI NASHVILLE TN
2629 EUGENIA AVE
NASHVILLE, TN  37211

Ship To:
COI NASHVILLE, TN
2621 EUGENIA AVE
NASHVILLE, TN  37211

Confirm To:

| Customer P.O. | Ship VIA | Ship Date | Due Date |
|---|---|---|---|
| 178721 | AK-TN SAT | 05/31/2008 | 6/2 |

| NO OF PKGS | SHIPPED | LOT NUMBER | ITEM NO. | ITEM DESCRIPTION | WEIGHT |
|---|---|---|---|---|---|
| 60 | 60 | 11-24-09 B2 | 3029F | Southwestern Style Guac 12/1 l | 780 |
|  |  |  |  | Routing Num:   300-90 |  |

MR

GZ

| TOTAL PKGS | 60 | TOTAL WEIGHT | 780 | W/PALLETS | 830 |

WOOD

Pallets In
Pallets Out    1.00

Appointment Time/Date: _____
Confirmation No.: _____

DRIVER: INDICATE DAMAGED BOXES, NO CREDIT WILL BE GIVEN FOR DAMAGED BOXES AFTER DELIVERY
DRIVER RESPONSIBLE FOR COUNTS AND DAMAGE. PRODUCT MUST BE MAINTAINED AT 33 - 38 DEGREES.

Drivers Signature: _____
Drivers LIC #: _____

Signature of Consignor: _____                    Drivers Name: _____

NOTE: Any variance note by receiver as to quantity, conditions or price must be brought to our attention within 24 hours after receipt of goods. No Adjustments on the above items will be honored unless we are notified as herein stated
Received, from the shipper named herein, the perishable property described above in good order and condition, except as noted above, marked, consigned and detailed as indicated above, pursuant to an agreement arranged by truck broker, named herein, if any, whereby the motor carrier shown above, in consideration of the transportation charges to be paid agrees to carry and deliver said property to the consignee subject only to terms and conditions of this contract printed or written on the face and back hereof, which are hearby agreed to by the motor carrier, the shipper, and the truck broker, if any

9:00:39AM    5/30/2008                                                       0000000012   /  0000000012         5/21/2008

# Invoice

**Remit To: Fresherized Foods**

A division of AVOMEX, Inc.
Corporate Office
3000 Galvez Ave.
Fort Worth, Texas 76111
(817) 509-0626 Fax (817) 431-9629

Page: 1

Invoice Number: A145639-IN
Invoice Date: 6/2/2008
Customer P.O. 178718
Order Number: A145639
Order Date 5/21/2008
Salesperson: RP

| Sold To: | Ship To: |
|---|---|
| COI NASHVILLE TN<br>2629 EUGENIA AVE<br>NASHVILLE, TN 37211 | COI N/ VILLE,TN<br>2621 E ENIA AVE<br>NASH\ _E, TN 37211 |

| Customer No. | Ship VIA | Ship Date | | | Payment Due Date |
|---|---|---|---|---|---|
| COIN | PICK/UP | 6/2/2008 | -YS | | 6/16/2008 |

| Item Number | Unit | Ordered | Shipped | Lot No. | | Price | Amount |
|---|---|---|---|---|---|---|---|
| 3019F<br>CL AVOCADO TRAY 8/2lb FRZN | CA | 208 | 208 | | | 29.10 | 6,052.80 |
| | | | | 112709b2 | 195.00 | | |
| | | | | 112609b2 | 13.00 | | |

Total Units Shipped: 208.00

Net Invoice: 6,052.80
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00

Invoice Total: 6,052.80

"The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust auth by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. Section 499e(c)). The seller e commodities retains a trust claim over these commodities all inventories of food or other products from th commodities, and any receivables or proceeds from the sale of these commodities until full payment is rec This invoice is due and payable at Fort Worth, Tarrant County, Texas in accordance with the terms set out Acceptance of this merchandise shall be deemed acceptance by the customer of the terms and provisions invoice. "Past due invoices shall accrue interest at 1 1/2% per month. If overdue accounts are referred to ar ey you agree to pay our reasonable attorneys fees plus the cost of all legal action as an additional charge unde contract of sale covered by this invoice Additionally, all interest and attorney's fees are sums owing in conr with the transaction."

# Fresherized Foods

**Straight Bill of Lading**

Page 1 of 1

A Division of Avomex, Inc.
3000 Galvez Ave.
Fort Worth, Tx. 76111
(817) 509-0626 Fax (817) 337-8911
Customer Number: 00-COIN

Order Number: A145639
Order Date: 5/21/2008



Sold To:
COI NASHVILLE TN
2629 EUGENIA AVE
NASHVILLE, TN 37211

Ship To:
COI NASHVILLE,TN
2621 EUGENIA AVE
NASHVILLE, TN 37211

Confirm To:

| Customer P.O. | Ship VIA | Ship Date | Due Date |
|---|---|---|---|
| 178718 | PICK/UP | 06/02/2008 | 6/2 |

| NO OF PKGS | SHIPPED | LOT NUMBER | ITEM NO. | ITEM DESCRIPTION | WEIGHT |
|---|---|---|---|---|---|
| 208 | 195 | 11-27-09 B2 | 3019F | CL AVOCADO TRAY 8/2lb FRZN | 3,744 |
|  | 13 | 11-26-09 B2 |  | Routing Num: 300-90 |  |

TOTAL PKGS   208   TOTAL WEIGHT   3,744   W/PALLETS   3,894

Appointment Time/Date: _____   WOOD
Confirmation No.: _____   Pallets In _____
                              Pallets Out   3,00

**DRIVER: INDICATE DAMAGED BOXES, NO CREDIT WILL BE GIVEN FOR DAMAGED BOXES AFTER DELIVERY.
DRIVER RESPONSIBLE FOR COUNTS AND DAMAGE. PRODUCT MUST BE MAINTAINED AT 33 - 38 DEGREES.**

Drivers Signature: _____
Drivers LIC #: _____

Signature of Consignor: _____   Drivers Name: _____

NOTE: Any variance note by receiver as to quantity, conditions or price must be brought to our attention within 24 hours after receipt of goods. No Adjustments on the above items will be honored unless we are notified as herein stated
Received, from the shipper named herein, the perishable property described above in good order and condition, except as noted above, marked, consigned and detailed as indicated above, pursuant to an agreement aranged by truck broker, named herein, if any, whereby the motor carrier shown above, in consideration of the transportation charges to be paid agrees to carry and deliver said property to the consignee subject only to terms and conditions of this contract printed or written on the face and back hereof, which are hearby agreed to by the motor carrier, the shipper, and the truck broker, if any

11:16:10AM   5/30/2008   0000000012 / 0000000012   5/21/2008

Case 3:08-bk-06279   Doc 1313-1   Filed 03/13/09   Entered 03/13/09 15:38:58   Desc
Exhibit Plaintiffs Statement   Unpaid Invoices   and Bills of Lading   Page 7 of 20

# Invoice

**Remit To: Fresherized Foods**

A division of **AVOMEX, Inc.**
Corporate Office
3000 Galvez Ave.
Fort Worth, Texas 76111
(817) 509-0626 Fax (817) 431-9629

Page: 1

Invoice Number: A146767-IN
Invoice Date: 6/28/2008
Customer P.O.: 179930
Order Number: A146767
Order Date: 6/6/2008
Salesperson: RP

**Sold To:**
COI NASHVILLE TN
2629 EUGENIA AVE
NASHVILLE, TN 37211

**Ship To:**
COI NASHVILLE, TN
2621 EUGENIA AVE
NASHVILLE, TN 37211

| Customer No. | Ship VIA | Ship Date | Terms | Payment Due Date |
|---|---|---|---|---|
| COIN | AK-TN SAT | 6/28/2008 | 14 DAYS | 7/12/2008 |

| Item Number | Unit | Ordered | Shipped | Lot No. | Price | Amount |
|---|---|---|---|---|---|---|
| 3029F | EA | 60 | 60 | | 24.60 | 1,476.00 |
| Southwestern Style Guac 12/1 l | | | | 110309a2  60.00 | | |

Total Units Shipped: 60.00

Net Invoice: 1,476.00
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00

Invoice Total: 1,476.00

"The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act 1930 (7 U.S.C. Section 499e(c)). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received" This invoice is due and payable at Fort Worth, Tarrant County, Texas in accordance with the terms set out above Acceptance of this merchandise shall be deemed acceptance by the customer of the terms and provisions of this invoice. "Past due invoices shall accrue interest at 1 1/2% per month. If overdue accounts are referred to an attorney you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice Additionally, all interest and attorney's fees are sums owing in connection with the transaction."

# Freshorized Foods

Straight Bill of Lading

Page 1 of 1

A Division of Avomex, Inc.
3000 Galvez Ave.
Fort Worth, Tx. 76111
(817) 509-0626 Fax (817) 337-8911
Customer Number: 00-COIN

Order Number: A146767
Order Date: 6/6/2008

**Sold To:**
COI NASHVILLE TN
2629 EUGENIA AVE
NASHVILLE, TN 37211

**Ship To:**
COI NASHVILLE, TN
2621 EUGENIA AVE
NASHVILLE, TN 37211

**Confirm To:**

| Customer P.O. | Ship VIA | Ship Date | Due Date |
|---|---|---|---|
| 179930 | AK-TN SAT | 06/28/2008 | 6/30 |

| NO OF PKGS | SHIPPED | LOT NUMBER | ITEM NO. | ITEM DESCRIPTION | WEIGHT |
|---|---|---|---|---|---|
| 60 | 60 | 11·03 09 A2 | 3029F | Southwestern Style Guac 12/1 1 | 780 |
|  |  |  |  | Routing Num: 300-90 |  |

TOTAL PKGS 60  TOTAL WEIGHT 780  W/PALLETS 830

Appointment Time/Date: _____
Confirmation No.: _____

Pallets In
Pallets Out 1.00

**DRIVER: INDICATE DAMAGED BOXES, NO CREDIT WILL BE GIVEN FOR DAMAGED BOXES AFTER DELIVERY.
DRIVER RESPONSIBLE FOR COUNTS AND DAMAGE. PRODUCT MUST BE MAINTAINED AT 33 - 38 DEGREES.**

Drivers Signature: _____
Drivers LIC #: _____
Signature of Consignor: _____
Drivers Name: _____

NOTE: Any variance note by receiver as to quantity, conditions or price must be brought to our attention within 24 hours after receipt of goods. No Adjustments on the above items will be honored unless we are notified as herein stated
Received, from the shipper named herein, the perishable property described above in good order and condition, except as noted above, marked, consigned and detailed as indicated above, pursuant to an agreement aranged by truck broker, named herein, if any, whereby the motor carrier shown above, in consideraation of the transportation charges to be paid agrees to carry and deliver said property to the consignee subject only to terms and conditions of this contract printed or written on the face and back hereof, which are hearby agreed to by the motor carrier, the shipper, and the truck broker, if any

8:10:10AM  6/27/2008                    0000000010 / 0000000010   6/6/2008

# Statement

Page: 1

Remit To: **Fresherized Foods**
3000 Galvez Avenue
Fort Worth, Texas 76111
817-509-0626 ph
817-509-2896

Statement Date: 07/23/2008
Salesperson: CINDY WONG
Customer Number: 00-COIT

COI TIFTON DC
2629 EUGENIA AVE
NASHVILLE, TN 37211

| Date | Reference | Description | Charge | Credit | Balance |
|---|---|---|---|---|---|
| 6/2/2008 | A145640-IN | 6/2 | 18,158.40 | | 18,158.40 |
| 6/16/2008 | A146383-IN | 6/16 | 12,105.60 | | |
| 7/3/2008 | | Payment Ref: 224776 | | 12,105.60 | 0.00 |
| 6/27/2008 | A147990-IN | 06/27 | 6,052.80 | | 6,052.80 |
| 7/3/2008 | A147991-IN | 7/7 | 3,390.40 | | 3,390.40 |
| 7/7/2008 | A147811-IN | 7/7 | 15,132.00 | | 15,132.00 |

Total: 42,733.60

| Current | 7 Days | 14 Days | 21 Days | 30 Days | Balance Due |
|---|---|---|---|---|---|
| 18,522.40 | 6,052.80 | 0.00 | 0.00 | 18,158.40 | 42,733.60 |

# Invoice

**Remit To:** Fresherized Foods

A division of **AVOMEX, Inc.**
Corporate Office
3000 Galvez Ave.
Fort Worth, Texas 76111
(817) 509-0626 Fax (817) 431-9629

Page: 1

Invoice Number: A145640-IN
Invoice Date: 6/2/2008
Customer P.O. 366552
Order Number: A145640
Order Date 5/21/2008
Salesperson: RP

**Sold To:**
COI TIFTON DC
2629 EUGENIA AVE
NASHVILLE, TN 37211

**Ship To:**
COI TIFTON DISTRIBUTAION CENTE
7833 MAGNOLIA INDUSTRIAL BLVD
TIFTON, GA 317948812

| Customer No. | Ship VIA | Ship Date | Terms | Payment Due Date |
|---|---|---|---|---|
| COIT | PICK/UP | 6/2/2008 | 14 DAYS | 6/16/2008 |

| Item Number | Unit | Ordered | Shipped | Lot No. | | Price | Amount |
|---|---|---|---|---|---|---|---|
| 3019F | CA | 624 | 624 | | | 29.10 | 18,158.40 |
| CL AVOCADO TRAY 8/2lb FRZN | | | | 112609a2 | 382.00 | | |
| | | | | 112609b2 | 242.00 | | |

Total Units Shipped: 624.00

Net Invoice: 18,158.40
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00

Invoice Total: 18,158.40

"The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. Section 499e(c)). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received' This invoice is due and payable at Fort Worth, Tarrant County, Texas in accordance with the terms set out above Acceptance of this merchandise shall be deemed acceptance by the customer of the terms and provisions of this invoice. "Past due invoices shall accrue interest at 1 1/2% per month. If overdue accounts are referred to an attorney you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice Additionally, all interest and attorney's fees are sums owing in connection with the transaction."

# Fresherized Foods

A Division of Avomex, Inc.
3000 Galvez Ave.
Fort Worth, Tx. 76111
(817) 509-0626 Fax (817) 337-8911
Customer Number: 00-COIT

Straight Bill of Lading

Page 1 of 1

Order Number: A145640
Order Date: 5/21/2008

Sold To:
COI TIFTON DC
2629 EUGENIA AVE
NASHVILLE, TN 37211



Ship To:
COI TIFTON DISTRIBUTAION CENTE
7833 MAGNOLIA INDUSTRIAL BLVD
TIFTON, GA 317948812

Confirm To:

| Customer P.O. | Ship VIA | Ship Date | Due Date |
|---|---|---|---|
| 366552 | PICK/UP | 06/02/2008 | 6/2 |

| NO OF PKGS | SHIPPED | LOT NUMBER | ITEM NO. | ITEM DESCRIPTION | WEIGHT |
|---|---|---|---|---|---|
| 624 | 382 | 11-26-09 A2 | 3019F | CL AVOCADO TRAY 8/2lb FRZN | 11,232 |
|  | 242 | 11-26-09 B2 |  | Routing Num: 300-90 |  |

| | TOTAL PKGS | 624 | TOTAL WEIGHT | 11,232 | W/PALLETS | 11,632 |
|---|---|---|---|---|---|---|

Appointment Time/Date: _____
Confirmation No.: _____

WOOD

_____ Pallets In
__7__ Pallets Out    8.00

**DRIVER: INDICATE DAMAGED BOXES, NO CREDIT WILL BE GIVEN FOR DAMAGED BOXES AFTER DELIVERY.**
**DRIVER RESPONSIBLE FOR COUNTS AND DAMAGE. PRODUCT MUST BE MAINTAINED AT 33 - 38 DEGREES.**

Drivers Signature: _Larry B Brown_
Drivers LIC #: 5806 K78
Signature of Consignor: _____   Drivers Name: Larry B Brown

NOTE: Any variance note by receiver as to quantity, conditions or price must be brought to our attention within 24 hours after receipt of goods. No Adjustments on the above items will be honored unless we are notified as herein stated

Received, from the shipper named herein, the perishable property described above in good order and condition, except as noted above, marked, consigned and detailed as indicated above, pursuant to an agreement aranged by truck broker, named herein, if any, whereby the motor carrier shown above, in consideration of the transportation charges to be paid agrees to carry and deliver said property to the consignee subject only to terms and conditions of this contract printed or written on the face and back hereof, which are hearby agreed to by the motor carrier, the shipper, and the truck broker, if any

11:16:10AM   5/30/2008                                                            0000000012  /  0000000012      5/21/2008

Case 3:08-bk-06279   Doc 1313-1   Filed 03/13/09   Entered 03/13/09 15:38:58   Desc
Exhibit Plaintiffs Statement   Unpaid Invoices   and Bills of Lading   Page 12 of 20

# Invoice

**Remit To:** Fresherized Foods

A division of AVOMEX, Inc.
Corporate Office
3000 Galvez Ave.
Fort Worth, Texas 76111
(817) 509-0626 Fax (817) 431-9629

Page: 1

Invoice Number: A146383-IN
Invoice Date: 6/16/2008
Customer P.O. 367088
Order Number: A146383
Order Date 6/2/2008
Salesperson: RP

| Sold To: | Ship To: |
|---|---|
| COI TIFTON DC<br>2629 EUGENIA AVE<br>NASHVILLE, TN 37211 | COI TIFTON DISTRIBUTAION CENTE<br>7833 MAGNOLIA INDUSTRIAL BLVD<br>TIFTON, GA 317948812 |

| Customer No. | Ship VIA | Ship Date | Terms | Payment Due Date |
|---|---|---|---|---|
| COIT | PICK/UP | 6/16/2008 | 14 DAYS | 6/30/2008 |

| Item Number | Unit | Ordered | Shipped | Lot No. | | Price | Amount |
|---|---|---|---|---|---|---|---|
| 3019F | CA | 416 | 416 | | | 29.10 | 12,105.60 |
| CL AVOCADO TRAY 8/2lb FRZN | | | | 120409a2 | 96.00 | | |
| | | | | 120509a2 | 138.00 | | |

Total Units Shipped: 416.00

Net Invoice: 12,105.60
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00

Invoice Total: 12,105.60

"The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act 1930 (7 U.S.C. Section 499e(c)). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received' This invoice is due and payable at Fort Worth Tarrant County, Texas in accordance with the terms set out above Acceptance of this merchandise shall be deemed acceptance by the customer of the terms and provisions of this invoice. "Past due invoices shall accrue interest at 1 1/2% per month. If overdue accounts are referred to an attorney you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice Additionally, all interest and attorney's fees are sums owing in connection with the transaction."

# Fresherized Foods

A Division of Avomex, Inc.
3000 Galvez Ave.
Fort Worth, Tx. 76111
(817) 509-0626 Fax (817) 337-8911
 Customer Number:   00-COIT

Straight Bill of Lading

Page 1 of 1

Order Number: A146383
Order Date: 6/2/2008



Sold To:
COI TIFTON DC
2629 EUGENIA AVE
NASHVILLE, TN 37211

Ship To:
COI TIFTON DISTRIBUTAION CENTE
7833 MAGNOLIA INDUSTRIAL BLVD
TIFTON, GA 317948812

Confirm To:

| Customer P.O. | Ship VIA | Ship Date | Due Date |
|---|---|---|---|
| 367088 | PICK/UP | 06/16/2008 | 6/16 |

| NO OF PKGS | SHIPPED | LOT NUMBER | ITEM NO. | ITEM DESCRIPTION | WEIGHT |
|---|---|---|---|---|---|
| 416 | 96 | 12-4-09 A2 | 3019F | CL AVOCADO TRAY 8/2lb FRZN | 7,488 |
|  | 138 | 12-5-09 A2 |  | Routing Num:   300-90 |  |
|  | 132 | 12-5-09 B2 |  |  |  |
|  | 50 | 12-10-09 A2 |  |  |  |

| | TOTAL PKGS | 416 | TOTAL WEIGHT | 7,488 | W/PALLETS | 7,738 |
|---|---|---|---|---|---|---|

Appointment Time/Date: _____
Confirmation No.: _____

WOOD

Pallets In _____
5  Pallets Out   5.00

DRIVER: INDICATE DAMAGED BOXES, NO CREDIT WILL BE GIVEN FOR DAMAGED BOXES AFTER DELIVERY.
DRIVER RESPONSIBLE FOR COUNTS AND DAMAGE. PRODUCT MUST BE MAINTAINED AT 33 -38 DEGREES.

Drivers Signature: _____
Drivers LIC #: #252-7416-1993-05

Signature of Consignor: _____     Drivers Name: Richard Higgins

NOTE: Any variance note by receiver as to quantity, conditions or price must be brought to our attention within 24 hours after receipt of goods. No Adjustments on the above items will be honored unless we are notified as herein stated
Received, from the shipper named herein, the perishable property described above in good order and condition, except as noted above, marked, consigned and detailed as indicated above, pursuant to an agreement aranged by truck broker, named herein, if any, whereby the motor carrier shown above, in consideraation of the transportation charges to be paid agrees to carry and deliver said property to the consignee subject only to terms and conditions of this contract printed or written on the face and back hereof, which are hearby agreed to by the motor carrier, the shipper, and the truck broker, if any

4:17:26PM   6/13/2008                                    0000000012  /  0000000012         6/2/2008

# Invoice

**Remit To: Fresherized Foods**

A division of **AVOMEX, Inc.**
Corporate Office
3000 Galvez Ave.
Fort Worth, Texas 76111
(817) 509-0626 Fax (817) 431-9629

Page: 1
Invoice Number: A147990-IN
Invoice Date: 6/27/2008
Customer P.O. 368255
Order Number: A147990
Order Date: 6/26/2008
Salesperson: RP

**Sold To:**
COI TIFTON DC
2629 EUGENIA AVE
NASHVILLE, TN 37211

**Ship To:**
COI TIFTON DISTRIBUTAION CENTE
7833 MAGNOLIA INDUSTRIAL BLVD
TIFTON, GA 317948812

| Customer No. | Ship VIA | Ship Date | Terms | Payment Due Date |
|---|---|---|---|---|
| COIT | PICK/UP | 6/27/2008 | 14 DAYS | 7/11/2008 |

| Item Number | Unit | Ordered | Shipped | Lot No. | | Price | Amount |
|---|---|---|---|---|---|---|---|
| 3019F | CA | 208 | 208 | | | 29.10 | 6,052.80 |
| CL AVOCADO TRAY 8/2lb FRZN | | | | 122309b2 | 134.00 | | |
| | | | | 122409b2 | 74.00 | | |

Total Units Shipped: 208.00

Net Invoice: 6,052.80
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00

Invoice Total: 6,052.80

"The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. Section 499e(c)). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received' This invoice is due and payable at Fort Worth, Tarrant County, Texas in accordance with the terms set out above Acceptance of this merchandise shall be deemed acceptance by the customer of the terms and provisions of this invoice. "Past due invoices shall accrue interest at 1 1/2% per month. If overdue accounts are referred to an attorney you agree to pay our reasonable attorneys fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice Additionally, all interest and attorney's fees are sums owing in connection with the transaction."

## Fresherized Foods

A Division of Avomex, Inc.
3000 Galvez Ave.
Fort Worth, Tx. 76111
(817) 509-0626  Fax (817) 337-8911
Customer Number:  00-COIT

**Straight Bill of Lading**


LATE ORDER
@ 8:43AM 6/27
File

Page 1 of 1

Order Number:  A147990
Order Date:  6/26/2008

Sold To:
COI TIFTON DC
2629 EUGENIA AVE
NASHVILLE, TN 37211

Ship To:
COI TIFTON DISTRIBUTAION CENTE
7833 MAGNOLIA INDUSTRIAL BLVD
TIFTON, GA  317948812

Confirm To:

| Customer P.O. | Ship VIA | Ship Date | Due Date |
|---|---|---|---|
| 368255 | PICK/UP | 06/27/2008 | 06/27 |

| NO OF PKGS | SHIPPED | LOT NUMBER | ITEM NO. | ITEM DESCRIPTION | WEIGHT |
|---|---|---|---|---|---|
| 208 | 134 | 12-23-09B | 3019F | CL AVOCADO TRAY 8/2lb FRZN | 3,744 |
|  | 74 | 12-24-09 B2 |  | Routing Num:  300-90 |  |

TOTAL PKGS  208   TOTAL WEIGHT   3,744   W/PALLETS   3,894

Appointment Time/Date: _____
Confirmation No.: _____

WOOD

Pallets In _____
Pallets Out  2    3.00

**DRIVER: INDICATE DAMAGED BOXES, NO CREDIT WILL BE GIVEN FOR DAMAGED BOXES AFTER DELIVERY.**
**DRIVER RESPONSIBLE FOR COUNTS AND DAMAGE. PRODUCT MUST BE MAINTAINED AT 33 - 38 DEGREES.**

Drivers Signature: _Damon_
Drivers LIC #: 82536761
Signature of Consignor: _____
Drivers Name: Damon Cotton

NOTE: Any variance note by receiver as to quantity, conditions or price must be brought to our attention within 24 hours after receipt of goods. No Adjustments on the above items will be honored unless we are notified as herein stated
Received, from the shipper named herein, the perishable property described above in good order and condition, except as noted above, marked, consigned and detailed as indicated above, pursuant to an agreement arranged by truck broker, named herein, if any. whereby the motor carrier shown above, in consideration of the transportation charges to be paid agrees to carry and deliver said property to the consignee subject only to terms and conditions of this contract printed or written on the face and back hereof, which are hearby agreed to by the motor carrier, the shipper, and the truck broker, if any

8:41:32AM   6/27/2008

0000000012   /   0000000012   6/26/2008

# Invoice

**Remit To: Fresherized Foods**

A division of **AVOMEX, Inc.**
Corporate Office
3000 Galvez Ave.
Fort Worth, Texas 76111
(817) 509-0626 Fax (817) 431-9629

Page: 1

Invoice Number: A147991-IN
Invoice Date: 7/3/2008
Customer P.O. 368361
Order Number: A147991
Order Date 6/26/2008
Salesperson: RP

**Sold To:**
COI TIFTON DC
2629 EUGENIA AVE
NASHVILLE, TN  37211

**Ship To:**
COI TIFTON DISTRIBUTAION CENTE
7833 MAGNOLIA INDUSTRIAL BLVD
TIFTON, GA  317948812

| Customer No. | Ship VIA | Ship Date | Terms | Payment Due Date |
|---|---|---|---|---|
| COIT | FFE THURSDAY L | 7/3/2008 | 14 DAYS | 7/17/2008 |

| Item Number | Unit | Ordered | Shipped | Lot No. | Price | Amount |
|---|---|---|---|---|---|---|
| 3019F<br>CL AVOCADO TRAY 8/2lb FRZN | CA | 104 | 104 | 122609a2   104.00 | 32.60 | 3,390.40 |

Total Units Shipped: 104.00

Net Invoice: 3,390.40
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00

Invoice Total: 3,390.40

"The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act 1930 (7 U.S.C. Section 499e(c)). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received' This invoice is due and payable at Fort Worth Tarrant County, Texas in accordance with the terms set out above Acceptance of this merchandise shall be deemed acceptance by the customer of the terms and provisions of this invoice. "Past due invoices shall accrue interest at 1 1/2% per month. If overdue accounts are referred to an attorney you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice Additionally, all interest and attorney's fees are sums owing in connection with the transaction."

# Fresherized Foods

**Straight Bill of Lading**

Page 1 of 1

A Division of Avomex, Inc.
3000 Galvez Ave.
Fort Worth, Tx. 76111
(817) 509-0626 Fax (817) 337-8911
Customer Number: 00-COIT

Order Number: AI47991
Order Date: 6/26/2008

*Quality Control Q.C. INSPECTION PASSED BY:* — *File*

**Sold To:**
COI TIFTON DC
2629 EUGENIA AVE
NASHVILLE, TN 37211

**Ship To:**
COI TIFTON DISTRIBUTAION CENTE
2833 MAGNOLIA INDUSTRIAL BLVD
TIFTON, GA 317948812

**Confirm To:**

| Customer P.O. | Ship VIA | Ship Date | Due Date |
|---|---|---|---|
| 368361 | FFE THURSDAY L | 07/03/2008 | 7/7 |

| NO OF PKGS | SHIPPED | LOT NUMBER | ITEM NO. | ITEM DESCRIPTION | WEIGHT |
|---|---|---|---|---|---|
| 104 | 104 | 12-26-09 A2 | 3019F | CL AVOCADO TRAY 8/2lb FRZN | 1,872 |
| | | | | Routing Num: 300-90 | |

| TOTAL PKGS | 104 | TOTAL WEIGHT | 1,872 | W/PALLETS | 1,972 |
|---|---|---|---|---|---|

*WOOD*

Pallets In: 1
Pallets Out: 1   2.00

Appointment Time/Date: _____
Confirmation No.: _____

**DRIVER: INDICATE DAMAGED BOXES, NO CREDIT WILL BE GIVEN FOR DAMAGED BOXES AFTER DELIVERY. DRIVER RESPONSIBLE FOR COUNTS AND DAMAGE. PRODUCT MUST BE MAINTAINED AT 33 - 38 DEGREES.**

Drivers Signature: _____
Drivers LIC #: _____
Signature of Consignor: _____    Drivers Name: _____

NOTE: Any variance note by receiver as to quantity, conditions or price must be brought to our attention within 24 hours after receipt of goods. No Adjustments on the above items will be honored unless we are notified as herein stated.
Received, from the shipper named herein, the perishable property described above in good order and condition, except as noted above, marked, consigned and detailed as indicated above, pursuant to an agreement aranged by truck broker, named herein, if any). whereby the motor carrier shown above, in consideraation of the transportation charges to be paid agrees to carry and deliver said property to the consignee subject only to terms and conditions of this contract printed or written on the face and back hereof, which are hearby agreed to by the motor carrier, the shipper, and the truck broker, if any:

7:53:48AM    7/2/2008

0000000012 / 0000000012    6/26/2008

# Invoice

**Remit To: Fresherized Foods**

A division of **AVOMEX, Inc.**
Corporate Office
3000 Galvez Ave.
Fort Worth, Texas 76111
(817) 509-0626  Fax (817) 431-9629

Page: 1

Invoice Number: A147811-IN
Invoice Date: 7/7/2008
Customer P.O. 368256
Order Number: A147811
Order Date: 6/25/2008
Salesperson: RP

**Sold To:**
COI TIFTON DC
2629 EUGENIA AVE
NASHVILLE, TN 37211

**Ship To:**
COI T     ON DISTRIBUTAION CENTE
7833      GNOLIA INDUSTRIAL BLVD
TIFTC     GA 317948812

| Customer No. | Ship VIA | Ship Date | ms | Payment Due Date |
|---|---|---|---|---|
| COIT | PICK/UP | 7/7/2008 | DAYS | 7/21/2008 |

| Item Number | Unit | Ordered | Shipped | Lot No. | Price | Amount |
|---|---|---|---|---|---|---|
| 3019F | CA | 520 | 52 | | 29.10 | 15,132.00 |
| CL AVOCADO TRAY 8/2lb FRZN | | | | 1012010a2  384.00 | | |
| | | | | 123109a2  44.00 | | |

Total Units Shipped: 520.00

Net Invoice: 15,132.00
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00

Invoice Total: 15,132.00

"The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust au: section 5(c) of the Perishable Agricultural Commodities Act 1930 (7 U.S.C. Section 499e(c)). The selle: commodities retains a trust claim over these commodities all inventories of food or other products from commodities, and any receivables or proceeds from the sale of these commodities until full payment is i This invoice is due and payable at Fort Worth, Tarrant County, Texas in accordance with the terms set o: Acceptance of this merchandise shall be deemed acceptance by the customer of the terms and provision invoice. "Past due invoices shall accrue interest at 1 1/2% per month. If overdue accounts are referred to you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge un: contract of sale covered by this invoice Additionally, all interest and attorney's fees are sums owing in cc the transaction."

# Freshcrized Foods

Straight Bill of Lading                                      Page 1 of 1

A Division of Avomex, Inc.
3000 Galvez Ave.                                             Order Number: A147811
Fort Worth, Tx. 76111                                        Order Date: 6/25/2008
(817) 509-0626 Fax (817) 337-8911
  Customer Number:   00-COIT

Sold To:                                    Ship To:
COI TIFTON DC                               COI TIFTON DISTRIBUTAION CENTE
2629 EUGENIA AVE                            7833 MAGNOLIA INDUSTRIAL BLVD
NASHVILLE, TN 37211                         TIFTON, GA 317948812

Confirm To:

| Customer P.O. | Ship VIA | Ship Date | Due Date |
|---|---|---|---|
| 368256 | PICK/UP | 07/07/2008 | 7/7 |

| NO OF PKGS | SHIPPED | LOT NUMBER | ITEM NO. | ITEM DESCRIPTION | WEIGHT |
|---|---|---|---|---|---|
| 520 | 384 | 1-01-2010A2 | 3019F | CL AVOCADO TRAY 8/2lb FRZN | 9,360 |
|  | 94 | 12-31-09A2 |  | Routing Num:   300-90 |  |
|  | 9 | 1-01-2010A2 |  |  |  |
|  | 61 | 12-30-09B2 |  |  |  |
|  | 19 | 12-29-09B2 |  |  |  |
|  | 3 | 12-29-09A2 |  |  |  |

|  | TOTAL PKGS | 520 | TOTAL WEIGHT | 9,360 | W/PALLETS | 9,660 |
|---|---|---|---|---|---|---|

WOOD

Appointment Time/Date: _____                   Pallets In
Confirmation No.: _____                        Pallets Out    6.00

DRIVER: INDICATE DAMAGED BOXES, NO CREDIT WILL BE GIVEN FOR DAMAGED BOXES AFTER DELIVERY.
DRIVER RESPONSIBLE FOR COUNTS AND DAMAGE. PRODUCT MUST BE MAINTAINED AT 33 - 38 DEGREES.

Drivers Signature: _Alonzo Griff_
Drivers LIC #: _633937/_
Drivers Name: _Alonza Griffin_

Signature of Consignor: _____

NOTE: Any variance note by receiver as to quantity, conditions or price must be brought to our attention within 24 hours after receipt of goods. No Adjustments on the above items will be honored unless we are notified as herein stated.
Received, from the shipper named herein, the perishable property described above in good order and condition, except as noted above, marked, consigned and detailed as indicated above, pursuant to an agreement aranged by truck broker, named herein, if any), whereby the motor carrier shown above, in consideraation of the transportation charges to be paid agrees to carry and deliver said property to the consignee subject only to terms and conditions of this contract printed or written on the face and back hereof, which are hearby agreed to by the motor carrier, the shipper, and the truck broker, if any:

1:23:13PM   7/3/2008                              0000000012   /  0000000012      6/25/2008