**Form clkinq**

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
### Case No. **3:08−bk−06279**
### **Chapter 11**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

   Commissary Operations, Inc.
   dba COI Foodservice, dba Chairman's
   Choice Foods
   Attn: Dan Staudt
   2629 Eugenia Avenue
   Nashville, TN 37211

Social Security No.:

Employer's Tax I.D. No.:
   62−1139815

---

## CLERK'S INQUIRY

---

Clerk's Inquiry pursuant to LBR 5003−1(b) – Claim has the following defect(s). Claim identified in Transfer does not exist. Transfer not processed.. (related document(s):[1482] Transfer of Claim filed by Creditor Marine Harvest USA LLC). (mdh)

1482 – Transfer of Claim(s) #: 64. From Transferor: Marine Harvest USA LLC To Transferee: Euler Hermes ACI (Bankruptcy Rule 3001(e)(2)) Filed By: Marine Harvest USA LLC. (mdh)


Dated: <u>8/3/09</u>                                                        MATTHEW T. LOUGHNEY
                                                                                                     Court Clerk