**Form asgnclm**

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **3:08–bk–06279**
**Chapter 11**

In re:
   Commissary Operations, Inc.
   dba COI Foodservice, dba Chairman's
   Choice Foods
   Attn: Dan Staudt
   2629 Eugenia Avenue
   Nashville, TN 37211

Social Security No.:

Employer's Tax I.D. No.:
   62–1139815

## NOTICE OF FILING OF TRANSFER OF CLAIM

Pursuant to Fed. R Bankr. p.3001(e), you are notified that a Transfer of claim has been filed:

Notice of Proposed Transfer of Claim(s): From Transferor: Baily Intl of America To Transferee: ASM Capital LP. Claim Number: 119. Objections to Transfer of Claim due by 10/28/2009. (RE: related document(s)[1654]) (mjs)

This is based on information provided the Clerk by the Transferee. The Transferor may object to this transfer by filing a written objection with the Clerk within twenty (20) days of the mailing / electronic mailing of this Notice (see date, above). Registered CM/ECF filers must file any objection electronically. Absent a timely objection, the Transferee shall be substituted for the Transferor on the Claims Register of the above named debtor(s).

                                              MATTHEW T. LOUGHNEY
                                              Clerk

                                              BY: /s/ mjs
                                              Deputy Clerk

Dated: 10/7/09